## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

DANESH NOSHIRVAN
an individual,

        Plaintiff,

vs.

JENNIFER COUTURE, an individual,
RALPH GARRAMONE M.D., an individual,
RALPH GARRAMONE M.D. P.A. d/b/a
GARRAMONE PLASTIC SURGERY,
CENTRAL PARK OF SOUTHWEST
FLORIDA, LLC, WRAITH, LLC,
SULLIVAN STREET INVESTMENTS, LLC,
HAIRPIN TURN, LLC, OMG REALTY, LLC,
R G WEIGHT MANAGEMENT, LLC,
CENTRAL PARK SOUTH, LLC,
BRANTLEE, LLC, LEGACY OF MARIE
GARRAMONE, LLC, GARRAMONE
MARKETING, INC., 5681 DIVISION LLC,
THE LAW OFFICE OF PATRICK TRAINOR,
ESQ., LLC, PATRICK TRAINOR, an individual,
and ANTI-DOXING LEAGUE INC.

        Defendant(s).

_____/

CASE NO:
2:23-cv-01218-JES-NPM

### Uniform Case Management Report

        The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

1. **Date and Attendees**

The parties may conduct the planning conference "in person, by telephone, or by  comparable means[.]" *See* Local Rule 3.02(a)(1).

The parties conducted the planning conference on March 6, 2024. Nicholas A. Chiappetta, Julian A. Jackson-Fannin, and Patrick Trainor, attended the conference, which was held via Zoom.

**2.   Deadlines and Dates**

The parties request these deadlines and dates:

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 04/12/2024 |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | 05/03/2024 |

| | | |
|---|---|---|
| Deadline for serving expert disclosures under Rule 26(a)(2), including any report required by Rule 26(a)(2)(B).        Plaintiff | | 12/31/2024 |
| Defendants | | 1/31/2025 |
| Rebuttal | | 2/28/2025 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | | 3/31/2025 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | | N/A |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. | | 5/1/2025 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4. Enter mediator's name, address, and phone number. | | 4/16/2025 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | | 8/29/2025 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). | | 9/10/2025 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | | 9/26/2025 |
| Month and year of the trial term. | | 10/1/2025 |

The trial will last approximately 10 days and be

☒ jury.

☐ non-jury.

## 3.   Description of the Action

THIS A MODERATELY COMPLEX CIVIL CONSPIRACY AND AGENCY ACTION FOR DEFAMATION, TORTIOUS INFERENCE, MISAPPROPRIATION OF LIKENESS, AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

## 4.   Disclosure Statement

☒  The parties have filed their disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

**5.  Related Action**

☒  A Notice of Related Action has been filed in this case.  [D.E. 19]. *See also Couture, et al. v. Noshirvan*, Case No. 2:23-cv-00340-SPC-KCD.

**6.  Consent to a Magistrate Judge**

> "A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).
>
> The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

☐  The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒  The parties do not consent.

**7.  Preliminary Pretrial Conference**

☒  The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

☐  The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

**8.   Discovery Practice**

> The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

☒   The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

**9.   Discovery Plan**

The parties submit the following discovery plan under Rule 26(f)(2):

A.   The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

   ☒   Yes.
   ☐   No; instead, the parties agree to these changes: enter changes.

B.   Discovery may be needed on these subjects:
   i.  All allegations made in the complaint and affirmative defenses.

C.   Discovery should be conducted in phases:

   ☒   No.
   ☐   Yes; describe the suggested phases.

D.   Are there issues about disclosure, discovery, or preservation of electronically stored information?
   ☒   No.
   ☐   Yes; describe the issue(s).

E.    ☒    The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

F.    The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

☒  No.
☐  Yes; describe the stipulation.

## 10. Request for Special Handling

☒  The parties do not request special handling.

☐  The parties request special handling. Specifically, describe requested special handling.

☐  Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

## 11. Certification of familiarity with the Local Rules

☒  The parties certify that they have read and are familiar with the Court's Local Rules.

## 12. Signatures

/s/Nicholas A. Chiappetta
Nicholas A. Chiappetta, Esq.
Florida Bar No: 1006407
**Chiappetta Trial Lawyers**
2101 Vista Parkway, Suite 258
West Palm Beach, FL 33411
Direct: (561) 768-4500
Fax:    (561) 768-4600
Service@chiappettalegal.com
nick@chiappettalegal.com

*Counsel for Danesh Noshirvan*

Dated 03.13.24

/s/ *Julian A. Jackson-Fannin*
Harvey W. Gurland, Jr., Esq.
Fla. Bar No.: 284033
Julian A. Jackson-Fannin, Esq.
Florida Bar No. 93220
Anoosheh Shaikh, Esq.
Florida Bar No. 1039830
DUANE MORRIS LLP
201 South Biscayne Boulevard
Suite 3400
Miami, FL 33131
Tel:  305.960.2200
hwgurland@duanemorris.com
jjfannin@duanemorris.com

5

ashaikh@duanemorris.com
pnmendoza@duanemorris.com
jmagarin@duanemorris.com

*Counsel for Ralph Garramone M.D.*
*P.A. D/B/A Garramone Plastic Surgery*

Dated 03.13.24

/s/ Patrick Trainor
Patrick Trainor, Esq.
Law Office Of Patrick Trainor, Esq., LLC
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Counsel for Jennifer Couture, an individual,*
*Ralph Garramone M.D, an individual,*
*Central Park Of Southwest*
*Florida, LLC, Wraith, LLC,*
*Sullivan Street Investments, LLC,*
*Hairpin Turn, LLC, Omg Realty, LLC,*
*R G Weight Management, LLC,*
*Central Park South, LLC,*
*Brantlee, LLC, Legacy Of Marie*
*Garramone, LLC, Garramone*
*Marketing, Inc., 5681 Division LLC,*
*The Law Office Of Patrick Trainor,*
*Esq., LLC, Patrick Trainor, an individual,*
*and Anti-Doxing League Inc.*

Dated 03.13.24