```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

DANESH NOSHIRVAN, an individual,

      Plaintiff,

v.                                    Case No: 2:23-cv-1218-JES-NPM

JENNIFER COUTURE, an individual, RALPH GARRAMONE M.D., an individual, RALPH GARRAMONE M.D. P.A., CENTRAL PARK OF SOUTHWEST FLORIDA, LLC, WRAITH, LLC, SULLIVAN STREET INVESTMENTS, LLC, HAIRPIN TURN, LLC, OMG REALTY, LLC, R G WEIGHT MANAGEMENT, LLC, CENTRAL PARK SOUTH, LLC, BRANTLEE, LLC, LEGACY OF MARIE GARRAMONE, LLC, GARRAMONE MARKETING, INC., 5681 DIVISION LLC, THE LAW OFFICE OF PATRICK TRAINOR ESQ. LLC, PATRICK TRAINOR, an individual, and ANTI-DOXING LEAGUE INC.,

      Defendants.

_____

**ORDER**

    This matter comes before the Court on review of the file. A Notice of a Related Action (Doc. #19) was filed indicating that this case is related to Couture v. Noshirvan, 2:23-cv-340-SPC-KCD (M.D. Fla.). The Court finds that in the interest of efficiency and consistency, the parties would be best served by having the same magistrate judge assigned to both cases. The Court will

reassign the magistrate judge in this case to the magistrate judge in the first-filed action.  See M.D. Fla. R. 1.07(a)(2).

Accordingly, it is hereby

**ORDERED:**

The Clerk is directed to reassign the magistrate judge referral from Magistrate Judge Nicholas P. Mizell to Magistrate Judge Kyle C. Dudek for all further proceedings.

**DONE and ORDERED** at Fort Myers, Florida, this   26th   day of March 2024.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record