IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| DANESH NOSHIRVAN,<br><br>  Plaintiff,<br><br>  v.<br><br>JENNIFER COUTURE, an individual, RALPH GARRAMONE M.D., an individual, CENTRAL PARK OF SOUTHWEST FLORIDA, LLC, WRAITH, LLC, SULLIVAN STREET INVESTMENTS, LLC, HAIRPIN TURN, LLC, OMG REALTY, LLC, RG WEIGHT MANAGEMENT, LLC, BRANTLEE, LLC, LEGACY OF MARIE GARRAMONE, LLC, GARRAMONE MARKETING, INC., 5681 DIVISION LLC, THE LAW OFFICE OF PATRICK TRAINOR ESQ, LLC d/b/a THE LAW OFFICE OF PATRICK TRAINOR, PATRICK TRAINOR, an individual, and ANTI-DOXING LEAGUE INC.,<br><br>  Defendant. | Case No.: 2:23-cv-01218-JES-KCD |

**DEFENDANT JENNIFER COUTURE'S RESPONSE TO
<u>ORDER TO SHOW CAUSE</u>**

Defendant Jennier Couture (hereinafter "Couture"), pursuant to this Court's Order entered May 31, 2024, (ECF No. 91) requiring her to show cause as to why she failed to respond to the motion dismiss counterclaim (ECF No. 72) within the time required by Local Rule 3.01(c) and why the motion should not be granted.

1. The Court's Order dated April 30, 2024, caused confusion concerning whether Patrick Trainor's special admission in the related prior action known as *Couture v. Noshirvan*, et al., 2:23-cv-00340 enabled him to continue represent Couture in this action.  ECF No. 71.

2. On May 8, 2024, Plaintiff filed his motion to dismiss counterclaim.  ECF No. 72.

3. On May 15, 2024, Trainor's special admission was granted in this case.  ECF No. 78.

4. On June 3, 2024, Couture filed her response in opposition to motion to dismiss counterclaim.  ECF No. 93.

5. The failure to respond to the motion to dismiss counterclaim was the result of a clerical error caused by the uncertainty of Trainor's special admission status.  The failure to timely respond was a clerical oversight by the undersigned.

Dated: June 7, 2024

_____
Patrick Trainor, Esquire (Attorney ID 242682019)
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Jennifer Couture*

## CERTIFICATION OF SERVICE

      I HEREBY CERTIFY that on this 7th day of June 2024, I electronically filed the foregoing document with the Clerk of Court by using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: June 7, 2024            _____
                                           Patrick Trainor, Esquire