# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| DANESH NOSHIRVAN a/k/a @THATDANESHGUY, <br><br> Plaintiffs, <br><br> vs. <br><br> JENNIFER COUTURE, et al., <br><br> Defendants. | Civil Case No.: 2:23-cv-01218 |

### PATRICK TRAINOR'S OPPOSITION TO DEFENDANT DANESH NOSHIRVAN'S MOTION TO COMPEL RESPONSES OBJECTIONS TO <u>NOSHIRVAN'S SECOND REQUEST FOR PRODUCTION</u>

Patrick Trainor (hereinafter "Trainor") respectfully submits this Opposition to Danesh Noshirvan's ("Noshirvan") Motion to Compel Responses and Objections to his Second Request for Production, because this motion was filed a a nuisance, because Trainor produced his responses and objections to Noshirvan's Second Requests on June 21, 2024, but Noshirvan neglected his obligation to inform the Court of same.

Trainor's Responses and Objections to Noshirvan's Second Requests are attached hereto as **Exhibit A**.

WHEREFORE, Trainor respectfully requests the Court dismiss Defendant's motion for sanctions be denied.

Respectfully submitted,

Dated: July 5, 2024

_____
Patrick Trainor, Esquire (Attorney ID 242682019)
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Nick Chiappetta
Chiappetta Trial Lawyers
8401 Lake Worth Rd., Suite 130
Lake Worth, Fla. 33467
P: (561) 768-4500
F: (561) 7686-4600
nick@chiappettalegal.com
*Attorney for Defendant Danesh Noshirvan*

July 5, 2024

_____
Patrick Trainor
*Attorney for Plaintiffs*

2