IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| DANESH NOSHIRVAN a/k/a @THATDANESHGUY, <br><br> Plaintiffs, <br><br> vs. <br><br> JENNIFER COUTURE, et al., <br><br> Defendants. | Civil Case No.: 2:23-cv-01218 |

**JENNIFER COUTURE'S REQUEST FOR MORE TIME TO RESPOND IN OPPOSITION TO DEFENDANT DANESH NOSHIRVAN'S MOTION TO COMPEL RESPONSES OBJECTIONS TO NOSHIRVAN'S SECOND REQUEST FOR PRODUCTION**

Jennifer Couture (hereinafter "Couture") respectfully requests an additional thirty (30) days to respond to Danesh Noshirvan's ("Noshirvan") Motion to Compel Responses and Objections to his Second Request for Production for the following reasons: (1) Couture has retained new counsel to represent her in this action; (2) Noshirvan did not meet and confer as required by Local Rule 3.01(g); and (2) had Noshirvan conducted a meet and confer as required by Local Rule 3.01(g) he would have discovered Couture's new counsel will respond.

WHEREFORE, Couture respectfully requests an additional thirty (30) days so that her new counsel may entire its appearance and respond to this motion.

Respectfully submitted,

Dated: July 5, 2024

_____
Patrick Trainor, Esquire (Attorney ID 242682019)
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Outgoing Attorney*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Nick Chiappetta
Chiappetta Trial Lawyers
8401 Lake Worth Rd., Suite 130
Lake Worth, Fla. 33467
P: (561) 768-4500
F: (561) 7686-4600
nick@chiappettalegal.com
*Attorney for Defendant Danesh Noshirvan*

July 5, 2024

_____
Patrick Trainor
*Outgoing Attorney*

2