IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| DANESH NOSHIRVAN a/k/a @THATDANESHGUY, <br><br> Plaintiffs, <br><br> vs. <br><br> JENNIFER COUTURE, et al., <br><br> Defendants. | Civil Case No.: 2:23-cv-01218 |

**JENNIFER COUTURE'S REQUEST FOR MORE TIME TO RESPOND TO DANESH NOSHIRVAN'S MOTION TO PROVIDE ADDITIONAL ANSWERS AND OVERRULE OBJECTIONS TO NOSHIRVAN'S FIRST REQUEST FOR PRODUCTION**

  Jennifer Couture (hereinafter "Couture") respectfully requests an additional thirty (30) days to respond to Danesh Noshirvan's Motion for Additional Answers, Overrule Objections to Noshirvan's First Request for Production for the following reasons: (1) Couture has retained new counsel to represent her in this action; (2) Noshirvan did not meet and confer as required by Local Rule 3.01(g); and (2) had Noshirvan conducted a meet and confer as required by Local Rule 3.01(g) he would have discovered Couture's new counsel will respond to this motion.

  WHEREFORE, Couture respectfully requests an additional thirty (30) days to respond so that her new counsel may enter its appearance and respond to this motion.

Respectfully submitted,

Dated: July 5, 2024  _____

Patrick Trainor, Esquire (Attorney ID 242682019)
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Outgoing Attorney*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Nick Chiappetta
Chiappetta Trial Lawyers
8401 Lake Worth Rd., Suite 130
Lake Worth, Fla. 33467
P: (561) 768-4500
F: (561) 7686-4600
nick@chiappettalegal.com
*Attorney for Defendant Danesh Noshirvan*

July 5, 2024  _____

Patrick Trainor
*Outgoing Attorney*

2