117226-6

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
Fort Myers Division

CASE NO. 2:23-cv-1218-JES-NPM

DANESH NOSHIRVAN,

    Plaintiff,

vs.

JENNIFER COUTURE, an individual; RALPH GARRAMONE, M.D, an individual; RALPH GARRAMONE M.D., P.A. d/b/a GARRAMONE PLASTIC SURGERY; CENTRAL PARK OF SOUTHWEST FLORIDA, LLC; WRAITH, LLC; SULLIVAN STREET INVESTMENTS, LLC; HAIRPIN TURN, LLC; OMG REALTY, LLC; R G WEIGHT MANAGEMENT, LLC; CENTRAL PARK SOUTH, LLC; BRANTLEE, LLC; LEGACY OF MARIE GARRAMONE, LLC; GARRAMONE MARKETING, INC.; 5681 DIVISION LLC; THE LAW OFFICE OF PATRICK TRAINORESQ, LLC d/b/a THE LAW OFFICE OF PATRICK TRAINOR; PATRICK TRAINOR, an individual, and ANTI-DOXING LEAGUE INC.,

    Defendants.
_____/

## DEFENDANT'S, RALPH GARRAMONE, M.D., RESPONSE TO ORDER TO SHOW CAUSE AND REQUEST FOR ADDITIONAL TIME TO RESPOND

Defendant, RALPH GARRAMONE, M.D., by and through the undersigned counsel, hereby responds to this Court's Order to Show Cause (**Document No. 106**) as to why he failed to respond to Plaintiff's Motion to Compel and why the Motion to Compel should not be granted; and requests additional time to file a Response to Motion to Compel:

1. The undersigned attorneys have been retained to defend Defendants, Ralph Garramone, M.D., Jennifer Couture, and OMG Realty, LLC in this matter.

CASE NO. 2:23-cv-1218-JES-NPM

2. On July 18, 2024, the undersigned filed an Unopposed Motion for Patrick Trainor, Esquire to Withdraw as Attorney and Substitution of Counsel for the above-named Defendants only. (**Doc. 111**).

3. Prior to formally entering an appearance, Plaintiff served discovery on Ms. Couture and Dr. Garramone and, subsequently, filed Motions to Compel as to multiple discovery requests. (**Docs. 95, 96, and 98**).

4. Motions for Extension to Response were filed and granted as to discovery served on Ms. Couture. (**Docs. 100, 101, and 105**).

5. The Motion to Compel as to Dr. Garramone was not responded to, while the case was being transferred to the undersigned's office. The Court entered an Order to Show Cause as to same on July 11, 2024 (**Doc. 106**), the response to which is due today.

6. Now that the undersigned as formally entered their appearance, they will be filing all required responses. That said, having formally taken the case over today, the undersigned respectfully requests an extension to respond on behalf of Dr. Garramone.

7. The Court granted the Motion for Extension for Ms. Couture to Respond to the Motions to Compel against her until August 5, 2024. The undersigned requests the Court reserve ruling on Plaintiff's Motion to Compel against Dr. Garramone (**Doc. 98**) and seeks leave to file a Response to the Motion to Compel on behalf of Dr. Garramone by August 5, 2024 as well.

Dated:  7/18/2024

Respectfully submitted,

*/s/ Sonny Romano, Esq.*_____
James Brown, Esquire (217573)
Sonny Romano, Esquire (1026152)

CASE NO. 2:23-cv-1218-JES-NPM

WICKER SMITH O'HARA
 McCOY & FORD, P.A.
100 S. Ashley Dr., Suite 1800
Tampa, FL 33602
Telephone: (813) 222-3939
Facsimile: (813) 222-3938
Attorneys for Jennifer Couture, Ralph R. Garramone, M.D., OMG Realty, LLC

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on July 18, 2024, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                              */s/ Sonny Romano, Esq.*
                                              Sonny Romano, Esquire

**SERVICE LIST**

Nicholas A. Chiapetta, Esquire
Chiapetta Trial Lawyers
nick@chiappettalegal.com
2101 Vista Pkwy, Suite 258
West Palm Beach, Florida 33411
8401 Lake Worth Rd.,
Lake Worth, Florida 33467