117226-6

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
Fort Myers Division

CASE NO. 2:23-cv-1218-JES-NPM

DANESH NOSHIRVAN,

    Plaintiff,

vs.

JENNIFER COUTURE, an individual; RALPH GARRAMONE, M.D, an individual; RALPH GARRAMONE M.D., P.A. d/b/a GARRAMONE PLASTIC SURGERY; CENTRAL PARK OF SOUTHWEST FLORIDA, LLC; WRAITH, LLC; SULLIVAN STREET INVESTMENTS, LLC; HAIRPIN TURN, LLC; OMG REALTY, LLC; R G WEIGHT MANAGEMENT, LLC; CENTRAL PARK SOUTH, LLC; BRANTLEE, LLC; LEGACY OF MARIE GARRAMONE, LLC; GARRAMONE MARKETING, INC.; 5681 DIVISION LLC; THE LAW OFFICE OF PATRICK TRAINORESQ, LLC d/b/a THE LAW OFFICE OF PATRICK TRAINOR; PATRICK TRAINOR, an individual, and ANTI-DOXING LEAGUE INC.,

    Defendants.
_____/

## DEFENDANTS', JENNIFER COUTURE, RESPONSE TO PLAINTIFF'S MOTIONS TO COMPEL SECOND REQUEST FOR PRODUCTION

CASE NO. 2:23-cv-1218-JES-NPM

Defendants, Jennifer Couture, by and through the undersigned counsel, hereby responds to Plaintiff's Motion to Compel Responses to Plaintiff's Second Request for Production, and state as follows:

1. Prior to the undersigned formally entering an appearance, Plaintiff served discovery on Ms. Couture and Dr. Garramone and, subsequently, filed Motions to Compel as to multiple discovery requests. (Docs. 95, 96, and 98).

2. The Court granted extensions to Responses to the respective Motions making the Responses due August 5, 2024. (Docs. 105 and 116).

3. Plaintiff filed his Motion to Compel Responses as to his Second Request for Production as to Ms. Couture on June 21, 2024 (Doc. 98).

4. The Defendants, Ms. Couture and Dr. Garramone, are actively working on supplementing and amending their discovery responses as it relates to all Motions to Compel (Docs. 95, 96, and 98).

5. However, specifically, as to Plaintiff's Second Request for Production to Ms. Couture—the subject of Motion to Compel, Document 95—the Defendants have served Responses to same today, August 5, 2024.

6. Therefore, it is Defendants' position that Plaintiff's Motion to Compel Responses to the Second Request for Production as to Ms. Couture (Doc. 95) is moot and should be denied.

CASE NO. 2:23-cv-1218-JES-NPM

WHEREFORE, Defendant, Jennifer Couture, respectfully requests that this Court deny Plaintiff's Motion to Compel Responses to the Second Request for Production as to Ms. Couture as moot.

Dated:      8/5/2024

                Respectfully submitted,

*[signature]*

_____
James R. Brown, Esquire (217573)
Sonny Romano, Esquire (1026152)
WICKER SMITH O'HARA
  McCOY & FORD, P.A.
100 S. Ashley Dr., Suite 1800
Tampa, FL  33602
Telephone:  (813) 222-3939
Facsimile:  (813) 222-3938
Attorneys for Jennifer Couture; Ralph R. Garramone, M.D.; OMG Realty, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on August 5, 2024, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*[signature]*

_____
Sonny Romano, Esquire

CASE NO. 2:23-cv-1218-JES-NPM

## SERVICE LIST

Nicholas A. Chiappetta, Esquire
Chiappetta Trial Lawyers
2101 Vista Pkwy, Suite 258
West Palm Beach, Florida 33411
nick@chiappettalegal.com

Patrick Trainor, Esquire
Law Office of Patrick Trainor, Esq., LLC
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
pt@ptesq.com

Harvey W. Gurland, Jr., Esquire
Julian A. Jackson-Fannin, Esquire
Anoosheh Shaikh, Esquire
Duane Morris LLP
201 South Biscayne Blvd., Suite 3400
Miami, FL 33131
hwgurland@duanemorris.com
jjfannin@duanemorris.com
ashaikh@duanemorris.com