UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN, an individual,

    Plaintiff,

v.   Case No.:   2:23-cv-1218-JES-KCD

JENNIFER COUTURE, RALPH GARRAMONE M.D., RALPH GARRAMONE M.D. P.A., CENTRAL PARK OF SOUTHWEST FLORIDA, LLC, WRAITH, LLC, SULLIVAN STREET INVESTMENTS, LLC, HAIRPIN TURN, LLC, OMG REALTY, LLC, R G WEIGHT MANAGEMENT, LLC, CENTRAL PARK SOUTH, LLC, BRANTLEE, LLC, LEGACY OF MARIE GARRAMONE, LLC, GARRAMONE MARKETING, INC., 5681 DIVISION LLC, THE LAW OFFICE OF PATRICK TRAINOR ESQ. LLC, PATRICK TRAINOR and ANTI-DOXING LEAGUE INC.,

    Defendants.

| Judge: | Kyle C. Dudek | **Counsel for Plaintiff** | Nicholas A. Chiappetta |
|---|---|---|---|
| **Deputy Clerk:** | Courtney Ward | **Counsel for Defendants:** | Sonny Romano for Garramone and Couture Defendants<br><br>Patrick Trainor for Central Park |

| **Court Reporter** | Vonni Bray | **Interpreter** | |
|---|---|---|---|
| **Date/Time** | August 28, 2024 09:30 AM | **Total Time** | 9:34 AM-10:53 AM 1 hour, 19 minutes |

**Clerk's Minutes - Motion Hearing (Docs. 96, 97, 98)**

Start time: 9:34 AM

Counsel makes appearances. Court reviews background of case and reviews discovery standard, as stated on record

### Def's Motion to Compel (Doc. 96)

Court addresses Motion to Compel Couture to provide better responses to Noshirvan's First Request for Production. Court states request 50-63 will not be ruled on today. Attorney Chiappetta addresses requests which have been resolved.

Court addresses general issues with discovery responses, including general objections.

### Request #5
Court addresses request #5 and response. Attorney Chiappetta responds, as does Attorney Romano. Court remarks re: confidentiality agreement and counsel responds. Attorney Chiappetta raises Civil Action Order re: Confidentiality Order and Court responds. Court imposes a deadline of 9/20/24 re: confidentiality agreement or for Defendants to file a Motion for Protective Order and response to #5 will be paused at this time.

As for actual request Motion to Compel is granted and Couture is directed to respond pending resolution of the confidentiality agreement.

### Request #19
Court addresses request #19 and response. Attorney Chiappetta responds. Attorney Romano presents argument. Attorney Chiappetta makes rebuttal. Court makes further remarks. Motion to Compel #19 is denied without prejudice as to the GPS data at issue.

Court addresses time-frame of when discovery issues and responses will be addressed and counsel responds.

**Request #25**
Court addresses request #25 and response. Attorney Chiappetta responds. Attorney Romano presents argument. Attorney Chiappetta makes rebuttal and Attorney Romano responds. Attorney Chiappetta identifies all persons/entities in supplemental request whom he is seeking payment information on and Attorney Romano responds. Court denies MTC #25 in part as stated on record.

Court will enter Order following the hearing and issue of attorney's fees is denied.

**Def's Motion to Compel (Doc. 97)**

Court addresses Motion to Compel Central Park of SW FL to provide better responses to Noshirvan's First Request for Production and Court's concerns. Attorney Chiappetta responds. Attorney Trainor presents argument and Attorney Chiappetta makes rebuttal argument.

Court denies MTC without prejudice as stated on record. Attorney Trainor comments on the same.

**Def's Motion to Compel (Doc. 98)**

Court addresses Motion to Compel Garramone to provide better responses to Noshirvan's First Request for Production. Counsel responds and addresses requests which have been resolved.

**Request #5**
Court addresses request #5 and response. Attorney Chiappetta responds. Attorney Romano presents argument. The Motion to Compel is granted and Garramone is directed to respond pending resolution of the confidentiality agreement, as previously discussed above in RTP #5 re: Doc. 96.

**Request #19**
Court addresses request #19 and response. Attorney Chiappetta responds. Attorney Romano presents argument. Court will deny MTC RTP #19 without prejudice, as previously stated above in RTP #19 re: Doc. 96.

3

Court addresses request #42 and response. Court is trying to clarify which Request for Production numbers are in dispute and counsel is checking to clarify as they believe it is #41 and 43. Counsel goes off record to discuss discovery responses and what is in dispute. Attorney Chiappetta responds that no further discovery requests are in dispute as to Dr. Garramone. The remainder of the motion is denied as moot, as stated on record.

Court will enter Order following the hearing and issue of attorney's fees is denied.

10:53 AM – hearing adjourned.