UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN, an individual,

    Plaintiff,

v.   Case No.: 2:23-cv-1218-JES-KCD

JENNIFER COUTURE, RALPH GARRAMONE M.D., RALPH GARRAMONE M.D. P.A., CENTRAL PARK OF SOUTHWEST FLORIDA, LLC, WRAITH, LLC, SULLIVAN STREET INVESTMENTS, LLC, HAIRPIN TURN, LLC, OMG REALTY, LLC, R G WEIGHT MANAGEMENT, LLC, CENTRAL PARK SOUTH, LLC, BRANTLEE, LLC, LEGACY OF MARIE GARRAMONE, LLC, GARRAMONE MARKETING, INC., 5681 DIVISION LLC, THE LAW OFFICE OF PATRICK TRAINOR ESQ. LLC, PATRICK TRAINOR and ANTI-DOXING LEAGUE INC.,

    Defendants.
_____/

## ORDER

This case was before the Court for oral argument on three pending discovery motions. (Docs. 96, 97, 98.) For the reasons stated on the record, it is now **ORDERED**:

1. Plaintiff's Motion to Compel Defendant Jennifer Couture to Provide Better Responses, Overrule Objections, and Produce Documents (Doc. 96) is **DENIED AS MOOT** to the extent the parties have resolved specific discovery requests. The motion is otherwise **GRANTED IN PART AND DENIED IN PART** as stated on the record.

2. Plaintiff's Motion to Compel Defendant Central Park of Southwest Florida, LLC to Provide Better Responses, Overrule Objections, and Produce Documents (Doc. 97) is **DENIED WITHOUT PREJUDICE**.

3. Plaintiff's Motion to Compel Defendant Ralph Garramone M.D. to Provide Better Responses, Overrule Objections, and Produce Documents (Doc. 98) is **DENIED AS MOOT** to the extent the parties have resolved specific discovery requests. The motion is otherwise **GRANTED IN PART AND DENIED IN PART** as stated on the record.

4. The Court declines to award fees under Fed. R. Civ. P. 37.

**ENTERED** in Fort Myers, Florida on August 28, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record