### Re: Osborne

 Tyrone Laury <tyrone@savagelaw.us>
Wed 5/15/2024 10:58 AM
To: Nick Chiappetta <nick@chiappettalegal.com>

Thanks for waiting. My client can do the $550.00.

Tyrone Laury, Esq.
Savage Villoch Law, PLLC
400 N Tampa Street
Suite 2820
Tampa, FL 33602
Tel: (813) 578-7137
Fax: (813) 354-4561
email: tyrone@savagelaw.us
http://www.savagelaw.us/

This e-mail message is intended to be received only by person(s) entitled to receive the confidential information it may contain. E-mail messages sent from this address may contain information that is confidential and may be legally privileged. By receiving this e-mail it does not create an attorney-client relationship. Any tax advice contained in this communication was not intended or written to be used, and cannot be used, for the purpose of avoiding tax related penalties or promoting, marketing or recommending to another party any tax related matter addressed herein. Please do not read, copy, forward or store this message unless you are an intended recipient. If you received this transmission in error, please notify the sender by reply e-mail or by calling (813) 578-7137 and delete the message and any attachments

**From:** Nick Chiappetta <nick@chiappettalegal.com>
**Sent:** Wednesday, May 15, 2024 10:39 AM
**To:** Tyrone Laury <tyrone@savagelaw.us>
**Subject:** Re: Osborne

EXTERNAL EMAIL
I am staying at $600.00. Direct settled 29 cases with me in the last 5 months - at a rate between 550 and 600.

**Nick Chiappetta** | Managing Partner
P. 561-768-4500
F. 561-768-4600
nick@chiappettalegal.com
2101 Vista Pkwy, Suite 258
West Palm Beach, Florida 33411

8401 Lake Worth Rd.,
Lake Worth, Florida 33467
*By Appointment Only*


EXHIBIT # B.3.

RE: N220494630.3 Physicians Group LLC aao Marvin Owens Jr. v. Direct General Insurance Company:

▓▓▓▓▓ <▓▓▓▓@mcfarlanedolanlaw.com>
Tue 5/21/2024 3:07 PM
To: Nick Chiappetta <nick@chiappettalegal.com>
Cc: ▓▓▓▓ <▓▓▓▓@mcfarlanedolanlaw.com>

Good afternoon, Nick.

As a follow up to our earlier phone conversation regarding your Motion to Enforce Settlement, Direct General will agree to the additional benefit payment in the amount of $770.48, and attorney fees & cost $550.00 for a total amount of $1,320.48. A draft for that amount will be issued to your trust account. Additionally, there is to be no additional litigation to result in additional fees for either party beyond this point.

Please confirm your agreement to those terms.

Thanks!

Best,

▓▓▓▓▓▓, Esq.
Associate Attorney
McFARLANE LAW
McFarlane Dolan & Prince
210 North University Drive, 6th Floor
Coral Springs, FL 33071
(954)340-0005
(954)340-0055 FAX
▓▓▓▓@mcfarlanedolanlaw.com
www.mcfarlanedolanlaw.com

"DEFENDING FLORIDA CLAIMS"

ATTORNEY–CLIENT AND/OR WORK PRODUCT PRIVILEGED MATERIAL. This message is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message solely to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify McFarlane Law immediately by telephone or return e-mail and then delete this communication immediately. Thank you.