IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| DANESH NOSHIRVAN, <br><br> Plaintiff, <br><br> vs. <br><br> JENNIFER COUTURE; RALPH GARRAMONE M.D. P.A. d/b/a GARRAMONE PLASTIC SURGERY, et al., <br><br> Defendants. | Civil Case No.: 2:23-cv-01218 <br><br> UNOPPOSED |

**PATRICK TRAINOR UNOPPOSED MOTION TO CONTINUE AND RESCHEDULE HEARING SCHEDULED OCTOBER 3, 2024**

Patrick Trainor (hereinafter "Trainor") by and through the undersigned counsel, hereby requests that this Court reschedule the hearing on Danesh Noshirvan's ("Noshirvan") Motion to Better Responses, Overrule Objections, and Produce Documents in Response to Noshirvan's First Request for Production which is currently set for October 3, 2024, at 9:30 a.m. before Magistrate Judge Kyle C. Dudek.  ECF No. 143.

**MOTION TO MOVE HEARING**

1. On September 13, 2024, Noshirvan filed a Motion to Compel Better Responses, Overrule Objections, and Produce Documents.  ECF No. 131.

2. On September 22, 2024, Trainor filed his opposition.  ECF No. 138.

3. On September 24, 2024, the Court issued its Notice of Hearing that set the hearing on the motion for October 3, 2024, at 9:30 a.m.

4. Due to a previously scheduled matter, Trainor is unavailable on October 3, 2024, and is unable to attend the hearing on this date, therefore, requests the hearing be moved to a different date.

5. Trainor spoke with counsel for Noshirvan and he does not oppose the relief requested, however, counsel for Defendant advised his only available dates are October 15, 2024, and October 18, 2024.

6. In order to accommodate counsel for Noshirvan's schedule, Trainor Plaintiff respectfully requests that the Court reschedule the hearing scheduled October 3, 2024, to either October 15, 2024, or October 18, 2024.

WHEREFORE, due to a previously scheduled matter, Trainor respectfully requests that this Court reschedule the hearing scheduled October 3, 2024, to either October 15, 2024, or October 18, 2024, to accommodate counsel for Noshirvan's schedule.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Counsel for Plaintiff certifies that on September 24, 2024, Trainor conferred with counsel for Noshirvan via email and he does not oppose the relief requested herein, however, due to scheduling constraints he requests a hearing date on either October 15, 2024, or October 18, 2024.

2

September 24, 2024  _____

Patrick Trainor, Esq.
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on September 24, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all attorney of record.

_____
Patrick Trainor