UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN, AN INDIVIDUAL;

    Plaintiff,

v.

JENNIFER COUTURE, AN INDIVIDUAL; RALPH GARRAMONE M.D., AN INDIVIDUAL;  RALPH GARRAMONE M.D. P.A., CENTRAL PARK OF SOUTHWEST FLORIDA, LLC,  WRAITH, LLC, SULLIVAN STREET INVESTMENTS, LLC,  HAIRPIN TURN, LLC,  OMG REALTY, LLC, R G WEIGHT MANAGEMENT, LLC,  CENTRAL PARK SOUTH, LLC,  BRANTLEE, LLC,  LEGACY OF MARIE GARRAMONE, LLC, GARRAMONE MARKETING, INC., 5681 DIVISION LLC,  THE LAW OFFICE OF PATRICK TRAINOR ESQ. LLC, PATRICK TRAINOR, AN INDIVIDUAL; AND  ANTI-DOXING LEAGUE INC.,

    Defendants,

Case No. 2:23-CV-01218-JES-KCD

## **ORDER**

This case was before the Court for oral argument on two pending discovery motions—Defendant Garramone Plastic Surgery's Motion to

Compel (Doc. 129), and Plaintiff Danesh Noshirvan's Motion to Compel (Doc. 131).

The parties reached an agreement on Noshirvan's motion to compel (Doc. 131), and thus it is **DENIED AS MOOT**. As relayed on the record, Defendant Patrick Trainor will produce responsive records to the outstanding discovery by October 18, 2024. He will also provide a privilege log by October 25, 2024.

As for Garramone's motion (Doc. 129), Noshirvan agreed to withdraw his objections to contested discovery requests. The remainder of Garramone's motion concerning the form of production under Rule 34 could not be resolved on the existing record, and thus it is **DENIED WITHOUT PREJUDICE**. And finally, the Court will address Garramone's request for attorney fees if the motion to compel is renewed.

**ORDERED** in Fort Myers, Florida on October 15, 2024.

Kyle C. Dudek
United States Magistrate Judge

2