UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| DANESH NOSHIRVAN, AN INDIVIDUAL;<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER COUTURE, AN INDIVIDUAL; RALPH GARRAMONE M.D., AN INDIVIDUAL; RALPH GARRAMONE M.D. P.A., CENTRAL PARK OF SOUTHWEST FLORIDA, LLC, WRAITH, LLC, SULLIVAN STREET INVESTMENTS, LLC, HAIRPIN TURN, LLC, OMG REALTY, LLC, R G WEIGHT MANAGEMENT, LLC, CENTRAL PARK SOUTH, LLC, BRANTLEE, LLC, LEGACY OF MARIE GARRAMONE, LLC, GARRAMONE MARKETING, INC., 5681 DIVISION LLC, THE LAW OFFICE OF PATRICK TRAINOR ESQ. LLC, PATRICK TRAINOR, AN INDIVIDUAL; AND ANTI-DOXING LEAGUE INC.,<br><br>Defendants, | Case No. 2:23-CV-1218-JES-KCD |

## **ORDER**

This case was before the Court for a hearing on two pending motions—Motion for Withdrawal as Counsel for Defendants Jennifer Couture, Ralph

Garramone, M.D., and OMG Realty, LLC (Doc. 164), and Motion to Stay Discovery (Doc. 165). For the reasons stated on the record, the motions are **GRANTED IN PART AND DENIED IN PART**:

1. Attorneys James Brown and Sonny Romano are terminated from this matter effective immediately. The Clerk is directed to remove them from the electronic service list;

2. Defendants Jennifer Couture, Ralph Garramone, M.D., and OMG Realty, LLC are given until November 15, 2024, to retain new counsel;

3. The Court will stay all discovery until the earlier of November 15, 2024, or Defendants secure new counsel who enters a notice of appearance;

4. The deadline for Defendants to answer the outstanding discovery addressed at the hearing is extended to November 29, 2024;

5. Given the delay caused by the withdrawal, the Court will extend discovery by 60 days. A new scheduling order will follow.

**ORDERED** in Fort Myers, Florida on November 1, 2024.

Kyle C. Dudek
United States Magistrate Judge