IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.:   2:23-cv-01218-JES-NPM

DANESH NOSHIRVAN,

    Plaintiff,

v.

JENNIFER COUTURE, an individual,
RALPH GARRAMONE, M.D., an individual
RALPH GARRAMONE, M.D. P.A. d/b/a
GARRAMONE PLASTIC SURGERY,
CENTRAL PARK OF SOUTHWEST
FLORIDA, LLC, WRAITH, LLC
SULLIVAN STREET INVESTMENTS, LLC,
HAIRPIN TURN, LLC, OMG REALTY, LLC
R G WEIGHT MANAGEMENT, LLC
CENTRAL PARK SOUTH, LLC
BRANTLEE, LLC, LEGACY OF MARIE
GARRAMONE, LLC, GARRAMONE
MARKETING, INC., 5681 DIVISION, LLC
THE LAW OFFICE OF PATRICK TRAINOR
ESQ., LLC d/b/a THE LAW OFFICE OF
PATRICK TRAINOR, PATRICK TRAINOR,
an individual, and ANTI-DOXING LEAGUE, INC.

    Defendants.
_____/

## NOTICE OF LEAD COUNSEL DESIGNATION

Aaron Alfano, Esq., hereby serves notice upon this Honorable Court and all parties hereto of his appearance as lead counsel on behalf of Defendants Jennifer Couture, Ralph Garramone, MD, OMG Realty, LLC, and Wraith, LLC, in the above-

referenced matter.

Date: November 15, 2024                    Respectfully submitted,

                                                    By:   /s/   *Aaron Alfano*_____
                                                          Aaron Alfano, Esq. (Florida Bar No. 0083909)
Brian P. Henry, Esq. (Florida Bar No. 0089069)
Rolfes Henry Co., L.P.A.
5415 87th Street East
Bradenton, FL   34211
T:   (941) 684-0100
F:   (941) 684-0109
E:   aalfano@rolfeshenry.com
E:   sburns@rolfeshenry.com
E:   bhenry@rolfeshenry.com
E:   kmcclintock@rolfeshenry.com

*Attorneys for Defendants Jennifer Couture, Ralph Garramone, MD, OMG Realty, LLC, and Wraith, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Notice of Substitution of Counsel was served this 15th day of November 2024, on all counsel or parties of record via the Court's Electronic Filing System, Electronic Mail, or via regular mail:

Nicholas A. Chiappetta, Esq.
Fla. Bar No. 1006407
Chiappetta Trial Lawyers
2101 Vista Parkway, Ste. 258
West Palm Beach, FL   33411
T:   561-768-4500
E:   nick@chiappettalegal.com

*Attorney for Plaintiff*


                                          */s/ Aaron Alfano*_____
                                          Aaron Alfano (Fla Bar No.: 83909)