UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:23-CV-01218-JES-KCD

DANESH NOSHIRVAN,
an individual,

    Plaintiff,

v.

JENNIFER COUTURE, et al.

    Defendants.
_____/

**RALPH GARRAMONE, M.D., P.A. D/B/A/ GARRAMONE PLASTIC SURGERY'S RESPONSE AND NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO RENEWED MOTION TO COMPEL**

    Defendant, Ralph Garramone, M.D., P.A. d/b/a Garramone Plastic Surgery ("*GPS*"), files this Response and Notice of Non-Opposition to Plaintiff's Motion to Extend Time to Respond to GPS's Renewed Motion to Compel Plaintiff to Comply with Rule 34 and for Rule 37 Sanctions (D.E. 178) or Alternatively, Motion for Clarification ("*Motion to Extend Time*") (D.E. 189) as follows:

    Contrary to Plaintiff's Local Rule 3.01(g) Certification, counsel for Plaintiff requested to confer with undersigned counsel at 9:28 a.m. via email on Monday, November 18, 2024 and stated the following, in pertinent part: "Are you available to confer this morning regarding Plaintiff's motion for extension of time? Let me know." Rather than wait for the undersigned to respond with his availability to confer,

**DUANE MORRIS LLP**
201 South Biscayne Boulevard, Suite 3400, Miami, Florida 33131 ▪ 305.960.2200

Plaintiff's counsel proceeded to file his Motion to Extend Time twenty-seven (27) minutes later at 9:55 a.m. At no time prior to the filing of Plaintiff's Motion to Extend Time did the undersigned indicate that he was "not available to meet and confer prior to the filing of this motion." [D.E. 189, pg. 4]. Indeed, had Plaintiff's counsel truly attempted to conduct a good faith conferral, the undersigned counsel would have advised him that GPS has no objection to the requested (3-day) extension of time.

Respectfully submitted this 18th day of November, 2024.

/s/ Julian A. Jackson-Fannin
Harvey W. Gurland, Jr., Esq.
Florida Bar No. 284033
Julian A. Jackson-Fannin, Esq.
Florida Bar No. 93220
DUANE MORRIS LLP
201 South Biscayne Boulevard
Suite 3400
Miami, FL 33131
Tel: 561.962.2108
HWGurland@duanemorris.com
JJFannin@duanemorris.com
PNMendoza@duanemorris.com
JMagarin@duanemorris.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November, 2024, a true and correct copy of the foregoing was served via electronic mail upon all counsel of record.

/s/ Julian A. Jackson-Fannin
Julian A. Jackson-Fannin, Esq.

DM1\15932070.1