# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

DANESH NOSHIRVAN
an individual,

    Plaintiff,

vs.

JENNIFER COUTURE, Et'al,

    Defendant(s).
_____/

CASE NO:
2:23-cv-01218-JES-KCD

JUDGE. Hon. John E. Steele

## PLAINTIFF, DANESH NOSHIRVAN'S NOTICE OF FILING LOCAL RULE 3.01(g) CERTIFICATION OF SUPPLEMENT

The undersigned, counsel for plaintiff, Danesh Noshirvan ("Noshirvan") notifies this Court that on November 18, 2024, he attempted to coordinate a time to meet and confer, via email. GPS's counsel responded, via email, and stated "I am not available to confer this morning, and we have already indicated our non-opposition to your requested extension." A copy of the email correspondence is attached as **Exhibit A**.

        Respectfully submitted,

        Nicholas A. Chiappetta, Esq.
        **Chiappetta Trial Lawyers**
        Attorneys for Mr. Noshirvan
        2101 Vista Parkway, Suite 258
        West Palm Beach, Florida 33411
        Direct: (561) 768-4500
        Fax:    (561) 768-4600
        service@chiappettalegal.com
        nick@chiappettalegal.com
        www.chiappettalegal.com

## CERTIFICATE OF SERVICE

     I hereby certify that on November 18, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Patrick Trainor, Esquire
Law Office of Patrick Trainor, Esq., LLC
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
Telephone: (201) 777-3327
Facsimile: (201) 896-7815
pt@ptesq.com
*Attorney for all Defendants*
*except GPS, Ralph Garramone,*
*Jennifer Couture, OMG Realty, LLC,*
*And Wraith, LLC.*

Harvey W. Gurland, Jr., Esq.
Florida Bar No. 284033
Julian A. Jackson-Fannin, Esq.
Florida Bar No. 93220
Anoosheh Shaikh, Esq.
Florida Bar No. 1039830
DUANE MORRIS LLP
201 South Biscayne Boulevard
Suite 3400
Miami, FL 33131

Tel: 561.962.2108
HWGurland@duanemorris.com
JJFannin@duanemorris.com
AShaikh@duanemorris.com
PNMendoza@duanemorris.com
JMagarin@duanemorris.com
*Attorneys for GPS*


Aaron Alfano, Esq.
Florida Bar No. 0083909
Brian P. Henry, Esq.
Florida Bar No. 0089069
Rolfes Henry Co., L.P.A.
5415 87th Street East
Bradenton, FL 34211
T: (941) 684-0100
F: (941) 684-0109
E: aalfano@rolfeshenry.com
E: sburns@rolfeshenry.com
E: bhenry@rolfeshenry.com
E: kmcclintock@rolfeshenry.com
Attorneys for Defendants
Jennifer Couture, Ralph Garramone, MD,
OMG Realty, LLC, and Wraith, LLC



                                   */s/ Nicholas A. Chiappetta*
                                   Nicholas A. Chiappetta