UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN, AN INDIVIDUAL;

    Plaintiff,

  v.

JENNIFER COUTURE, AN INDIVIDUAL; RALPH GARRAMONE M.D., AN INDIVIDUAL; RALPH GARRAMONE M.D. P.A., CENTRAL PARK OF SOUTHWEST FLORIDA, LLC, WRAITH, LLC, SULLIVAN STREET INVESTMENTS, LLC, HAIRPIN TURN, LLC, OMG REALTY, LLC, R G WEIGHT MANAGEMENT, LLC, CENTRAL PARK SOUTH, LLC, BRANTLEE, LLC, LEGACY OF MARIE GARRAMONE, LLC, GARRAMONE MARKETING, INC., 5681 DIVISION LLC, THE LAW OFFICE OF PATRICK TRAINOR ESQ. LLC, PATRICK TRAINOR, AN INDIVIDUAL; AND ANTI-DOXING LEAGUE INC.,

    Defendants,
_____/

Case No. 2:23-CV-1218-JES-KCD

## **ORDER**

This case was before the Court for oral argument on three pending discovery motions. (Docs. 167, 178, 181.) For the reasons stated on the record,

the motions are now **GRANTED IN PART AND DENIED IN PART** as set forth below:

1. Plaintiff Danesh Noshirvan's Second Motion to Compel Discovery and First Motion to Compel Compliance with Court Order (Doc. 167) is **GRANTED** insofar as Defendants Ralph Garramone and Jennifer Couture must produce their outstanding discovery within 45 days. All other relief sought is **DENIED**.

2. Defendant Garramone Plastic Surgery's Renewed Motion to Compel (Doc. 178) is **GRANTED** insofar as Plaintiff must amend its electronic discovery production to comply with Fed. R. Civ. P. 34(b)(2)(E)(i) and (ii) within 60 days. All other relief sought is **DENIED**.

3. Plaintiff Danesh Noshirvan's Motion to Compel Defendant Garramone Plastic Surgery to Provide Better Responses, Overrule Privilege Objections, and Produce Documents (Doc. 181) is **GRANTED** as to Paragraph 4, Paragraph 7, Paragraph 8, Request No. 43, Request No. 23, Request No. 26, Request No. 29, Request No. 34 (as amended), and Defendant must provide responsive documents to these items (and an updated privilege log) within 45 days. All other relief sought is **DENIED**.

**ORDERED** in Fort Myers, Florida on December 10, 2024.

Kyle C. Dudek
United States Magistrate Judge