IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN
an individual,

        Plaintiff,

vs.

JENNIFER COUTURE, et'al.,

        Defendant(s).
_____/

CASE NO:
2:23-cv-01218-JES-NPM

## DECLARATION OF NICHOLAS A. CHIAPPETTA

The undersigned, Nicholas A. Chiappetta, being first duly sworn and declares under penalty of perjury the following:

1. My name is Nicholas A. Chiappetta. I am over 18 years of age and competent to make this declaration.

2. I am a resident of the State of Florida and am *sui juris*.

3. This declaration is based upon my personal knowledge obtained through internal office knowledge, research, interactions with, or observations of, Richard Luthmann.

4. Exhibit A attached to Noshirvan's Response is true and correct

copy of the Supreme Court of New Jersey's Disciplinary Review Board's Decision, disbarring Richard Luthmann, dated February 25, 2021. This item was personally retrieved by the undersigned.[1]

5. Exhibit A.1 attached to Noshirvan's Response is true and correct copy of the docket in *USA v. Luthmann, et' al*, USDC Eastern District of New York 1:17-cr-00664-PKC-RER. This item was retrieved directly from Pacer.

6. Exhibit B attached to Noshirvan's Response is true and correct copy of the nonparty subpoena duces tecum the undersigned's office prepared and submitted to a third-party process server to serve Richard Luthmann after he exited the Courthouse on December 10, 2024. However, upon seeing the process server, Richard Luthmann ran back into the courtroom and was served on the spot.

7. Exhibit C attached to Noshirvan's Response is true and correct copy of the Affidavit of Service provided to the undersigned's office after serving Richard Luthmann the nonparty subpoena duces tecum.

8. Exhibit D attached to Noshirvan's Response is true and correct copy of the email trial between Richard Luthmann and the Undersigned. On December 11, 2024, the undersigned advise Richard Luthmann of the "clerical error" on the subpoena as it pertains solely to the "place of compliance. And the undersigned advise Richard Luthmann that he was willing to withdraw the subpoena. See Ex. D. p.06 of 18.

9. Exhibit E attached to Noshirvan's Response is true and correct copy of Richard Luthmann's Substack Post "License to Doxx", which may also be found at https://luthmann.substack.com/p/license-to-doxx-did-a-florida-federal. Notably, on the second page, labeled as 1 of 20, the document is copy righted by "Scrivener LLC." Richard Luthmann Trust, the 2022 RAL Irrevocable trust is the "title member." Richard Luthmann is the registered agent and his family home: 4199 Los Altos Court, Naples, Florida 34109 is Scrivener, LLC's principal place of business. Exhibit F attached to

---

[1] A digital copy can be found at
https://drblookupportal.judiciary.state.nj.us/SearchResults.aspx?type=docket_no&docket_no=20-115

Noshirvan's Response is true and correct copy of Scrivener, LLC's entity details as listed on www.Sunbiz.org.

10. Exhibit G attached to Noshirvan's Response is true and correct copy of www.substack.com's Terms of Use. The undersigned personally retrieved the Terms of use on January 13, 2025 from https://substack.com/tos. Substack's Term of Service agreement make clear that the personal creator owns and utilizes the account. In fact, the Terms of Service disallow any use for the benefit of "any third party." See Ex. G. P. 2 of 12. Simply put, a Substack.com account is nothing more than digital bulletin board.

11. Exhibit H attached to Noshirvan's Response is true and correct copy of Richard Luthmann's Newbreak Post "Legal battle", which may also be found at https://www.newsbreak.com/richard-luthmann-1792610/3659332977133-legal-battle-tiktok-harassment-case-sparks-controversial-license-to-doxx. Notably, Richard Luthmann has only 788 followers on Newsbreak. EX. H, p. 1. However, most importantly, News break, like Substack.com, is also a bulletin board and each account is "independent" and personal to the user. See Ex. H. p. 19 of 29.

12. Exhibit I attached to Noshirvan's Response is true and correct copy of www.newbreak.com's Terms of Use. The undersigned personally retrieved the Terms of use on January 13, 2025 from https://www.newsbreak.com/terms. NewsBreak's Term of Service agreement make clear that minors may use the digital bulletin board with parental consent. Ex. I, p. 2 of 18. Like Substack.com, the personal creator of the Newsbreak account, owns and utilizes the content. *Id.* at p. 3-4 of 18. In fact, the Terms of Service disallow any use for the benefit of "any third party." See Ex. G. P. 2 of 12. Simply put, like Substack.com, a Newbreak.com account is nothing more than digital bulletin board.

13. Exhibit J is a true and copy of Joseph A. Camp's ("Camp')post on Gab.com on January 14, 2025 at or about 12:20pm. Within that post, Camp again utilizes his anti-semitic rhetoric. And reposted Luthmann's most current Substack.com post where Luthmann denied sending "a 'package'

sent to [Noshirvan's] 'in-laws' despite not actually being accused of same. This appears to be a DARVO tactic.

14. Also, I had spoken directly to Alexander Vays ("Vays") on multiple occasions by email and telephone. Vays agreed to execute an affidavit outlining Joseph A. Camp's ("Camp") harassment. He asked that I prepare an affidavit, which I kindly obliged. However, someone communications with Camp occurred, which made Vays change his mind and refuse to go on record. Vays simply stopped communicating with the undersigned. An analogous example, of such witness tampering is contained within Brad LaPorte's ("LaPorte's") Declaration. I am aware of the statements made in LaPorte's declaration because he brought same to my attention on the day of the deposition and went on record at his deposition restating the same.

15. The Exhibits attached to Noshirvan's Response may be subject to multiple hearsay exceptions.

I certify and declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. §1746, that the forgoing is true and correct to the best of knowledge and belief. Executed on January 15, 2025, in Palm Beach County, Florida.

_____
Nicholas A. Chiappetta