IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN
an individual,

      Plaintiff,

vs.

JENNIFER COUTURE, et'al.,

      Defendant(s).
_____/

CASE NO:
2:23-cv-01218-JES-NPM

## DECLARATION OF BRAD LAPORTE

STATE OF FLORIDA      )
                             ) ss:
COUNTY OF PALM BEACH  )

      BEFORE ME, the undersigned authority appeared, Brad LaPorte, being first duly sworn and declares under penal of perjury the following:

      1.    My name is Brad LaPorte. I am over 18 years of age and competent to make this declaration.

      2.    I am a resident of the State of Florida and am *sui juris*.

      3.    This declaration is based upon my personal knowledge, which I obtained through investigation, research, interactions with, or observations of, Joseph A. Camp's ("Camp") social media accounts.

      4.    On or about October 04, 2024, I was hired by Chiappetta Trial Lawyers ("CTL") to serve as one of Danesh Noshirvan's (Noshirvan") experts. As such, I reviewed the materials provided to me by CTL, conducted an independent investigation, and prepared a 61-page written report that was executed on

November 25, 2024. A true and correct copy of my curriculum vitae is attached as **Exhibit 1**.

5. Based upon my military experience and time with the D.O.D, I can say with certainty that I have observed bad actors like Camp. Stated differently, I know it when I see it. Camp is a self-absorbed narcissist who does not even attempt to hide his true identity through social media masks or fake profiles. Rather, Camp prides himself on the fact that he is manipulating the system by hiding outside of the United States while employing illegal tactics with the United States, to achieve a certain result.

6. Camp is reverifiable within a reasonable degree of probability. First, Camp is verified on multiple social media platforms. Second, Camp groups several social media accounts he controls to one "Link Tree." A true and correct copy of Camp's Link Tree is attached as **Exhibit 2**. Camp's Link Tree may be found at https://linktr.ee/joeycamp2020. Camp was also independently verified when he was arrested in Belize. Channel 5 Belize linked Camp to his verified Gab.com account. [1] Third, Camp's Russian social media profiles on Ok.ru and VK indicate that he may also have established one or more Russian Yandex.com email accounts.[2] This buttressed by the fact that Camp openly admits to utilizing at least one Yandex.com email account. Fourth, a preliminary search indicates that Camp is the sole owner of telephone number (720)454-5240, which is cited on most of Camp's social media profiles. I ran a basic phone number validation search and found that the number is registered to Camp through Verizon. A true and correct copy is attached as **Exhibit 3**.

7. Based upon my independent investigation, observations, and personal interactions where Camp attempted to intimidate me, I can say with reasonable certainty that Camp displays a propensity for harassment, cyberstalking, witness intimidation, threats and extortion.

8. On December 16, 2024, one day before Defendants were set to depose me, I received communications from telephone number 720-454-5240 through WhatsApp. A true and correct copy of communication compilation is

---

[1] See https://gab.com/JoeyCamp2020 and https://edition.channel5belize.com/who-is-joseph-camp/
[2] OK.ru, also known as Odnoklassniki, is a social network that originated in Russia. It was launched in 2006 by Albert Popkov. VK (VKontakte) is a Russian social networking service that allows users to communicate, share content, and participate in online communities. VK was founded in Saint Petersburg, Russia in 2006 by Pavel Durov. VK is basically Russia's version of Facebook.

attached as **Exhibit 4**. The user of telephone number 720-454-5240 self-identified as "Joseph Camp." *Id.* In the very first communication, Camp frivolously and falsely threaten a defamation lawsuit despite the fact he should have known such a lawsuit would be barred by litigation privilege. Camp went on to demand that I "keep [his] name out of [my] mouth." *Id.* at p. 1. Camp also acknowledged that he "want[s] Danesh dead" or "permanently destroyed." *Id.* at p. 1. Camp in like fashion stated "the game is now on." Camp also began to call me several times. I did not answer the phone. Interestingly, Camp knew that I would be deposed as he stated, "your about to be destroyed in depo." *Id.* at p. 3. This communication occurred the day before I was set to be deposed. To my knowledge, only the parties and their attorneys knew that the deposition was going to take place on December 17, 2024. As such, someone had to communicate this information directly to Camp.

9. Camp first threatened to expose private information about my relatives. Camp's exact threat was that my relatives will "now be exposed for any skeletons." *Id.* at p. 3 Camp proceeded to provide certain residential addresses belonging to mt relatives. *Id.* at p. 3. Camp then threatened that "my life would flipped upside down" while threatening to the people closest to me. *Id.* at p. 3-4.

10. Next, Camp began an antisemitic campaign and threatened to destroy one or my relatives career. *Id.* at p. 4-5. Camp also contacted me through a social media application called Signal. Again, he self-identified and restated much of the same. See Ex. 4., Signal sec.

11. Camp also began posting my face and phone number to his Gab.com account. *Id.* at p. 7. Immediately thereafter, several commentors began posting anti-Semitic statements pertaining to me.

12. My understanding of Camp's communications were either direct or implied threats to scare or intimidate me into not testifying the next day in violation of the following: §18 U.S.C. 1512(a)(2), §18 U.S.C. 2261A, §18 U.S.C. 119, 18 U.S.C. 875, §914.22, Fla. Stat., §836.05, Fla. Stat., §784.048, Fla. Stat., §817.568, Fla. Stat., and §836.11, Fla. Stat.

13. Interestingly, Richard Luthmann ("Luthmann") also obtained a copy of my report, which was only provided to Defendants' attorneys. On December 15, 2024, two days before my deposition was set to occur, Luthmann included my picture in conjunction with a self-serving post on his bulletin board

at Substack.com. A true and correct copy of the article is attached as **Exhibit 5**.[3] Arguably, Luthmann's personal Substack post potentially violates some of the statutes mentioned in paragraph 12.

14. What is clear is that Camp, Luthmann, and the Defendants, are clearly colluding or are otherwise in an alliance. This collusion is apparent because both Camp and Luthmann are in possession of information they should not have. And both Camp and Luthmann are targeting Noshirvan's witnesses, including myself. What is interesting is that a Substack.com user, @legendofthesouth, self-identifies with the first name "Jennifer", and the profile picture is of Jennifer Couture.[4] @legendofthe south "liked" Luthmann's article. See Ex. 5, p. 21. Noatbly, Luthmann follows @legendofthesouth a/k/a Jennifer and Jennifer follows both Luthmann and an account called M. Thomas Nast. This does not appear to be a coincidence. A true and correct copy of @legendofthesouth a/k/a Jennifer Couture's Substack.com page is attached as **Exhibit 6**.[5]

15. I also received an anonymous email from mthomasnast@protonmail.com. Attached to that email was a copy of my expert report. For example:

> 5 Conclusions:
> • How did you conclude that Mr. Noshirvan is the victim of harassment rather than the instigator?
> • Why does your report downplay or ignore the financial incentives Mr. Noshirvan has in perpetuating these campaigns?
> • Are you aware that your conclusions have been described by critics as a "whitewash" of Mr. Noshirvan's actions?
>
> Please respond so that we may provide a fair and balanced assessment of the story.
>
> Regards,
>
> Modern Thomas Nast
>
> Boss Tweed was just the beginning. Operating in the shadows to expose the shady.
>
> Sent with Proton Mail secure email.
>
> 📎 Expert Report of Mr. Brad A. LaPorte - November_25_2024_Signed (2).pdf
> 723K

---

[3] A digital copy may be found at https://luthmann.substack.com/p/danesh-noshirvans-victims-speak-out. Of note, Substack.com account "**M. Thomas Nast**" allegedly co-authored Luthmann's post.
[4] I am aware of how Jennifer Couture appearance because she was present at my deposition on December 17, 2024.
[5] A digital copy may be found at https://substack.com/@legendofthesouth

> **One attachment** • Scanned by Gmail ⓘ
>
> 📄 Expert Report of ...

16.    Luthmann also began posting harassing and defamatory statements on his personal Twitter/X account. See https://x.com/rluthmann/status/1868169389511471151. And on his Instagram account: https://www.instagram.com/rluthmann/

17.    The examples provided in this Declaration do not fully explain the ongoing harassment and witness intimidation that I have been put through at the hands of Defendants, Camp, and Luthmann.

18.    As a result of the ongoing harassment, witness intimidation, and threats, I was forced to withdraw from this case. I maintain very serious concerns for my personal safety. Given recent circumstances, I believe that continuing to participate in this matter poses a genuine risk to my well-being, as well as to my professional reputation and those closest to me. Because of my abrupt withdrawal due to Defendants and their associates actions, I ask that the court extend the expert witness deadline to allow Noshirvan time to obtain another expert.

19.    The Exhibits attached to my declaration may be subject to multiple hearsay exceptions.

I certify and declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. §1746, that the forgoing is true and correct to the best of knowledge and belief. Executed on January 14, 2025, in Palm Beach County, Florida.

_____
Brad LaPorte