# BRAD A. LAPORTE

## CERTIFICATIONS
**GCIA** - GIAC Certified Intrusion Analyst
**CISM** - Certified Information Security Manager
**ITIL** - IT Infrastructure Library Foundation
**Pragmatic Marketing** - Level 3 Certification
**CompTIA** - Security+
**Cisco Networking Academy** – IT Essentials I: PC Hardware and Software (aligned to CompTIA A+)

## EDUCATION
**Ithaca College** – Ithaca, NY
Masters of Business Administration (3.9 GPA, 05/16)
**University of Rhode Island** – Kingston, RI
Bachelor of Science, Business Management (Cum Laude, 05/06)

## AWARDS
- Gartner Performance Awards – Q4 2019, Q2 2020
- IBM Security Employee of the Quarter – Q2 2018
- Dell SecureWorks Employee of the Month Nomination – 2013 & 2014
- Dell SecureWorks Merit Based Achievement Award – 2012, 2013, & 2014
- Received 5 achievement awards for outstanding leadership and excellent performance while serving in the military
- Three-year University Scholarship Recipient and Merit Based Grant Recipient, #1 ranked graduate in the Army ROTC Program

## PROFESSIONAL EXPERIENCE

**Lionfish Tech Advisors** — North Palm Beach, FL
**Advisor** — Dec 2021-Present
- Co-led company formation, daily business operations, and Go-To-Market strategy
- Provide strategic development and Go-To-Market consulting and advisory services to market leading cybersecurity firms
- Merger & Acquisition consulting
- Startup fundraising consulting
- Business development for double digit clients

**High Tide Advisors** — North Palm Beach, FL
**Partner** — March 2021-Present
- Provide Go-To-Market Consulting and advisory services to over 30 cybersecurity firms
- Strategic Advisor to 4 early-stage tech startup companies
- Led the Small Business Innovation Research (SBIR) award for a startup
- Led the Seed Funding for 2 startups
- Produced over 100 pieces of content for clients across 10 different tech domains

**US Department of Defense** — Portsmouth, RI
**Cyber Range Lead (Volunteer)** — Aug 2021-August 2022
- Cyber Range Co-lead for Cyber Yankee, one of the largest annual joint cyber training exercises in the US supporting Department of Homeland Security (DHS), Federal Bureau of Investigation (FBI), Federal Energy Regulatory Commission (FERC), ISO New England (ISO-NE), and all branches of the US military
- Design, implement, operate, and maintain a realistic multi-domain virtual training environment with adversarial emulation to simulate and evaluate joint force operational readiness to real world cyber intrusion campaigns
- Coordinate across department leadership on critical milestones and deliverables

**Kasada** — Portsmouth, RI
**Chief Evangelist & Strategy Officer** — Nov 2020-March 2021
- Over 40 analyst briefings in under 2 months across 15 top research analyst firms
- Led the achievement of 5 industry leading awards – SC Media 2021 Trust Award, Globee Cyber Security Global Excellence Award, Cyber Security Excellence Award, Tech Trailblazers, Tag Cyber Distinguished Vendor
- Forrester publication mention based on primary research conducted

**Gartner** — Boston, MA
**Senior Director, Research & Advisory** — May 2019-Nov 2020
- **Ubiquitous:** 900 total interactions in the first 12 months (7th of all Gartner analysts during that period); 4.9/5 Quality Rating
- **Expert:** Lead analyst in the top 2 security initiatives – Endpoint Security and Threat Intelligence; authored essential research


EXHIBIT # 1

# BRAD A. LAPORTE

- **Top Performer:** Directly supported sales with $1.9m worth of risky renewals and net contract value increase

**Acquia**                                                                 Boston, MA
**Associate Director, Security & Performance**                             July 2018-May 2019
- **Leader**: Promoted to Associate Director within 3 months of being hired, led the growth of 3 portfolios worth over $20 Million
- **Business Results:** Identified $500,000 in savings, increased revenue by 30%, launched 9 new products in one quarter. Achieved 123% above the target bookings quota, 158% of net new bookings and expansion quota, renewal rate of 96%, & increased gross margins by 3% for the fourth quarter. Best quarterly performance for this division in corporate history.
- **Agile:** Product owner of the Security Engineering Team, co-led company to achieve FedRAMP Compliance

**IBM**                                                                    Boston, MA
**Senior Technical Product Manager & Team Lead, Endpoint Security**        December 2015-July 2018
- **Business Results:** Designed, implemented and grew the Endpoint Security Service portfolio from concept to a multimillion-dollar revenue business with over a 25% growth rate in less than 10 months
- **Innovative:** Co-led the acquisition and integration of Resilient Systems, setting the standard for the most successful acquisition in IBM history by exceeding the original business case by 3 times projected amounts

**DELL SECUREWORKS**                                                       Ithaca, NY
**Senior Product Manager, Endpoint Security & Mobility**                   February 2014-December 2015
- **First to Market:** Creator of the first ever Managed Detection & Response (MDR) service offering to the global market
- **Exceeds Standards:** Led the implementation of the most successful service launch in Dell SecureWorks history in the shortest amount of time as well as being the most complex and fastest grossing
- **Innovative:** Designed and managed 2 innovation proposals to develop a cutting-edge intellectual property driven platform that will allow the company to differentiate itself in the market and become a global leader in the endpoint industry

**DELL SECUREWORKS**                                                       Providence, RI
**Technical Program Manager**                                              January 2012-February 2014
- **Effective:** Managed 3 programs and completed over 20 projects in less than a year; many of which were behind schedule, without adequate resources, and were part of the Dell SecureWork's top priorities
- **Pioneer:** Led the establishment of the Training and Documentation Team along with the Knowledge Management program; implemented 2 learning management systems to improve education across operational teams & reduce onboarding times by 75%

**DELL SECUREWORKS**                                                       Providence, RI
**Security Operations Center Senior Manager Level II**                     February 2011-January 2012
- **Adaptive Leadership:** Maintained 100% of all service level goals while incurring a 94% turnover
- **Employee Development:** Inspired and developed 11 employees to be promoted above their peers
- **Cost Savings:** Saved the company over 4 head count, or roughly $250K, by implementing process improvement techniques which allowed senior management to reallocate resources to other critical locations at a crucial time
- **Quality Management:** Reduced the mean time to contribution from 6 to 2 months by implementing training improvements
- **Client Service Support:** Reduced client issues from 1 a day to 1 a month by implementing auditing and quality of service improvement methodologies

**DELL SECUREWORKS**                                                       Providence, RI
**Security Operations Center Shift Supervisor**                            August 2010-February 2011
- **Efficient:** Used innovation to streamline & automate processes & procedures, saving thousands in costs improving quality
- **System Integration:** Improved an existing collaboration area to allow teammates to communicate more effectively across multiple shifts and track issues more efficiently; increasing productivity by over 25%
- **Client Service Support:** Updated and improved escalations for the company's top 40 customers resulting in more accurate and timely escalations, maintaining the highest level of client satisfaction
- **Leader:** Reduced lateness by 95% by communicating clear expectations to all employees

**UNITED STATES ARMY NATIONAL GUARD**                                      Milford, MA
**IT Services Support Branch Chief**                                       July 2010-June 2012
- **Trustworthy:** Able to obtain & maintain a Top-Secret Security Clearance with access to Special Compartmented Information

# BRAD A. LAPORTE

- **Responsible:** Subject matter expert in charge of all the Army and Air Force tactical communications in Massachusetts
- **Auditor:** Inspected and validated the Region 1 Weapons of Mass Destruction Response Team's communication equipment ensuring the safety of millions of nearby residents; this was used to respond to the Boston Marathon Bombing in 2013
- **Project Management:** Strategic architect for integrating a Worldwide Interoperability for Microwave Access (WiMAX) communications network across 6 states; provided a high-speed redundant network & increased bandwidth & resiliency by 300%
- **Technical:** Co-organizer for starting the first Federal Bureau of Investigation (FBI) Symposium and Signal Conference which resulted in expanding vital relationships in the northeast
- **Planner:** Key planner for a multi-government agency and joint military emergency response exercise that increased overall readiness for a natural disaster. Implemented two new capabilities that allowed leaders to view on site situations in real-time

**UNITED STATES ARMY** — Fort Shafter, HI
Systems Administration Branch Chief — January 2009-June 2010

- **Technical:** Lead architect capable of fully engineering and protecting a wide variety of different information technology environments; managed over 400 endpoint devices covering over four different security domains
- **Time Management Skills:** Successfully completed over 50 projects working with technical and non-technical teams. Implemented new processes to effectively track and report strategic plans, critical tasks, and milestones to senior management
- **Communication Skills:** Volunteered to work with cross-functional teams to plan, coordinate, and execute the Pacific Region Federal Campaign Fundraiser; exceeded goals by raising over $1 million dollars from over 25,000 contributors
- **Projects Future Deliverables:** Anticipated future customer growth and increased data storage capabilities by 300%

**UNITED STATES ARMY** — Schofield Barracks, HI
Executive Officer, Supervisor, and Operations Officer — December 2006- January 2009

- **Works Effectively with Senior Management:** Ranked "number one" by the CEO and recommended to work at the Executive Directorate Level and to attend the National Training Center for four weeks to mentor peers in communications support
- **Works Extremely Well Under Pressure:** Orchestrated the transportation of hundreds of employees to a safe area during dangerous flood while simultaneously providing alternate power support for the installation's internet service provider
- **Established Policy and Procedure:** Implemented innovative ideas that met the company's needs. Implemented the unit's first standard operating procedure for rapid deployable communications support increasing capabilities by over 50%
- **Global Impact:** Directly involved with setting up the Department of Homeland Security point of presence in the Pacific Region after Hurricane Katrina, tested the first Wideband Global SATCOM (WGS) satellite, and led the response team for the Avian Influenza scare and the destruction of the National Reconnaissance Office satellite in 2008
- **Leadership Skills:** Acted as the company's first Communication Detachment Supervisor and led the first overseas mission resulting in excellent performance and commendation by the Senior Director
- **Communication Skills:** Understands how to articulate concepts clearly and effectively. Provided input to the Joint Chiefs of Staff on how to provide timely communications support to the country of Myanmar during the cyclone disaster in May 2008.