

# @JoeyCamp2020

Subscribe to my Political Commentary

Personal Linktree (CampJosephA)

CashApp

Verified GAB

Verified Facebook

Verified YouTube (Primary)

Verified Spotify

Verified SayScape

Verified PornHub

EXHIBIT # 2

Verified Tinder

Instagram

Patreon

Snapchat

Ballotpedia

Pinterest

VK

OK.ru

## Join JoeyCamp2020 on Linktree

Cookie preferences