# Live Phone Number Validation Lookups

Perform a lookup on any **Phone Number** to gain insight into phone number reputation, risk analysis, geo location data, and recent suspicious behavior. Also retrieve the owner's name associated with the phone number, such as a first and last name or company name.

> **Get Access To Exclusive Blacklists & Enhanced Scoring**
> Instantly activate **better detection rates** for phone number validation and risk scoring.
> - Premium Blacklists and Better Reputation Checks
> - Improved VOIP Detection and Risk Scoring
> - Direct Carrier Data & Live Ported Checks
> - Email Appending With Enhanced Validation
> - Cancel anytime, no yearly contracts!
>
> Upgrade To Instantly Activate These Features » (/user/plans)

**Phone Number**

720-454-5240

**Country (if known, optional)**

✖ United States    ✖ Canada

All Countries ▼

**Strictness Level**

Level 0 (comprehensive scoring) ▼

Validate Phone Number

A query credit will be used for each live lookup.

> Phone is valid.


EXHIBIT # 3

Measures legitimate behavior such as call volume and online purchases & account registrations.

## Phone Number Details:

| | |
|---|---|
| Formatted: | +17204545240 |
| Local Format: | (720) 454-5240 |
| Valid: | true |
| Active: | true<br>Contact our support team to enable enhanced line activation checks, which determine if a phone number is disconnected or reachable. |
| Fraud Score: | 0 |
| Recent Abuse: | false |
| VOIP: | false |
| Prepaid: | false |
| Risky: | false |
| Name: | JOSEPH CAMP<br>Name match rates are strongest in North America, with limited coverage globally. Enhanced name matching is available if this feature is crucial for your use case. |
| Associated Emails: | |
| Carrier: | Verizon Wireless |
| Line Type: | Wireless |
| User Activity: | Enterprise L4+ required. |
| Leaked Online: | true |
| Spammer: | false |
| Country: | US |
| City: | DENVER |
| Region: | CO |
| Zip Code: | 80294 |
| Timezone: | America/Denver |

| | |
|---|---|
| Dialing Code: | 1 |
| Active Status (Enhanced Lookup): | N/A<br>Contact our support team to enable enhanced line activation checks. |
| Request ID: | TLB8NK6d7q |

## How Do Free Lookups Compare to Paid Plan Lookups?

Upgrade to avoid missing fraudulent and high risk phone numbers. All **upgraded plans (/user/plans)** have access to better blacklists that significantly expand behavior patterns and detection rates for high risk phone numbers. Many of the worst phone numbers that facilitate abusive users online are via **hidden VOIP providers**. Upgraded plans have access to premium blacklists with millions of hidden and secret VOIP providers, along with compromised devices collected by our network of proprietary honeypots. Free account plans are limited to checking only a small portion of that data, leaving large gaps in coverage.

Don't let fraudulent phone numbers slip by undetected. **Upgrade your account (/user/plans)** for better accuracy and premium features.