# Summary of Harassment

**WhatsApp**

7:57am ET to 11:56am Monday Thursday Dec 16



EXHIBIT # 4

 **Missed voice call**
Click to call back
8:13 AM

https://gab.com/JoeyCamp2020/posts/113662684807856378  8:15 AM

Fucking clown. My attorney will be in touch.  8:28 AM



Here I am in Belize city.  9:50 AM

Last night. At an accident.  9:50 AM



9:50 AM

You fucking clown.  9:50 AM

 **Missed voice call**
Click to call back
9:50 AM

I'm going to sue you, your LLCs, your associates.  9:51 AM

Nothing in your report is accurate and it can all be proven fake. Passports don't lie.  9:51 AM

 **Missed video call**
Click to call back
9:52 AM

Come on, let's talk, I just tried to video you, it would have been proof of my location.  9:52 AM

Still in Mexico you clown ass "eXpERt"  9:56 AM



Been here since April 16th. The day after I paid my fine in Belize. As an expert you should know this. 9:56 AM


Missed voice call
Click to call back
9:57 AM

Nothing in your report is accurate. It's defamatory, and I will be taking legal action for it. 9:58 AM

You're about to be destroyed in depo. And then with that, I will sue you and everyone associated with you, and your companies, for defamation. 9:59 AM


Missed voice call
Click to call back
9:59 AM

Scared little boy. 10:00 AM

I can research too.

Democrat, Ithaca college, providence, RI, Michael, Gerald, Matthew, and Magen all will now be exposed for any skeletons they have. 10:02 AM

LaPorte Reality, LLC,
High Tide Advisors, LLC,
Level Up, LLC,
331 Zenith Ln,
Juno Beach, Florida (i have associates and gab followers in that area). 10:04 AM


Missed voice call
Click to call back
10:04 AM

I can't wait for your depo so I can use it against you in the lawsuit I am about to being against you. 10:04 AM

11 Cindy Lane,
Ports mouth, RI 10:05 AM

You're nothing but an incel retarded ambulance chaser. See you real soon in court.  10:06 AM

Count on it.  10:06 AM

Brad LaPorte Trust,  10:06 AM

Let me call Magen and see what she thinks.  10:06 AM

> Missed voice call
> Click to call back
> 10:07 AM

She still a vet?  10:07 AM

> Missed voice call
> Click to call back
> 10:10 AM

Your entire life is about to be flipped upside down because of your defamation and lies in your "rEPoRt".

And you just fucked up the case for Danesh given how easily provably false they all are.

Hahajajahjahajhajahajah  10:14 AM

> Missed video call
> Click to call back
> 10:15 AM



My residency visa was granted Nov. 19th, 2024.  10:19 AM

> Missed voice call
> Click to call back
> 10:20 AM

Answer the phone coward. You will have proof and facts for your lol "eXpErT" report.  10:20 AM

Re: Demand for Retraction of False and Defamatory Statements

Dear Mr. LaPorte,

This letter serves as a formal demand for the immediate retraction of false and defamatory statements you have made and shared about Joseph A. Camp. The statements in question, which are baseless and damaging to Mr. Camp's personal and professional reputation, constitute libel and are actionable under applicable defamation laws. Your actions have caused significant harm, including reputational damage and emotional distress, and must be addressed promptly.

We demand that you publicly retract these statements within seven (7) days of receipt of this letter and provide written confirmation of such retraction. Failure to comply will leave us with no choice but to pursue all available legal remedies to protect Mr. Camp's rights, including seeking compensatory and punitive damages for the harm caused. We urge you to take this matter seriously and act swiftly to rectify the situation.

Sincerely,

Joseph A. Camp
CampJosephA@gmail.com
+1 720 454 5240                                                                                                                                       10:34 AM

Pursuant to Florida law, as soon as you read this, you have been put on notice of my intent to sue to you for libel.   10:36 AM



Missed voice call — Click to call back   10:55 AM
Missed voice call — Click to call back   10:55 AM
Missed voice call — Click to call back   10:55 AM
Missed voice call — Click to call back   10:55 AM
Missed voice call — Click to call back   10:55 AM

Coward   10:55 AM

I'll call Magen   10:55 AM



You're now a meme!   11:13 AM

You depo is going to be used against you in my lawsuit.

You made so many defamatory / libelous falsehoods with actually knowledge and malice. And if you think I won't come back to the states to prosecute it, or that I don't have attorneys, you are dumber than the overhype on your CV.   11:16 AM

I'm going to destroy Magen completely. Her career as a vet is over. I promise that.   11:56 AM

**Signal**
8:02am ET to 8:03am Monday Thursday Dec 16


Joseph A. Camp
⏱ 2 days



Joseph A. Camp ›

ⓘ No groups in common. Review requests carefully. Learn more

**Safety Tips**

ⓘ For your security, chat history isn't transferred to new linked devices.

Today

⏱ Joseph A. Camp set the disappearing message time to 2 days.

Good morning.

This is Joseph Camp and I am totally in Belize right now. Keep the defamation up, and there will be a lawsuit brought against you and your High Tibe Advisors, LLC

Keep my name out of your mouth. I don't know you, I don't know the Plaintiffs, or Defendants, and I want Danesh dead, but I will settle for permanently destroyed. But I work 100% alone and always have.

The IP addresses are a retarded mix of your hypothetical conclusions that you, as an "EXpErR" should know are not factual.

And much more. Consider this notice.

8:02 AM



Everything in your "rEpORt" is a total joke, and it's hilariously easy to prove each is statement is incorrect. My passport doesn't lie. This is just one, of all the statements you made and got wrong about me.                    8:03 AM

                                                                   Missed voice call · 8:03 AM

                                                                                       Call back

**<u>gab</u>**



Joseph A. Camp ✓ @JoeyCamp2020
13h · · Edited

I need memes.

I've been doxxed. I'm currently still in Belize as of November 2024.

hahahahajajajajajhahahahahahjaja

Here is the ExPErT clown who doxxed me in Belize. He is willing to testify to that fact. Haha jajajaja jaahahajajhajajahah

His name is Brad LaPorte from High Tide Advisors, LLC in Florida.

If you want to retain the services of a clown ass faggot his number is: +1 706-726-1502

If you want to retain the services of a clown ass faggot his number is: +1 706-726-1502



👍 20    13 replies  12 reposts  4 quotes

Like    Comment    Repost    Quote    Share

Post as comment    Add context ▼

Sort by Most Liked ▾

 **Seventh Wonder** @SymphonyX4 · 1 repost · 12h

@JoeyCamp2020 when Cartman puts Scott Tennerman's pubes on his face...



Like   Reply   Repost                                   👍🐸 8

View 1 reply

 **Aaron Sullivan** ✓ @Graphic · 12h
@JoeyCamp2020

That is the weakest beard I have ever seen on a grown man.

Like   Reply   Repost                                   👍 5

 **Felis Concolor** @felis_concolor · 10h
Physiognomy is real.

@Graphic

Like   Reply   Repost                         👍 2

 **Livin' In America** @KaySay · 1 repost · 10h
@Graphic @JoeyCamp2020 reminds me of Rabbi Schmuley lol

Like   Reply   Repost                         👍🐸 3



Mushu Gone @Mushu_Gone · 🕒 · 1 repost · 10h
@JoeyCamp2020 Brad Thistlepot of Fizzlebark



👍 4

Like  Reply  Repost

Riv Boz @Gadzap · 12h
@JoeyCamp2020 Jew-beard

👍 3

Like  Reply  Repost

View 1 reply

Ray Zist @Adamocles · 12h
@JoeyCamp2020 Definitely Kike Phenotype.

👍 3

Like  Reply  Repost

soundtree @soundtree · 12h
@JoeyCamp2020



👍 2

Like  Reply  Repost

 **Seppi** @Seppi6 · 10h
@JoeyCamp2020 no matter how anglicanized these filthy creatures try to look, and even with the absolute finest of Japanese camera technology. STILL HEINOUS, ok, Brad. LaPorte. JEW, tick or treat, we'll pretend with you. Racial transgender.

Like   Reply   Repost                                                                 👍 2

 **Tabby Wignat Freeloader** ✝ 卐 @GamerNerdess · 10h
@JoeyCamp2020



Like   Reply   Repost                                         👍 1

 **Holocoaster Enthusiast** @Anon0508 · 9h
@JoeyCamp2020 Brad sure has some interesting physiognomy.

Like   Reply   Repost                                                                 👍 1



Joseph A. Camp @JoeyCamp2020
11h

I'm totally in Belize still. Totally didn't leave April 16th, 2024 and granted 180 days in Mexico then acquired my nationality / residency on November 19th, 2024

Hajajahajhajahajhaja

Brad LaPorte is going to be sued big time for his False and Defamatory Libel in his lol "ExpERt" report.



Joseph A. Camp @JoeyCamp2020
13h · Edited

I need memes.

I've been doxxed. I'm currently still in Belize as of November 2024.

hahahahajajajajajhahahahahahjaja

Here is the ExPErT clown who doxxed me in Belize. He is willing to testify to that fact. Haha jajajaja jaahahajajhajajahah

His name is Brad LaPorte from High Tide Advisors, LLC in Florida.

**Luthmann Substack Post**

https://luthmann.substack.com/p/danesh-noshirvans-victims-speak-out

Page **12** of 16

# Danesh Noshirvan's Victims Speak Out! TikTok Bully and Legal Team Under Fire

Victims Slam Attorney Nick Chiappetta, Expert Brad LaPorte's For Shielding a Serial Harasser



M. THOMAS NAST AND RICHARD LUTHMANN
DEC 15, 2024

 6       3                                                                                          Share



## By M. Thomas Nast with Richard Luthmann

Brad LaPorte's so-called "Expert Report," submitted to defend TikTok influencer Danesh Noshirvan and his wife Hannah's claims in a federal harassment case, is facing scathing criticism from advocates representing his victims.



**Luthmann Substack Post**

https://luthmann.substack.com/p/danesh-noshirvans-victims-speak-out

https://substack.com/@luthmann

**Email Sent by Modern Thomas Nast <mthomasnast@protonmail.com>**

Page 14 of 16



X Social Media Post

https://x.com/rluthmann/status/1868169389511471151

← **Post**  Reply

**Richard Luthmann** ✓
@rluthmann

Subscribe

Dubious expert report called a 'fraud' as TikTok victims demand accountability for @ThatDaneshGuy Danesh Noshirvan's actions.
loom.ly/KkErFhc
#DaneshVictims
#StopDoxxing
#CourtroomEthics
#TikTokJustice
#VictimsSpeakOut
#ExposeHarassment
#BradLaPorte
#NickChiapetta



12:41 AM · Dec 15, 2024 · **164** Views

**Instagram Post**
https://www.instagram.com/rluthmann/