# Danesh Noshirvan's Victims Speak Out! TikTok Bully and Legal Team Under Fire

## Victims Slam Attorney Nick Chiappetta, Expert Brad LaPorte's For Shielding a Serial Hara



**M. THOMAS NAST AND RICHARD LUTHMANN**
DEC 15, 2024

♡ 7   💬   ↻ 3                                          Sh



**DANESH AND HANNAH NOSHIRVA TALK ABOU KIDS**

**By M. Thomas Nast with Richard Luthmann**

© 2025 Scrivener, LLC · Publisher Terms

Substack · Privacy · Terms · Collection notice
Substack is the home for great culture

EXHIBIT # 5

1/14/2025, 9:38 AM

criticism from advocates representing his victims.



SHAKEDOWN? - "Expert" Brad LaPorte says Jennifer Couture, Dr. Ralph Garramone, and his Plastic Surgery Practice should pay Danesh Noshirvan and his wife Hannah over $3 million.

Chief among the critics is the anonymous administrator of the "VictimsofThatDaneshGuy" (@DaneshVictims) social media pages, who, in October, provided confidential evidence to Middle District of Florida federal judges Sheri Pol Chappell, John Steele, and Kyle Dudek.

The evidence highlighted the devastating impact of Noshirvan's harassment campaigns and the TikToker's apparent perjury at a recent deposition.

 **BREAKING: SCOTUS Doxxer Under Investigation in Texas Coach's**

Unethical Lawsuit and How I Exposed Team Up to Defend Our One Bully   https://luthmann.substack.com/p/danesh-noshirvans-victims-speak-out



## Tragic Death

RICHARD LUTHMANN • NOVEMBER 19, 2024

**Read full story →**

The correspondence to the Middle District of Florida federal court stated:

> I am the manager of the VictimsofThatDaneshGuy social media pages. I am writing to you today about cases 2:23CV-00340-SPC-KCD and 2:23-CV-01218-JES-KCD. Danesh Noshirvan's deposition for 0340 case, I am accused of harassment similar Joey Camp's actions, but this claim is unfounded as are many other statements h has made. Noshirvan often distorts narratives, and I feel compelled to speak out following the tragic suicide of Aaron De La Torre, a man targeted by Noshirvan.
>
> De La Torre, a respected Texas football coach, faced relentless harassment from Noshirvan via his platform, leading to his death on October 8, 2024. The family o the children involved chose not to pursue charges, yet the torment persisted, like contributing to this tragedy.
>
> I initially supported Noshirvan's platform but later witnessed his harassment of a woman that led to her suicide attempt on December 31, 2021. Thankfully, she survived, but this incident underscores the severe impact of Noshirvan's actions his targets.
>
> Noshirvan will persist with his public harassment as long as it benefits him, generating extensive content about individuals until he ruins their lives. I know several victims deeply affected by his actions, some considering suicide.
>
> Noshirvan claims I colluded with Joey Camp, but I only learned of him after being falsely accused of being him. My aim with the Victims page is to support those harmed by Noshirvan and validate their experiences. Noshirvan's tactics are dangerous and manipulative, revealing a troubling pattern of behavior.
>
> I urge for action against Noshirvan's ongoing harassment campaigns. In Novemb

Unethical Language and Behavior of JustPearlyThings Debunked Defamation email https://hilmann.substack.com/p/danesh-noshirvans-victims-speak-out

2022, I was doxxed by Danesh after speaking out, and an impersonating TikTok account emerged, causing distress among my contacts the account was having conversations with. Many affected individuals have filed police reports and complaints with the FBI.

Noshirvan's actions require accountability; this goes beyond free speech.

Noshirvan weaponizes his 1.9 million TikTok followers to systematically destroy t lives of people.

1. Noshirvan will identify a would-be target and begin by posting their personal identifying information on his social media profile then in, so many words, direct followers to attack them. This includes death threats as well as harassing phone calls, text messages, and emails. This is not limited to the target alone. Noshirvar and his followers will also attack extended family members and anyone who supports a target publicly.

2. Noshirvan and his followers will also harass a targets employer until the target fired. In a recent situation with Nigel Ford this August, the employer spoke up fo her employee that she took care of it internally and would not be firing him. Angered that "justice" wasn't served, followers began harassing the employer.

3. In some instances, Noshirvan's followers have shown up at physical addresses confront victims, their family members, and the victim's employers.

4. Noshirvan and his followers will even go so far as to file false reports with state agencies like Sheriff Departments, Probation Departments, and Child Protective Services.

5. Noshirvan has previously discussed his collaboration with hackers he encounte on the dark web. These individuals assisted him in acquiring personal informatio about specific targets. (These three show the most recent real time examples tha his overall pattern of behavior)

Unethical Lawyers and Dubious Figure Dans UGD Defending the intangible - https://millani.substack.com/p/danesh-noshirvans-victims-speak-out

6. Noshirvan removed most of his content about De La Torre after learning of his passing; but not before they were preserved. Noshirvan only reinstated certain videos that did not reflect Noshirvan's incitement to harass.

7. Noshirvan continued to make content about Mr. De La Torre after learning of passing. Continuing with such unsubstantiated claims that De La Torre sexually assaulted unsubstantiated claims that De La Torre sexually assaulted children wit no more than an anonymous comment as his stance.

8. Noshirvan has made comments that the principal of De La Torre's school and someone speaking up in the wake of De La Torre's passing must be friend with J Camp. As Joey Camp seemingly posted about the very public passing of De La Torre.

This serious issue demands immediate attention to prevent further harm. I am willing to answer any questions and provide supporting evidence for my statements.

Thank you for your consideration.

Best,

[VictimsofThatDaneshGuy Administrator]

Rule 2.9(B) of the ABA Model Code of Judicial Conduct: Canon 2 describes the type ex parte communication the MDFL federal court received in October:

(B) If a judge inadvertently receives an unauthorized ex parte communication bearing upon the substance of a matter, the judge shall make provision prompt notify the parties of the substance of the communication and provide the parties with an opportunity to respond.

Only Judge Steele's chambers acknowledged the information communicated by the

Unethical Lawyers and Dubious Legal Defense Documents — https://hillmann.substack.com/p/danesh-noshirvans-victims-speak-out

VictimsofThatDanehGuy administrator was received:

> On Thursday, October 17, 2024, 11:13 AM, CHAMBERS FLMD STEELE <CHAMBERS_FLMD_STEELE@flmd.uscourts.gov> wrote:
>
> We have received your email, however the contents and/or any requested relief will not be addressed or considered by the Court. The Chambers box is not for correspondence or Court filings. See M.D. Fla. R. 3.01(k) ("A party must not use a letter, email, or the like to request relief or to respond to a request for relief.").
>
> The email will be deleted.
>
> Thank you.
>
> Radhika K. Rivera
> Career Law Clerk
> The Honorable John E. Steele
> United States Senior District Judge
> (239) 461-2140

No docket entry or notification of the parties to the litigation or their attorneys appears on the MDFL Court's public PACER records for the *Noshirvan v. Couture et* matter before Judge Steele or the related matter before Judge Polster Chappell.

# LaPorte's Questionable "Expert Report"

The Expert Report states: "Danesh Noshirvan was unnecessarily impacted by hatred ridicule, contempt, and unfounded accusations of committing crimes."

LaPorte concluded that the harm to Noshirvan and his wife Hannah was substantial

"The total [damage] is $3,631,000, plus the loss of direct revenue, which is to be calculated once the cleanup portion is completed," the Expert Report said.

Unethical L... https://hannam.substack.com/p/danesh-noshirvans-victims-speak-out

Operating under a protected identity to avoid retaliation, the administrator has condemned LaPorte's report as a "fraudulent whitewash" designed to obscure the truth. The administrator said that any "reputational damage" to Noshirvan was earn

"Danesh's campaigns have destroyed lives," the administrator stated. "Brad LaPorte' report erases the harm done to hundreds of victims while pretending Danesh is the one under attack."

The administrator also says that Noshirvan admittedly commits crimes as part of his marketed "services."



According to a legal expert, at least 45 out of 50 states have private investigator statutes, including Pennsylvania. In the Commonwealth of Pennsylvania, PIs are regulated by the Private Detective Act of 1953. The statute clearly states that seekin person's identity on behalf of a third party requires a private investigator license.

Unethical Lawsuit? 28 John Doe's Band Up to Defend Corrool Bully   https://ithmann.substack.com/p/danesh-noshirvans-victims-speak-out

"Danesh investigates persons as part of his self-defined judicial system that only he knows, where he is the judge, jury, and executioner," the administrator said. "Since content isn't journalism and is meant to punish individuals for crimes committed as judged by @ThatDaneshGuy or Daneland, a private investigator's license is required

The administrator appears to be legally correct. Noshirvan cannot argue that his activities are free speech, as First Amendment case law holds that time, place, and manner restrictions do not infringe on protected freedoms. Nor could he apply for license to continue his conduct because most, if not all, jurisdictions require two to three years of prior law enforcement experience as a legal prerequisite, which Noshirvan does not have.



Aaron De La Torre with wife Lori

Additionally, Noshirvan has a body count. The administrator's October communications with the Middle District of Florida federal court judges were prompted by the death of Aaron De La Torre, a Texas high school football coach wh took his own life following relentless harassment attributed to Noshirvan.

The tragedy underscored the stakes of the ongoing legal battle, which has drawn attention to the TikTok influencer's alleged pattern of digital vigilantism and abuse. Noshirvan boasts over 2 million TikTok followers and has orchestrated innumerable

Unethical Lawyers and Their Enablers: How They Defend the Indefensible   https://tuthmann.substack.com/p/danesh-noshirvans-victims-speak-out

targeted harassment campaigns against private citizens, public figures, and grieving families. His victims include educators, healthcare workers, law enforcement officers, and even Supreme Court Justices.



The administrator's previous submission to Judges Steele, Polster Chappell, and Dudek outlined numerous examples of Noshirvan's misconduct, including his public doxxing of Supreme Court Justices following the *Dobbs* decision. Justice Brett Kavanaugh, one of the justices targeted, received death threats as a result.

"LaPorte's report completely ignores these incidents, which are central to understanding the harm Danesh has caused," the administrator noted.

## A Flawed and Self-Serving Report

LaPorte's 60-page report, commissioned by Noshirvan's attorney, Nick Chiappetta,

been widely criticized for its selective use of evidence and lack of substantive analysis. Legal analysts and advocates for the victims argue that the report is a calculated attempt to shield Noshirvan from accountability while deflecting attention away from his actions.



### Nick Chiapetta - Unethical Lawyer?

DICK LAFONTAINE AND RICHARD LUTHMANN · DECEMBER 14, 2024

Read full story →

"This isn't an expert report; it's a public relations stunt disguised as legal analysis," the administrator stated. "LaPorte cherry-picks anecdotes to support Danesh's victim narrative while ignoring the overwhelming evidence of harm."

Critics have heavily scrutinized Brad LaPorte's qualifications, highlighting his lack of meaningful experience in digital harassment cases. His report, commissioned to defend TikTok influencer Danesh Noshirvan, not only glosses over critical evidence but also entirely omits key incidents of harm caused by Noshirvan.

These omissions paint a misleading picture of the situation, minimizing the serious consequences suffered by Noshirvan's victims.

The controversy surrounding LaPorte's report has amplified scrutiny of Attorney Chiappetta, who was accused of enabling Noshirvan's behavior through questionable legal tactics.



### Brazen SCOTUS Doxxer Strikes Again: Journalist Fights Back

DICK LAFONTAINE, RICK LARIVIÈRE, AND RICHARD LUTHMANN · DECEMBER 11, 2024

Read full story →

A subpoena issued by Chiapetta to investigative journalist Richard Luthmann has been described as a blatant attempt to intimidate and silence a critic. Luthmann is a contributor to this outlet and provided background, confidential and protected source materials, and comments.

1/14/2025, 9:38 AM

The subpoena demands a sweeping array of records, including Luthmann's communications with individuals targeted by Noshirvan, such as Jennifer Couture a Joseph Camp.



TikToker and SCOTUS Doxxer Danesh Noshirvan

"This isn't about justice. It's about silencing anyone who dares to stand up to Danes the administrator told MDFL federal court judges back in October.

The administrator and others have argued that Chiappetta's actions represent an abuse of the legal system. Using the court to issue overly broad and burdensome subpoenas, they claim Chiappetta is weaponizing the legal process to protect his cl while targeting critics.

## The Victims Speak Out

The administrator's efforts to expose the harm caused by TikTok influencer Danesh Noshirvan have revealed many victims from multiple professions and walks of life. Through the "Victims of Danesh" social media pages, over 300 individuals have bee identified as targets of Noshirvan's orchestrated harassment campaigns.

This growing list underscores the systemic and wide-reaching impact of his actions, which often result in reputational damage, financial loss, emotional distress, and ev

Unethical lawyer 2:23-cv-01218-JES-KCD Defamation Bully https://neumann.substack.com/p/danesh-noshirvans-victims-speak-out

death. Highlighted victims include individuals and institutions who were subject to relentless harassment and intimidation:

- **Aaron De La Torre (TX)**: A high school coach who tragically took his own life a being relentlessly targeted by Noshirvan's false accusations and harassment campaigns.

- **Supreme Court Justices**: Conservative justices were doxxed by Noshirvan following the *Dobbs* decision, leading to protests and death threats, particularly against Justice Brett Kavanaugh.

- **Dr. Edith Del Mar Behr (PA)**: A healthcare professional harassed over unfound allegations related to medical controversies, facing threats that disrupted her career and patient relationships.

- **Keshia Brinkerhoff (WY)**: A teacher falsely accused of promoting divisive ideologies, enduring threats that jeopardized her safety and professional stand

- **Dr. Ryne Paulson (WY)**: A pediatric dentist falsely maligned, leading to threats and damage to his professional reputation.

- **Jennifer and Thomas Kehs (PA)**: Residents were harassed by online mobs afte baseless allegations were amplified by Noshirvan, resulting in personal and emotional distress.

- **Jennifer Couture (FL)**: A private citizen subjected to selective video editing an doxxing that led to threats against her family and harm to her husband's busine Garramone Plastic Surgery.

- **Shelly Schwarz (CA)**: A small business owner whose company faced damaging reviews and a loss of customers due to unfounded accusations promoted by Noshirvan.

- **Sheriff Carmine Marceno (FL)**: Noshirvan targeted the Lee County Sheriff in social media posts, questioning his integrity and accusing him of misconduct without evidence. He undermined public trust in law enforcement to fraudulen

Unethical lawyer and Dubio Team - Epstein Bear-Bud - Defends Cuktor Duty - https://tuffmann.substack.com/p/danesh-noshirvans-victims-speak-out

influence Jennifer Couture's arrest.

- **State Prosecutor Amira Fox (FL)**: A Florida prosecutor falsely accused of engaging in unethical behavior, drawing harassment from Noshirvan's follower and creating potential safety risks for her and her office, done to fraudulently influence the prosecutorial decision whether to charge Jennifer Couture.

- **Healthcare Workers Nationwide**: Nurses, doctors, and pharmacists, such as **Scott Wertz (PA)** and **Crystal Lauver (PA)**, faced coordinated harassment campaigns related to medical misinformation.

- **Small Business Owners**: Businesses like **Paparoni's Grill (SC)** and **Countryside BBQ (SC)** were forced to contend with boycotts, threats, and closures after being falsely associated with controversies.

- **Law Enforcement Personnel**: False allegations of misconduct targeted officers like **Nick Moore (GA)** and departments like the **Arlington Police Department (TX)**, leading to reputational harm and public distrust.

- **Families of Deceased Individuals**: Grieving families, including those of **Robert LeMay (WA)** and **Matthew Lee Rupert (IL)**, faced relentless online abuse in the wake of losing their loved ones.

- **Education Professionals**: Administrators like **Ryan Lewis (CA)** and **Heather Williams (CA)** were targeted with false claims of promoting controversial ideologies, damaging their reputations and careers.

- **Politicians and Public Figures**: Noshirvan attacked political figures such as **State Senator Anthony Bouchard (WY)** in campaigns to discredit their public service.

"These aren't isolated incidents," the administrator of the "Victims of Danesh" page stated. "Danesh has weaponized social media to systematically destroy lives. What makes it worse is that his lawyer, Nick Chiappetta, defends these actions and enables them through legal maneuvers aimed at silencing critics."

The administrator has provided extensive evidence to federal judges documenting

1/14/2025, 9:38 AM

tactics used by Noshirvan to amplify harm. These include selective editing of videos doxxing personal information, and leveraging his massive TikTok following to launch coordinated attacks. The damage to victims has been catastrophic, with many suffe long-term emotional and financial fallout.

By monetizing outrage through TikTok's revenue-sharing program, Noshirvan profit directly from the harm he causes. "Every attack video generates income for him," th administrator explained. "This isn't just about attention—it's about financial exploitation."



Attorney Nick "Chip" Chiappetta

The administrator's detailed submissions to federal judges have called for accountability, including sanctions against Noshirvan and his legal counsel. They are that attorney Nick Chiappetta's actions—such as commissioning a flawed expert re and issuing overbroad subpoenas—represent bad faith attempts to shield his client and harass critics like investigative journalist Richard Luthmann.

"Danesh's victims deserve justice," the administrator concluded. "This isn't just abou one influencer or one case. It's about stopping a pattern of abuse and holding enablers accountable."

# Financial Motives and Ethical Concerns

The administrator also highlighted the financial incentives driving Noshirvan's harassment campaigns. By monetizing outrage through TikTok's revenue-sharing program, the influencer profits from the harm he inflicts.

"Every time Danesh posts a video attacking someone, he makes money," the administrator stated. "LaPorte's report ignores this entirely."

We contacted "Expert" Brad LaPorte and Attorney Nick "Chip" Chiappetta but receiv no response as of press time. We will publish a follow-up if there is a response. Her are the questions we asked:

## Questions for Brad LaPorte Regarding His Expert Repo on Danesh Noshirvan:

> From: Modern Thomas Nast <mthomasnast@protonmail.com>
> Date: On Saturday, December 14th, 2024 at 11:29 PM
> Subject: Questions for Brad LaPorte Regarding His Expert Report on Danesh Noshirvan
> To: brad@hightide▮▮▮▮ <brad@▮▮▮▮>
> CC: RickLaRiviere@proton.me <RickLaRiviere@proton.me>,
> richard.luthmann@protonmail.com <richard.luthmann@protonmail.com>,
> ralafontaine@protonmail.com <ralafontaine@protonmail.com>,
> frankiepressman@protonmail.com <frankiepressman@protonmail.com>,
> frankparlato@gmail.com <frankparlato@gmail.com>,
> frank.morano@wabcradio.com <frank.morano@wabcradio.com>,
> ▮▮▮▮_steele@flmd.uscourts.gov
> ▮▮▮▮_steele@flmd.uscourts.gov>,
> ▮▮▮▮_dudek@flmd.uscourts.gov
> ▮▮▮▮_dudek@flmd.uscourts.gov>, mvolpe998@gmail.com

Unethical lawyer and Public Citizen ... Defend Law Study - https://mehmann.substack.com/p/danesh-noshirvans-victims-speak-out

<mvolpe998@gmail.com>

Dear Mr. LaPorte:

We are investigative reporters covering the case of *Noshirvan v. Couture et al.* in
Middle District of Florida federal court, Fort Myers Division. We have obtained a
copy of your expert witness report from a protected source and we are about to
publish a piece about it. We have substantial questions and would like to afford
an opportunity to comment:

1. **Qualifications and Expertise**:

   ○ Can you explain your qualifications in digital harassment and social
     media ethics?

   ○ Have you previously served as an expert witness in cases involving
     allegations of harassment or doxxing?

   ○ Why does your CV lack significant experience in cases related to online
     harassment or digital vigilantism?

2. **Methodology**:

   ○ What methodology did you use to assess the claims of harassment and
     harm in this case?

   ○ How did you ensure the impartiality and comprehensiveness of your
     analysis?

   ○ Why does your report fail to address well-documented incidents of harm
     linked to Mr. Noshirvan, such as the harassment of healthcare workers,
     law enforcement, and educators?

3. **Omissions in the Report**:

   ○ Why does your report omit critical incidents, including the public
     doxxing of Supreme Court Justices and the threats it incited?

- How do you explain the exclusion of Aaron De La Torre's case, which [ been widely attributed to Mr. Noshirvan's harassment campaigns?

- Did you review the evidence provided by the administrator of the "Victims of Danesh" pages? If not, why?

4. **Bias and Objectivity**:

- Were you compensated for your report, and if so, how much were you paid by Mr. Noshirvan or his legal team?

- What steps did you take to ensure your report was not biased in favo your client?

- How do you respond to critics who say your report reads as a defense brief rather than an independent expert analysis?

5. **Conclusions**:

- How did you conclude that Mr. Noshirvan is the victim of harassment rather than the instigator?

- Why does your report downplay or ignore the financial incentives Mr. Noshirvan has in perpetuating these campaigns?

- Are you aware that your conclusions have been described by critics as "whitewash" of Mr. Noshirvan's actions?

Please respond so that we may provide a fair and balanced assessment of the sto

Regards,

Modern Thomas Nast

Boss Tweed was just the beginning. Operating in the shadows to expose the sha

# Questions for Nick Chiapetta Regarding His Role and t LaPorte Expert Report - Noshirvan v. Couture - MDFL

Unethical Lawyer 2/20 - Luthmann's Plea Deal and Clifford Duby - https://luthmann.substack.com/p/danesh-noshirvans-victims-speak-out

From: Modern Thomas Nast <mthomasnast@protonmail.com>

Date: On Saturday, December 14th, 2024 at 11:35 PM

Subject: Questions for Nick Chiapetta Regarding His Role and the LaPorte Expert Report - Noshirvan v. Couture - MDFL

To: nick@chiappettalegal.com <nick@chiappettalegal.com>

CC: RickLaRiviere@proton.me <RickLaRiviere@proton.me>, richard.luthmann@protonmail.com <richard.luthmann@protonmail.com>, ralafontaine@protonmail.com <ralafontaine@protonmail.com>, frankiepressman@protonmail.com <frankiepressman@protonmail.com>, frankparlato@gmail.com <frankparlato@gmail.com>, frank.morano@wabcradio.com <frank.morano@wabcradio.com>, _____ele@flmd.uscourts.gov <_____ele@flmd.uscourts.gov>, _____dudek@flmd.uscourts.gov <_____d_dudek@flmd.uscourts.gov>, mvolpe998@gmail.com <mvolpe998@gmail.com>

**Attorney Chiappetta,**

**We are about to go to press with a piece and we request comment on the following in the above-referenced _Noshirvan v. Couture_ case where you are the counsel for Danesh Noshirvan:**

- **Selection of Brad LaPorte:**

  ○ How did you select Brad LaPorte as an expert witness in this case?

  ○ What criteria did you use to ensure that Mr. LaPorte had the necessar expertise in digital harassment and its impacts?

  ○ Were you aware of Mr. LaPorte's lack of prior experience with harassment-related cases before retaining him?

Unethical lawyers & Public official Defending & Duty — https://luthmann.substack.com/p/danesh-noshirvans-victims-speak-out

- **Purpose of the Expert Report**:

  - What was the intended purpose of Mr. LaPorte's report in defending
    Noshirvan?

  - Do you believe the report provides a full and accurate account of the
    harm caused by Mr. Noshirvan?

  - Why does the report fail to address key incidents, such as the doxxing
    Supreme Court Justices and the death of Aaron De La Torre?

- **Ethical Considerations**:

  - How do you respond to allegations that commissioning this report wa
    bad-faith attempt to mislead the court?

  - Did you instruct Mr. LaPorte to omit or minimize evidence of harm
    caused by your client?

  - Do you believe the report adheres to ethical standards required of co
    submissions?

- **Role in Legal Strategy**:

  - What role did you play in shaping the scope and content of Mr. LaPor
    report?

  - How do you justify using the report to portray Mr. Noshirvan as a vict
    despite overwhelming evidence of harm caused by his campaigns?

  - Were you involved in reviewing or editing the report before its
    submission to the court?

- **Broader Implications**:

  - How do you reconcile the harm caused by Mr. Noshirvan with your
    ethical obligations as an officer of the court?

  - What is your response to accusations that your legal strategy has
    enabled and amplified your client's harmful behavior?

○ How do you intend to address the growing public criticism of your actions in this case?

Please respond so that we may provide a fair and balanced assessment of the st...

Regards,

Modern Thomas Nast

Boss Tweed was just the beginning. Operating in the shadows to expose the sha...

# What's Next?

Calls for accountability are growing louder. Advocates have urged the court to reje...
LaPorte's report and sanction Chiappetta for what they describe as a bad-faith atter...
to mislead the court.

"This report is a fraud," the administrator concluded. "It's not just an insult to the
victims; it's an insult to the justice system."

As the case unfolds, the administrator's evidence and testimony serve as a critical
counterweight to LaPorte's findings. For the victims of Noshirvan's campaigns, the
hope remains that the court will see through the smokescreen and deliver justice.

"This case isn't just about one influencer or lawyer," the administrator said. "It's abo...
whether we allow the legal system to be weaponized against the truth."

POLL

## Who should face the most accountability for TikTok harassment campaigns?

Danesh Noshirvan                                                    55%

Unethical Lawyer and Jealous Expert Team Up to Defend Cult of Bully    https://luthmann.substack.com/p/danesh-noshirvans-victims-speak-out

| | |
|---|---|
| Lawyer Nick Chiapetta | 9% |
| Expert Brad LaPorte | 9% |
| Social Media Platforms | 9% |
| All of the Above | 18% |

POLL CLOSED

Type your email...    Subscribe

🔒 **Message Richard Luthmann**



7 Likes · 3 Restacks

← **Previous**                                          **Next**

Unethical lawyer and Dubio...   1/14/25, 3:38 PM   Defend Cities Today   https://neumann.substack.com/p/danesh-noshirvans-victims-speak-out

# Discussion about this post

Comments        Restacks

Write a comment...