Search Substack                                                Sign in        Create account

# Jennifer
@legendofthesouth



6 subscribers

Subscribe                                                        ...

         **Jennifer's Substack**
                              By Jennifer

         My personal Substack



         Activity            Posts            Likes            Reads (20)

          Jennifer  Dec 30                                    ...

                   Jennifer's Substack
                                                                                  🔖
                  Coming soon

                      

         ⟲  Jennifer restacked

          M. Thomas Nast  Dec 20                              ...

Get app

EXHIBIT # 6



SCOTUS Doxxer's TikTok Harassment Meets CCP Playbook

♡ 6   💬 1   ↑





&lt;    Jennifer           Search Substack                    Sign in       Create account

Subscribers         Followers              Following

 **Bridget Phetasy**
Beyond Parody with Bridget Phetasy                    Follow

 **Bari Weiss**
The Free Press                                         Follow

 **Julian Adorney**
Heal the West                                          Follow



 **Peter Savodnik**
The Free Press                                         Follow

**Eric Weinstein**
Eric's Substack                                        Follow



 **The Angry Therapist**
The Angry Therapist                                    Follow

**Alexandra Hudson**
Civic Renaissance with Alexandra Hudson                Follow



 **Jordan B Peterson**                                  Follow

 **Nellie Bowles**
The Free Press                                         Follow

 **Jon Haidt**
After Babel                                            Follow

 **Michael Volpe**
Michael Volpe Investigates                             Follow

**Suzy Weiss**
The Free Press                                         Follow

 **Colin Wright**
Reality's Last Stand                                   Follow

Get app

# Jennifer

Sign in     Create account

**Uri Berliner**
The Free Press — Follow

**Robert F. Kennedy, Jr.**
RFK Jr.'s Policies + Politics — Follow

**Christina Buttons**
buttonslives — Follow

**Libs of TikTok**
Libs of TikTok — Follow

**Richard Luthmann**
This is For Real? — Follow

**Substack Writers**
On Substack — Follow

**Charlie Kirk** — Follow

**John Carter**
Postcards From Barsoom — Follow

**Mary Talley Bowden MD**
Day 8 — Follow

**Maya Sulkin**
The Free Press — Follow

**Linda peterson**
Linda's Substack — Follow

**The Editors**
The Free Press — Follow

**Cancel Culture Alert**
The Cancel Culture Alert — Follow

**Tulsi Gabbard**
Tulsi Gabbard — Follow

**Dr. Joseph Mercola**

Get app

# Jennifer

Sign in    Create account

| | | |
|---|---|---|
| | **Mark Johnson**<br>The Undaunted Man | Follow |
| | **The Universalist**<br>The Universalist | Follow |
| | **George MJ Perry**<br>It's a Chelsea Thing | Follow |
| | **The Free Press**<br>The Free Press | Follow |
| | **Anton**<br>The Free Press | Follow |
| | **The Daily Daily Wire**<br>The Daily Daily Wire | Follow |
| | **Margi Conklin**<br>The Free Press | Follow |
| | **Daniel Hallac**<br>The Free Press | Follow |
| | **Dr Joe Dispenza**<br>Dr Joe Dispenza's Substack | Follow |
| | **River Page**<br>The Free Press | Follow |

Get app

# Jennifer

Sign in        Create account

Get app




