IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN
an individual,

        CASE NO:
        2:23-cv-01218-JES-NPM

    Plaintiff,

vs.

JENNIFER COUTURE, et'al,

    Defendant(s).
_____/

**DECLARATION OF DANESH NOSHIRVAN**

    BEFORE ME, the undersigned authority, appeared, Danesh Noshirvan, being first duly sworn and declares under penalty of perjury the following:

    1.    My name is Danesh Noshirvan. I am over 18 years of age, and I am competent to make this declaration.

    2.    I am a resident of the State of Pennsylvania and am *sui juris*.

    3.    This declaration is based upon my personal knowledge, which I obtained through reviewing the packaging and contents of a package mailed directly to my sister-in-law or through physical experience, observation, and directly witnessing same.

    4.    On January 08, 2024, my sister-in-law received a physical package containing a 4-page typed letter discussing one of my experts, Dr. Gordon. This is the same negative false narrative that both Joseph A. Camp's ("Camp") and Richard Luthmann ("Luthmann") have been pushing.[1] The package also contained several pages of internet images pertaining to Coach Torres. Both Camp and Luthmann have been

---

[1] https://luthmann.substack.com/p/drugged-up-danesh-tiktok-infamy-troubling
https://luthmann.substack.com/p/brazen-scotus-doxxer-faces-luthmanns
https://luthmann.substack.com/p/florida-federal-court-showdown-highlights?utm_campaign=post&utm_medium=web
https://www.instagram.com/rluthmann/

pushing that false narrative as well. The package presented a real-life threat, which was reported to the authorities. These real-life threats correspond with Camp's statement that he "wants me dead or destroyed." See LaPorte Dec. They also are in line with Luthmann's comments that "I fit the profile for a family murder suicide." A true and correct copy of Luthmann's comments are attached as **Exhibit 1.**

5. With regards to the mysterious package mailed to my sister-in-law, the 4-page letter extensively discusses one of my expert witnesses, Dr. Gordon's expert report. The 4-page letter even contains citation with Dr. Gordon's report. But what is truly despicable is that the sender wrote two additional notes. One to my sister-in-law, which advised that she should watch my wife open the package. And one separate note to my wife.

6. Chiappetta Trial lawyers have never sent me a copy of Brad LaPorte's report or Dr. Robert Gordon's report. It is my understanding that those two reports were only provided to counsel for the Defendants, who in turn, provided same to Camp and Luthmann.

7. I have been advised that Camp and Luthmann were harassing and intimidating Brad LaPorte to the point where he withdrew as my expert witness. I believe those communications were either direct or implied threats to scare or intimidate Mr. LaPorte into not testifying in violation of the following: §18 U.S.C. 1512(a)(2), §18 U.S.C. 2261A, §18 U.S.C. 119, 18 U.S.C. 875, §914.22, Fla. Stat., §836.05, Fla. Stat., §784.048, Fla. Stat., §817.568, Fla. Stat., and §836.11, Fla. Stat. This type of witness intimidation is exactly what occurred to my prior attorney, Robson Powers. These bad faith litigation tactics must be put to an end.

8. Accordingly, I humbly request that this Court utilize its inherent authority to implement a protective order to protect any other witnesses, including Dr. Robert Gordon, from the Defendants and their associates harassment. I further ask that this Court extend the expert witness deadline to allow me time to replace LaPorte since his withdrawal was due to witness intimidation, impose sanctions up to and including default on the Defendants for bad faith litigation tactics, and for any other relief this Court deems appropriate under the circumstances.

I certify and declare under penalty of perjury under the laws of the United states of America, pursuant to 28 U.S.C. §1746, that the forgoing is true and correct. Executed on January 14, 2025, at Mansfield, Pennsylvania.

Danesh Noshirvan