

EXHIBIT # 1



