**Query**    **Reports**    **Utilities**    **Help**    **Log Out**

CLOSED,FirstStep,MAG

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: 1:17-cr-00664-PKC-RER All Defendants

Case title: USA v. Luthmann et al

Date Filed: 11/30/2017

Date Terminated: 11/19/2021

Assigned to: Judge Pamela
K. Chen
Referred to: Magistrate Judge
Ramon E. Reyes, Jr

**Defendant (1)**

**Richard Luthmann**
*TERMINATED: 10/23/2019*

represented by **Richard Luthmann**
338 Sugar Pine Lane
Naples, FL 34108
239-631-5957
PRO SE

**John Michael Burke**
John Burke
26 Court Street
Suite 2805
Brooklyn, NY 11242
718-875-3707
Fax: 718-875-0053
Email: b33elmont@aol.com

*LEAD ATTORNEY
ATTORNEY TO BE
NOTICED
Designation: CJA
Appointment*

**Arthur L. Aidala**
Law Offices of Aidala &
Bertuna, P.C.
8118 13th Avenue
Brooklyn, NY 11228
(718)238-9898
Fax: (718)921-3292
Email:
arthur@aidalalaw.com
*ATTORNEY TO BE
NOTICED
Designation: Retained*

**Joseph V. Sorrentino**
Law Offices of Joseph V.
Sorrentino, Esq.
404 Manor Road
Staten Island, NY 10314
(718) 720-4943
Fax: (718) 720-5009
Email: jvs.law@verizon.net
*TERMINATED: 01/09/2018
ATTORNEY TO BE
NOTICED
Designation: Retained*

**Mario D. Romano**
8212 Third Avenue
Brooklyn, NY 11209
718-238-1144

Fax: 718-238-8212
Email:
mromanoesq@gmail.com
*ATTORNEY TO BE
NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1349 and 3551 et seq. WIRE FRAUD (1) | 48 Months IMPRISONMENT; 3 Years SUPERVISED RELEASE; $200.00 SPECIAL ASSESSMENT; $559,911.26 RESTITUTION |
| 18:894(a) and 3551 et seq. - COLLECTION OF CREDIT BY EXTORTION (9) | 48 Months IMPRISONMENT; 3 Years SUPERVISED RELEASE; $200.00 SPECIAL ASSESSMENT; $559,911.26 RESTITUTION |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1028A(a)(1), 1028A(b), 1028A(c)(5), 2 and 355 et seq. - FRAUD WITH IDENTIFICATION DOCUMENTS (2) | Dismissed on the motion of the United States |
| 18:1956(h),1957(b),1957(d) (1) and 3551 et seq. - | Dismissed on the motion of the United States |

MONEY LAUNDERING -
INTERSTATE COMMERCE
(3)

18:1957(a),1957(b),1957(d)
(1) and 3551 et seq. -
RACKETEERING -                        Dismissed on the motion of
EXTORTION, CREDIT                     the United States
TRANSACTIONS
(4)

18:1029(a)(5), 1029(c)(1)(A)
(ii), 2 and 3551 et seq. -            Dismissed on the motion of
PRODUCES/TRAFFICS IN                  the United States
COUNTERFEIT DEVICE
(5)

18:1028A(a)
(1),1028A(b),1028A(c)
(4),1028A(c)(5), 2 and 3551            Dismissed on the motion of
et seq. - FRAUD WITH                  the United States
IDENTIFICATION
DOCUMENTS
(6)

18:1201(c) and 3551 et seq. -         Dismissed on the motion of
KIDNAPPING                            the United States
(7)

18:1201(a)(1), 2 and 3551 et          Dismissed on the motion of
seq. - KIDNAPPING                     the United States
(8)

18:894(a), 2 and 3551 et seq.
- COLLECTION OF                       Dismissed on the motion of
CREDIT BY EXTORTION                    the United States
(10)

18:924(c)(1)(A)(i),924(c)(1)          Dismissed on the motion of
(A)(ii), 2 and 3551 et seq. -         the United States
VIOLENT

CRIME/DRUGS/MACHINE GUN
(11)

## **Highest Offense Level (Terminated)**

Felony

## **Complaints**                                **Disposition**

None

Assigned to: Judge Pamela
K. Chen
Referred to: Magistrate Judge
Ramon E. Reyes, Jr

## **Defendant (2)**

**George Padula, III**          represented by   **Chad D. Seigel**
*TERMINATED: 07/09/2021*                        Tacopina Seigel & Deoreo
                                                275 Madison Ave
                                                Ste Fl 35
                                                New York, NY 10016
                                                212-227-8877
                                                Fax: 212-619-1028
                                                Email:
                                                cseigel@tacopinalaw.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE*
                                                *NOTICED*
                                                *Designation: Retained*

                                                **Gerald J. McMahon**
                                                Gerald J. McMahon, Esq.
                                                375 Greenwich Street

New York, NY 10013
212-965-4259
Email:
gm@geraldjmcmahon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Retained*

**Gerard M. Marrone**
The Law Office of Gerard
Marrone P.C
66-85 73rd Place
Second Floor
Middle Village, NY 11379
718-261-1711
Email:
gmarronelaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Retained*

**James R. Froccaro**
20 Vanderventer Avenue
Suite 103W
Port Washington, NY 11050
(516) 944-5062
Fax: 516-944-5066
Email: jrfesq61@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Retained*

**Michael H. Gold**

Michael H. Gold
33 Hunting Ridge Road
Chappaqua, NY 10514
914-238-9219
Email:
michaelhgold@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: CJA*
*Appointment*

**Matthew J. Santamauro**
Matthew J. Santamauro, P.C.
2550 Victory Blvd,
Suite 306
Staten Island, NY 10314
718-273-2092
Fax: 718-816-0718
Email:
msantamauro@aol.com
*TERMINATED: 01/29/2018*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Retained*

**Paul D. Petrus , Jr.**
Law Office of Paul D. Petrus
JR.
420 Lexington Avenue
Suite 2450
New York, NY 10170
212-564-2440
Email: paul@petruslaw.com
*ATTORNEY TO BE*
*NOTICED*

## **Pending Counts**

## **Disposition**

| | |
|---|---|
| 18:1349 and 3551 et seq. - Wire Fraud Conspiracy (1s) | Imprisonment: Count 1: 42 months; Count 7: 42 months to run concurrently to the term imposed in Count 1; Count 2: 24 months, to run consecutively to the terms imposed in Counts 1 and 7; Supervised Release with Special Conditions: 2 years; Special Assessment: $300; Restitution: $559,911.26; Forfeiture Order |
| 18:1028A(a)(l), 1028A(b), 1028A(c)(5), 2 and 3551 et seq. - Aggravated Identity Theft (2s) | Imprisonment: Count 1: 42 months; Count 7: 42 months to run concurrently to the term imposed in Count 1; Count 2: 24 months, to run consecutively to the terms imposed in Counts 1 and 7; Supervised Release with Special Conditions: 2 years; Special Assessment: $300; Restitution: $559,911.26; Forfeiture Order |
| 18:1951(a), 2 and 3551 et seq. - Threatening Physical Violence in Furtherance of a Plan to Extort Co-Conspirator 1 (7s) | Imprisonment: Count 1: 42 months; Count 7: 42 months to run concurrently to the term imposed in Count 1; Count 2: 24 months, to run consecutively to the terms imposed in Counts 1 and 7; Supervised Release with Special Conditions: 2 years; |

Special Assessment: $300;
Restitution: $559,911.26;
Forfeiture Order

## **Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:1349 and 3551 et seq. WIRE FRAUD (1) | Dismissed on Motion of the United States |
| 18:1028A(a)(1), 1028A(b), 1028A(c)(5), 2 and 355 et seq. - FRAUD WITH IDENTIFICATION DOCUMENTS (2) | Dismissed on Motion of the United States |
| 18:1956(h),1957(b),1957(d)(1) and 3551 et seq. - MONEY LAUNDERING - INTERSTATE COMMERCE (3) | Dismissed on Motion of the United States |
| 18:1956(h), 1957(b), 1957(d){l} and 3551 et seq. - Money Laundering Conspiracy (3s) | Dismissed on Motion of the United States |
| 18:1957(a),1957(b),1957(d)(1) and 3551 et seq. - RACKETEERING - EXTORTION, CREDIT TRANSACTIONS (4) | Dismissed on Motion of the United States |

| | |
|---|---|
| 18:1201(c) and 3551 et seq. - Kidnaping Conspiracy (4s) | Dismissed on Motion of the United States |
| 18:1201(a)(l), 2 and 3551 et seq. - Kidnaping (5s) | Dismissed on Motion of the United States |
| 18:894(a) and 3551 et seq. - Extortionate Collection of Credit Conspiracy (6s) | Dismissed on Motion of the United States |
| 18:1201(c) and 3551 et seq. - KIDNAPPING (7) | Dismissed on Motion of the United States |
| 18:1201(a)(1), 2 and 3551 et seq. - KIDNAPPING (8) | Dismissed on Motion of the United States |
| 18:924(c)(1)(A)(i), 924(c)(1)(A)(ii), 2 and 3551 et seq. - Using, Carrying and Possessing a Firearm (8s) | Dismissed on Motion of the United States |
| 18:894(a) and 3551 et seq. - COLLECTION OF CREDIT BY EXTORTION (9) | Dismissed on Motion of the United States |
| 18:894(a), 2 and 3551 et seq. - COLLECTION OF CREDIT BY EXTORTION (10) | Dismissed on Motion of the United States |
| 18:924(c)(1)(A)(i),924(c)(1)(A)(ii), 2 and 3551 et seq. - VIOLENT CRIME/DRUGS/MACHINE | Dismissed on Motion of the United States |

GUN
(11)

## **Highest Offense Level (Terminated)**

Felony

## **Complaints**                                              **Disposition**

None

Assigned to: Judge Ann M
Donnelly

## **Defendant (3)**

**Michael Beck**                represented by    **James M. Branden**
*TERMINATED: 11/19/2021*                         Law Office of James M.
                                                 Branden
                                                 80 Bay Street Landing
                                                 Suite 7j
                                                 Staten Island, NY 10301
                                                 212-286-0173
                                                 Fax: 212-481-8250
                                                 Email:
                                                 jamesmbranden@gmail.com
                                                 *ATTORNEY TO BE*
                                                 *NOTICED*
                                                 *Designation: Retained*

## **Pending Counts**                                          **Disposition**

18:1201(c) and 3551 et seq. -                    PROBATION: Two (2)
KIDNAPPING                                       years; SPECIAL
(7)                                             ASSESSMENT: $400. FINE:

$5000 to be paid within 30 days.

18:1201(a)(1), 2 and 3551 et seq. - KIDNAPPING
(8)

PROBATION: Two (2) years; SPECIAL ASSESSMENT: $400. FINE: $5000 to be paid within 30 days.

18:894(a) and 3551 et seq. - COLLECTION OF CREDIT BY EXTORTION
(9)

PROBATION: Two (2) years; SPECIAL ASSESSMENT: $400. FINE: $5000 to be paid within 30 days.

18:894(a), 2 and 3551 et seq. - COLLECTION OF CREDIT BY EXTORTION
(10)

PROBATION: Two (2) years; SPECIAL ASSESSMENT: $400. FINE: $5000 to be paid within 30 days.

## Highest Offense Level (Opening)
Felony

## Terminated Counts

18:924(c)(1)(A)(i),924(c)(1)(A)(ii), 2 and 3551 et seq. - VIOLENT CRIME/DRUGS/MACHINE GUN
(11)

## Disposition

Dismissed on Government's Motion.

## Highest Offense Level (Terminated)
Felony

## Complaints                                    ## Disposition

None

## Plaintiff

USA                        represented by  **Moira Kim Penza**
                                           U.S. Attorneys Office,
                                           E.D.N.Y.
                                           271 Cadman Plaza East
                                           Brookyln, NY 11201
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE*
                                           *NOTICED*
                                           *Designation: Government*
                                           *Attorney*

                                           **Claire S. Kedeshian**
                                           United States Attorneys
                                           Office
                                           Eastern District of New York
                                           271 Cadman Plaza East
                                           Brooklyn, NY 11201-1820
                                           (718) 254-7000
                                           Fax: (718) 254-6081
                                           Email:
                                           claire.kedeshian@usdoj.gov
                                           *ATTORNEY TO BE*
                                           *NOTICED*
                                           *Designation: Government*
                                           *Attorney*

                                           **Genny Ngai**
                                           DOJ-USAO
                                           271 Cadman Plaza East

Brooklyn, NY 11201
718-254-6393
Email:
genny.ngai@usdoj.gov
*ATTORNEY TO BE
NOTICED*
*Designation: Government
Attorney*

**James P. McDonald**
U.S. Attorney's
Office/EDNY
Eastern District Of New York
271 Cadman Plaza East
Brooklyn, NY 11201
718-254-6376
Fax: 718-254-6481
Email: mcdonaldja@sec.gov
*TERMINATED: 09/25/2023*
*ATTORNEY TO BE
NOTICED*
*Designation: Government
Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2017 | 1 | SEALED INDICTMENT as to Richard Luthmann (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, George Padula, III (2) count(s) 1, 2, 3, 4, 7, 8, 9, 10, 11, Michael Beck (3) count(s) 7, 8, 9, 10, 11. (Attachments: # 1 Sealing Cover Sheet) (Piper, Francine) (Additional attachment(s) added on 12/1/2017: # 2 Criminal Information Sheet) (Piper, Francine). (Entered: 12/01/2017) |
| 12/08/2017 | | ORDER REASSIGNING CASE as to Richard Luthmann, George Padula, III, Michael Beck. Assigned to Judge Jack B. Weinstein. Judge Roslynn R. Mauskopf |

| | | |
|---|---|---|
| | | no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such.. Ordered by Chief Judge Dora Lizette Irizarry on 12/8/2017. (Davis, Kimberly) (Entered: 12/08/2017) |
| 12/15/2017 | 5 | Order to Unseal the Above Captioned Matter as to Richard Luthmann, George Padula, III, Michael Beck. So Ordered by Magistrate Judge Robert M. Levy on 12/15/2017. (Lee, Tiffeny) (Entered: 12/19/2017) |
| 12/15/2017 | 6 | Letter dated 12/15/2017 from AUSA Moira Kim Penza to the Hon. Robert M. Levy, USMJ, *in support of the government's request for a permanent order of detention* as to Richard Luthmann, George Padula, III, Michael Beck. (Barrett, C) (Entered: 12/19/2017) |
| 12/15/2017 | 7 | NOTICE OF ATTORNEY APPEARANCE: Joseph V. Sorrentino appearing for Richard Luthmann. (Barrett, C) (Entered: 12/19/2017) |
| 12/15/2017 | 8 | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy: Arraignment as to Richard Luthmann (1) Counts 1,2,3,4,5,6,7,8,9,10,11 held on 12/15/2017. Richard Luthmann pleads NOT GUILTY to ALL counts. Temporary Order of Detention Issued. Bail Hearing set for 12/20 at 11:00 AM. Order of Excludable Delay/Speedy Trial entered from 12/15 to 1/8/18. (FTR Log #2:33-2:38.) (Barrett, C) (Entered: 12/19/2017) |
| 12/15/2017 | 9 | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT as to Richard Luthmann. Detention Hearing set for 12/20/2017 at 11:00 AM before Magistrate Judge Steven M. Gold. Ordered by Magistrate Judge Robert M. Levy on 12/15/2017. (Barrett, C) (Entered: 12/19/2017) |

| | | |
|---|---|---|
| 12/15/2017 | 10 | ORDER TO CONTINUE - Ends of Justice as to Richard Luthmann. Time excluded from 12/15/2017 until 1/8/2018. Ordered by Magistrate Judge Robert M. Levy on 12/15/2017. (Barrett, C) (Entered: 12/19/2017) |
| 12/15/2017 | 11 | NOTICE OF ATTORNEY APPEARANCE: Matthew J. Santamauro appearing for George Padula, III. (Barrett, C) (Entered: 12/19/2017) |
| 12/15/2017 | 12 | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy: Arraignment as to George Padula III (2) Counts 1,2,3,4,7,8,9,10,11 held on 12/15/2017. George Padula III (2) pleads NOT GUILTY to ALL counts. Temporary Order of Detention Issued. Bail Hearing set for 12/19/2017 at 2 PM. Order of Excludable Delay/Speedy Trial entered from 12/15 to 1/8/2018. (FTR Log #2:33-2:38.) (Barrett, C) (Entered: 12/19/2017) |
| 12/15/2017 | 13 | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT as to George Padula, III. Detention Hearing set for 12/19/2017 at 02:00 PM before Magistrate Judge Steven M. Gold. Ordered by Magistrate Judge Robert M. Levy on 12/15/2017. (Barrett, C) (Entered: 12/19/2017) |
| 12/15/2017 | 14 | ORDER TO CONTINUE - Ends of Justice as to George Padula, III. Time excluded from 12/15/2017 until 1/8/2018. Ordered by Magistrate Judge Robert M. Levy on 12/15/2017. (Barrett, C) (Entered: 12/19/2017) |
| 12/15/2017 | 15 | NOTICE OF ATTORNEY APPEARANCE: James M. Branden appearing for Michael Beck. (Barrett, C) (Entered: 12/20/2017) |
| 12/15/2017 | 16 | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy: Arraignment as to Michael Beck (3) Counts 7,8,9,10,11 held on 12/15/2017. Michael Beck (3) pleads NOT GUILTY to ALL counts. |

| | | |
|---|---|---|
| | | Temporary Order of Detention Issued. Bail Hearing set for 12/20 at 11 AM. Order of Excludable Delay/Speedy Trial entered from 12/15-1/8/18. (FTR Log # 2:33-2:38.) (Barrett, C) (Entered: 12/20/2017) |
| 12/15/2017 | 17 | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT as to Michael Beck. Detention Hearing set for 12/20/2017 at 11:00 AM before Magistrate Judge Steven M. Gold. Ordered by Magistrate Judge Robert M. Levy on 12/15/2017. (Barrett, C) (Entered: 12/20/2017) |
| 12/15/2017 | 18 | ORDER TO CONTINUE - Ends of Justice as to Michael Beck. Time excluded from 12/15/2017 until 1/8/2018. Ordered by Magistrate Judge Robert M. Levy on 12/15/2017. (Barrett, C) (Entered: 12/20/2017) |
| 12/19/2017 | 19 | Minute Entry for proceedings held before Magistrate Judge Steven M. Gold: Detention Hearing as to George Padula, III held on 12/19/2017. Dfse counsel presented a bail application with 4 sureties; govt opposed; dfse counsel withdraws bail application to try to put together a stronger application. Temporary Order of Detention Issued. Bail Hearing set for 12/20/2017 at 2:00 PM. (FTR Log # 3:21-3:24, 3:29-3:47, 4:09-4:11.) (Barrett, C) (Entered: 12/20/2017) |
| 12/19/2017 | 20 | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT as to George Padula, III. Detention Hearing set for 12/20/2017 at 2:00 PM before Magistrate Judge Steven M. Gold. Ordered by Magistrate Judge Steven M. Gold on 12/19/2017. (Barrett, C) (Entered: 12/20/2017) |
| 12/20/2017 | 21 | Minute Entry for proceedings held before Magistrate Judge Steven M. Gold: Criminal Proceeding as to Richard Luthmann held on 12/20/2017. At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of |

| | | |
|---|---|---|
| | | detention entered with leave to reapply. (FTR Log #12:05-12:09.) (Barrett, C) (Entered: 12/20/2017) |
| 12/20/2017 | 22 | ORDER OF DETENTION as to Richard Luthmann. Ordered by Magistrate Judge Steven M. Gold on 12/20/2017. (Barrett, C) (Entered: 12/20/2017) |
| 12/20/2017 | 25 | Minute Entry for proceedings held before Magistrate Judge Steven M. Gold: Criminal Proceeding as to George Padula, III held on 12/20/2017. Order of detention entered w/leave to reapply. Bail Hearing set for 12/28/2017 at 11:00 AM. (FTR Log #3:28-3:32.) (Barrett, C) (Entered: 12/29/2017) |
| 12/20/2017 | 26 | ORDER OF DETENTION as to George Padula, III. Ordered by Magistrate Judge Steven M. Gold on 12/20/2017. (Barrett, C) (Entered: 12/29/2017) |
| 12/20/2017 | 27 | Minute Entry for proceedings held before Magistrate Judge Steven M. Gold: Detention Hearing as to Michael Beck held on 12/20/2017. Dfse counsel presented a bail application with 8 sureties; govt opposed; court grants application and sets bail at $1,500,000. Govt requested a stay of the bond, court stays bond until the close of business today. Govt and defense counsel informed the court that the USDJ is unavailable to hear the appeal until after the new year and consents to an order of detention pending appeal. (FTR Log # 2:36-3:11; 4:09-4:13.) (Barrett, C) (Entered: 12/29/2017) |
| 12/20/2017 | 28 | ORDER OF DETENTION PENDING APPEAL as to Michael Beck. Ordered by Magistrate Judge Steven M. Gold on 12/20/2017. (Barrett, C) (Entered: 12/29/2017) |
| 12/22/2017 | 23 | TRANSCRIPT of Proceedings as to George Padula, III held on December 19, 2017, before Judge Gold. Court Transcriber: TypeWrite Word Processing Service, Telephone number 518-581-8973. Transcript may be viewed at the court public terminal or purchased through |

| | | the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 1/12/2018. Redacted Transcript Deadline set for 1/22/2018. Release of Transcript Restriction set for 3/22/2018. (Rocco, Christine) (Entered: 12/22/2017) |
|---|---|---|
| 12/22/2017 | 24 | TRANSCRIPT of Proceedings as to Michael Beck held on December 20, 2017, before Judge Gold. Court Transcriber: TypeWrite Word Processing Service, Telephone number 518-581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 1/12/2018. Redacted Transcript Deadline set for 1/22/2018. Release of Transcript Restriction set for 3/22/2018. (Rocco, Christine) (Entered: 12/22/2017) |
| 01/01/2018 | 29 | NOTICE OF ATTORNEY APPEARANCE: James M. Branden appearing for Richard Luthmann, George Padula, III, Michael Beck *Notice of Appearance for Michael Beck Only* (Branden, James) (Entered: 01/01/2018) |
| 01/02/2018 | 30 | NOTICE OF ATTORNEY APPEARANCE: Mario D. Romano appearing for Richard Luthmann (Romano, Mario) (Entered: 01/02/2018) |
| 01/02/2018 | 31 | NOTICE OF ATTORNEY APPEARANCE: Arthur L. Aidala appearing for Richard Luthmann (Aidala, Arthur) (Entered: 01/02/2018) |
| 01/02/2018 | 34 | Minute Entry for proceedings held before Magistrate Judge Sanket J. Bulsara: Bond Modification as to |

| | | |
|---|---|---|
| | | Michael Beck held on 1/2/2018. (FTR Log # 11:33-11:50.) (Barrett, C) (Entered: 01/11/2018) |
| 01/02/2018 | 35 | ORDER Setting Conditions of Release and Appearance Bond as to Michael Beck (3), $1,500,000. Ordered by Magistrate Judge Steven M. Gold on 12/20/2017, and as amended by Magistrate Judge Sanket J. Bulsara on 1/2/2018. (Barrett, C) (Entered: 01/11/2018) |
| 01/02/2018 | 36 | REDACTION as to Michael Beck to 35 Sealed, Order Setting Conditions of Release and Appearance Bond. (Barrett, C) (Entered: 01/11/2018) |
| 01/02/2018 | 37 | ORDER releasing the defendant Michael Beck pursuant to 35 Order Setting Conditions of Release and Appearance Bond. Ordered by Judge Jack B. Weinstein on 1/2/2018 at 1:35 P.M. (Attachments: # 1 Exhibit 1, # 2 Redaction to Exhibit 1) (Barrett, C) (Entered: 01/11/2018) |
| 01/02/2018 | 42 | Minute Entry for proceedings held before Judge Jack B. Weinstein: Pretrial/Motion Conference as to Michael Beck held on 1/2/2018. AUSA M. Penza. James Branden, Esq. ret. for M. Beck. Motion hrg. held on the govt's motion for bail appeal; motion denied. Mag's judge's decision is affirmed. Respectfully referred to Mag. Judge to reduce bail conditions to writing. (Court Reporter L. Marino). (Layne, Monique) (Entered: 01/24/2018) |
| 01/05/2018 | 44 | Minute Entry for proceedings held before Judge Jack B. Weinstein: Pretrial/Motion Conference as to Richard Luthmann, George Padula, III, Michael Beck held on 1/5/2018. AUSA M. Penza. A. Aidala for Luthmann, M. Santamauro/J. Froccaro for Padula, III; and J. Branden for Beck. Jury selection before Mag. Judge on 5/14/18. In Limine motions will be heard on 5/7/2017 at 11:00 a.m. Motion to sever will be heard on 2/28/18 at 10:30 a.am. (Jury Trial set for 5/14/2018 at 2:00 PM in |

| | | |
|---|---|---|
| | | Courtroom 10B South before Judge Jack B. Weinstein). (Court Reporter L. Mancino). (Layne, Monique) (Entered: 01/25/2018) |
| 01/09/2018 | 32 | SCHEDULING AND TRIAL MANAGEMENT ORDER as to Richard Luthmann, George Padula, III, Michael Beck, setting deadlines and hearings, terminating attorney Joseph V. Sorrentino in case as to Richard Luthmann and excluding time from speedy trial calculations. Ordered by Judge Jack B. Weinstein on 1/5/2018. (Barrett, C) (Entered: 01/09/2018) |
| 01/10/2018 | 33 | MOTION for Protective Order *As to Discovery Materials* by USA as to Richard Luthmann, George Padula, III, Michael Beck. (Attachments: # 1 Proposed Order) (Penza, Moira) (Entered: 01/10/2018) |
| 01/13/2018 | 38 | Letter *Providing Rule 16 Discovery on January 9, 2018* as to Richard Luthmann, George Padula, III, Michael Beck (Penza, Moira) (Entered: 01/13/2018) |
| 01/13/2018 | 39 | Letter *Providing Rule 16 Discovery on January 12, 2018* as to Richard Luthmann, George Padula, III, Michael Beck (Penza, Moira) (Entered: 01/13/2018) |
| 01/17/2018 | 40 | NOTICE OF ATTORNEY APPEARANCE: James R. Froccaro appearing for George Padula, III (Froccaro, James) (Entered: 01/17/2018) |
| 01/23/2018 | 41 | ORDER as to Richard Luthmann, George Padula, III, Michael Beck re: Discovery Materials. (Ordered by Judge Jack B. Weinstein on 1/11/2018) (Galeano, Sonia) (Entered: 01/23/2018) |
| 01/25/2018 | 43 | First MOTION for Extension of Time to File by Richard Luthmann. (Aidala, Arthur) (Entered: 01/25/2018) |

| 01/25/2018 | 45 | MOTION to Sever Defendant by Michael Beck. (Attachments: # 1 Memorandum in Support Memorandum of Law in Support) (Branden, James) (Entered: 01/25/2018) |
|---|---|---|
| 01/25/2018 | 46 | Letter *In Further Support of Detention* as to George Padula, III (Penza, Moira) (Entered: 01/25/2018) |
| 01/26/2018 | 47 | MOTION for Bond by George Padula, III. (Froccaro, James) (Entered: 01/26/2018) |
| 01/26/2018 | 56 | Minute Entry for proceedings held before Magistrate Judge Viktor V. Pohorelsky: Detention Hearing as to George Padula, III held on 1/26/2018. Defense counsel presented a bail package. Gov't opposed based on danger to the community. Court finds deft a danger to the community. Order of detention w/prejudice entered. (FTR Log #11:48-12:28, 2nd call 2:32-2:35.) (Barrett, C) (Entered: 02/05/2018) |
| 01/26/2018 | 57 | ORDER OF DETENTION PENDING TRIAL as to George Padula, III. Ordered by Magistrate Judge Viktor V. Pohorelsky on 1/26/2018. (Barrett, C) (Entered: 02/05/2018) |

| 01/29/2018 | 50 | TRANSCRIPT of Proceedings as to George Padula, III held on January 26, 2018, before Judge POHORELSKY. Court Reporter/Transcriber TypeWrite Word Processing Service, Telephone number 518-581-8973. Email address: transcripts@typewp.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 2/19/2018. Redacted Transcript Deadline set for 3/1/2018. Release of Transcript Restriction set for 4/30/2018. (Hong, Loan) (Entered: 01/29/2018) |
|---|---|---|
| 01/29/2018 | 51 | Letter *for limited permission to use a telephone* as to Michael Beck (Branden, James) (Entered: 01/29/2018) |
| 01/29/2018 | 58 | CJA 20 Appointment: Attorney Michael Gold appointed for George Padula, III. Ordered by Magistrate Judge James Orenstein on 1/29/2018. (Barrett, C) (Entered: 02/05/2018) |
| 01/29/2018 | 59 | Minute Entry for proceedings held before Judge Jack B. Weinstein:Motion conference as to George Padula, III held on 1/29/2018 re Government's motion for curcio hearing. Evidentiary hearing ordered and begun. The Mag judge on duty is requested to appoint counsel to advise the deft. Hearing continued to 1/30/2018 at 02:00 PM in Courtroom 10B South before Judge Jack B. Weinstein. Attorney Santamauro is relieved. (Court Reporter D. Parisi.) (Attachments: # 1 Sealing Cover Sheet) (Fernandez, Erica) Modified on 2/7/2018. Entry was sealed in error. Entry unsealed as per Judge Weinstein's chambers. (Piper, Francine). (Entered: 02/05/2018) |

| 01/30/2018 | 52 | Letter *In Further Support of Pretrial Detention* as to George Padula, III (Penza, Moira) (Entered: 01/30/2018) |
|---|---|---|
| 01/30/2018 | 53 | MOTION for Bond *to Judge Weinstein* by George Padula, III. (Froccaro, James) (Entered: 01/30/2018) |
| 01/30/2018 | 60 | Minute Entry for proceedings held before Judge Jack B. Weinstein: Motion Hearing as to George Padula, III held on 1/30/2018 re Government's Motion for Curcio Hearing. The defendant informs the court that he wishes to be represented by Mr. Froccaro. Defendant's oral appeal of the Mag. Judge's bail decision will be heard on 2/15/2018 at 11:15 am. (Court Reporter D. Parisi.) (Barrett, C) (Entered: 02/06/2018) |
| 01/31/2018 | 54 | ENDORSED ORDER as to Michael Beck re 51 Letter for limited permission to use a telephone. Approved on consent. Ordered by Judge Jack B. Weinstein on 1/31/2018. (Barrett, C) (Entered: 01/31/2018) |
| 01/31/2018 | 55 | ENDORSED ORDER on 43 Motion for Extension of Time to File as to Richard Luthmann (1). Date for filing motions is extended to one week after discovery is completed. Ordered by Judge Jack B. Weinstein on 1/30/2018. (Barrett, C) (Entered: 02/05/2018) |
| 02/02/2018 | 61 | Letter MOTION for Order *Permitting Defendant Luthmann to Participate in His Defense*, Letter MOTION to Compel *Production of Outstanding Discovery*, Letter MOTION for Bill of Particulars , Letter MOTION to Compel *Government Not to Cause Luthmann Undue Hardship With Respect to Reading Materials & Medication* by Richard Luthmann. (Attachments: # 1 Envelope) (Barrett, C) (Main Document 61 replaced on 2/7/2018) (Barrett, C). (Entered: 02/07/2018) |
| 02/12/2018 | 66 | MOTION to Quash by George Padula, III. (Froccaro, James) (Entered: 02/12/2018) |

| 02/12/2018 | 67 | RESPONSE in Opposition re 66 MOTION to Quash *GJ Subpoena* (Penza, Moira) (Entered: 02/12/2018) |
|---|---|---|
| 02/12/2018 | 68 | ORDER denying 66 Motion to Quash as to George Padula III (2). So Ordered by Judge Jack B. Weinstein on 2/12/2018. (Lee, Tiffeny) (Entered: 02/12/2018) |
| 02/15/2018 | 69 | MOTION to Withdraw as Attorney *for George Padula III* by James R. Froccaro, Jr.. by George Padula, III. (Froccaro, James) (Entered: 02/15/2018) |
| 02/19/2018 | 70 | Letter *Moving to Disregard Pro Se Filing of Defendant Luthmann and Update to Court Re: Discovery* as to Richard Luthmann, George Padula, III, Michael Beck (Penza, Moira) (Entered: 02/19/2018) |
| 02/19/2018 | 71 | Letter *Providing Rule 16 Discovery on Januar 19, 2018* as to Richard Luthmann, George Padula, III, Michael Beck (Penza, Moira) (Entered: 02/19/2018) |
| 02/19/2018 | 72 | Letter *Providing Rule 16 Discovery on February 2, 2018* as to Richard Luthmann, George Padula, III, Michael Beck (Penza, Moira) (Entered: 02/19/2018) |
| 02/19/2018 | 73 | Letter *Providing Rule 16 Discovery on February 16, 2018* as to Richard Luthmann, George Padula, III, Michael Beck (Penza, Moira) (Entered: 02/19/2018) |
| 02/23/2018 | 74 | Letter *Request for Bail* as to Richard Luthmann (Attachments: # 1 Exhibit) (Aidala, Arthur) (Entered: 02/23/2018) |
| 02/26/2018 | 75 | Letter *Requesting Adjournment of Oral Arugment re: Severance* as to Richard Luthmann, George Padula, III, Michael Beck (Penza, Moira) (Entered: 02/26/2018) |
| 02/26/2018 | 79 | ENDORSED REFERRAL ORDER as to Richard Luthmann: 61 Letter MOTION for Order *Permitting Defendant Luthmann to Participate in His Defense*, Letter MOTION to Compel *Production of Outstanding Discovery*, Letter MOTION for Bill of Particulars, |

| | | |
|---|---|---|
| | | Letter MOTION to Compel *Government Not to Cause Luthmann Undue Hardship With Respect to Reading Materials & Medication* filed by Richard Luthmann and [70](#) Letter are respectfully referred to magistrate judge to hear and decide. Ordered by Judge Jack B. Weinstein on 2/21/2018. (Barrett, C) (Entered: 03/01/2018) |
| 02/27/2018 | [76](#) | MEMO ENDORSED ORDER as to Richard Luthmann, George Padula, III, Michael Beck re [70](#) Letter. So Ordered by Magistrate Judge Ramon E. Reyes, Jr on 2/27/2018. (Vertus, Miriam) (Main Document 76 replaced on 2/27/2018) (Vertus, Miriam). (Entered: 02/27/2018) |
| 02/27/2018 | [77](#) | NOTICE OF ATTORNEY APPEARANCE: Gerald J. McMahon appearing for Richard Luthmann, George Padula, III, Michael Beck *Substituting for James R. Froccaro* (McMahon, Gerald) (Entered: 02/27/2018) |
| 02/28/2018 | [78](#) | Letter *In Further Support of a Permanent Order of Detention for Richard Luthmann* as to Richard Luthmann, George Padula, III, Michael Beck (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3) (Penza, Moira) (Entered: 02/28/2018) |
| 02/28/2018 | [83](#) | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon: Detention Hearing as to Richard Luthmann held on 2/28/2018. Defense presented a significant bail package. The government opposed; the Court set bond in the amount of $1,500,000.00, secured by 2 properties & 3 IRA accounts. Defendant held pending the confession of judgment & IRA accounts being secured. (FTR Log # 12:06-1:20, (2nd) 2:26-3:31.) (Barrett, C) (Entered: 03/08/2018) |
| 03/06/2018 | [80](#) | NOTICE OF ATTORNEY APPEARANCE James P. McDonald appearing for USA. (McDonald, James) (Entered: 03/06/2018) |

| 03/07/2018 | 81 | MEMORANDUM in Opposition re 45 MOTION to Sever Defendant *Beck* (Penza, Moira) (Entered: 03/07/2018) |
| 03/07/2018 | 82 | Letter *requesting temporary modifications of home confinement* as to Michael Beck (Branden, James) (Entered: 03/07/2018) |
| 03/09/2018 | 84 | MOTION for Extension of Time to File *satisfaction of bail conditions* by Richard Luthmann as to Richard Luthmann, George Padula, III, Michael Beck. (Romano, Mario) (Entered: 03/09/2018) |
| 03/12/2018 | 87 | Minute Entry for proceedings held before Magistrate Judge Steven M. Gold: Criminal Proceeding as to Richard Luthmann held on 3/12/2018. Defendant advised of bond conditions set by the Court and signed the bond. Defendant released. (FTR Log # 11:44-11:53.) (Barrett, C) (Entered: 03/14/2018) |
| 03/12/2018 | 88 | ORDER Setting Conditions of Release and Appearance Bond as to Richard Luthmann (1), $1,500,000.00. Ordered by Magistrate Judge Steven M. Gold on 3/12/2018. (Barrett, C) (Entered: 03/14/2018) |
| 03/12/2018 | 89 | REDACTION as to Richard Luthmann to 88 1 - Sealed Document CR, Order Setting Conditions of Release and Appearance Bond. (Barrett, C) (Entered: 03/14/2018) |
| 03/13/2018 | 85 | ENDORSED ORDER as to Richard Luthmann, George Padula, III, Michael Beck granting 75 Letter Requesting Adjournment of Oral Argument re: Severance. (Oral argument reset for 3/14/2018 at 02:00 PM in Courtroom 10B South before Judge Jack B. Weinstein.) Ordered by Judge Jack B. Weinstein on 2/28/2018. (Barrett, C) (Entered: 03/13/2018) |
| 03/13/2018 | 86 | Joint MOTION for Separate Trial on Counts George Padula III (2) Count 7,8,9,10,11 by George Padula, III. (McMahon, Gerald) (Entered: 03/13/2018) |

| 03/14/2018 | 90 | ENDORSED ORDER granting 84 Motion for Extension of Time to File satisfaction of bail conditions as to Richard Luthmann (1). Ordered by Magistrate Judge Steven M. Gold on 3/13/2018. (Barrett, C) (Entered: 03/14/2018) |
|---|---|---|
| 03/14/2018 | 96 | Minute Entry for proceedings held before Judge Jack B. Weinstein: Motion Hearing as to Richard Luthmann, George Padula, III, Michael Beck held on 3/14/2018 re MOTION for Separate Trials. Decision reserved. Further Motion Hearing set for 4/18/2018 at 10:30 AM (in Courtroom 10B South). (Court Reporter R. Teich.) (Barrett, C) (Entered: 04/02/2018) |
| 03/16/2018 | 91 | Letter *Attaching Application and Proposed Order Re: Pretrial Use of Cellphone and Computer* as to Richard Luthmann (Attachments: # 1 Proposed Order) (Penza, Moira) (Entered: 03/16/2018) |
| 03/16/2018 | 92 | ORDER as to Richard Luthmann, George Padula, III, Michael Beck: Pretrial motions, *in limine* motions, and motions for severance shall be made returnable on 4/18/2018 at 10:30 AM in Courtroom 10B South. Ordered by Judge Jack B. Weinstein on 3/14/2018. (Barrett, C) (Entered: 03/16/2018) |
| 03/16/2018 | 93 | ORDER Supplementing Order Setting Conditions of Release and Appearance Bond as to Richard Luthmann (1). Ordered by Judge Jack B. Weinstein on 3/17/2018 [*sic*], 11 A.M. (Barrett, C) (Entered: 03/16/2018) |
| 03/21/2018 | 94 | Letter *requesting a change in release conditions* as to Michael Beck (Branden, James) (Entered: 03/21/2018) |
| 03/23/2018 | 95 | ENDORSED ORDER as to Michael Beck re 94 Letter requesting a change in release conditions. Approved. Ordered by Judge Jack B. Weinstein on 3/22/2018. (Barrett, C) (Entered: 03/23/2018) |

| 04/09/2018 | 99 | Letter as to Michael Beck (Branden, James) (Entered: 04/09/2018) |
|---|---|---|
| 04/12/2018 | 100 | ORDER as to Richard Luthmann, George Padula, III, Michael Beck: The issue of adjournment raised in Michael Beck's 99 Letter will be heard at the 4/18/2018 conference. Submission of briefs respecting pretrial motions, *in limine* motions, and severance will be rescheduled at the 4/18/2018 hearing. Ordered by Judge Jack B. Weinstein on 4/11/2018. (Barrett, C) (Entered: 04/12/2018) |
| 04/18/2018 | 101 | Minute Entry for proceedings held before Judge Jack B. Weinstein: Pretrial Conference as to Richard Luthmann, George Padula, III, Michael Beck held on 4/18/2018. Jury selection before Mag. Judge 7/9/2018. Trial is adjourned to 7/9/2018 at 2:00 PM. *In limine* motions will be heard 7/2/2018 at 10:30 AM. Speedy Trial Info for defts.: start date 4/18/2018, stop date 7/9/2018. (Court Reporter S. Mace.) (Barrett, C) (Entered: 04/19/2018) |
| 04/19/2018 | 102 | ORDER rescheduling trial and related dates as to Richard Luthmann, George Padula, III, Michael Beck. Trial reset for 7/9/2018. Hearing on *in limine* motions reset for 7/2/2018; submission in advance of that hearing shall be filed by 6/25/2018. Ordered by Judge Jack B. Weinstein on 4/18/2018. (Barrett, C) (Entered: 04/19/2018) |
| 04/24/2018 | 103 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Richard Luthmann, George Padula, III, Michael Beck held on 03/14/2018, before Judge WEINSTEIN. Court Reporter/Transcriber RIVKA TEICH, Telephone number 718 613 2268. Email address: rivkateich@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for |

| | | |
|---|---|---|
| | | Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 5/15/2018. Redacted Transcript Deadline set for 5/25/2018. Release of Transcript Restriction set for 7/23/2018. (Teich, Rivka) (Entered: 04/24/2018) |
| 04/25/2018 | 104 | ORDER rescheduling trial and related dates as to Richard Luthmann, George Padula, III, Michael Beck. Trial reset for 6/25/2018. Hearing on *in limine* motions reset for 6/18/2018 at 10:30 AM; submission in advance of that hearing shall be filed by 6/11/2018. Ordered by Judge Jack B. Weinstein on 4/24/2018. (Barrett, C) (Entered: 04/25/2018) |
| 05/08/2018 | 106 | Letter *Requesting Temporary Modification of Condition of Home Confinement* as to Michael Beck (Branden, James) (Entered: 05/08/2018) |
| 05/15/2018 | 107 | ENDORSED ORDER as to Michael Beck re 106 Letter Requesting Temporary Modification of Condition of Home Confinement. Permission granted. Ordered by Judge Jack B. Weinstein on 5/15/2018. (Barrett, C) (Entered: 05/15/2018) |
| 05/18/2018 | 109 | ORDER REFERRING CASE to Magistrate Judge Ramon E. Reyes, Jr as to Michael Beck for PLEADING. Ordered by Judge Jack B. Weinstein on 5/17/2018. (Marziliano, August) (Entered: 05/18/2018) |
| 05/21/2018 | | ORDER as to Richard Luthermann: Bond Revocation Hearing set for 5/24/2018 at 3:00 PM in Courtroom 2E North before Magistrate Judge Ramon E. Reyes, Jr. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 5/21/2018. (Vertus, Miriam) (Entered: 05/21/2018) |
| 05/21/2018 | 115 | CONSENT ORDER OF REFERRAL as to Michael Beck. Ordered by Judge Jack B. Weinstein on |

| | | |
|---|---|---|
| | | 5/17/2018. (Barrett, C) (Entered: 05/23/2018) |
| 05/21/2018 | 116 | Minute Entry for proceedings held before Magistrate Judge Ramon E. Reyes, Jr: Pleading as to Michael Beck held on 5/21/2018. Michael Beck (3) withdraws not guilty plea and enters a GUILTY PLEA to Counts 7, 8, 9, 10 and 11. Order of bond conditions continued for deft. Deft's counsel is directed to submit the requested bond modification by 5/22/2018. (Sentencing set for 9/13/2018 at 10:30 AM in Courtroom 10B South before Judge Jack B. Weinstein.) (FTR Log # 5:09:14-5:39:54.) (Barrett, C) (Entered: 05/23/2018) |
| 05/22/2018 | 111 | MOTION for Hearing *adjournment* by Richard Luthmann as to Richard Luthmann, George Padula, III, Michael Beck. (Romano, Mario) (Entered: 05/22/2018) |
| 05/22/2018 | | ORDER granting 111 Motion for Hearing as to Richard Luthmann (1) Bond Revocation Hearing is rescheduled for **6/6/2018 at 11:00 AM** in Courtroom **2A South** before Magistrate Judge Ramon E. Reyes, Jr. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 5/22/2018. (Vertus, Miriam) Modified on 5/22/2018 (Vertus, Miriam). (Entered: 05/22/2018) |
| 05/22/2018 | | ORDER terminating 111 Motion for Hearing as to George Padula III (2), Michael Beck (3).Ordered by Magistrate Judge Ramon E. Reyes, Jr on 5/22/2018. (Vertus, Miriam) (Entered: 05/22/2018) |
| 05/22/2018 | 113 | NOTICE OF HEARING as to Richard Luthmann: The June 6, 2018 Bond Revocation Hearing set for 11:00 AM will be held in Courtroom **2E North** before Magistrate Judge Ramon E. Reyes, Jr. (Vertus, Miriam) (Entered: 05/22/2018) |
| 05/22/2018 | 114 | Letter *Requesting Extension of Time to File Superseding Indictment with Consent of Defendants* as to Richard |

| | | |
|---|---|---|
| | | Luthmann, George Padula, III (Penza, Moira) (Entered: 05/22/2018) |
| 05/22/2018 | 117 | Letter dated 5/22/2018 from James M. Branden to M.J. Reyes, re: temporary bail modification as to Michael Beck. (Barrett, C) (Entered: 05/23/2018) |
| 05/22/2018 | 118 | ORDER as to Michael Beck re 117 Letter re: temporary bail modification. The application is granted. Request for temporary modification of bail granted. Defendant is permitted to satisfy the judgment in the government's favor as to the Beck Family Trust but he must file a new judgement of confession as to that trust by June 5, 2014. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 5/22/2018. (Barrett, C) (Entered: 05/23/2018) |
| 05/22/2018 | | Case as to Michael Beck no longer referred to Magistrate Judge Ramon E. Reyes, Jr. (Barrett, C) (Entered: 05/23/2018) |
| 05/24/2018 | 119 | ENDORSED ORDER as to Richard Luthmann, George Padula, III re 114 Letter Requesting Extension of Time to File Superseding Indictment with Consent of Defendants. Extension granted. Speedy trial rules waived during extension. Ordered by Judge Jack B. Weinstein on 5/23/2018. (Barrett, C) (Entered: 05/24/2018) |
| 05/29/2018 | | Scheduling Order as to (2) George Padula, III: Change of Plea Hearing set for 5/31/2018 at 5:30 PM in Courtroom 2E North before Magistrate Judge Ramon E. Reyes Jr. The Government is directed to fax all required paperwork to Judge Reyes no later than 5/30/2018. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 5/29/2018. (Vertus, Miriam) (Entered: 05/29/2018) |
| 05/31/2018 | 122 | ORDER REFERRING CASE to Magistrate Judge Ramon E. Reyes, Jr. as to George Padula, III for |

| | | |
|---|---|---|
| | | Pleading. Ordered by Judge Jack B. Weinstein on 5/30/2018. (Barrett, C) (Entered: 06/04/2018) |
| 05/31/2018 | 123 | Minute Entry for proceedings held before Magistrate Judge Ramon E. Reyes, Jr: Pleading as to George Padula, III held on 5/31/2018. George Padula III (2) withdraws not guilty plea and enters a GUILTY PLEA to Counts 9, 11. Defendant remains in custody. (Sentencing set for 9/17/2018 at 10:30 AM in Courtroom 10B South before Judge Jack B. Weinstein.) (FTR Log # 5:36:38 - 6:06:58.) (Barrett, C) (Entered: 06/04/2018) |
| 05/31/2018 | | Case as to George Padula, III no longer referred to Magistrate Judge Ramon E. Reyes, Jr. (Barrett, C) (Entered: 06/04/2018) |
| 06/04/2018 | 120 | TRANSCRIPT of Proceedings as to George Padula, III held on May 31, 2018, before Judge Reyes. Court Transcriber: TypeWrite Word Processing Service, Telephone number 518-581-8973. Email address: transcripts@typewp.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 6/25/2018. Redacted Transcript Deadline set for 7/5/2018. Release of Transcript Restriction set for 9/3/2018. (Rocco, Christine) (Entered: 06/04/2018) |
| 06/04/2018 | 121 | Letter *Request for Trial Adjournment and Motion Hearing* as to Richard Luthmann (Aidala, Arthur) (Entered: 06/04/2018) |
| 06/05/2018 | 125 | TRANSCRIPT of Proceedings as to Michael Beck held on May 21, 2018, before Judge Reyes. Court Reporter/Transcriber Transcription Plus II, Inc. Email address: laferrara44@gmail.com. Transcript may be |

| | | |
|---|---|---|
| | | viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 6/26/2018. Redacted Transcript Deadline set for 7/6/2018. Release of Transcript Restriction set for 9/3/2018. (Hong, Loan) (Entered: 06/05/2018) |
| 06/05/2018 | 126 | ORDER as to Richard Luthmann: I will hear all motions, including those relating to bail, at 10:15 a.m. on 6/6/2018 in Courtroom 10B South. Ordered by Judge Jack B. Weinstein on 6/5/2018. (Barrett, C) (Entered: 06/05/2018) |
| 06/05/2018 | 127 | MOTION to Revoke *Bond* by USA as to Richard Luthmann. (Attachments: # 1 Exhibit 1) (Penza, Moira) (Entered: 06/05/2018) |
| 06/05/2018 | 128 | Supplemental MOTION to Revoke *Bond (SEALED Addendum to Dkt. 127)* by USA as to Richard Luthmann. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Penza, Moira) (Entered: 06/05/2018) |
| 06/05/2018 | 129 | Letter *Re: Hearing* as to Richard Luthmann (Penza, Moira) (Entered: 06/05/2018) |
| 06/05/2018 | 130 | First MOTION for Bond *to Remain Intact* by Richard Luthmann. (Attachments: # 1 Dr. Letter, # 2 Medical Records 1, # 3 Medical Records 2, # 4 Medical Records 3, # 5 Medical Records 4, # 6 Medical Records 5) (Aidala, Arthur) (Entered: 06/05/2018) |
| 06/06/2018 | 131 | ORDER revoking defendant Richard Luthmann's bail and sending defendant for a competency evaluation. If practicable, an evaluation shall be provided to the court within 60 days. Ordered by Judge Jack B. Weinstein on 6/6/2018. (Barrett, C) (Entered: 06/06/2018) |

| 06/06/2018 | 132 | Minute Entry for proceedings held before Judge Jack B. Weinstein: Motion Hearing as to Richard Luthmann held on 6/6/2018 re 127 MOTION to Revoke *Bond* filed by USA, Status Conference as to Richard Luthmann held on 6/6/2018. Arguments heard. Motion granted, for the reasons stated orally on the record. Bail is revoked. Competency order to be submitted by the parties. The magistrate judge on duty shall appoint counsel to advise the deft. on the curcio issue. Speedy Trial Info for deft.: start date 6/6/2018, stop date 7/23/2018. (Further Status set for 7/23/2018 at 10:30 AM in Courtroom 10B South before Judge Jack B. Weinstein.) (Court Reporter V. Torres Butler.) (Barrett, C) (Entered: 06/08/2018) |
| --- | --- | --- |
| 06/07/2018 | 133 | CJA 20 as to Richard Luthmann: Appointment of Attorney John Burke for Richard Luthmann. Ordered by Magistrate Judge Steven M. Gold on 6/7/2018. (Barrett, C) (Entered: 06/08/2018) |
| 06/08/2018 | 134 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to George Padula, III held on January 30, 2018, before Judge Weinstein. Court Reporter/Transcriber Denise Parisi, Telephone number 718-613-2605. Email address: deniseparisi72@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 6/29/2018. Redacted Transcript Deadline set for 7/9/2018. Release of Transcript Restriction set for 9/6/2018. (Parisi, Denise) (Entered: 06/08/2018) |
| 06/11/2018 | 136 | MOTION for Order of Competency to Stand Trial by Richard Luthmann. (Aidala, Arthur) (Entered: |

| | | |
|---|---|---|
| | | 06/11/2018) |
| 06/13/2018 | 137 | Letter *requesting permission to attend a Father's Day party* as to Michael Beck (Branden, James) (Entered: 06/13/2018) |
| 06/15/2018 | 138 | ENDORSED ORDER as to Michael Beck re 137 Letter requesting permission to attend a Father's Day party. Approved. Ordered by Judge Jack B. Weinstein on 6/14/2018. (Barrett, C) (Entered: 06/15/2018) |
| 06/19/2018 | 139 | ORDER granting 136 Motion for Order of Competency to Stand Trial as to Richard Luthmann (1). Ordered by Judge Jack B. Weinstein on 6/11/2018. (Barrett, C) (Entered: 06/20/2018) |
| 07/12/2018 | 140 | Letter *requesting changes in release conditions* as to Michael Beck (Branden, James) (Entered: 07/12/2018) |
| 07/13/2018 | 141 | ORDER as to Michael Beck re 140 letter requesting changes in release conditions. Deft Beck's two requests are granted: 1. return to work under limitations provided by Pretrial; 2. attend two special family occasions. Ordered by Judge Jack B. Weinstein on 7/16/2018. (Layne, Monique) (Entered: 07/17/2018) |
| 08/10/2018 | 142 | ENDORSED ORDER granting Request for Adjournment as to George Padula, III. Sentencing reset for 11/28/2018 at 10:30 AM (in Courtroom 10B South). Ordered by Judge Jack B. Weinstein on 8/2/2018. (Barrett, C) (Entered: 08/10/2018) |
| 08/20/2018 | 143 | Letter dated 8/10/2018 from CAPT S. Spaulding, Warden, FMC Devens, to The Hon. Judge Jack B. Weinstein, re a forensic eval for Richard Luthmann. (Barrett, C) (Entered: 08/27/2018) |
| 09/05/2018 | 144 | Letter *Requesting Temporary Modification of Bail Conditions* as to Michael Beck (Branden, James) (Entered: 09/05/2018) |