| | | |
|---|---|---|
| 09/06/2018 | 145 | ORDER as to Michael Beck re 144 Letter. Granted. So Ordered by Magistrate Judge Peggy Kuo on 9/6/2018. (Lee, Tiffeny) (Entered: 09/06/2018) |
| 09/13/2018 | 146 | ENDORSED ORDER as to Michael Beck re 144 Letter. Approved. Ordered by Judge Jack B. Weinstein on 9/12/2018. (Barrett, C) (Entered: 09/13/2018) |
| 10/04/2018 | 148 | NOTICE OF ATTORNEY APPEARANCE: Chad D. Seigel appearing for George Padula, III (Seigel, Chad) (Entered: 10/04/2018) |
| 10/04/2018 | 149 | STIPULATION by George Padula, III (Seigel, Chad) (Entered: 10/04/2018) |
| 10/17/2018 | 150 | MOTION to Modify Conditions of Release by Michael Beck. (Branden, James) (Entered: 10/17/2018) |
| 10/18/2018 | 151 | ORDER on letter from Warden of FMC Devens as to Richard Luthmann. Return prisoner to this district. Ordered by Judge Jack B. Weinstein on 10/10/2018. (Barrett, C) (Entered: 10/18/2018) |
| 10/23/2018 | 153 | MOTION to Continue Sentencing by George Padula, III. (Seigel, Chad) (Entered: 10/23/2018) |
| 11/06/2018 | 154 | Letter *requesting a modification of the release bond as to travel* as to Michael Beck (Branden, James) (Entered: 11/06/2018) |
| 11/06/2018 | 155 | ENDORSED ORDER granting 153 Motion to Continue Sentencing as to George Padula III (2). Sentencing is adjourned to 2/27/2019 at 10:30 AM (in Courtroom 10B South). Ordered by Judge Jack B. Weinstein on 10/31/2018. (Barrett, C) (Entered: 11/06/2018) |
| 11/15/2018 | | Email Notification Test - DO NOT REPLY. (Barrett, C) (Entered: 11/15/2018) |
| 11/19/2018 | 156 | ENDORSED ORDER as to Michael Beck re 154 Letter. Permission to travel in NYS, PA and NJ is granted. |

| | | |
|---|---|---|
| | | Ordered by Judge Jack B. Weinstein on 11/19/2018. (Barrett, C) (Entered: 11/19/2018) |
| 01/10/2019 | 162 | REFERRAL ORDER as to Richard Luthmann: The court has the government's 6/5/2018 letter. It raises issues of possible conflicts of defense counsel. This and related issues are respectfully referred to the magistrate judge for decision. Ordered by Judge Jack B. Weinstein on 1/8/2019. (Barrett, C) (Entered: 01/10/2019) |
| 01/14/2019 | | Scheduling Order as to Richard Luthmann re 162 : Curcio Hearing set for 1/17/2019 at 3:30 PM in Courtroom 2E North before Magistrate Judge Ramon E. Reyes, Jr. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 1/11/2019. (Vertus, Miriam) (Entered: 01/14/2019) |
| 01/15/2019 | 163 | Letter *Request to Change Time of Hearing* as to Richard Luthmann (Aidala, Arthur) (Entered: 01/15/2019) |
| 01/15/2019 | | Scheduling Order re 163 Letter Request to Change Time of Hearing as to Richard Luthmann filed by Aidala, Arthur. The Curcio Hearing set for 1/17/2019 will commence at 2:30 PM in Courtroom 2E North before Magistrate Judge Ramon E. Reyes, Jr. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 1/15/2019. (Vertus, Miriam) (Entered: 01/15/2019) |
| 01/17/2019 | | Scheduling Order as Richard Luthmann: Status Conference set for 2/13/2019 at 2:30 PM in Courtroom 2E North before Magistrate Judge Ramon E. Reyes, Jr. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 1/17/2019. (Vertus, Miriam) (Entered: 01/17/2019) |
| 01/17/2019 | 165 | Minute Entry for proceedings held before Magistrate Judge Ramon E. Reyes, Jr: Curcio Hearing held as to defendant Richard Luthmann on 1/17/2019. Curcio waiver heard and accepted. Order of Excludable Delay entered from 7/23/2018 to 2/13/2019. Status Conference |

| | | |
|---|---|---|
| | | set for 2/13/2019 at 02:30 PM in Courtroom 2E North before Magistrate Judge Ramon E. Reyes Jr. Oral application to release bond granted. Transcript requested for Judge Weinstein. (FTR Log #2:44:46-3:08:33.) (Lee, Tiffeny) (Entered: 01/22/2019) |
| 01/22/2019 | 164 | TRANSCRIPT of Proceedings as to Richard Luthmann held on January 17, 2019, before Judge Reyes. Court Reporter/Transcriber Transcription Plus II, Inc. Email address: laferrara44@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 2/12/2019. Redacted Transcript Deadline set for 2/22/2019. Release of Transcript Restriction set for 4/22/2019. (Hong, Loan) (Entered: 01/22/2019) |
| 02/11/2019 | 167 | Letter *requesting, with the Government's consent, an adjournment of sentencing until late May, 2019,* as to George Padula, III (Seigel, Chad) (Entered: 02/11/2019) |
| 02/12/2019 | 168 | Letter *Request Adjournment and Exclude Timer* as to Richard Luthmann, George Padula, III, Michael Beck (Aidala, Arthur) (Entered: 02/12/2019) |
| 02/12/2019 | | ORDER re 168 Letter Request Adjournment and Exclude Time as to Richard Luthmann. ORDER TO CONTINUE - Ends of Justice as to Richard Luthmann Time excluded from 2/13/2019 until 2/21/2019. Status Conference set for 2/21/2019 at 10:30 AM in Courtroom 10B South before Judge Jack B. Weinstein. The 2/13/2019 conference previously scheduled before Magistrate Judge Ramon E. Reyes, Jr is cancelled. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 2/12/2019. (Vertus, Miriam) (Entered: 02/12/2019) |

| 02/15/2019 | 169 | Letter *Request to Adjourn Court Date* as to Richard Luthmann (Aidala, Arthur) (Entered: 02/15/2019) |
|---|---|---|
| 02/27/2019 | 171 | ORDER RE: ADJOURNMENT as to Richard Luthmann: The court date of 2/21/2019 is adjourned to 3/4/2019 at 10:30 a.m. Time from today to 3/4 is waived by consent. Ordered by Judge Jack B. Weinstein on 2/25/2019. (Barrett, C) (Entered: 02/27/2019) |
| 02/27/2019 | 172 | ORDER as to George Padula, III: Claims of poor medical treatment of a prisoner will be heard on 3/11/2019 at 10:45 a.m. Ordered by Judge Jack B. Weinstein on 2/26/2019. (Barrett, C) (Entered: 02/27/2019) |
| 03/04/2019 | | NOTICE OF HEARING as to Richard Luthmann- The Status Conference set for 3/4/19 is adjourned to 3/12/2019 at 11:30 AM in Courtroom 10B South before Judge Jack B. Weinstein. (Lowe, June) (Entered: 03/04/2019) |
| 03/11/2019 | 178 | Minute Entry for proceedings held before Judge Jack B. Weinstein: Case called for Pretrial/Motion Conference as to George Padula, III on 3/11/2019. Discovery motions respectfully referred to the magistrate judge. Medical records to be produced to the AUSA. (Court Reporter L. Danelczyk.) (Barrett, C) (Entered: 04/08/2019) |
| 03/11/2019 | | Case as to George Padula, III Referred to Magistrate Judge Ramon E. Reyes, Jr. Discovery Motions referred to Ramon E. Reyes, Jr. *See* ECF No. 178 . (Barrett, C) (Entered: 04/08/2019) |
| 03/12/2019 | 179 | Minute Entry for proceedings held before Judge Jack B. Weinstein:Pretrial/ Motion Conference as to Richard Luthmann held on 3/12/2019. Respectfully referred to the Magistrate Judge for allocution of guilty plea. (Court |

| | | |
|---|---|---|
| | | Reporter Linda Danelczyk.) (Love, Alexis) (Entered: 04/09/2019) |
| 03/12/2019 | | Case as to Richard Luthmann Referred to Magistrate Judge Ramon E. Reyes, Jr. for allocution of guilty plea. (Love, Alexis) (Entered: 04/09/2019) |
| 03/13/2019 | | SCHEDULING ORDER as to (1) Richard Luthmann: Change of Plea Hearing set for 3/18/2019 at 3:45 PM in Courtroom 2E North before Magistrate Judge Ramon E. Reyes, Jr. The Government is directed to fax all required paperwork to Judge Reyes no later than 3/15/2019.Ordered by Magistrate Judge Ramon E. Reyes, Jr., on 3/13/2019. (Several, Emily) (Entered: 03/13/2019) |
| 03/18/2019 | 174 | Minute Entry for proceedings held before Magistrate Judge Ramon E. Reyes, Jr: Change of Plea Hearing as to Richard Luthmann held on 3/18/2019. Richard Luthmann (1) enters a GUILTY PLEA to Counts 1, 9. Deft cont'd in custody. (FTR Log # 4:13:33 - 4:51:35.) (Barrett, C) (Entered: 03/20/2019) |
| 03/18/2019 | | Case as to Richard Luthmann no longer referred to Magistrate Judge Ramon E. Reyes, Jr. (Barrett, C) (Entered: 03/20/2019) |
| 03/18/2019 | 175 | CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE RAMON E. REYES, JR. as to Richard Luthmann. (Barrett, C) (Entered: 03/26/2019) |
| 04/03/2019 | | NOTICE OF HEARING as to Richard Luthmann- Sentencing set for 5/30/2019 at 10:30 AM in Courtroom 10B South before Judge Jack B. Weinstein. (Lowe, June) (Entered: 04/03/2019) |
| 04/09/2019 | 180 | Letter *requesting a temporary modification of travel restrictions* as to Michael Beck (Branden, James) (Entered: 04/09/2019) |

| | | |
|---|---|---|
| 04/17/2019 | 181 | ENDORSED ORDER as to Michael Beck re 180 Letter requesting a temporary modification of travel restrictions. Permission granted. Ordered by Judge Jack B. Weinstein on 4/11/2019. (Barrett, C) (Entered: 04/17/2019) |
| 04/17/2019 | 182 | MOTION for Forfeiture of Property *Proposed Order of Forfeiture* by USA as to Richard Luthmann. (Attachments: # 1 Proposed Order) (Kedeshian, Claire) (Entered: 04/17/2019) |
| 04/19/2019 | 183 | TRANSCRIPT of Proceedings as to Richard Luthmann held on March 18, 2019, before Judge Reyes. Court Reporter/Transcriber Transcription Plus II, Inc. Email address: laferrara44@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 5/10/2019. Redacted Transcript Deadline set for 5/20/2019. Release of Transcript Restriction set for 7/18/2019. (Hong, Loan) (Entered: 04/19/2019) |
| 04/19/2019 | 184 | Letter *Request to Exonerate Bond* as to Richard Luthmann (Aidala, Arthur) (Entered: 04/19/2019) |
| 04/24/2019 | 185 | ORDER as to Richard Luthmann re 184 Letter requesting that the bond secured by two properties and three Wells Fargo Advisor Individual Retirement Accounts be exonerated. (See order for details.) So Ordered by Magistrate Judge Ramon E. Reyes, Jr on 4/24/2019. (Vertus, Miriam) (Entered: 04/24/2019) |

| | | | |
|---|---|---|---|
| 04/24/2019 | 186 | | ORDER OF FORFEITURE granting 182 Motion for Forfeiture of Property as to Richard Luthmann (1). Ordered by Judge Jack B. Weinstein on 4/18/2019. (Barrett, C) (Entered: 04/24/2019) |
| 04/24/2019 | 189 | | Minute Entry for proceedings held before Judge Jack B. Weinstein: Motion Hearing as to George Padula, III held on 4/24/2019 re Deft.'s MOTION to Address Medical Issues/Treatment. Arguments heard. Decision entered on the record. The warden shall be informed of Mr. Padula's claim of threats being made against him by prison staff. Further conference 4/29/2019 at 10:30 AM. (Court Reporter S. Heading.) (Barrett, C) (Entered: 05/09/2019) |
| 04/26/2019 | 187 | | Letter *re: Medical Treatment and Adjournment of Conference* as to George Padula, III (McDonald, James) (Entered: 04/26/2019) |
| 04/29/2019 | 188 | | Order as to George Padula, III re 187 Sealed Letter request to adjourn April 29, 2019 conference. Unseal this letter and transcript. Conference adjourned to May 1, 2019 at 10:30 a.m Speedy Trial Rules waived until that date. So Ordered by Judge Jack B. Weinstein on 4/29/2019. (Document 187 unsealed) (Lee, Tiffeny) (Entered: 05/03/2019) |
| 05/01/2019 | 193 | | Minute Entry for proceedings held before Judge Jack B. Weinstein: Pretrial Conference as to George Padula, III held on 5/1/2019. PTC adjourned to 6/20/2019 at 10:30 am. 4/26/19 letter is unsealed. (Pretrial Conference adjourned to 6/20/2019 at 10:30 AM in Courtroom 10B South before Judge Jack B. Weinstein.) (Barrett, C) (Entered: 06/05/2019) |
| 05/10/2019 | 190 | | Letter *Regarding Sentencing Date* as to Richard Luthmann (Aidala, Arthur) (Entered: 05/10/2019) |
| 05/28/2019 | 191 | | ORDER as to George Padula, III: Sentencing is adjourned to 8/13/2019 at 10:30 AM (in Courtroom 10B |

| | | |
|---|---|---|
| | | South). Ordered by Judge Jack B. Weinstein on 5/23/2019. (Barrett, C) (Entered: 05/28/2019) |
| 05/28/2019 | 192 | ORDER as to Richard Luthmann: Sentencing is adjourned to 8/13/2019 at 12:45 PM (in Courtroom 10B South). Ordered by Judge Jack B. Weinstein on 5/24/2019. (Barrett, C) (Entered: 05/28/2019) |
| 06/17/2019 | 194 | MOTION to Continue *June 20, 2019 court appearance* by George Padula, III. (Seigel, Chad) (Entered: 06/17/2019) |
| 06/19/2019 | 195 | ORDER re 194 Motion to Continue as to George Padula III (2). The motion for defendant to adjourn the hearing scheduled for June 20, 2019 is granted. Defendant shall promptly move for vacature of his plea. Parties shall arrange for hearing date with case coordinator, June Lowe, 718-613-2525. So Ordered by Judge Jack B. Weinstein on 6/18/2019. (Lee, Tiffeny) (Main Document 195 replaced on 6/19/2019) (Lee, Tiffeny). (Entered: 06/19/2019) |
| 06/24/2019 | 196 | Letter *requesting a temporary modification of travel restrictions* as to Michael Beck (Branden, James) (Entered: 06/24/2019) |
| 07/02/2019 | 197 | ENDORSED ORDER as to Michael Beck re 196 Letter requesting a temporary modification of travel restrictions. Permission granted. Mr. Beck shall report to Probation within 4 days of his return to the United States and surrender his passport as directed by Probation. Ordered by Judge Jack B. Weinstein on 6/28/2019. (Barrett, C) (Entered: 07/02/2019) |
| 07/24/2019 | 198 | MOTION to Vacate *Guilty Plea to Count Eleven*, MOTION to Dismiss *Count Eleven* by George Padula, III. (Attachments: # 1 Memorandum in Support of Motion to Vacate Guilty Plea to Count Eleven and Dismiss that Count, # 2 Declaration of Attorney in |

| | | |
|---|---|---|
| | | Support of Motion, # 3 Exhibit A (Indictment), # 4 Exhibit B (Plea Agreement), # 5 Exhibit C (Plea Transcript)) (Seigel, Chad) (Entered: 07/24/2019) |
| 08/07/2019 | 201 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Richard Luthmann (Aidala, Arthur) (Entered: 08/07/2019) |
| 08/12/2019 | 202 | Letter MOTION to Continue Sentencing by USA as to Richard Luthmann. (Barrett, C) (Entered: 08/13/2019) |
| 08/12/2019 | | ORDER endorsed on 202 Motion to Continue Sentencing as to Richard Luthmann (1). Case coordinator, June Lowe: Set new sentencing date after 9/5/2019. Ordered by Judge Jack B. Weinstein on 8/12/2019. (Barrett, C) (Entered: 08/13/2019) |
| 08/22/2019 | 203 | RESPONSE to Motion re 198 MOTION to Vacate *Guilty Plea to Count Eleven* MOTION to Dismiss *Count Eleven* (McDonald, James) (Entered: 08/22/2019) |
| 08/28/2019 | 204 | RESPONSE in Opposition re 198 MOTION to Vacate *Guilty Plea to Count Eleven* MOTION to Dismiss *Count Eleven* (Seigel, Chad) (Entered: 08/28/2019) |
| 08/28/2019 | 205 | ORDER granting 203 the government's request that this case be returned to its pretrial posture as to George Padula, III. Ordered by Judge Jack B. Weinstein on 8/27/2019. (Barrett, C) (Entered: 08/29/2019) |
| 08/29/2019 | 206 | Letter MOTION for Reconsideration *of the Court's Order, dated August 27, 2019, granting the Govt's request that this case be returned to its pretrial posture,* by George Padula, III. (Seigel, Chad) (Entered: 08/29/2019) |
| 08/30/2019 | 207 | SENTENCING MEMORANDUM by USA as to Richard Luthmann (Penza, Moira) (Entered: 08/30/2019) |

| | | |
|---|---|---|
| 09/04/2019 | | NOTICE OF HEARING as to Richard Luthmann- The time of the Sentencing set for 9/5/2019 is changed to 12:15 PM in Courtroom 10B South before Judge Jack B. Weinstein. (Lowe, June) (Entered: 09/04/2019) |
| 09/05/2019 | 211 | Minute Entry for proceedings held before Judge Jack B. Weinstein: Sentencing held on 9/5/2019 for Richard Luthmann (1). Evidentiary/Sentencing Hearing ordered and begun. Continued to 9/9/2019 at 1 pm. (Court Reporter David Roy.) (Barrett, C) (Entered: 09/19/2019) |
| 09/09/2019 | 208 | ORDER as to George Padula, III re 206 Letter MOTION for Reconsideration *of the Court's Order, dated August 27, 2019, granting the Govt's request that this case be returned to its pretrial posture,* filed by George Padula, III. Status Conference set for 9/12/2019 at 10:30 AM in Courtroom 10B South. Ordered by Judge Jack B. Weinstein on 9/9/2019. (Barrett, C) (Entered: 09/09/2019) |
| 09/09/2019 | 216 | Minute Entry for proceedings held before Judge Jack B. Weinstein: Sentencing held on 9/9/2019 for Richard Luthmann (1). Evidentiary/Sentencing Hearing continues. Defendant sentenced on Counts 1 & 9: 4 Years IMPRISONMENT, 3 Years SUPERVISED RELEASE. SPECIAL ASSESSMENT: $200. Open counts dismissed on govt.'s motion. (Court Reporter David Roy.) (Barrett, C) (Entered: 10/10/2019) |
| 09/10/2019 | 209 | Letter MOTION to Continue *Status Conference presently scheduled for Sept. 12, 2019 until Sept. 19, 2019 at 11:15am* by George Padula, III. (Seigel, Chad) (Entered: 09/10/2019) |

| | | |
|---|---|---|
| 09/18/2019 | 210 | Second MOTION for Reconsideration *of the Court's Order, dated August 27, 2019, granting the Govt's request that this case be returned to its pretrial posture,* by George Padula, III. (Seigel, Chad) (Entered: 09/18/2019) |
| 09/25/2019 | | NOTICE OF HEARING as to George Padula, III- A Status Conference is set for 10/23/2019 at 11:15 AM in Courtroom 10B South before Judge Jack B. Weinstein. (Lowe, June) (Entered: 09/25/2019) |
| 09/30/2019 | 212 | Letter *re: Restitution* as to Richard Luthmann (McDonald, James) (Entered: 09/30/2019) |
| 10/02/2019 | 213 | ENDORSED ORDER as to Richard Luthmann re 212 Letter re: Restitution. Above restitution listed adopted and ordered. Ordered by Judge Jack B. Weinstein on 10/2/2019. (Barrett, C) (Entered: 10/03/2019) |
| 10/08/2019 | 215 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to George Padula, III held on May 1, 2019, before Judge Jack B. Weinstein. Court Reporter/Transcriber David R. Roy, Telephone number 7186132609. Email address: drroyofcr@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 10/29/2019. Redacted Transcript Deadline set for 11/8/2019. Release of Transcript Restriction set for 1/6/2020. (Roy, David) (Entered: 10/08/2019) |
| 10/21/2019 | 217 | CHECKLIST for sentencing judge to prevent avoidable remands as to Richard Luthmann. (Barrett, C) (Entered: 10/21/2019) |

| | | |
|---|---|---|
| 10/23/2019 | 218 | ORDER RE: STATEMENT OF REASONS as to Richard Luthmann. Ordered by Judge Jack B. Weinstein on 10/15/2019. (Barrett, C) (Entered: 10/23/2019) |
| 10/23/2019 | 219 | JUDGMENT as to Richard Luthmann (1), Counts 1 and 9, 48 Months IMPRISONMENT; 3 Years SUPERVISED RELEASE; $200.00 SPECIAL ASSESSMENT; $559,911.26 RESTITUTION; counts remaining are dismissed on the motion of the United States. Ordered by Judge Jack B. Weinstein on 10/21/2019. (Attachments: # 1 Order of Forfeiture, # 2 Order Re: Statement of Reasons) (Barrett, C) (Entered: 10/24/2019) |
| 10/29/2019 | 221 | SUPERSEDING INDICTMENT (S-1) as to George Padula, III (2) counts 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s. (Barrett, C) (Entered: 10/29/2019) |
| 10/30/2019 | 222 | Minute Entry for proceedings held before Judge Jack B. Weinstein: Pretrial Conference as to George Padula, III held on 10/30/2019. Speedy Trial Info for deft.: start date 10/30/2019, stop date: 12/16/2019. Respectfully referred to the Magistrate Judge for arraignment on the superseding indictment. Hearing 12/16/2019 at 10:30 am. (Court Reporter G. Bretts.) (Barrett, C) (Entered: 10/31/2019) |
| 10/30/2019 | 223 | Minute Entry for proceedings held before Magistrate Judge Ramon E. Reyes, Jr: Arraignment as to George Padula III (2) Counts 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s held on 10/30/2019. George Padula III pleads NOT GUILTY to ALL counts. Order of Excludable Delay/Speedy Trial entered. (Status Conference set for 12/16/2019 at 10:30 AM in Courtroom 10B South before Judge Jack B. Weinstein.) (FTR Log # 12:03-12:08.) (Barrett, C) (Entered: 10/31/2019) |
| 10/30/2019 | 224 | ORDER TO CONTINUE - Ends of Justice as to George Padula, III. Time excluded from 10/30/2019 until |

| | | |
|---|---|---|
| | | 12/16/2019. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 10/30/2019. (Barrett, C) (Entered: 10/31/2019) |
| 12/10/2019 | 225 | MOTION to Withdraw Document 210 Second MOTION for Reconsideration *of the Court's Order, dated August 27, 2019, granting the Govt's request that this case be returned to its pretrial posture,* by George Padula, III. (Seigel, Chad) (Entered: 12/10/2019) |
| 12/11/2019 | 226 | ENDORSED ORDER withdrawing 210 Motion for Reconsideration as to George Padula III (2); granting 225 Motion to Withdraw Document as to George Padula III (2); cancelling 12/16/2019 hearing. Ordered by Judge Jack B. Weinstein on 12/11/2019. (Barrett, C) (Entered: 12/11/2019) |
| 12/16/2019 | 227 | MOTION to Continue *status conference, presently scheduled for December 16, 2019, until January 9, 2020 at 11:15am, with the Government's consent* by George Padula, III. (Seigel, Chad) (Entered: 12/16/2019) |
| 12/18/2019 | 228 | ENDORSED ORDER on 227 Motion to Continue as to George Padula III (2). Adjourned to 1/9/2020 at 11:15 AM (in Courtroom 10B South). Ordered by Judge Jack B. Weinstein on 12/17/2019. (Barrett, C) (Entered: 12/18/2019) |
| 01/03/2020 | 229 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Richard Luthmann held on September 9, 2019, before Judge Jack B. Weinstein. Court Reporter/Transcriber David R. Roy, Telephone number (718) 613-2609. Email address: drroyofcr@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other |

| | | |
|---|---|---|
| | | Documents". Redaction Request due 1/24/2020. Redacted Transcript Deadline set for 2/3/2020. Release of Transcript Restriction set for 4/2/2020. (Roy, David) (Entered: 01/03/2020) |
| 01/09/2020 | 236 | Minute Entry for proceedings held before Judge Jack B. Weinstein: Motion Hearing as to George Padula, III held on 1/9/2020 re 230 Competency Evaluation of the deft. AUSA J. McDonald. C. Siegel, Esq. ret. for deft. Hearing cont'd. to 1/21/2020. (Court Reporter R. Teich) (Layne, Monique) (Entered: 01/30/2020) |
| 01/16/2020 | 230 | MOTION for Psychiatric Exam /*Competency Evaluation* by USA as to George Padula, III. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10-17, # 11 Exhibit 10-T, # 12 Exhibit 11-T, # 13 Exhibit 12-T, # 14 Exhibit 13-T, # 15 Exhibit 14-T, # 16 Exhibit 15-T, # 17 Exhibit 16-T, # 18 Exhibit 17-T) (McDonald, James) (Entered: 01/16/2020) |
| 01/19/2020 | 231 | RESPONSE in Opposition re 230 Motion for Psychiatric Exam,, 1 - Sealed Document CR, (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I) (Seigel, Chad) (Entered: 01/19/2020) |
| 01/21/2020 | 232 | ORDER OF RECUSAL -- For the reasons stated orally on the record, the court recuses itself. The case shall be reassigned to another Judge for all purposes including trial, jury selection, and sentencing. The parties have agreed to waive speedy trial time from today to the selection of the new Judge. So Ordered by Judge Jack B. Weinstein on 1/21/2020. (Carosella, Christy) (Entered: 01/21/2020) |
| 01/21/2020 | | ORDER REASSIGNING CASE as to George Padula, III. Reassigned to Judge Raymond J. Dearie. Judge Jack B. Weinstein no longer assigned to the case. Please |

| | | |
|---|---|---|
| | | download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Signed by Chief Judge Dora Lizette Irizarry on 1/21/2020. (Brown, Marc) (Entered: 01/21/2020) |
| 01/21/2020 | 233 | Minute Entry for proceedings held before Judge Jack B. Weinstein: Motion Hearing as to George Padula, III held on 1/21/2020 re 230 Motion for Psychiatric Exam. Decision entered on the record. This court recuses itself. The Clerk of Court shall reassign the case by random selection. Time excluded: Start Date: 1/21/2020; Stop Date: Until Appointment of New Judge.(Court Reporter David Roy) (Lee, Tiffeny) (Entered: 01/22/2020) |
| 01/23/2020 | 234 | Medical Evaluation Order as to George Padula, III. Having examined the defendant, a distinguished expert in forensic psychiatry testified that Padula is competent. The AUSA and Padula's attorney concurred. The court observed the defendant writing out questions and assisting his attorney. Based on his actions and the record, the court finds that Padula is presently competent to assist in his defense and proceed to trial. Ordered by Judge Jack B. Weinstein on 1/23/2020. (Layne, Monique) (Entered: 01/23/2020) |
| 01/24/2020 | 235 | Minute Entry: for proceedings held before Judge Raymond J. Dearie: AUSA James McDonald. Defense Counsel: Chad Seigel. Status Conference as to George Padula, III held on 1/24/2020, ( Jury Selection set for 8/3/2020 and Jury Trial set for 8/3/2020 in Courtroom 10A South before Judge Raymond J. Dearie.) Motion schedule: Motion(s) due 3/9/2020; Opposition due 3/31/2020; Reply, if any, due: 4/15/2020. Case adjourned to 5/1/2020 at 12:00 PM in Courtroom 10A South before Judge Raymond J. Dearie. Motion(s) will be discussed at that time. With the consent of all parties. |

| | | |
|---|---|---|
| | | time excluded from today through 5/1/2020 in the interest of justice. (Court Reporter Anthony Frisolone.) (Galeano, Sonia) (Entered: 01/27/2020) |
| 02/12/2020 | 237 | ORDER OF RECUSAL. Judge Eric R. Komitee randomly assigned. Judge Jack B. Weinstein no longer assigned to case.. Ordered by Judge Jack B. Weinstein on 2/10/2020. (Marziliano, August) (Entered: 02/12/2020) |
| 02/18/2020 | 238 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to George Padula, III held on March 11, 2019, before Judge Jack B. Weinstein. Court Reporter/Transcriber Linda D. Danelczyk, Telephone number 718-613-2330. Email address: Linda_Danelczyk@nyed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 3/10/2020. Redacted Transcript Deadline set for 3/20/2020. Release of Transcript Restriction set for 5/18/2020. (Danelczyk, Linda) (Entered: 02/18/2020) |
| 03/09/2020 | 239 | MOTION to Dismiss *Counts 7 & 8 of Superseding Indictment for failing to state an offense pursuant to Fed.R.Crim.P. Rule 12(b)(3)(B)(v); dismissing the entire Superseding Indictment or, at a bare minimum Counts 2 through 8 based on Govt's knowing use of false testimony before the Grand Jury, in violation of the Due Process Clause of the Fifth Amendment; and to Order the Gov't to immediately disclose Brady material in its possession; direct the Gov't to provide reasonable 404(b) notice and grant the defense leave to make additional motions that may become necessary as a* |