| | | |
|---|---|---|
| | | *result of further discovery* by George Padula, III. (Attachments: # <u>1</u> Declaration of Chad Seigel, Esq., # <u>2</u> Exhibit Superseding Indictment, # <u>3</u> Exhibit Indictment, # <u>4</u> Exhibit Application for Search Warrant, # <u>5</u> Exhibit Affidavit in Support of Search Warrant, # <u>6</u> Memorandum in Support Memorandum of Law in Support of Defendant's Pretrial Motions) (Seigel, Chad) (Entered: 03/09/2020) |
| 03/11/2020 | <u>240</u> | NOTICE OF ATTORNEY APPEARANCE Genny Ngai appearing for USA. (Ngai, Genny) (Entered: 03/11/2020) |
| 03/11/2020 | <u>241</u> | Letter *to the Gov't pertaining to defendant's Motion to Dismiss filed March 9, 2020* as to George Padula, III (Seigel, Chad) (Entered: 03/11/2020) |
| 03/31/2020 | <u>242</u> | MEMORANDUM in Opposition re <u>239</u> MOTION to Dismiss *Counts 7 & 8 of Superseding Indictment for failing to state an offense pursuant to Fed.R.Crim.P. Rule 12(b)(3)(B)(v); dismissing the entire Superseding Indictment or, at a bare minimum Counts 2 through 8 based on Govt's knowi (Attachments: # <u>1</u> Exhibit A)* (McDonald, James) (Entered: 03/31/2020) |
| 04/14/2020 | <u>243</u> | REPLY TO RESPONSE to Motion re <u>239</u> MOTION to Dismiss *Counts 7 & 8 of Superseding Indictment for failing to state an offense pursuant to Fed.R.Crim.P. Rule 12(b)(3)(B)(v); dismissing the entire Superseding Indictment or, at a bare minimum Counts 2 through 8 based on Govt's knowi (Attachments: # <u>1</u> Exhibit A)* (Seigel, Chad) (Entered: 04/14/2020) |
| 04/14/2020 | <u>244</u> | REPLY TO RESPONSE to Motion re <u>239</u> MOTION to Dismiss *Counts 7 & 8 of Superseding Indictment for failing to state an offense pursuant to Fed.R.Crim.P. Rule 12(b)(3)(B)(v); dismissing the entire Superseding Indictment or, at a bare minimum Counts 2 through 8 based on Govt's knowi CORRECTED VERSION OF* |

| | | |
|---|---|---|
| | | *DKT NO. 243 (Attachments: # 1 Exhibit A) (Seigel, Chad) (Entered: 04/14/2020)* |
| 04/29/2020 | | ELECTRONIC ORDER as to George Padula, III. Consistent with Chief Judge Mauskopfs Administrative Order No. 2020-15, dated 4/21/2020, time between 4/27/2020 and 6/15/2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. and 18 U.S.C. § 3161(h)(7)(A). So Ordered by Judge Raymond J. Dearie on 4/29/2020. (Mulqueen, Ellen) (Entered: 04/29/2020) |
| 05/11/2020 | | Minute Entry for telephonic conference held on 5/11/2020 before Judge Raymond J. Dearie as to George Padula, III. re 239 Motion to Dismiss *Counts 7 & 8 of Superseding Indictment for failing to state an offense pursuant to Fed.R.Crim.P. Rule 12(b)(3)(B)(v). Following counsel appear telephonically: AUSA James McDonald & Genny Ngai; Chad Seigel, Esq. (retained) as counsel for defendant. Defendant(in custody) appears telephonically. Case called for motion conference. Defendant advises Court that he willingly consents to proceed with the conference telephonically. For the reasons stated on the record, defendant's motion (#239) is DENIED. Discussion held. Given the unprecedented circumstances confronting us all, the current trial date of 8/3/2020 is not viable. The Court will reschedule trial date for the fall of 2020 as soon as practicable. With the consent of all parties, time is excluded from today through 6/19/2020 in the interest of justice. Next conference scheduled for 6/19/2020 at 10:30AM. (Court Reporter David Roy.) (Mulqueen, Ellen) (Entered: 05/11/2020)* |
| 05/11/2020 | | ELECTRONIC ORDER denying 239 Motion to Dismiss as to George Padula III (2). (SEE MINUTE ENTRY OF 5/11/2020) So Ordered by Judge Raymond J. Dearie on 5/11/2020. (Mulqueen, Ellen) (Entered: 05/11/2020) |

| 05/11/2020 | | Terminate Deadlines and Hearings as to George Padula, III: (Mulqueen, Ellen) (Entered: 05/11/2020) |
|---|---|---|
| 06/19/2020 | | Minute Entry for video status conference held on 6/19/2020 before Judge Raymond J. Dearie as to George Padula. Case called for status conference. AUSA James McDonald and Genny Ngai appear. Chad Seigel(retained) appears as counsel for defendant. Defendant (in custody) appears. After private consultation with counsel, defendant advises that he knowingly & voluntarily waives his right to appear in person in open court and consents to video conference. Court finds, as required under the Cares Act, that the conference cannot be further delayed without serious harm to the interest of justice. Discussion held. Court is advised that plea discussions are ongoing. Counsel jointly request that time be excluded. Court approves request, exclusion continues on consent, in the interest of justice. Case adjourned to 8/7/2020 at 10:30am for next video/telephonic status conference. (Court Reporter Lisa Schmid.) (Mulqueen, Ellen) (Entered: 06/19/2020) |
| 06/22/2020 | | ORDER terminating 198 Motion to Vacate as to George Padula III (2); terminating 198 Motion to Dismiss as to George Padula III (2). Motion ruled on by Judge Weinstein on 8/27/2019. See ECF 205 . So Ordered by Judge Raymond J. Dearie on 6/22/2020. (Mulqueen, Ellen) (Entered: 06/22/2020) |
| 06/22/2020 | | ORDER terminating 206 Motion for Reconsideration as to George Padula III (2). Motion(s) withdrawn by counsel (see ECF 225 ) for reconsideration and second motion for reconsideration. Motion ruled on by Judge Weinstein on 12/11/2019. See ECF 226 . So Ordered by Judge Raymond J. Dearie on 6/22/2020. (Mulqueen, Ellen) (Entered: 06/22/2020) |

| | | |
|---|---|---|
| 06/22/2020 | | ORDER terminating 230 Motion for Psychiatric Exam as to George Padula III (2). Hearing held on 1/21/2020 before Judge Weinstein. Ruling rendered on the record. So Ordered by Judge Raymond J. Dearie on 6/22/2020. (Mulqueen, Ellen) (Entered: 06/22/2020) |
| 06/22/2020 | | ORDER finding as moot 209 Motion to Continue as to George Padula III (2). Terminated as moot. So Ordered by Judge Raymond J. Dearie on 6/22/2020. (Mulqueen, Ellen) (Entered: 06/22/2020) |
| 06/22/2020 | | ORDER finding as moot 84 Motion for Extension of Time to File as to George Padula III (2). Terminated as moot.Ordered by Judge Raymond J. Dearie on 6/22/2020. (Mulqueen, Ellen) (Entered: 06/22/2020) |
| 06/22/2020 | | ORDER terminating 53 Motion for Bond as to George Padula III (2). So Ordered by Judge Raymond J. Dearie on 6/22/2020. (Mulqueen, Ellen) (Entered: 06/22/2020) |
| 06/22/2020 | | ORDER terminating 69 Motion to Withdraw as Attorney. as to George Padula III (2). Gerald McMahon filed a notice of appearance on 2/27/2018. So Ordered by Judge Raymond J. Dearie on 6/22/2020. (Mulqueen, Ellen) (Entered: 06/22/2020) |
| 06/23/2020 | | ORDER Re: 86 Motion For Severance is terminated as moot in light of superseding indictment being filed on 10/29/2019 and guilty pleas entered of co-defendants. So Ordered by Judge Raymond J. Dearie on 6/23/2020. (Mulqueen, Ellen) (Entered: 06/23/2020) |
| 07/15/2020 | 245 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Richard Luthmann held on September 5, 2019, before Judge Jack B. Weinstein. Court Reporter/Transcriber David R Roy, Telephone number (718) 613-2609. Email address: drroyofcr@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before |

| | | |
|---|---|---|
| | | the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 8/5/2020. Redacted Transcript Deadline set for 8/17/2020. Release of Transcript Restriction set for 10/13/2020. (Roy, David) (Entered: 07/15/2020) |
| 07/20/2020 | <u>246</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to George Padula, III held on January 21, 2020, before Judge Jack B. Weinstein. Court Reporter/Transcriber David R Roy, Telephone number (718) 613-2609. Email address: drroyofcr@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 8/10/2020. Redacted Transcript Deadline set for 8/20/2020. Release of Transcript Restriction set for 10/19/2020. (Roy, David) (Entered: 07/20/2020) |
| 07/27/2020 | | ELECTRONIC RESCHEDULING ORDER as to George Padula, III. Counsel are advised that the Video Status Conference currently scheduled for 8/7/2020 is rescheduled to 8/10/2020 at 12:00pm. DIAL IN NUMBER 571-353-2300. ACCESS CODE: 934666753. So Ordered by Judge Raymond J. Dearie on 7/27/2020. (Mulqueen, Ellen) (Entered: 07/27/2020) |
| 07/27/2020 | | Terminate Deadlines and Hearings as to George Padula, III: (Mulqueen, Ellen) (Entered: 07/27/2020) |
| 08/10/2020 | | Minute Entry for video status conference held on 8/10/2020 before Judge Raymond J. Dearie as to George |

| | | |
|---|---|---|
| | | Padula, III. AUSA James McDonald & Genny Ngai appear. Chad Seigel(retained) appears as counsel for defendant. Defendant(in custody) appears. Defense counsel advises Court that he and his client have had an opportunity to speak privately and that defendant waives appearance in open court & agrees to appear via video. Defense counsel further advises Court that his client will be pleading shortly, requests time to confer with his client. Parties jointly request time be excluded. Court approves joint request. Time from today through 9/11/2020 is excluded in the interest of justice. Case adjourned to 9/11/2020 at 10:30am. (Court Reporter Charleane Heading.) (Mulqueen, Ellen) (Entered: 08/10/2020) |
| 08/19/2020 | 247 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to George Padula, III held on 010920, before Judge WEINSTEIN. Court Reporter/Transcriber rivka teich, Telephone number 17186132268. Email address: rivkateich@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 9/9/2020. Redacted Transcript Deadline set for 9/21/2020. Release of Transcript Restriction set for 11/17/2020. (Teich, Rivka) (Entered: 08/19/2020) |
| 08/21/2020 | 248 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to George Padula, III held on October 30, 2019, before Judge Jack B. Weinstein. Court Reporter/Transcriber Georgette K. Betts, Telephone number 718.804.2777. Email address: Georgette_Betts@nyed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through |

| | | |
|---|---|---|
| | | the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 9/11/2020. Redacted Transcript Deadline set for 9/21/2020. Release of Transcript Restriction set for 11/19/2020. (Betts, Georgette) (Entered: 08/21/2020) |
| 09/09/2020 | 249 | MOTION to Continue *September 11, 2020 Status Conference* by George Padula, III. (Seigel, Chad) (Entered: 09/09/2020) |
| 09/10/2020 | | ELECTRONIC ORDER 249 Motion to Continue as to George Padula III (2). Defense counsel requests an adjournment of conference currently scheduled for 9/11/2020 due to his inability to confer with his client and further requests time be excluded for speedy trial purposes from 9/11/2020 through 9/25/2020. Application Approved as follows: Conference rescheduled to 9/21/2020 at 10:30am. Time excluded from 9/11/2020 through 9/25/2020. So Ordered by Judge Raymond J. Dearie on 9/10/2020. (Mulqueen, Ellen) (Entered: 09/10/2020) |
| 09/10/2020 | | ELECTRONIC RESCHEDULING ORDER as to George Padula, III. Counsel are advised that the teleconference currently scheduled for 9/11/2020 is rescheduled to 9/21/2020 at 10:30am. Toll Free Dial In Number: 571-353-2300. Access Code: 934666753. So Ordered by Judge Raymond J. Dearie on 9/10/2020. (Mulqueen, Ellen) (Entered: 09/10/2020) |
| 09/21/2020 | 250 | Minute Entry for proceedings held before Judge Raymond J. Dearie:Teleconference Pleading as to George Padula, III held on 9/21/2020. After private consultation with his counsel, defendant advises that he waives his right to appear in person in open court and |

| | | |
|---|---|---|
| | | consents to pleading being held by video conference. The court finds, as required under The Cares Act, that the pleading conference in this case cannot be further delayed without serious harm to the interest of justice. Defendant withdraws previously entered Plea of Not Guilty and enters a Plea of Guilty to Counts 1s,2s,7s of the Superseding Indictment. Sentencing set for 1/22/2021 at 12:00 PM in Courtroom 10A South before Judge Raymond J. Dearie. Sentence submissions due as follows: Defense: 1/8/2021; Government: 1/15/2021, with courtesy copies to Chambers and assigned Probation Officer. (Court Reporter Holly Driscoll.) (Tavarez, Jennifer) (Entered: 09/21/2020) |
| 11/06/2020 | 252 | Letter *in Opposition to Defendant's Motion (ECF Dkt. 251)* as to George Padula, III (McDonald, James) (Entered: 11/06/2020) |
| 11/10/2020 | 253 | ORDER as to George Padula, III: Application to seal is denied. Counsel authorized to file redacted copy. Ordered by Judge Raymond J. Dearie on 11/9/2020. (Fernandez, Erica) (Entered: 11/10/2020) |
| 11/13/2020 | | ORDER as to George Padula, III re 251 Motion. Applications denied. Mr. Padula will first present any concerns about out-of-cell time or e-mail difficulties to the Bureau of Prisons. Counsel for Mr. Padula is invited to advise the Court of any difficulties with the Corrlinks operation. So Ordered by Judge Raymond J. Dearie on 11/13/2020. (Baltimore, Molly) (Entered: 11/13/2020) |
| 01/04/2021 | 255 | First MOTION to Continue Sentencing by George Padula, III. (Seigel, Chad) (Entered: 01/04/2021) |
| 01/05/2021 | | ELECTRONIC ORDER granting 255 Consent Motion to Continue Sentencing as to George Padula III (2). Sentencing rescheduled to 3/15/2021 at 12:00pm in Courtroom 10A South before the undersigned. Briefing Schedule Revised as follows: Objections to the Pre |

| | | |
|---|---|---|
| | | Sentence Report due 1/27/2021; defense sentence submission due 2/22/2021; government sentence submission due 3/3/2021. Counsel are directed to send a courtesy copy of their submission, including objections to pre sentence report, to chambers and assigned Probation Officer. So Ordered by Judge Raymond J. Dearie on 1/5/2021. (Mulqueen, Ellen) (Entered: 01/05/2021) |
| 01/26/2021 | 256 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to George Padula, III held on April 24, 2019, before Judge Weinstein. Court Reporter/Transcriber Charleane M. Heading, Telephone number 718-613-2643. Email address: cheading@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 2/16/2021. Redacted Transcript Deadline set for 2/26/2021. Release of Transcript Restriction set for 4/26/2021. (Heading, Charleane) (Entered: 01/26/2021) |
| 02/19/2021 | | ORDER REASSIGNING CASE as to Michael Beck. Reassigned to Judge Raymond J. Dearie. Judge Eric R. Komitee no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such.. Ordered by Chief Judge Margo K. Brodie on 2/18/2021. (Davis, Kimberly) (Entered: 02/19/2021) |
| 02/22/2021 | 257 | SENTENCING MEMORANDUM by George Padula, III (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # |

| | | |
|---|---|---|
| | | 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P) (Seigel, Chad) (Entered: 02/22/2021) |
| 02/24/2021 | 258 | MOTION for Forfeiture of Property by USA as to George Padula, III. (Attachments: # 1 Proposed Order) (Kedeshian, Claire) (Entered: 02/24/2021) |
| 02/26/2021 | 259 | Letter *Requesting Adjournment of Government Sentencing Submission and Defendant's Sentencing Date* as to George Padula, III (Ngai, Genny) (Entered: 02/26/2021) |
| 03/01/2021 | | ELECTRONIC ORDER as to George Padula, III re 259 Consent letter from government counsel requesting an extension of time to file sentence submission & adjournment of sentence currently scheduled for 3/15/2021. Request Granted. Sentence adjourned to 4/28/2021 at 10:30am before the undersigned. Sentence will be held by video teleconference unless counsel are advised otherwise by the Court. Government sentence submission due on or before 3/31/2021. So Ordered by Judge Raymond J. Dearie on 3/1/2021. (Mulqueen, Ellen) (Entered: 03/01/2021) |
| 03/01/2021 | | Terminate Deadlines and Hearings as to George Padula, III: (Mulqueen, Ellen) (Entered: 03/01/2021) |
| 03/01/2021 | 260 | ORDER granting 258 Motion for Forfeiture of Property as to George Padula III (2). The Clerk of the Court is directed to send, by inter-office mail, four (4)certified copies of this executed Order to the United States Attorneys Office, Eastern District of New York, Attn: FSA Paralegal, Nicole Brown, 271-A Cadman Plaza East, Brooklyn, New York 11201. SO Ordered by Judge Raymond J. Dearie on 3/1/2021. (Tavarez, Jennifer) (Entered: 03/01/2021) |

| 03/08/2021 | 262 | MOTION to Reduce Sentence *pursuant to 18 USC 3582 (c)(1)(A)* by Richard Luthmann. (Tavarez, Jennifer) (Entered: 03/18/2021) |
|---|---|---|
| 03/08/2021 | 263 | DECLARATION in Support re 262 MOTION to Reduce Sentence *pursuant to 18 USC 3582 (c)(1)(A)* with Request to be filed under seal by Richard Luthmann. (Tavarez, Jennifer) (Entered: 03/18/2021) |
| 03/08/2021 | 264 | Letter dated 2/28/2021 to the Clerk of Court from Richard Luthmann enclosed with the Memorandum of Law and Declaration In Support of a motion under Rule 41(g). (The motion under Rule 41(g) was previously filed 261 ) (Tavarez, Jennifer) (Entered: 03/18/2021) |
| 03/08/2021 | 265 | MEMORANDUM in Support re 262 MOTION to Reduce Sentence *pursuant to 18 USC 3582 (c)(1)(A)* (Attachments: # 1 Exhibits A-L, # 2 Exhibits M-R) (Tavarez, Jennifer) (Entered: 03/18/2021) |
| 03/09/2021 | | ORDER REASSIGNING CASE as to Richard Luthmann. Reassigned to Judge Eric R. Komitee. Judge Jack B. Weinstein no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such.. Ordered by Chief Judge Margo K. Brodie on 3/9/2021. (Davis, Kimberly) (Entered: 03/09/2021) |

| 03/10/2021 | | ORDER REASSIGNING CASE as to Richard Luthmann. Reassigned to Judge Raymond J. Dearie. Judge Eric R. Komitee no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such.. Ordered by Chief Judge Margo K. Brodie on 3/10/2021. (Davis, Kimberly) (Entered: 03/10/2021) |
|---|---|---|
| 03/15/2021 | 266 | MOTION to Amend/Correct 219 Judgment, - *Supervised Release Conditions* by Richard Luthmann. (Tavarez, Jennifer) (Entered: 03/18/2021) |
| 03/23/2021 | 267 | ORDER as to Richard Luthmann re: 261 Motion/Memorandum of Law and a Declaration with Exhibits in Support of a Motion Under Rule 41(g) of the Federal Rules of Criminal Procedure. The United States Attorney for the Eastern District of New York is directed to file a response to said motion on or before 3/31/2021 and shall serve a copy of their response upon defendant and file the original, with proof of service, with the Clerk of the Court. Reply, if any, due 4/19/2020. Defendant is directed to address his reply to the Clerk of the Court and clearly mark his docket number on his reply paper. SO Ordered by Judge Raymond J. Dearie on 3/23/2021. (Tavarez, Jennifer) (Entered: 03/23/2021) |
| 03/25/2021 | 268 | Letter *Requesting Adjournment of Government Sentencing Submission* as to George Padula, III (Ngai, Genny) (Entered: 03/25/2021) |
| 03/25/2021 | 269 | RESPONSE to Motion re 261 MOTION for Return of Property/PostTrial (McDonald, James) (Entered: 03/25/2021) |

| 03/25/2021 | 270 | RESPONSE to Motion re 261 MOTION for Return of Property/PostTrial *[Public Version]* (McDonald, James) (Entered: 03/25/2021) |
|---|---|---|
| 03/25/2021 | | ELECTRONIC ORDER as to George Padula, III re 268 Letter from government counsel requesting an extension of time to file their sentence submission, with the consent of defense counsel. Request Approved. Government submission due on or before 4/9/2021. So Ordered by Judge Raymond J. Dearie on 3/25/2021. (Mulqueen, Ellen) (Entered: 03/25/2021) |
| 03/28/2021 | | ELECTRONIC ORDER as to Richard Luthmann. Defendant, Richard Luthmann, filed two pro se motions: 1) to reduce sentence pursuant to 18 U.S.C. 3582(c)(1)(A); 2) to amend conditions of supervised release. (See ECF No's 262 and 266).The United States Attorney for the Eastern District of New York is directed to file a response to said motions on or before 4/26/2021 and shall serve a copy of their response upon defendant and file the original, with proof of service, with the Clerk of the Court. Reply papers, if any, due 5/17/2021. So Ordered by Judge Raymond J. Dearie on 3/28/2021. (Mulqueen, Ellen) (Entered: 03/28/2021) |
| 03/29/2021 | 271 | Letter dated 3/22/201 to Judge Dearie from Richard Luthmann regarding his most recent Motions. Defendant requests the Court schedule a briefing schedule to discuss the pending motions. Mr. Luthmann also writes "I would ask that the Court additionally consider the relief requested in the motion to correct patently the unconstitutional Supervised Release terms imposed at sentencing in conjunction with the application under 18 U.S.C. sec. 3582(c)(1)(A)." (See letter for details) (Tavarez, Jennifer) (Entered: 04/01/2021) |
| 04/08/2021 | 274 | NOTICE of Change of Address, effective April 19, 2021 by Richard Luthmann. (Tavarez, Jennifer) (Entered: |

| | | 04/12/2021) |
|---|---|---|
| 04/09/2021 | 272 | SENTENCING MEMORANDUM by USA as to George Padula, III (Attachments: # 1 Exhibit A: Firearm Report, # 2 Exhibit B: Data Disc (Not Filed on ECF)) (McDonald, James) (Entered: 04/09/2021) |
| 04/12/2021 | 273 | ORDER terminating as moot 261 Motion for Return of Property/PostTrial as to Richard Luthmann (1). The motion is denied as moot subject to written confirmation from the government that the property in question has in fact been returned to Mr. Luthmann, his counsel, or any authorized representative. SO Ordered by Judge Raymond J. Dearie on 4/12/2021. (Tavarez, Jennifer) (Entered: 04/12/2021) |
| 04/14/2021 | 275 | Letter *Seeking Permission to Travel to Florida* as to Michael Beck (Branden, James) (Entered: 04/14/2021) |
| 04/15/2021 | | ELECTRONIC ORDER as to Michael Beck re 275 Consent Letter from defense counsel requesting bond modification to permit defendant to travel to Florida April 22, 2021 to April 27, 2021. Application Granted. Conditions of release are temporarily modified, defendant is permitted to travel to Florida as requested. Defendant is directed to submit to his Pre Trial Officer a written detailed itinerary, not later than 3:00pm on April 19, 2021. So Ordered by Judge Raymond J. Dearie on 4/15/2021. (Mulqueen, Ellen) (Entered: 04/15/2021) |
| 04/15/2021 | 278 | Letter/ Notice Pursuant to the Mandatory Victims Restitution Act by Richard Luthmann. (Tavarez, Jennifer) (Entered: 04/19/2021) |
| 04/19/2021 | 277 | MOTION to Continue Sentencing by George Padula, III. (Seigel, Chad) (Entered: 04/19/2021) |
| 04/19/2021 | 279 | Letter *Confirming Return of Property* as to Richard Luthmann (McDonald, James) (Entered: 04/19/2021) |

| 04/19/2021 | 280 | REPLY DECLARATION re: 269 and 270 Government's RESPONSE TO MOTION 261 by Richard Luthmann. (Tavarez, Jennifer) (Entered: 04/21/2021) |
|---|---|---|
| 04/20/2021 | | ELECTRONIC ORDER granting 277 Consent Motion to Continue Sentencing as to George Padula III (2). Sentence currently scheduled for 4/28/2021 is adjourned to 6/17/2021 at 12:00pm in Courtroom 10A South before the undersigned. Sentence will be held in person. Defense reply, if any, due 6/4/2021. So Ordered by Judge Raymond J. Dearie on 4/20/2021. (Mulqueen, Ellen) (Entered: 04/20/2021) |
| 04/23/2021 | 281 | ORDER as to Michael Beck: The SENTENCE for the above named defendant is scheduled for OCTOBER 8, 2021 at l0:00 am to be held in Courtroom l0A-S before the undersigned. (See Order for Briefing Schedule) SO Ordered by Judge Raymond J. Dearie on 4/22/2021. (Tavarez, Jennifer) (Entered: 04/23/2021) |
| 04/26/2021 | 282 | RESPONSE in Opposition re 262 MOTION to Reduce Sentence *pursuant to 18 USC 3582 (c)(1)(A)*, 266 MOTION to Amend/Correct 219 Judgment, - *Supervised Release Conditions [Sealed Version]* (McDonald, James) (Entered: 04/26/2021) |
| 04/26/2021 | 283 | RESPONSE in Opposition re 262 MOTION to Reduce Sentence *pursuant to 18 USC 3582 (c)(1)(A)*, 266 MOTION to Amend/Correct 219 Judgment, - *Supervised Release Conditions [Public Version]* (McDonald, James) (Entered: 04/26/2021) |
| 04/27/2021 | 284 | MOTION for Reconsideration re 273 Order on Motion for Return of Property/PostTrial, by Richard Luthmann. (Tavarez, Jennifer) (Entered: 04/30/2021) |
| 05/03/2021 | 285 | ORDER denying 284 Motion for Reconsideration as to Richard Luthmann (1). SO Ordered by Judge Raymond |

| | | |
|---|---|---|
| | | J. Dearie on 5/3/2021. (Tavarez, Jennifer) (Entered: 05/03/2021) |
| 05/05/2021 | 286 | Letter *Re: Permanent Modification of Release Bond* as to Michael Beck (Branden, James) (Entered: 05/05/2021) |
| 05/06/2021 | | ELECTRONIC ORDER as to Michael Beck re 286 Letter from defense counsel requesting permanent modification of bond to include travel to Florida. The Court confirmed with government counsel and Pre Trial Services that they have no objection to modifying the conditions of release to include travel to Florida. Accordingly, the bond is hereby modified to include travel to Florida. So Ordered by Judge Raymond J. Dearie on 5/6/2021. (Mulqueen, Ellen) (Entered: 05/06/2021) |
| 05/17/2021 | 287 | REPLY TO RESPONSE 283 to Motion re 262 MOTION to Reduce Sentence *pursuant to 18 USC 3582 (c)(1)(A)* and to Modify the Supervised Release by Richard Luthmann. (Tavarez, Jennifer) (Entered: 05/21/2021) |
| 05/19/2021 | 288 | Letter dated 5/14/2021 to Judge Dearie from Richard Luthmann submitting a "Breakthrough Infection" Supplement to support his pending motions. (See letter for details) (Tavarez, Jennifer) (Entered: 05/27/2021) |
| 05/28/2021 | 289 | Letter *on behalf of George Padula, in response to the Government's sentencing letter dated April 9, 2021* as to George Padula, III (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Seigel, Chad) (Entered: 05/28/2021) |
| 06/04/2021 | | ELECTRONIC RESCHEDULING ORDER as to George Padula, III. Counsel for defendant, Chad Seigel, advises that his client is requesting to be sentenced by video conference. In light of this request, the in person sentence currently scheduled for 6/17/2021 is |

| | | |
|---|---|---|
| | | rescheduled to 6/28/2021 at 10:30am. Sentence will be held by video. Public dial in number: 571-353-2300. Access Code: 934666753. So Ordered by Judge Raymond J. Dearie on 6/4/2021. (Mulqueen, Ellen) (Entered: 06/04/2021) |
| 06/04/2021 | | Terminate Deadlines and Hearings as to George Padula, III: (Mulqueen, Ellen) (Entered: 06/04/2021) |
| 06/04/2021 | 290 | Mail Returned: Judge Dearie's Order dated 5/3/2021 to Richard Luthmann. Postal Notation: Return to sender, insufficient address, unable to forward. (Tavarez, Jennifer) (Entered: 06/15/2021) |
| 06/24/2021 | 291 | ORDER denying 262 Motion to Reduce Sentence as to Richard Luthmann (1); denying 266 Motion to Amend/Correct as to Richard Luthmann (1).SO Ordered by Judge Raymond J. Dearie on 6/23/2021. (Tavarez, Jennifer) (Entered: 06/24/2021) |
| 06/25/2021 | 292 | Letter MOTION for Return of Property/PostTrial . *Deft "request that the Court order the Government to supply to him (at his present address) a copy of their imaged copies of all digital effects contained on the BLACK DELL COMPUTER and the CELLPHONE MODEL HTC. Deft wish to be made whole and have all of his digital effects returned to him, as he is entitled to under Rule 41 (g) of the Federal Rules of Criminal Procedure," filed* by Richard Luthmann. (Recv'd for Docketing on 6/30/2021) (Galeano, Sonia) (Entered: 06/30/2021) |
| 06/28/2021 | 294 | Minute Entry for proceedings held before Judge Raymond J. Dearie: Video Sentencing held on 6/28/2021 for George Padula, III (2), Count(s) 1, 10, 11, 2, 3, 3s, 4, 4s, 5s, 6s, 7, 8, 8s, 9, Dismissed on Motion of the United States; Count(s) 1s, 2s, 7s, Imprisonment: Count 1: 42 months; Count 7: 42 months to run concurrently to the term imposed in Count 1; Count 2: 24 months, to run consecutively to the terms imposed in Counts 1 and 7; |

| | | |
|---|---|---|
| | | Supervised Release s: 2 years with Special Condition; Special Assessment: $300; Restitution: $559,911.26; Forfeiture Order. Court recommends designation to MDC and placement in CADRE Program. (Court Reporter Rivka Teich) (Lee, Tiffeny) (Entered: 07/09/2021) |
| 07/02/2021 | 297 | Mail Returned: Judge Dearie's Order dated from 5/3/2021 mailed to Richard Luthmann, Salvation Army RRC, 2400 Edison Avenue, Fort Myers. Postal Notation: Forward time exp Rtn to sender, (Tavarez, Jennifer) (Main Document 297 replaced on 7/16/2021) (Tavarez, Jennifer). (Entered: 07/16/2021) |
| 07/09/2021 | 295 | JUDGMENT as to George Padula, III (2), Count(s) 1, 10, 11, 2, 3, 3s, 4, 4s, 5s, 6s, 7, 8, 8s, 9, Dismissed on Motion of the United States; Count(s) 1s, 2s, 7s, Imprisonment: Count 1: 42 months; Count 7: 42 months to run concurrently to the term imposed in Count 1; Count 2: 24 months, to run consecutively to the terms imposed in Counts 1 and 7; Supervised Release with Special Conditions: 2 years; Special Assessment: $300; Restitution: $559,911.26; Forfeiture Order. The Court recommends designation to the MDC and placement in the CADRE Program. So Ordered by Judge Raymond J. Dearie on 6/28/2021. (Attachments: # 1 Forfeiture Order) (Lee, Tiffeny) (Entered: 07/09/2021) |
| 07/15/2021 | | ORDER as to Richard Luthmann re 292 Letter MOTION for Return of Property/PostTrial. Counsel for government is directed to respond to Mr. Luthmann's letter on or before 7/22/21. So Ordered by Judge Raymond J. Dearie on 7/15/2021. (Baltimore, Molly) (Entered: 07/15/2021) |
| 07/22/2021 | 298 | Letter *re: Return of Property* as to Richard Luthmann (McDonald, James) (Entered: 07/22/2021) |

| 08/10/2021 | 299 | Certificate of Service by USA as to George Padula, III *Affidavit of publication, lefal notice was given on the official government website www.forfeiture.gov, beginning on July 10, 2021 and ending on August 8, 2021.* (Kedeshian, Claire) (Entered: 08/10/2021) |
|---|---|---|
| 08/18/2021 | 300 | Letter *re: Forensic Images of Devices* as to Richard Luthmann (McDonald, James) (Entered: 08/18/2021) |
| 08/31/2021 | 302 | Letter dated 8/19/2021 to Judge Dearie from Richard Luthmann in response to Government's letters 298 and 300 . (See letter for details) (Tavarez, Jennifer) (Entered: 09/06/2021) |
| 09/03/2021 | 301 | ORDER denied as moot 292 Motion for Return of Property/PostTrial as to Richard Luthmann (1). SO Ordered by Judge Raymond J. Dearie on 8/31/2021. (Tavarez, Jennifer) (Main Document 301 replaced on 9/3/2021) (Tavarez, Jennifer). (Entered: 09/03/2021) |
| 09/22/2021 |  | ELECTRONIC ORDER as to Richard Luthmann re 301 Order on Motion for Return of Property/PostTrial. The Government is directed to provide written confirmation that it has not altered, deleted, or prevented Mr. Luthmann's access to data stored on his electronic devices by September 29, 2021. So Ordered by Judge Raymond J. Dearie on 9/22/2021. (Greenidge, Catherine) (Entered: 09/22/2021) |
| 09/29/2021 | 303 | Letter *re: September 22, 2021 Docket Order* as to Richard Luthmann (McDonald, James) (Entered: 09/29/2021) |
| 10/01/2021 |  | ELECTRONIC SCHEDULING ORDER as to Michael Beck. Sentencing set for 10/8/2021 is adjourned to 11/16/2021 at 02:00 PM in Courtroom 10A South before Judge Raymond J. Dearie. Sentence submissions due as follows: Defense: 10/26/21; Government: 11/2/21, with hard copies to Chambers and assigned Probation Officer. |

| | | |
|---|---|---|
| | | So Ordered by Judge Raymond J. Dearie on 10/1/2021. (Greenidge, Catherine) (Entered: 10/01/2021) |
| 11/02/2021 | 305 | SENTENCING MEMORANDUM by USA as to Michael Beck (McDonald, James) (Entered: 11/02/2021) |
| 11/16/2021 | 308 | Minute Entry for proceedings held before Judge Raymond J. Dearie:Sentencing held on 11/16/2021 for Michael Beck (3), Count(s) 7, 8, 9, 10, PROBATION: Two (2) years; SPECIAL ASSESSMENT: $400. FINE: $5,000 to be paid within 30 days. Count(s) 11, Dismissed on Government's Motion. (Court Reporter Rivka Teich.) (Tavarez, Jennifer) (Entered: 11/18/2021) |
| 11/19/2021 | 309 | JUDGMENT as to Michael Beck (3), Count(s) 7,8,9,10, PROBATION: Two (2) years; SPECIAL ASSESSMENT: $400. FINE: $5000 to be paid within 30 days. Count(s) 11, Dismissed on Government's Motion. SO Ordered by Judge Raymond J. Dearie on 11/17/2021. (Tavarez, Jennifer) (Entered: 11/19/2021) |
| 12/01/2021 | 312 | First MOTION for First Step Act by George Padula, III. (Attachments: # 1 Exhibit A -Letter to Warden) (Marrone, Gerard) (Entered: 12/01/2021) |
| 01/04/2022 | 313 | NOTICE OF ATTORNEY APPEARANCE: Gerard M. Marrone appearing for George Padula, III (Marrone, Gerard) (Entered: 01/04/2022) |
| 01/21/2022 | 314 | Letter *status on first step action motion filed* as to George Padula, III (Marrone, Gerard) (Entered: 01/21/2022) |
| 01/24/2022 | 315 | RESPONSE in Opposition re 312 First MOTION for First Step Act (Ngai, Genny) (Entered: 01/24/2022) |

| 02/24/2022 | 319 | TRANSFER OF JURISDICTION REQUEST as to Richard Luthmann From Eastern District Court of New York To District of Middle District of Florida. SO Ordered by Judge Raymond J. Dearie on 2/23/2022. (Tavarez, Jennifer) (Entered: 02/24/2022) |
| 02/24/2022 | | Notice to Middle District of Florida of a Transfer of Jurisdiction as to Richard Luthmann. Your case number is: 19CR307. Awaiting acceptance and signature. If you require a copy of the financial ledger, please email your request to [Frank_Daley@nyed.uscourts.gov]. (If you require certified copies of any documents, please send a request to [InterDistrictTransfer_NYED@nyed.uscourts.gov]. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (Tavarez, Jennifer) (Entered: 02/24/2022) |
| 02/28/2022 | 320 | Probation Form 22 - TRANSFER OF JURISDICTION REQUEST as to Richard Luthmann To District of Florida-Middle. Awaiting acceptance and signature. (Brown, Lolita) (Entered: 02/28/2022) |
| 02/28/2022 | 321 | MEMORANDUM and ORDER denying 312 Motion for First Step Act as to George Padula III (2). SO Ordered by Judge Raymond J. Dearie on 2/28/2022. (Tavarez, Jennifer) (Entered: 02/28/2022) |
| 03/02/2022 | | DOCKET ANNOTATION as to Richard Luthmann: The 319 Transfer of Jurisdiction Request needs to be updated and will be resubmitted by EDNY Probation once corrected. (Lee, Tiffeny) (Entered: 03/02/2022) |

| 03/02/2022 | 322 | TRANSFER OF JURISDICTION REQUEST as to Richard Luthmann From Eastern District of New York To Middle District of Florida. Awaiting acceptance and signature. SO Ordered by Judge Raymond J. Dearie on 3/2/2022. (Tavarez, Jennifer) (Entered: 03/02/2022) |
|---|---|---|
| 03/02/2022 | 323 | Notice to Middle District of Florida of a Transfer of Jurisdiction as to Richard Luthmann. Awaiting acceptance and signature. If you require a copy of the financial ledger, please email your request to [Frank_Daley@nyed.uscourts.gov]. (If you require certified copies of any documents, please send a request to [InterDistrictTransfer_NYED@nyed.uscourts.gov]. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (Tavarez, Jennifer) (Entered: 03/02/2022) |
| 03/29/2022 | 324 | MOTION for Forfeiture of Property *Proposed Final Order of Forfeiture* by USA as to George Padula, III. (Attachments: # 1 Proposed Order) (Kedeshian, Claire) (Entered: 03/29/2022) |
| 03/30/2022 | 325 | ORDER granting 324 Motion for Forfeiture of Property as to George Padula III (2). IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-officemail three (3) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: WITS Paralegal, Nicole Brown 271- A Cadman Plaza East, Brooklyn, New York 11201.SO Ordered by Judge Raymond J. Dearie on 3/30/2022. (Tavarez, Jennifer) (Entered: 03/30/2022) |
| 01/19/2023 | 326 | NOTICE and DECLARATION in Reservation of Rights of Richard Luthmann with Respect to Evidence of Unprecedented Governmental and Prosecutorial |

| | | Misconduct by Richard Luthmann, (JT) (Entered: 01/25/2023) |
|---|---|---|
| 09/20/2023 | [327](#) | NOTICE OF ATTORNEY APPEARANCE: Paul D. Petrus, Jr appearing for George Padula, III *Notice of Appearance* (Petrus, Paul) (Entered: 09/20/2023) |
| 09/21/2023 | | Case as to Richard Luthmann, Reassigned to Judge Eric N. Vitaliano. Judge Raymond J. Dearie no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our [website](#). Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (AM) (Entered: 09/21/2023) |
| 09/21/2023 | | NOTICE as to George Padula, III re 328 First MOTION for Early Termination of Probation/Supervised Release referred to probation for response. (AM) (Entered: 09/21/2023) |
| 09/21/2023 | | ORDER REASSIGNING CASE as to Richard Luthmann, George Padula, III, Michael Beck. Reassignment to Judge Ann M Donnelly. Judge Eric N. Vitaliano no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our [website](#). Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such.. Ordered by Chief Judge Margo K. Brodie on 9/21/2023. (CV) (Entered: 09/21/2023) |
| 09/22/2023 | | ORDER REASSIGNING CASE as to Richard Luthmann, George Padula, III, Michael Beck. Reassignment to Judge Pamela K. Chen. Judge Ann M Donnelly no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our [website](#). Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such.. Ordered |

| | | by Chief Judge Margo K. Brodie on 9/22/2023. (CV) (Entered: 09/22/2023) |
|---|---|---|
| 09/22/2023 | 329 | MOTION to Withdraw as Attorney by James P. McDonald.by USA as to Richard Luthmann, George Padula, III, Michael Beck. (McDonald, James) (Entered: 09/22/2023) |
| 09/25/2023 | | ORDER granting 329 Motion to Withdraw as Attorney: James P. McDonald withdrawn from case as to Richard Luthmann, George Padula III, and Michael Beck. Ordered by Judge Pamela K. Chen on 9/25/2023. (FG) (Entered: 09/25/2023) |
| 09/27/2023 | 330 | ORDER re 328 Motion for Early Termination of Supervised Release as to George Padula III: For the reasons stated in the attached, early termination of Defendant's supervised release request is denied. Ordered by Judge Pamela K. Chen on 9/27/2023. (FG) (Entered: 09/27/2023) |
| 10/01/2023 | 331 | First MOTION for Early Termination of Probation/Supervised Release *Re-Filed without Exhibit A* by George Padula, III. (Petrus, Paul) (Entered: 10/01/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/03/2024 14:04:59 | | | |
| **PACER Login:** | nchiappetta | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:17-cr-00664-PKC-RER |

| Billable Pages: | 30 | Cost: | 3.00 |
|---|---|---|---|