# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| **DANESH NOSHIRVAN, an individual** <br> *Plaintiff* <br><br> v. <br><br> **JENNIFER COUTURE, an individual, RALPH GARRAMONE M.D., an individual, etc., et al.** <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:23-cv-01218-JES-KCD <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

I, Vivian Santos, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on December 10, 2024, at 10:16 am. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Richard A. Luthmann in Lee County, FL on December 10, 2024 at 11:54 am at 2110 First St, Fort Myers, FL 33901 by personal service by handing the following documents to an individual identified as Richard A. Luthmann.

Subpoena
and Witness Fee Check in the amount of $5.00

Additional Description:
INDIVIDUAL SERVICE: I served the documents to the within named individual pursuant to F.S. 48.031(1)(a)
When Mr. Luthmann came out of the courtroom, I identified myself he ran and I chased him around the entire courtroom floor and he ran inside the courtroom. An attorney was standing outside and allowed me to enter and Mr Luthmann started complaining that I can't serve him inside the courtroom and the court officer said I absolutely can since session was over. As I went to give him the papers, he said I'm not touching them throw them on the floor so I dropped them and he kicked them back towards me. The court officer immediately warned him that that behavior will not be accepted and he must pick up the papers. Mr Luthmann said I'm not picking up those papers who said she gave them to me and if she is who she says she is. The court officer told him to pick them up everyone here is a witness and I properly Identified myself and have my ID. So he picked up the papers. The court officer held Mr Luthmann in the courtroom till I exited the building and the lawyer escorted downstairs. Front Lobby officers waited till I got in my car.

EXHIBIT C

Mr Luthmann is very aggressive and tried all means to avoid serve and lie about being served. No pic of serve is available as no phones are permitted in the federal courthouse. He was served at 11:54 am. I waited 30 minutes to serve him.

White Male, est. age 45-54, glasses: N, Black hair, 260 lbs to 280 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=26.6436819,-81.8710945

Total Cost: $420.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Vivian Santos*

Executed in

Lee County,

FL   on   12/10/2024  .

Signature
Vivian Santos
CPS# 207523
+1 (239) 895-6654
39 ne 10th ave, Cape coral, FL 33909