DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Limited Liability Company
SCRIVENER LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L22000061661 |
| **FEI/EIN Number** | 87-4833791 |
| **Date Filed** | 02/04/2022 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

4199 Los Altos Court
NAPLES, FL 34109

Changed: 08/12/2024

### Mailing Address

338 SUGAR PINE LANE
NAPLES, FL 34108

### Registered Agent Name & Address

Luthmann, Richard A
338 SUGAR PINE LANE
NAPLES, FL 34108

Name Changed: 03/07/2023

### Authorized Person(s) Detail

**Name & Address**

Title Member

2022 RAL Irrevocable Trust
10 Rangeley Road
Cranston, RI 02920

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2023 | 03/07/2023 |
| 2024 | 02/25/2024 |

EXHIBIT # E

**Document Images**

| | |
|---|---|
| 02/25/2024 -- ANNUAL REPORT | View image in PDF format |
| 03/07/2023 -- ANNUAL REPORT | View image in PDF format |
| 02/04/2022 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations