Legal Battle: TikTok Harassment Case Sparks Controversial License...    https://www.newsbreak.com/richard-luthmann-19...

 **NEWS**BREAK

  Open in App

**Richard Luthmann**  · Follow
user · 788 followers

📍 **Florida**

# Legal Battle: TikTok Harassment Case Sparks Controversial 'License to Doxx'

2024-11-02

 EXHIBIT # H

1/13/2025, 9:46 AM

Case 2:23-cv-01218-JES-KCD   Document 228-21   Filed 01/15/25   Page 2 of 29 PageID 4336

 

Open in App

TikTok harassment court case heats up as federal court green lights the controversial public disclosure of private materials.

Case 2:23-cv-01218-JES-KCD    Document 228-21    Filed 01/15/25    Page 3 of 29 PageID
4337

 NEWSBREAK  Open in App



Photo by Richard Luthmann / Substack

In a legal fight that now seems poised to play out not just in court but also in the court of public opinion, TikTok creator Danesh Noshirvan and Southwest Florida residents Jennifer Couture and Ralph Garramone continue to lock horns. The lawsuits between the parties, currently being heard in the U.S. District Court for the Middle District of Florida, have garnered attention for their dramatic accusations of harassment, child stalking, and conspiracy.

The latest development in this TikTok harassment court case has raised questions about whether the court's refusal to impose a protective or "gag" order means this fight will be tried as much in the media as in the courtroom—and whether anyone truly benefits from a federal court's apparent "license to doxx" ruling.



 NEWSBREAK

 Open in App



TikTok's @ThatDaneshGuy – Danesh Noshirvan Photo by Richard Luthmann / Substack

At the heart of the conflict is Noshirvan, a TikTok personality with a substantial follow-ing. He is a self-proclaimed "anchor baby" of Iranian immigrants who claims that Couture and Garramone engaged in a campaign of harassment aimed at him and his family. Noshirvan's accusations are sensational. He claims the couple hired a third party, Joey Camp, to stalk him and spread defamatory material, including false claims that he is a "pedophile."

Couture and Garramone, on the other hand, maintain that they are the victims of Noshirvan's relentless online attacks. They initially sued him for legal claims related to "doxxing," the act of publicly providing personally identifiable information about an individual or organization, usually via the Internet and without their consent.

According to their claims, Noshirvan is an online predator. His business model is pred-icated on doxxing. His TikTok posts are designed to incite his mob of Cancel Culture followers to harassment against them and their business, Garramone Plastic Surgery. Couture alleges that she and her family have endured a flood of negative reviews, ha-rassment, unjust criminal charges, and reputational damage as a result of Noshirvan's actions.

## Legal Strategy and Denied Protective Order

Case 2:23-cv-01218-JES-KCD    Document 228-21    Filed 01/15/25    Page 5 of 29 PageID 4339

 **NEWSBREAK**

 Open in App

ining personal and professional reputations using materials made public. Their lawyers argued nothing would stop Danesh Noshirvan with a license to doxx them with discovery materials they provided. The TikToker would simply have more fodder to embarrass them in the media with materials irrelevant to the case.



Attorney Nick Chiapetta  Photo by  Richard Luthmann / Substack

Litigants on both sides of the case are required to make complete disclosures. Certain materials contain sensitive information, and Noshirvan's attorney, Nick Chiapetta, acknowledged this much at a recent court hearing, defending the unilateral redaction of Social Security and EIN numbers from tax documents.

Couture and Garramone's legal team argue that unprotected materials would be Noshirvan's instrument to further poison public opinion and the jury pool, and unleash a torrent of irrelevant private facts into the digital town square. It would be a court-sanctioned "license to doxx."

Case 2:23-cv-01218-JES-KCD    Document 228-21    Filed 01/15/25    Page 6 of 29 PageID
4340

 NEWSBREAK  Open in App

Sympathetic to the privacy issues involved, Magistrate Judge Dudek denied the request, stating, "[T]here is too little information to discern what precise material is at issue and needs protection."

This ruling effectively allows both sides to continue airing their grievances in public.



U.S. Magistrate Judge Kyle C. Dudek Photo by Richard Luthmann / Substack

Palpably, Judge Dudek's order also means that the federal courts tacitly sanction doxxing a license to doxx as part of a litigation strategy.

Without a protective order in place, the question remains: Will this case be tried in the media through threats, intimidation, fear, bullying, and doxxing? And if so, does the

Case 2:23-cv-01218-JES-KCD    Document 228-21    Filed 01/15/25    Page 7 of 29 PageID
4341
https://www.newsbreak.com/richard-luthmann-977269/3605933297...

 

≡ **NEWSBREAK**                                      ⊙ Open in App

Couture and Garramone have already expressed concerns that Noshirvan's large so-
cial media platform gives him an unfair advantage in shaping public opinion.

Noshirvan, however, argues that transparency is essential to exposing what he sees
as Couture and Garramone's "misconduct."

Further, Noshirvan says the Florida Sunshine Law mandates transparency because of
Joey Camp's involvement. He labels Camp as a "public hazard."

U.S. District Court Judge Sheri Polster Chappell presides over one of the related
cases and has also ruled on critical motions shaping the litigation's trajectory.



U.S. District Court Judge Sheri Polster Chappell Photo by Richard Luthmann / Substack

In a previous decision, Judge Polster Chappell dismissed several of Couture's claims,

Legal Battle: TikTok Harassment Case Sparks Controversial License...    https://www.newsbreak.com/richard-luthmann-1792810/365933297...



☰  NEWSBREAK                                    ⊙  Open in App

ahead.

## Noshirvan's Allegations and the Response

According to Noshirvan, Couture and Garramone enlisted Joey Camp, whom
Noshirvan describes as a "heavily racist white supremacist," to do their dirty work.
Noshirvan claims that Camp repeatedly stalked his family, sent him threatening mes-
sages, and distributed flyers in his hometown, falsely labeling him a pedophile.

"They stalked my kids!" Noshirvan exclaimed. "Joey Camp was living in Jennifer's
guest house, telling people on the internet to call child services on me."



Joey Camp Photo by  Richard Luthmann / Substack

We spoke to Joey Camp, who claims he is "enjoying the air in Mexico City." Camp dis-
misses Danesh's claims as "pathological."

"Almost everything he says is false or twisted in some weird manner. But it's his
shtick. It's how he makes money," Camp said.

Legal Battle: TikTok Harassment Case Sparks Controversial License...   https://www.newsbreak.com/richard-luthmann-1792606/365933297...

  ☰  **NEWS**BREAK                                                      Open in App

"My [soon-to-be ex] wife is from Belize and couldn't get her visa. I moved to Belize to stay with her. We've spent tens of thousands with lawyers trying to do everything correctly and continue to do so," Camp said. "If we jumped the border and claimed asylum, she would have no legal problems," he's said tongue in cheek.

Camp also called Danesh a "blowhard" whose advertising revenues have "dried up" since COVID because he's no longer the "mask police."

"Danesh and I kind of do the same thing. We both take down people. The difference is I take down dirty politicians and corrupt public figures with the truth. Danesh hurts regular people for profit," Camp said. "I think Danesh is just plain jealous that I have talent."

In a recent TikTok video, Noshirvan doubled down on his allegations. He presented a doctored photo of Camp as "The Joker" and revealed conversations with Camp's wife in Belize.

Noshirvan says Couture and Garramone are "children stalkers" and accuses them of attempting to tear his family apart. He also claimed that Couture and Garramone had lied in court by initially denying any connection to Camp, only to admit later that they had hired him.

"They wanted to seal all the contents of this case because if the world knows what actually happened, it might make them look bad," Noshirvan said.

According to Camp, and after a cursory review of the latest TikTok videos, it's clear that the bad blood between Danesh Norshirvan and Joey Camp runs deep and predates Couture and Garramone's involvement.

Staying above the fray of the Camp-Noshirvan spat, Couture and Garramone have consistently denied Noshirvan's claims.

Case 2:23-cv-01318-JES-KCD   Document 228-21   Filed 01/15/25   Page 10 of 29
PageID 4344

 



Case 2:23-cv-01218-JES-KCD    Document 228-21    Filed 01/15/25    Page 11 of 29
PageID 4345

 

"Unlike Danesh, we have been honest from day one," said Dr. Garramone. "I detailed the business relationship with Joey Camp under oath at our deposition. He was paid to clean up the ugly Internet mess Danesh and his cancel culture mob of followers continue to make."

They insist that they hired Camp as a business and internet reputational consultant and never instructed him to target Noshirvan. Their legal team argues that Noshirvan's portrayal of the events is exaggerated and driven by a desire to vilify them in the public eye.

## A Battle for Public Opinion or Civilization?

With a license to doxx now an operative litigation strategy, both sides seem to be jockeying for control over how their stories are told. Noshirvan has leveraged his TikTok platform to rally his followers against Couture and Garramone, presenting himself as a victim of an elaborate conspiracy.

However, Couture's attorney, Patrick Trainor, argues that Noshirvan is using his license to doxx to weaponize his platform, distort the facts, and fuel a misinformation campaign.



Legal Battle: TikTok Harassment Case Sparks Controversial 'License...        https://www.newsbreak.com/richard-luthmann-1992610/365933297...

 

☰  NEWSBREAK                                     ⊙  Open in App

Is TikToker Danesh Noshirvan using the social media platform to fuel a misinformation campaign? Photo by Richard Luthmann / Substack

"This is not about free speech," Trainor said. "This is about an individual using their social media influence to harass and defame innocent people."

Couture and Garramone's defense suggests that Noshirvan has used his TikTok following to harass them, encouraging others to post negative reviews of Garramone Plastic Surgery and spreading defamatory material.

With a license to doxx as the state of play, Couture and Garramone may be at a disadvantage in the public opinion arena. Noshirvan's ability to broadcast his version of events to millions of followers already allow him to frame the narrative in his favor. Now, with a license to doxx sensitive and potentially intimate personal information, Couture and Garramone face an undefendable media beast.

One of the most curious points is how Judge Polster Chappell and Magistrate Judge Dudek could effectively sanction Noshirvan's continued doxxing practices when he previously targeted other members of the federal judiciary.

In 2022, the TikToker faced heavy backlash after doxxing several U.S. Supreme Court justices following the *Dobbs v. Jackson Women's Health Organization* decision. In the wake of the ruling overturning *Roe v. Wade* and effectively sending the abortion rights debate to the states, Noshirvan published personal information about the justices, including their home addresses and family details, urging his followers to "voice their dissent."

Many argued that this exposure put the justices and their families at risk, raising significant concerns over privacy, security, and the boundaries of online protest.

While some defended Noshirvan's actions as an exercise of free speech, many, including social media companies, condemned it as a dangerous form of harassment. Facebook and Twitter permanently suspended Norshirvan for violating "community

 

NEWSBREAK

Open in App

TikTok, whose parent company Byte Dance is owned by the Chinese Communist Party, supported Noshirvan's assault on the American Judiciary. They were the only major social media platform not to de-platform Noshirvan. Instagram initially banned him but has since reinstated him. TikTok has assigned Noshirvan a "business manager" to his account, and they profit from his activities monetarily and in other ways.

"TikTok is one gigantic active measure against the United States and its interests," said a Northern Virginia-based intelligence consultant who did not wish to be named. "Their business model is division, diversion, and disinformation within the American populace."

TikTok presents several critical threats to national security and astounding disinformation capabilities, including collecting an unprecedented body of media ideal for training advanced deepfake-generating AI systems.

As the case progresses, whether Couture and Garramone can successfully counter Noshirvan's (and potentially the Chinese Communist Party's) public relations strategy remains to be seen.

## The Role of DARVO and Bullying

Couture and Garramone's legal team has raised significant concerns that they are not public officials or members of the federal judiciary, who have the power of the government to combat what Noshirvan labeled as "dissent" when he incited the Counter Culture mob against SCOTUS.

The problem goes deeper because Couture and Garramone are private citizens, and there is no public value to the debate over institutions like the Supreme Court in the TikToker's actions against them. Moreover, Noshirvan is not expected to release public facts. Information obtained through discovery is, by its very definition, non-public.

"This is intentional, calculated, coordinated, and malicious activity. It's a business tort, plain and simple," Couture and Garramone's attorney, Patrick Trainor.

Legal Battle: TikTok Harassment Case Sparks Controversial 'License'...   https://www.newsbreak.com/richard-latham-nt-1926t0/365933297...

 **NEWSBREAK**

 Open in App

figures and inciting harm against them.

DARVO, a manipulation strategy often used by abusers, is designed to shift blame onto the victim and cast the perpetrator as the real sufferer. Couture's defense argues that this is precisely what Noshirvan is doing, flipping the script by accusing them of the very harassment that he is responsible for.

"Noshirvan's entire approach is about making himself the victim while painting Jennifer Couture and her husband as the offenders," Trainor stated. "He's using his platform to reverse the roles, mislead his audience, and spur them to action."





≡   ∧ NEWSBREAK                                                ⊙   Open in App

This billboard appeared in Mansfield, Pennsylvania, near to where Danesh Noshirvan lives. Photo by Richard Luthmann / Substack

The defense believes that Noshirvan is attempting to weaponize public opinion by portraying Couture and her family as aggressors. They claim it's Noshirvan who is instigating the harassment. Trainor pointed to allegations and threats related to a billboard that appeared in Mansfield, Pennsylvania, near where Norshirvan lives. Trainor says Danesh is using the billboard's presence as a pretext to launch attacks.

Noshirvan, with a "slurry voice" left a threatening message for Trainor in May, threatening him and his legal license. Since then, Noshirvan has sued the lawyer.

The concerns go beyond DARVO tactics. Couture's team is also accusing Noshirvan of being an online bully, wielding the power of his nearly 2 million TikTok followers to unfairly target and intimidate those he disagrees with. The imbalance of power created by his vast social media reach raises questions about whether this case can ever be fairly tried in the "court of public opinion."

As Dr. Phil McGraw has pointed out, bullying arises from an imbalance of power.

"To be a bully, there has to be an imbalance of power. When there's not, it is just called a debate," McGraw says.

With Noshirvan's massive online influence, Couture and her legal team argue that the playing field is far from level.

"When you attack a citizen, and you use the power of the Internet, you use mob mentality, you incite people to gang up and cause boycotts, then it is beyond ugly," Dr. Phil has explained, summarizing the concerns Couture's legal team is expressing about Noshirvan's tactics.

Case 2:23-cv-01318-JES-KCD Document 228-21 Filed 01/15/25 Page 16 of 29 PageID 4350

 NEWSBREAK

that we push back against intimidation tactics."

Couture and Garramone's team argues that Noshirvan's online presence allows him to shape the narrative, potentially swaying public opinion before the courts can weigh in on the facts.

According to the lawyers, what began as a legal dispute has now become an online smear campaign. Noshirvan allegedly incites his followers to urge "anyone who will listen" to harass and boycott Garramone Plastic Surgery and further damage Couture, Garramone, and their family's reputation.



Case 2:23-cv-01218-JES-KCD    Document 228-21    Filed 01/15/25    Page 17 of 29
PageID 4351

https://www.newsbreak.com/richard-luthmann-1792610/365933297...



Jennifer Couture Photo by Richard Luthmann / Substack

For Couture, this media-driven assault feels like a form of bullying, one that goes far beyond a simple legal disagreement or a middle school spat.

"[Danesh] continues to harm my family. Everything he falsely claims that Ralph and I have done to him, he has done to us," Couture said. "He's the worst kind of bully because he's protected. The authority figures we are supposed to trust say there is 'nothing they can do' to protect our teenage daughter from him and his cancel culture social media mob. But simply ignoring them does not make them go away."

Whether Noshirvan's actions can be legally classified as harassment or protected free speech is a question for the courts. However, in the court of public opinion, Couture and Garramone argue that Noshirvan's vast social media influence gives him an unfair advantage, enabling him to turn a legal case into a full-scale public relations battle with the federal court's stamp of approval of doxxing practices.

## Where Does the Case Go from Here?

As the legal proceedings progress, both sides are preparing for what could be a

Legal Battle: TikTok Harassment Case Sparks Controversial 'License...   https://www.newsbreak.com/richard-luthmann-1992610/365933297...

 

However, the lack of even a limited protective order ensures that sensitive information from discovery will continue to be strewn publicly across social media.

Here, media manipulation is a one-way street. Noshirvan has already doxxed the venerated public servants on the U.S. Supreme Court. His *chutzpah* has no limits, particularly with the backing of nearly 2 million followers, the power of TikTok, and palpably foreign powers hostile to the American way of life.

The federal court's inaction only fuels the fiery public battle between Noshirvan, Couture, and Garramone. The rules of engagement are not legal or judicial. Instead, the only "regulation" to date has been subject to the unreviewable judgment of the major social media companies, one of which is a Chinese Communist Party cut-out. This is problematic for the appearance of impropriety in the federal judiciary, particularly in the State of Florida, where TikTok is under ban and national security scrutiny. The public expects the courts would take a larger role.

More importantly, is the court inviting further doxxing against SCOTUS and other judicial officials?

For now, Noshirvan appears to have the upper hand in controlling the narrative because of his social media following. His TikTok videos continue to draw attention, while Couture and Garramone's attempts to keep Norshirvan "honest" and within "community guidelines" have been thwarted.

However, with the courts yet to rule on the substantive issues, it remains unclear which side will ultimately prevail.

As the court of public opinion weighs in, both sides must navigate the fine line between free speech and harassment. With so much at stake, this case could set a precedent for how the law addresses online defamation, harassment, and doxxing in the age of social media.

Legal Battle: TikTok Harassment Case Sparks Controversial License...    https://www.newsbreak.com/richard-luthmann-1792610/365933297...

 ≡ **NEWSBREAK**

 Open in App

*Luthmann is a National Writers Union member and now living in Southwest Florida.*

*If you liked this article, please tell Newsbreak to support independent journalists by monetizing their work. Email:* **creators.monetization@newsbreak.com**.

*If you liked this article, please consider following me below or commenting. For tips or help, call 239-631-5957 or email* **richard.luthmann@protonmail.com**.

TikTok doxxing        Couture vs. Noshirvan        License to Doxx        Free speech litigation

Cancel Culture

                                       

## COMMENTS

Be the first to comment here.                                    Post

                                                                Community Policy

YOU MAY ALSO LIKE

**The World Around Jae and Beyond** 🚫 · **Follow**
user · 30.0K followers

**Will Smith Addresses Rumors of Attending Sean 'Diddy' Combs' Alleged Freak-Off Parties**
📍 Alabama · 27d



Case 2:23-cv-01218-JES-KCD Document 228-21 Filed 01/15/25 Page 20 of 29

 **NEWS**BREAK

 Open in App

---

 **James Christopher**  · **Follow**
user · 332 followers

## Substitute Teacher's 'Show and Tell' Goes Horribly Wrong: Explicit Images Lead to Arrest

📍 Lake Wales, FL · 1d



 715

👍 💬 595 ↗ Share

---

 **Tysonomo Multimedia**  · **Follow**
user · 8.1K followers

## Man Sentenced to 40 Years for Meth Trafficking, Informant's Murder

📍 Goldsboro, NC · 2d



 37

👍 💬 2 ↗ Share

---

 **The World Around Jae and Beyond**  · **Follow**
user · 30.0K followers

## Jay-Z Faces Fire Over Rihanna, Alleged 'Celebrity B' Revealed by Alex Spiro During Press Conference

📍 Alabama · 22d



 985

👍 💬 487 ↗ Share

---

 **Cruise Travel**  · **Follow**
user · 30.0K followers

Legal Battle: TikTok Star's Comment Sparks Controversial 'Thousands... https://www.newsbreak.com/richard-hathaway-1792610/365933297...

 NEWSBREAK



Open in App

Unconscious in cabin
7d

😮😮😮 420

👍   💬 44   ↪ Share

 Uncovering Florida  · **Follow**
user · 32.4K followers

### Drug Smuggling Vessel Carrying 100+ Kilos of Cocaine Intercepted Off Coast of Florida

📍 Broward County, FL · 17h



😮😮😮 4.3K

👍   💬 202   ↪ Share

 **The HD Post**  · **Follow**
user · 13.5K followers

### Agency laying off over 1,600 workers at popular discount clothing warehouse centers

📍 Moreno Valley, CA · 10d



😮😮😮 288

👍   💬 133   ↪ Share

1/13/2025, 9:46 AM

 NEWSBREAK       Open in App

user · 9.6K followers

## Police seek shoplifters who killed store owner as they fled

Jacksonville, FL · 26d



 383          241     Share

**Cruise Travel** 🚫 · Follow
user · 30.0K followers

## Royal Caribbean Bans Type of Clothing, Warns of Fines

3d



 222          75     Share

**DeanLand** 🚫 · Follow
user · 11.2K followers

## Aliens, Indians, or Conquistadors: Who Built Georgia's Mysterious Fort Mountain Wall?

Georgia · 24d



 179          27     Share

**David Heitz** 🚫 · Follow
user · 25.0K followers

  

 270

 255    Share

---

 **Robert Russell Shaneyfelt** 🚫 · Follow
user · 7.4K followers

### Dumped Body Found: 68-Year-Old Man Murdered in Texas

📍 Palo Pinto County, TX · 18d



 75

💬 10   ↗ Share

---

**Dianna Carney** 🚫 · Follow
user · 23.6K followers

### Meet The Sweet 8-Month-Old "Gentle Giant" Looking For Love

📍 Massachusetts · 25d



 2.4K

💬 85   ↗ Share

  **NEWS**BREAK  Open in App

user · 12.2K followers

## Puppy Searching For New Home After Sick Owner Makes Hard Decision To Surrender

📍 Massachusetts · 1d



 2.0K   👍   💬 91   ↗ Share

---

 **Northern Kentucky Tribune** 🅾 · **Follow**
user · 24.2K followers

## Navigating Aging: Resources are expanding for growing number of older adults living alone

22d



 195   👍   💬 15   ↗ Share

---

**David Heitz** 🅾 · **Follow**
user · 25.0K followers

## Opinion: Evicted homeless hotel residents spend holidays back on streets of Denver

📍 Denver, CO · 14d



 203   👍   💬 151   ↗ Share

---

 **Northern Kentucky Tribune** 🅾 · **Follow**
user · 24.2K followers



 NEWSBREAK

Open in App

Kentucky · 14d



 122

  33  Share

**Robert Russell Shaneyfelt** 🚫 · **Follow**
user · 7.4K followers

**Dallas Officer Wounded in Carjacking: Final Suspect in Custody**
📍 Dallas, TX · 16d



 33

  1   Share

**Alameda Post** 🔺 · **Follow**
user · 4.7K followers

**Involuntary Manslaughter Charge Against Remaining APD Officer Dismissed**
📍 Alameda, CA · 20d



 13

  5   Share

 NEWSBREAK

 Open in App

user · 29.0K followers

## Jeff Bezos' Fiancée, Lauren Sanchez, Announces Her Son Attending a Florida University

Miami, FL · 26d



 160

👍  💬 123  ↗ Share

 **Northern Kentucky Tribune** 🟠 · Follow
user · 24.2K followers

## Pat Crowley, 63, beloved and respected journalist-turned-publicist dies suddenly at his Ft. Thomas home

Fort Thomas, KY · 14d



 103

👍  💬 42  ↗ Share

**HD** **The HD Post** 🟠 · Follow
user · 13.5K followers

## SoCal residents affected by wildfires can apply for financial assistance up to $42,500

Los Angeles County, CA · 3d



 479

👍  💬 371  ↗ Share

**Alamogordo Conservative Daily** 🟠 · Follow
user · 21.5K followers

1/13/2025, 9:46 AM

Case 2:23-cv-01218-JES-KCD    Document 228-21    Filed 01/15/25    Page 27 of 29
PageID 4361

 **NEWSBREAK**

 Open in App

7d



 697

  329     Share

**Dianna Carney** 🚫 · Follow
user · 23.6K followers

### Meet The Sweet & Playful Lady Looking For Love
📍 Massachusetts · 19d



 2.2K

  55     Share

**Dianna Carney** 🚫 · Follow
user · 23.6K followers

### Meet The Sweet Puppy Abandoned On Streets Still Looking For Love
📍 Massachusetts · 18d



 2.1K

  38     Share

1/13/2025, 9:46 AM



☰  **N** NEWSBREAK



user · 30.0K followers

## Blogger Tasha K Thanks God for Helping With Her Bankruptcy Case in Fight Against Cardi B

📍 Alabama · 1d

 266                                     👍 Like   💬 87   ↗ Share

---

 **Gary Smith** 🚫  ·  Follow
user · 9.2K followers

## Florida cute Maltese puppy can no longer be adopted due to health issues

📍 Gainesville, FL · 10d



 1.1K                                   👍 Like   💬 68   ↗ Share

---

 **Explore Beaufort SC** 🚫  ·  Follow
user · 8.7K followers

## End of an Era: Lowcountry's wild sea island marsh ponies removed & rehomed

📍 Beaufort, SC · 4d



 209                                    👍 Like   💬 18   ↗ Share

---

HD  **The HD Post** 🚫  ·  Follow
user · 13.5K followers

Legal Battle: TikTok Star Sparks Controversial License...    https://www.newsbreak.com/richard-luhrmann-1792610/365933297...

 NEWSBREAK

 Open in App

California · 25d



 195

👍 33   ↗ Share

 David Heitz  · **Follow**
user · 25.0K followers

## Sweeping homeless encampments: Aurora considers removing shelter, notice requirements

Aurora, CO · 1d

 117

👍   💬 40   ↗ Share