

EXHIBIT #