UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN,

    Plaintiff,

v.

                                    Case No. 2:23-cv-1218-JES-KCD

JENNIFER COUTURE, *et al.*,

    Defendants,
_____/

## ORDER

Plaintiff Danesh Noshirvan seeks additional time to answer discovery from Defendant Ralph Garramone M.D. (Doc. 224.) No opposition was filed, and the time to do so expired. The Court thus treats the matter as unopposed. (*See* Local Rule 3.01.)

The Federal Rules of Civil Procedure allow this Court to "extend the time" an act must be done "for good cause." Fed. R. Civ. P. 6(b)(1). Good cause in this context is not a strict standard. It is meant to accommodate the bevy of circumstances that might necessitate more time. *See, e.g.*, *Gillio v. US Bank NA*, No. 612CV1548ORL36TBS, 2013 WL 12387342, at *1 (M.D. Fla. July 1, 2013) ("The Court routinely grants extensions when they are sought in good faith; do not prejudice a party; are not likely to create future case management problems; the Court will still have sufficient time to decide dispositive motions; and the extension will not impact the trial date.").

Here, Plaintiff seeks a short extension (14 days) to answer the pending discovery due to its complexity and an intervening vacation. (Doc. 224 at 2-3.) The Court finds this an acceptable showing of good cause under the circumstances given the de minimis extension sought and the lack of any apparent prejudice. *See Compania Interamericana Exp.-Imp., S.A. v. Compania Dominicana de Aviacion*, 88 F.3d 948, 951 (11th Cir. 1996) ("Good cause is a mutable standard, varying from situation to situation. It is also a liberal one[.]").

It is thus **ORDERED**:

Plaintiff's Motion to Extend Time (Doc. 224) is **GRANTED**. Plaintiff must respond to Garramone's Second Request for Production on or before February 10, 2025.

**ENTERED** in Fort Myers, Florida on January 22, 2025.

Kyle C. Dudek
United States Magistrate Judge