UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN, AN INDIVIDUAL;

    Plaintiff,

v.

Case No. 2:23-CV-1218-JES-KCD

JENNIFER COUTURE, *et al.*,

    Defendants,

_____/

### ORDER

This matter was before the Court for oral argument on Defendant Patrick Trainor's Motion to Compel. (Doc. 198.) For the reasons stated on the record, the motion is **GRANTED IN PART AND DENIED IN PART**. Plaintiff Danesh Noshirvan must supplement the identified document requests on or before January 31, 2025, and answer the remaining document requests (where the motion was granted) on or before February 14, 2025. All other or different relief is denied.

**ORDERED** in Fort Myers, Florida on January 27, 2025.

Kyle C. Dudek
United States Magistrate Judge