UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN, AN INDIVIDUAL;

    Plaintiff,

v.

Case No. 2:23-CV-1218-JES-KCD

JENNIFER COUTURE, *et al.*,

    Defendants,
_____/

## ORDER

This matter was before the Court for oral argument on Plaintiff Danesh Noshirvan's Motion to Compel. (Doc. 199.) For the reasons stated on the record, the motion is **GRANTED IN PART AND DENIED IN PART**. Defendant Patrick Trainor must amend his discovery responses (where the motion was granted) and provide responsive documents within 30 days of this order. All other or different relief is denied.

**ORDERED** in Fort Myers, Florida on January 28, 2025.

*/s/ Kyle C. Dudek*
Kyle C. Dudek
United States Magistrate Judge