IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA FORT MYERS DIVISION

DANESH NOSHIRVAN
an individual,   CASE NO:

                                          2:23-cv-01218-JES-NPM

Plaintiff,

vs.

JENNIFER COUTURE, et'al,

    Defendant(s).
_____/

## DECLARATION OF DANESH NOSHIRVAN

BEFORE ME, the undersigned authority, appeared, Danesh Noshirvan, being first duly sworn and declares under penalty of perjury the following:

1. My name is Danesh Noshirvan. I am over 18 years of age, and I am competent to make this declaration.

2. I am a resident of the State of Pennsylvania and am sui juris.

3. This declaration is based upon my personal knowledge.

4. On May 05, 2022, Joseph A. Camp directly contacted me via text message. As indicated in the Screenshot number: Screenshot_20220505-093902. A true and correct copy of screenshot photographs that I personally took of text messages Joseph A. Camp ("Camp's") sent to me from his Verizon Wireless phone number: 720-454-5240 is attached as Dec. Exhibit 1. Please see 2:23-cv-0340, Dkt. 199-1, Brad LaPorte's Declaration, and Meta's Declaration, for additional verification of Camp's cellphone number. For brevity, I only attached Camp's threats, harassment, and other vile communications that occurred from May 05, 2022 through May 08, 2022. Camp's one-way vile communications occurred for months. However, on May 08, 2022, Camp also started posting false derogatory statements about me and my family. My Family's personal identifying

EXHIBIT 1

information was shared with me via text message and through social media posts. See id. Camp also shared my personal identifying information on social media. A true and correct copy of Camp's January 30, 2025 Gab.com post is attached as Dec. Exhibit 2.

5.      It is well documented that Ralph Garramone M.D., P.A. d/b/a Garramone Plastic Surgery ("GPS") paid Camp $5,310.00 dollars from May 05, 2022 through May 25, 2022. See 2:23-cv-0340, Dkt. 166-8. I believe that GPS, Ralph Garramone, M.d. ("Garramone"), or Jennifer Couture ("Couture"), continued to pay beyond May 25, 2022, for his cyberstalking, harassment, and defamation services.

6.      I would also point out that on the weekend of May 20, 2022, Garramone and Couture admitted to "enter[ing] Papa the Butcher's Shop in Mansfield, Pennsylvania." See Dkt. 141. Defamatory flyers containing my picture were found in the restroom of Papa the Butcher's Shop. Interestingly, that same weekend an advertisement appeared in my town's local Pennysaver and a billboard advertisement around my hometown. The image of the Pennysaver and billboard are below:



7.      I received the third image directly from Camp at 720-454-5240. The image depicts a Pennysaver sitting on the dashboard of a vehicle. Camp also threatened my children:



8.        All of these images and more were received on May 20, 2022.

9.    I believe that Garramone and Couture either personally distributed, or paid someone to distribute, defamatory flyers in, and around, my hometown that falsely referred to me has a "predator." The billboards, and full-page advertisements supra, contain a Trainor, or Trainor Entity, owned telephone number (732-723-4007), which was directed at defaming me. Camp also made livestream videos about Defendants plans for May of 2022. Exhibits B through D were Camp's livestream videos emailed to the Court as part of Dkts. 168-170. I also received hundreds of emails from Camp, which contained similar threats, harassment, racial and homophobic slurs, and statements directed at my wife and children.

10.   I obtained personal knowledge through reviewing the packaging and contents of a package mailed directly to my sister-in-law or through physical experience, observation, and directly witnessing same.

11.   On January 08, 2024, my sister-in-law received a physical package containing a 4-page typed letter discussing one of my experts, Dr. Gordon. This is the same negative false narrative that bothJoseph A. Camp's ("Camp") and

Richard Luthmann ("Luthmann") have been pushing.[1] The package also contained several pages of internet images pertaining to Coach Torres. Both Camp and Luthmann have been pushing that false narrative as well. The package presented a real-life threat. I reported same to the authorities. These real-life threats correspond with Camp's statement that he "wants me dead or destroyed." See LaPorte Dec. They also are in line with Luthmann's comments that "I fit the profile for a family murder suicide." A true and correct copy of Luthmann's comments are attached as Dec. Exhibit 3.

12. With regards to the mysterious package mailed to my sister-in-law, the 4-page letter extensively discusses one of my expert witnesses, Dr. Gordon's expert report. The 4-page letter even contains citation with Dr. Gordon's report. But what is truly despicable is that the sender wrote two additional notes. One to my sister-in-law, who advised that she should watch my wife open the package. And one separate note to my wife.

13. Chiappetta Trial lawyers have never sent me a copy of Brad LaPorte's report or Dr. Robert Gordon's report. It is my understanding that those two reports were only provided to counsel for the Defendants, who provided those reports to their clients, who in turn provided same to Camp and Luthmann.

14. I am aware that Camp and Luthmann were harassing and intimidating Brad LaPorte to the point where he withdrew as my expert witness. I believe those communications were either direct or implied threats to scare or intimidate Mr. LaPorte into not testifying in violation of the following: §18 U.S.C. 1512(a)(2), §18 U.S.C. 2261A, §18 U.S.C. 119, 18 U.S.C. 875, §914.22, Fla. Stat., §836.05, Fla. Stat., §784.048, Fla. Stat., §817.568, Fla. Stat., and §836.11, Fla. Stat. This type of witness intimidation is exactly what occurred to my prior attorney, Robson Powers. These bad faith litigation tactics must end.

15. Accordingly, I humbly request that this Court utilize its inherent authority to implement a protective order to protect my children, any other witnesses, including Dr. Robert Gordon, from the Defendants and their associates harassment. I further ask that this Court extend the expert witness deadline to allow me time to replace LaPorte since his withdrawal was due to witness

---

[1] https://luthmann.substack.com/p/drugged-up-danesh-tiktok-infamy-troubling https://luthmann.substack.com/p/brazen-scotus-doxxer-faces-luthmanns https://luthmann.substack.com/p/florida-federal-court-showdown-highlights?utm_campaign=post&utm_medium=web https://www.instagram.com/rluthmann/

intimidation, impose sanctions up to and including default on the Defendants for bad faith litigation tactics, and for any other relief this Court deems appropriate under the circumstances.

    I certify and declare under penalty of perjury under the laws of the United states of America, pursuant to 28 U.S.C. §1746, that the forgoing is true and correct. Executed on February 03, 2025, at Mansfield, Pennsylvania.

_____

Danesh Noshirvan