IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN
an individual,

      Plaintiff,

vs.

JENNIFER COUTURE, et'al.,

      Defendant(s).
_____/

CASE NO:
2:23-cv-01218-JES-NPM

## **DECLARATION OF NICHOLAS A. CHIAPPETTA**

The undersigned, Nicholas A. Chiappetta, being first duly sworn and declares under penalty of perjury the following:

1. My name is Nicholas A. Chiappetta. I am over 18 years of age and competent to make this declaration.

2. I am a resident of the State of Florida and am *sui juris*.

3. This declaration is based upon my personal knowledge. On November 27, 2024, I emailed Brad LaPorte's and Dr. Robert Gordon's expert reports along with other documents to Harvey Gurland, Julian Jackson-Faninn, Anoosheh Shaikh, Aaron Alfano, and their respective assistants, and Patrick Trainor. A true and correct copy of that email is attached **Dec. Exhibit 1.** Neither the undersigned, nor any of his staff disseminated Brad LaPorte's and Dr. Robert Gordon's expert reports to any person not listed in the email labeled as Dec. Ex. 1.

I certify and declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. §1746, that the forgoing is

true and correct to the best of knowledge and belief. Executed on February 03, 2025, in Palm Beach County, Florida.

_____
Nicholas A. Chiappetta