UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN, AN INDIVIDUAL,

    Plaintiff,

v.

JENNIFER COUTURE, *et al.*,

    Defendants,

Case No. 2:23-CV-1218-JES-KCD

## ORDER

Plaintiff Danesh Noshirvan moves to compel Defendant Patrick Trainor to provide discovery in compliance with this Court's prior order. (Doc. 261.) The motion is **DENIED AS MOOT** because Trainor delivered the discovery responses and documents to the Court as ordered. These materials have, in turn, been sent to Plaintiff's counsel.

**ORDERED** in Fort Myers, Florida on March 3, 2025.

Kyle C. Dudek
United States Magistrate Judge