**PLACEHOLDER for**

**EXHIBIT A**