**PLACEHOLDER for**

**EXHIBIT A.1**