IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN
an individual,

       Plaintiff,

vs.

JENNIFER COUTURE, et'al,

       Defendant(s).
_____/

CASE NO:
2:23-cv-01218-JES-NPM

## PLAINTIFF'S MOTION TO SEAL

Plaintiff, DANESH NOSHIRVAN, by and through undersigned counsel, and pursuant to Local Rule 1.11, and the Protective Order dated February 10, 2025 [DE 251], respectfully moves this Court for an Order permitting the filing of Exhibits to Plaintiff's Response in Opposition to Trainor's Time-Sensitive Motion Pursuant to Rule 26(C) For Entry of a Protective Order to Vacate Danesh Noshirvan's Notice of Videotaped Deposition and Document Demands, being filed on this date, under seal, and states as follows:

1. The documents sought to be filed under seal are **Exhibits A, D, and E**. These Exhibits contain confidential information or may be perceived to contain confidential information pursuant to the Protective Order. See **Exhibit 1, 2, and 3** attached.

2. Disclosure of this confidential information could result in a violation of the Protective Order.

3. In light of the sensitivity of the confidential information filing under seal is necessary.

4. The moving party has taken reasonable steps to protect the confidentiality of the information, however, redaction of such voluminous documents is not reasonable.

5. Plaintiff requests this Honorable Court seal the Exhibits **A, D, and E** to Plaintiff's Response in Opposition to Trainor's Time-Sensitive Motion Pursuant to Rule 26(C) For Entry of a Protective Order to Vacate Danesh Noshirvan's Notice of Videotaped Deposition and Document Demands until this matter is concluded, and this case is closed.

6. The undersigned is the person authorized to retrieve the sealed, tangible item referred to in this Motion.

WHEREFORE, the Plaintiff respectfully requests this Honorable Court seal the requested Exhibits **A, D, and E** to Plaintiff's Response in Opposition to Trainor's Time-Sensitive Motion Pursuant to Rule 26(C) For Entry of a Protective Order to Vacate Danesh Noshirvan's Notice of Videotaped Deposition and Document Demands until this matter has concluded, and this case is closed, and any further relief the Court finds just and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that in accordance with Local Rule 3.01(g), he conferred with Patrick Trainor via telephone on April 07, 2025, and he has no opposition to Plaintiff's Motion to Seal the Exhibits referred to in this Motion.

Nicholas A. Chiappetta, Esq.
**Chiappetta Trial Lawyers**
Attorneys for Mr. Noshirvan
2101 Vista Parkway, Suite 258
West Palm Beach, Florida 33411
Direct: (561) 768-4500
Fax:    (561) 768-4600
service@chiappettalegal.com
nick@chiappettalegal.com
www.chiappettalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 07, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Patrick Trainor, Esquire
**Law Office of Patrick Trainor, Esq., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
Telephone: (201) 777-3327
Facsimile: (201) 896-7815
pt@ptesq.com
*Attorney for all Defendants*
*except Garramone Plastic Surgery,*
*Jennifer Couture, Dr. Ralph Garramone,*
*and OMG Realty, LLC*

Harvey W. Gurland, Jr., Esq.
Florida Bar No. 284033

Julian A. Jackson-Fannin, Esq.
Florida Bar No. 93220
Anoosheh Shaikh, Esq.
Florida Bar No. 1039830
**DUANE MORRIS LLP**
201 South Biscayne Boulevard
Suite 3400
Miami, FL 33131
Tel: 561.962.2108
HWGurland@duanemorris.com
JJFannin@duanemorris.com
AShaikh@duanemorris.com
PNMendoza@duanemorris.com
JMagarin@duanemorris.com
Attorneys for Garramone Plastic Surgery

Aaron Alfano, Esq.
Florida Bar No. 0083909
Brian P. Henry, Esq.
Florida Bar No. 0089069
Rolfes Henry Co., L.P.A.
5415 87th Street East
Bradenton, FL 34211
T: (941) 684-0100
F: (941) 684-0109
E: aalfano@rolfeshenry.com
E: sburns@rolfeshenry.com
E: bhenry@rolfeshenry.com
E: kmcclintock@rolfeshenry.com
Attorneys for Defendants
Jennifer Couture, Ralph Garramone, MD,
OMG Realty, LLC, and Wraith, LLC

                                                   */s/ Nicholas A. Chiappetta*
                                                   Nicholas A. Chiappetta