UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

Danesh Noshirvan,}

v.  2:23-cv-01218

Jennifer Couture, et al

JOHN DOE 3'S MOTION TO CLARIFY IDENTITY AND STRIKE MISIDENTIFICATION AND REQUEST FOR SANCTIONS AGAINST PLAINTIFF IN THE AMOUNT OF $100,000.00

COMES NOW, the undersigned individual, appearing as John Doe 3, identified by the email address "TheResearcher2020@yandex.com", and hereby submits this Motion to Clarify Identity and Strike Misidentification from the record, and in support thereof states as follows:

I. INTRODUCTION

1. Plaintiff has, without evidence or substantiation, alleged that John Doe 3, using the email address TheResearcher2020@yandex.com, is Joseph A. Camp.

2. This assertion is false. John Doe 3 is not Joseph A. Camp and has no association with him.

3. This misidentification is prejudicial, improper, and unsupported by admissible evidence. It creates undue confusion and exposes an unrelated individual to legal liability without due process or foundation.

II. FACTUAL BACKGROUND

4. The email account TheResearcher2020@yandex.com has been previously identified under seal in *Dominion Voting Systems v. Donald J. Trump*, a separate legal proceeding.

5. In that proceeding, the identity of John Doe 3 was distinct from Joseph A. Camp, and at no point has any court or competent authority determined that Joseph A. Camp operates or controls that account.

6. The Plaintiff's identification of Mr. Camp as John Doe 3 constitutes a material misstatement of fact, unsupported by evidence, and contrary to previously filed judicial records under seal.

III. ARGUMENT

7. Plaintiff's conduct violates the fundamental principles of Federal Rule of Civil Procedure 11(b), which prohibits presenting claims or factual contentions lacking evidentiary support.

8. The improper identification also infringes upon the due process rights of both John Doe 3 and Joseph A. Camp, the latter of whom is wrongly exposed to potential liability or reputational harm.

9. The misidentification risks violating the sealed status of confidential identities in other legal proceedings and undermines the integrity of judicial process.

Therefore, John Doe 3 respectfully requests that the Court:

a. Clarify that John Doe 3, associated with TheResearcher2020@yandex.com, is not Joseph A. Camp;
b. Strike any statements or filings by Plaintiff that conflate or identify Joseph A. Camp as John Doe 3 including the instant Complaint in this matter;
c. Admonish Plaintiff for violating applicable rules of civil procedure if the misidentification persists; and
d. Issue sanctions in the amount of $100,000.00 against Plaintiff to deter further false statements as factual; and
e. Grant such further relief as this Court deems just and proper.

## IV. CONCLUSION

The Plaintiff's unfounded and unsupported identification of John Doe 3 as Joseph A. Camp is both procedurally improper and factually inaccurate. This motion seeks to rectify that misidentification and to protect the legal rights of all individuals concerned.

April 8th, 2025.

Respectfully submitted,

*TheResearcher2020@Yandex.com*
John Doe 3