UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

Danesh Noshirvan,}


v.                                                                2:23-cv-01218


Jennifer Couture, et al

MOTION OF JOHN DOE 4, A CONCERNED NON-PARTY, TO DECLARE JOSEPH A. CAMP A WHITE SUPREMACIST

COME NOW John Doe 4, pro se, and respectfully submit this Motion to declare that non-party to this matter **Joseph A. Camp espouses and promotes white supremacist ideology as stated as fact by Plaintiff Danesh Noshirvan in the current Second Amended Complaint**, and throughout these proceedings and in support thereof state as follows:

This motion arises out of a pattern of public images, documented conduct, digital activity, and associations maintained by Joseph A. Camp which consistently and unequivocally align with NAZI and **recognized elements of white supremacist doctrine**. The Movant, having independently observed, documented, and been directly affected by this type of conduct, submits that a judicial finding is both **necessary and warranted** to safeguard the integrity of these proceedings and the safety and dignity of involved parties and the broader community.

PROOF THAT JOSEPH A. CAMP is a racist, as maintained by Plaintiff throughout these procedures:







It's obvious from the following image that Camp is in California (according to the logic of Plaintiff):









































































All of this **white supremacist ideology can be found on Joseph A. Camp's disgustingly racist Facebook profile.**

**WHEREFORE, PREMISES CONSIDERED,**

John Does 1, 2, and 3 respectfully request that this Honorable Court:

1. **Declare that Joseph A. Camp promotes and adheres to white supremacist ideology as expressed by Plaintiff in the Second Amended Complaint and throughout these proceedings herein;**

2. **Take judicial notice of conduct evidencing such ideology;**

3. **Grant any and all further relief that the Court deems just and appropriate.**

April 8th, 2025.

Respectfully submitted,

*John Doe 4*