<u>UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA</u>

<u>Danesh Noshirvan,}</u>

<u>v.</u>	<u>2:23-cv-01218</u>

<u>Jennifer Couture, et al</u>

REPLY OF JOHN DOE TO PLAINTIFF'S RESPONSE TO JOHN DOE'S MOTION

John Doe is not an attorney. He uses ChatGPT to write these pleadings:



Then just copied and pasted the response from ChatGPT which created the Type-O that "Mr. Camp" as mentioned in the reply by Plaintiff.

If John Doe had legal protection, and knew anything about the law, he would have not have used ChatGPT.

The clerk incorrectly named today's filing a "reply" when they are motions.

Plaintiff's extensive pleading, in response to a very little few pages, is further proof that assignment of counsel is needed to protect anonymous speech.

Plaintiff's own exhibits show that Joseph A. Camp denies consistently being John Doe and John Doe 2.

Plaintiff needs an additional $100,000.00 in sanctions for furthering his false statement that John Doe is Joseph A. Camp. Per instance, including this reply.

Everything that Plaintiff says is a lie. This is a universal denial and opposition to his response.

**WHEREFORE, PREMISES CONSIDERED,**

John Doe (This time not ChatGPT copied/pasted with the type-o) respectfully request that this Honorable Court:

1. **Grant John Doe's Motion.**
2. **Take judicial notice of conduct of Plaintiff;**
3. **Add an additional Sanction of $100,000.00 for Plaintiff's continued false statements that John Doe is Joseph A. Camp;**
4. **Grant any and all further relief that the Court deems just and appropriate.**

April 8th, 2025.

Respectfully submitted,

*John Doe*