UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

Danesh Noshirvan,}

v.                                                                                                    2:23-cv-01218

Jennifer Couture, et al

JOHN DOEs 1, 2, 3, 4, and 5 COMBINED NOTICE TO THE COURT THAT WE ARE JAMES McGIBNEY, FRIEND OF NICK CHIAPPETTA AND DANESH NOSHIRVAN

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Since it is patently obvious that we can use "self identified" information, such as words on a type-o, we would like to present evidence that we are James McGibney and we are conspiring with Plaintiff Nick Chiappetta in this matter:



**RELIEF REQUESTED**

**WHEREFORE**, **John Does 1, 2, 3, 4 and 5** respectfully requests that this Honorable Court:

1. TAKE NOTICE THAT WE ARE INDEED JAMES MCGIBNEY AND HAVE BEEN CONSPIRING WITH PLAINTIFF THIS WHOLE TIME AS EVIDENCED IN THE EMAIL ATTACHED;

2. And such other and further relief this Court deems just and proper,

April 8th, 2025.

Respectfully submitted,

*John Doe 5*

*John Doe 4*

*John Doe 3*

*John Doe 2*

*John Doe 1*

*(As evidenced we are collectively James McGibney).*