<u>UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA</u>

<u>Danesh Noshirvan,</u>

<u>v.</u>                                                                                                          <u>2:23-cv-01218</u>

<u>Jennifer Couture, et al</u>

COMBINED NOTICE OF COMPLIANCE WITH LOCAL RULE 3.01(g) AND MOTION TO CURE PRIOR OMISSION

**Movants, John Doe 1, John Doe 2, John Doe 3, John Doe 4, and John Doe 5 (collectively, "Movants"), by and through John Doe 69, respectfully submit this pleading to cure a procedural omission in connection with prior motions filed at Docket Numbers 301, 300, 299, 298, 297, 295, 294, 293, 292, 291, 290, 289, 284, and 282, and to confirm their compliance with Local Rule 3.01(g) of the United States District Court for the Middle District of Florida.**

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

**Pursuant to Local Rule 3.01(g), undersigned confirms that prior to the filing of each of the above-referenced motions, Movants attempted to confer in good faith with opposing counsel via email and telephone to resolve the issues presented. The parties were unable to reach a resolution as to the relief sought in the respective motions.**

**This Certificate applies to the following docket entries:**
**301, 300, 299, 298, 297, 295, 294, 293, 292, 291, 290, 289, 284, and 282.**

**Movants respectfully request that the Court deem this certification sufficient to cure any prior omission of the Local Rule 3.01(g) certificate in the identified filings. At the time of filing, Movants were proceeding pro se and made every good faith effort to comply with the applicable legal rules and procedural requirements. Movants continue to seek the appointment of counsel from this Court to assist in navigating the complex legal framework and to ensure full compliance with all governing rules and obligations moving forward.**

**RELIEF REQUESTED**

**Movants respectfully move the Court to:**

1. **Accept this Combined Notice and Certification of Compliance with Local Rule 3.01(g) as curing the procedural deficiency in the listed docket entries;**

2. **Permit the Court to proceed with ruling on the merits of the motions and pleadings previously filed at Docket Nos. 301, 300, 299, 298, 297, 295, 294, 293, 292, 291, 290, 289, 284, and 282; and**

3. **Grant such other and further relief as the Court deems just and proper.**

**Respectfully submitted this ___ day of [Month], 2025.**

*/s/ John Doe 69*
**John Doe 69**
**On behalf of John Doe 1, John Doe 2, John Doe 3, John Doe 4, and John Doe 5**

CERTIFICATE OF CONFERING WITH OPPOSING COUNSEL

I, John Doe 69 hereby certify that in accordance with Rule 3.01(g) that I have attempted to conferred with counsel for the opposing party in a good faith effort to resolve the issues raised in the attached motion without the necessity of court intervention.

Specifically, on April 8th 2025 I spoke with VICKI MODAFFARI Paralegal for Counsel for Plaintiff, regarding the matters set forth in the above and other matters. Despite these efforts, the parties were unable to reach a resolution with Vicki Modaffari stating to me "*Listen you faggot, no-good, piece of shit mother fucking scumbag, we will find you and we will put a bullet in your head*" which Movant accepts as a non-participation by Plaintiff's legal counsel and potentially criminal conduct.

This certificate is submitted in compliance with the applicable rules requiring counsel (not parties or pro se parties) to confer before filing motions with the Court.

Respectfully,

*John Doe 69*