United States District Court
Middle District of Florida

**Danesh Noshirvan,**

2:23-cv-01218

**Jennifer Couture, et al**

**MOTION TO QUASH THE PLAINTIFF'S COUNSEL'S EGO**

*(As Unduly Burdensome and Not Proportional to the Needs of the Case)*

COME NOW the undersigned Non-Party Movant—John Doe 6, together with John Doe, John Doe 2, John Doe 3, John Doe 5 and John Doe 69 by and through the spirit of Rule 26 of the Federal Rules of Civil Procedure (and perhaps divine intervention), and respectfully move this Court to enter an Order **Quashing the Plaintiff's Counsel's Ego**, on grounds that it is:

1. **Unduly burdensome**,
2. **Cumulative and duplicative**,
3. **Not proportional to the needs of the case**, and
4. A serious threat to the oxygen levels in the courtroom.

In support thereof, Movants state as follows:

**I. INTRODUCTION**

Plaintiff's Counsel, through a longwinded series of footnote-stuffed filings, appears more interested in litigating the **fragile state of his own ego** than the actual facts or law of this case. Counsel for Plaintiff has submitted so many pages about himself and his imagined enemies (namely some random unnamed, unjoined, unauthenticated, unpresented, un-intervened, unadulteratedly hilarious digital nomad on the other side of the world Joseph A. Camp), and the villains he conjures in every pseudonymous pleading -that one must ask: *Where does the cause of action end and the fan-fiction begin?*

Movants, therefore, move to quash the real root of the problem: **Plaintiff's Counsel's ego**—an entity not listed in the caption (and will probably join the case as *John Ego-Doe III*), not recognized in the Federal Rules of Civil Procedure, and wholly unqualified to practice law.

## II. LEGAL STANDARD

Under **Fed. R. Civ. P. 26(b)(1)**, discovery and litigation conduct must be **proportional to the needs of the case**, considering the issues at stake, the parties' resources, the importance of the discovery, and whether the burden outweighs the benefit.

Moreover, courts may limit or quash matters that are **unreasonably cumulative, duplicative, or harassing**. See *Crosby v. Ala. Dep't of Transp.*, 2009 WL 10675710 (M.D. Ala. 2009); *Fed. R. Civ. P. 26(b)(2)(C)*.

The Plaintiff's filings—to the extent they serve as vessels for personal vendettas—are not proportional to anything but the **ever-expanding size of his ego**, which now rivals the Federal Supplement in girth but not in value.

## III. ARGUMENT

### A. The Plaintiff's Counsel's Ego is Unduly Burdensome

Responding to Plaintiff's Ego requires Movants to:

- Interpret dozens of pages of rambling footnotes referencing unrelated third parties;
- Translate screenshots of undated unauthenticated social media alleged phone call records, into constitutional theory;
- Fend off threats to expose not only litigants, but federal judges, witnesses, and a **0.43 gram goldfish**;
- Emotionally prepare for citations to TikTok.

This exceeds any concept of judicial efficiency.

### B. The Ego is Not Proportional to the Needs of the Case

Movants remind this Court that **they are non-parties** whose alleged identities are:

- *Not essential* to the underlying claims;
- *Not material* to the relief sought;
- And in some cases, *not even alleged to exist* outside of Plaintiff's feverish imagination.

In short, Plaintiff's Counsel's Ego is litigating a case in which he is both **Plaintiff's Counsel and primary antagonist**—a legal one-man show unworthy of federal court resources.

### C. The Ego Harasses and Intimidates Non-Parties and Fish Alike

The record reflects, implicitly and explicitly, repeated attempts by Plaintiff and/or his counsel to threaten, unmask, or otherwise retaliate against:

- Non-party anonymous speakers;
- Former counsel;
- Judges;
- A spouse;
- A child;
- A fish (*see John Doe 69's Motion to Withdraw*).

We ask, with due seriousness: *What did the fish do?*

**In support thereof, Movants present to this court, the Ego:**



*Photo Credit: FLGulfNews.com*

**IV. PRAYER FOR RELIEF**

WHEREFORE, Movants respectfully request that this Court enter an Order:

1. **Quashing the Plaintiff's Ego** pursuant to Rules 26(b)(1) and 26(c);
2. Barring further filings by Plaintiff's Ego unless certified by a third-party adult;
3. Requiring Plaintiff to confer with actual legal relevance before filing again; and
4. Granting any such further and absurdly necessary relief as this Court deems just.

Respectfully,


*/s/ John Doe 6*

*On behalf of John Doe, John Doe 2, John Doe 3 John Doe 5 and John Doe 69 and pro se on behalf of John Doe 6:*


An attempt to confer was made, via carrier pigeon but was ignored. After the pigeon shit on Plaintiff's counsel it returned with no reply message. A copy of this Motion will be delivered to all parties via:

- The **Court's CM/ECF electronic filing system**

Nick Chiappetta

Nick@Chiapetlegal.com

Attorney for Plaintiff

___

Patrick Trainor, Esquire

Law Office of Patrick Trainor, Esq., LLC

19 Union Avenue, Suite 201

Rutherford, New Jersey 07070

Telephone: (201) 777-3327

Facsimile: (201) 896-7815

pt@ptesq.com

Attorney for all Defendants

except Garramone Plastic Surgery,

Jennifer Couture, Dr. Ralph Garramone,

and OMG Realty, LLC

___

Harvey W. Gurland, Jr., Esq.

Florida Bar No. 284033

Julian A. Jackson-Fannin, Esq.

Florida Bar No. 93220

Anoosheh Shaikh, Esq.

Florida Bar No. 1039830

DUANE MORRIS LLP

201 South Biscayne Boulevard

Suite 3400

Miami, FL 33131

Tel: 561.962.2108

HWGurland@duanemorris.com

JJFannin@duanemorris.com

AShaikh@duanemorris.com

PNMendoza@duanemorris.com

JMagarin@duanemorris.com

Attorneys for Garramone Plastic Surgery

___

Aaron Alfano, Esq.

Florida Bar No. 0083909

Brian P. Henry, Esq.

Florida Bar No. 0089069

Rolfes Henry Co., L.P.A.

5415 87th Street East

Bradenton, FL 34211

T: (941) 684-0100

F: (941) 684-0109

E: aalfano@rolfeshenry.com

E: sburns@rolfeshenry.com

E: bhenry@rolfeshenry.com

E: kmcclintock@rolfeshenry.com

Attorneys for Defendants

Jennifer Couture, Ralph Garramone, MD,

OMG Realty, LLC, and Wraith, LLCWraith, LLC

____

clerks_office@ca11.uscourts.gov

Respectfully submitted,

*/s/ John Doe 6*_____