UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN, an individual,

    Plaintiff,

v.                                                          Case No.:  2:23-cv-1218-JES-KCD

JENNIFER COUTURE, RALPH GARRAMONE M.D., RALPH GARRAMONE M.D. P.A., CENTRAL PARK OF SOUTHWEST FLORIDA, LLC, WRAITH, LLC, SULLIVAN STREET INVESTMENTS, LLC, HAIRPIN TURN, LLC, OMG REALTY, LLC, R G WEIGHT MANAGEMENT, LLC, CENTRAL PARK SOUTH, LLC, BRANTLEE, LLC, LEGACY OF MARIE GARRAMONE, LLC, GARRAMONE MARKETING, INC., 5681 DIVISION LLC, THE LAW OFFICE OF PATRICK TRAINOR ESQ. LLC, PATRICK TRAINOR and ANTI-DOXING LEAGUE INC.,

    Defendants.

| **Judge:** | Kyle C. Dudek | **Counsel for Plaintiff** | Nicholas A. Chiappetta |
|---|---|---|---|
| **Deputy Clerk:** | Courtney Ward | **Counsel for Defendant:** | Patrick Trainor for Defs. Trainor, Anti-Doxing, et al.<br><br>Julian Jackson-Fannin for Def. Ralph Garramone, M.D., P.A. |

|  |  |  |  Aaron Alfano for Defs. Couture, Garramone, OMG Realty and Wraith |
|---|---|---|---|
| **Court Reporter** | Digital | **Interpreter** |  |
| **Date/Time** | April 10, 2025 9:00 AM | **Total Time** | 9:01 AM-2:00 PM 4 hours, 59 minutes |

**Clerk's Minutes – Motion Hearing (Docs. 258 and 264)**

Start time: 9:01 AM

Counsel makes appearances. Court reviews procedural history and discovery standards.

**Noshirvan's Motion to Compel (Doc. 258)**

The Court addresses Noshirvan's Third Motion to Compel Discovery and Second Motion to Compel Compliance with Court Orders and Attorney Chiappetta responds that all outstanding discovery, including depositions, in this motion is outstanding. Attorney Alfano responds.

The Court addresses the deposition issue. Attorney Alfano responds. Attorney Chiappetta then responds and Attorney Alfano presents further argument. The Court orders that the depositions take place in Fort Myers and Attorney Chiappetta makes an objection on record. The Court makes further remarks, as does Attorney Chiappetta.

The Court addresses the Motion to Compel at doc. 258 and Attorney Alfano responds. Attorney Chiappetta presents argument on the same. Attorney Alfano further remarks. The Court states that it will impose sanctions and discusses options. Attorney Chiappetta responds. The Court and Attorney Chiappetta discuss an extension of the discovery deadline. Attorney Alfano responds to the same. Attorney Trainor remarks, as does Attorney Jackson-Fannin who requests that certain depositions previously scheduled stay as is. Attorney Chiappetta responds. The Court will move discovery to 6/30/2025 and depositions stated on the record will remain as scheduled.

The Court addresses discovery documents being produced within 10 days and Attorney Alfano responds. Attorney Chiappetta remarks re: depositions of

2

Garramone and Couture and the Court works with counsel and the parties to get those scheduled. Attorney Alfano responds to proposed dates, as does Attorney Chiappetta. The Court states that the depositions of Couture and Garramone are to be set for June 10 and 11.

The Court grants the Motion to Compel at doc. 258, as stated on record, and will take the sanctions issue under advisement.

**Trainor's Objection to Motion to Extend Time to Respond to Discovery and Cross-Motion to Compel** (Doc. 264)

The Court addresses Trainor's Cross-Motion to Compel Discovery, as stated on the record.

**Request #1**
The Court addresses request #1, reads the response, and questions Attorney Trainor who responds. The Court denies the MTC as to request # 1 as stated on record.

**Request #3**
The Court addresses request #3, reads the request, response, and questions Attorney Chiappetta who responds. Attorney Trainor replies. The Court denies the MTC as to request # 3 as stated on record.

**Request #4**
The Court addresses request #4, reads the request, response, and questions Attorney Chiappetta who responds. Attorney Trainor replies. Attorney Chiappetta further responds, as does Attorney Trainor. The Court grants the MTC as to request # 4, with response to be updated within 14 days, as stated on record. Attorney Trainor makes further request regarding discovery response and the Court responds

**Request #6**
The Court addresses request #6, reads the request, response, and questions Attorney Trainor who responds. Attorney Chiappetta replies. Attorney Trainor presents further argument. Attorney Chiappetta further replies. The Court grants the MTC as to request # 6 to be updated within 14 days, as stated on record. Attorney Trainor responds re: time-frame to respond and Court replies. Attorney Chiappetta further remarks, as does Attorney Trainor. The Court again states that request #6 is to be supplemented and Attorney Chiappetta responds. Attorney Trainor further responds. Attorneys Alfano and Jackson-

Fannin respond that they would like to keep Noshirvan's deposition set as is but makes further proposal. Attorney Chiappetta replies. The Court will give 12 days to identify documents to #6 as stated on record.

### Request #7
The Court addresses request #7, reads the request, response, and questions Attorney Chiappetta who responds. Attorney Trainor replies. The Court grants MTC as to request #7 for documents to be identified within 12 days as stated on record.

### Request #11
The Court addresses request #11, reads the request, response, and questions Attorney Chiappetta who responds. Attorney Trainor replies. The Court grants MTC as to request #11 for documents to be identified within 12 days as stated on record.

### Request #12
The Court addresses request #12, reads the request, response, and questions Attorney Trainor who responds. Attorney Chiappetta replies. The Court grants MTC as to request #12 for documents to be identified within 12 days as stated on record. Attorney Trainor requests that response to #4 is made 12 days to be consistent with remainder of time-frames and the Court responds.

### Request #14
The Court addresses request #14, reads the request, response, and questions Attorney Chiappetta who responds. Attorney Trainor replies and Attorney Chiappetta further responds. Attorney Trainor responds to the Court's questioning, as does Attorney Chiappetta. Attorney Trainor makes further argument. The Court denies MTC as to request #14 as stated on record. Attorney Trainor and the Court have further discussion and Attorney Chiappetta remarks. The Court will grant the MTC as to request #14 for documents to be identified within 12 days as stated on record.

### Request #15
The Court addresses request #15, reads the request, response, and questions Attorney Trainor who responds. Attorney Chiappetta replies. The Court grants MTC as to request #15 for documents to be identified within 12 days as stated on record.

**Request #19**
The Court addresses request #19, reads the request, response, and questions Attorney Trainor who responds. Attorney Chiappetta replies and Attorney Trainor further remarks. The Court questions Attorney Chiappetta about the catchall phrase and the Court grants MTC as to request #19 for documents to be identified within 12 days as stated on record.

**Request #25**
The Court addresses request #25, reads the request, response, and questions Attorney Chiappetta who responds. The Court grants MTC as to request #25 for documents to be identified within 12 days as stated on record. Attorney Trainor remarks on the same.

**Request #28**
The Court addresses request #28, reads the request, response, and questions Attorney Chiappetta about rolling production who responds. The Court grants MTC as to request #28 for documents to be identified within 12 days as stated on record.

**Request #34**
The Court addresses request #34, reads the request, response, and questions Attorney Trainor about previous production who responds. Attorney Chiappetta replies and Attorney Trainor further comments. Attorney Chiappetta responds to Court's questioning. Attorney Trainor further replies, as does Attorney Chiappetta. Attorneys Trainor and Chiappetta respond back and forth. The Court denies MTC as to request #34 as stated on record.

**Request #35**
The Court addresses request #35, reads the request, response, and questions Attorney Chiappetta who responds. Attorney Trainor replies. The Court denies MTC as to request #35 as stated on record.

**Request #38**
The Court addresses request #38, reads the request, response, and questions Attorney Trainor who responds. Attorney Chiappetta replies. The Court grants MTC as to request #38 for documents to be identified within 12 days as stated on record.

**11:12 AM – Court in recess.**
**11:18 AM – Court back in session.**

### Request #41
The Court addresses request #41, reads the request, response, and questions Attorney Trainor who responds. Attorney Chiappetta replies. The Court grants MTC as to request #41 for documents to be identified within 12 days as stated on record.

### Request #43
The Court addresses request #43, reads the request, response, and questions Attorney Trainor who responds. Attorney Chiappetta replies and Attorney Trainor further remarks. The Court questions Attorney Chiappetta who responds. The Court grants MTC as to request #43 for documents to be identified within 12 days as stated on record.

Attorney Trainor comments that the Court skipped #42.

### Request #42 (taken out of order)
The Court addresses request #42, reads the request, response, and questions Attorney Trainor who responds. Attorney Chiappetta replies. The Court grants MTC as to request #42 for documents to be identified within 12 days as stated on record. Attorney Trainor makes further comment, as does the Court, and Attorney Chiappetta responds.

### Request #46
The Court addresses request #46, reads the request, response, and questions Attorney Trainor who responds. Attorney Chiappetta replies. Attorney Trainor further responds. The Court questions Attorney Chiappetta re: the catchall phrase and he responds. The Court grants MTC as to request #46 for documents to be identified within 12 days as stated on record.

### Request #47
The Court addresses request #47, reads the request, response, and questions Attorney Trainor who responds. The Court questions Attorney Chiappetta re: the catchall phrase and he responds. The Court grants MTC as to request #47 for documents to be identified within 12 days as stated on record.

### Request #48
The Court addresses request #48, reads the request, response, and questions The Court comments on the re: the catchall phrase and Attorney Chiappetta responds. Attorney Trainor remarks on this request and Attorney Chiappetta responds. The Court grants MTC as to request #48 for documents to be identified within 12 days as stated on record. The Court discusses Attorney

Trainor's remarks and Attorney Chiappetta responds. Attorney Trainor makes further remarks and requests allegations to be stricken from the Complaint. The Court and Attorney Trainor further discuss the same as stated on record. The Court reiterates he is granting the MTC for request #48.

**Request #49**
The Court addresses request #49, reads the request, response, and questions Attorney Trainor who responds. The Court addresses the catchall response and Attorney Chiappetta responds. The Court grants MTC as to request #49 for documents to be identified within 12 days as stated on record.

**Request #51**
The Court addresses request #51, reads the request, response, and questions Attorney Chiappetta who responds. Attorney Trainor replies and Attorney Chiappetta further comments. The Court grants MTC as to request #51 for response to be updated within 12 days as stated on record. Attorney Trainor comments and the Court responds. The Court and counsel clarify this is regarding "direct communications" and MTC RTP #51 is denied.

**Request #53**
The Court addresses request #53, reads the request, response, and questions Attorney Trainor who responds, as does Attorney Chiappetta. Attorney Trainor makes lengthy argument on the request and the documents he is seeking and the Court responds. The Court questions Attorney Chiappetta and he responds. The Court grants MTC as to request #53 which is discussed by the Court and counsel and Court states what is to be produced. Attorney Chiappetta presents argument. The response is to be supplemented within 12 days as stated on record.

**Request #55**
The Court addresses request #55, reads the request, response, and questions Attorney Trainor who responds. The Court addresses the catchall provision and Attorney Chiappetta responds. The Court grants MTC as to request #55 for documents to be identified within 12 days as stated on record.

**Request #56**
The Court addresses request #56, reads the request, response, and questions Attorney Trainor who responds. The Court addresses the catchall response and Attorney Chiappetta responds. The Court grants MTC as to request #56 for documents to be identified within 12 days as stated on record.

7

### Request #58
The Court addresses request #58, reads the request, response, and questions Attorney Trainor who responds. The Court addresses the catchall response and Attorney Chiappetta responds. The Court grants MTC as to request #58 for documents to be identified within 12 days as stated on record.

### Request #59
The Court addresses request #59, reads the request, response, and questions Attorney Trainor who responds. The Court addresses the catchall response and Attorney Chiappetta responds. The Court grants MTC as to request #59 for documents to be identified within 12 days as stated on record. Attorney Trainor comments.

### Request #60
The Court addresses request #60, reads the request, response, and questions Attorney Chiappetta who responds. Attorney Trainor replies. The Court questions Attorney Chiappetta re: TikTok data and he responds. Attorneys Trainor and Chiappetta make further argument and respond to the Court's questions. The Court grants MTC as to request #60 for documents to be identified within 12 days as stated on record, however, Attorney Chiappetta responds that is not enough time. Attorney Trainor replies. The Court questions Attorney Chiappetta and he makes further argument, as does Attorney Trainor. Attorney Jackson-Fannin remarks and suggests an alternative option; Attorney Chiappetta makes objection and Attorney Jackson-Fannin responds. The Court gives Plaintiff 20 days to amend response to #60 to identify videos and documents and will allow parties to file motions on deposition as stated on record. The Court and Attorney Chiappetta have further discussion on viewer used to view the files/videos produced. Attorney Trainor remarks re: vendor used and the Court responds. Attorney Jackson-Fannin comments on the same.

The Court reiterates the granting of the MTC re: #60 and 20 days to respond.

**12:59 PM – Court takes a 5 minute recess.**
**1:06 PM – Court back in session.**

### Request #61
The Court addresses request #61, reads the request, response, and questions Attorneys Chiappetta and Trainor who respond. The Court grants MTC as to request #61 for videos and other responsive documents to be identified which

8

reference Trainor within 20 days as stated on record. The Court further questions Attorney Chiappetta and he responds.

### Request #62
The Court addresses request #62, reads the request, response, and questions Attorneys Trainor and Chiappetta who respond. Attorney Jackson-Fannin responds. The Court grants MTC as to request #62 for documents to be identified within 20 days as stated on record.

### Request #66
The Court addresses request #66, reads the request, response, and questions Attorneys Chiappetta and Trainor who respond. The Court grants MTC as to request #66 for documents to be identified within 20 days as stated on record.

### Request #67
The Court addresses request #67, reads the request, response, and questions Attorneys Chiappetta and Trainor who respond. The Court grants MTC as to request #67 for documents to be identified within 20 days as stated on record.

### Request #69
The Court addresses request #69, reads the request, response, and questions Attorneys Chiappetta and Trainor who respond. Attorney Jackson-Fannin also responds. The Court grants MTC as to request #69 for documents to be identified within 20 days as stated on record.

### Request #74
The Court addresses request #74, reads the request, response, and questions Attorneys Chiappetta and Trainor who respond. Attorney Jackson-Fannin also responds. The Court denies MTC as to request #74 as stated on record.

### Request #84
The Court addresses request #84, reads the request, response, and questions Attorney Chiappetta and he responds. The Court grants MTC as to request #84 for documents to be identified within 12 days as stated on record.

### Request #85
The Court addresses request #85, reads the request, response, and questions Attorney Chiappetta and Jackson-Fannin who respond. The Court grants MTC as to request #85 for documents to be identified within 12 days as stated on record.

The Court addresses request for sanctions as to Doc. 264 and states they will not be awarded today as stated on record. Court will take sanctions re: Doc. 258 under advisement and will issue a separate order.

Attorney Jackson-Fannin addresses question of document production to Defendant GPS and Attorney Chiappetta replies he has responded. Attorney Jackson-Fannin addresses other "housekeeping" items as stated on record.

The Court addresses case 23-cv-340 and the status.

Attorney Chiappetta addresses the John Doe issue and motions filed, specifically the Google subpoena. The Court responds re: the John Doe/Jane Roe issue as stated on record. Attorney Chiappetta responds as to Doe's identity and contact received from Joseph Camp. Defense counsel responds that they have no idea as to who Doe is.

The Court addresses the 5/19/25 evidentiary hearing which has been scheduled by Judge Steele. Attorney Chiappetta responds to the Court's questioning. Attorney Trainor responds. The Court continues discussing the evidentiary hearing issue and answers questions from Attorney Alfano.

Attorney Jackson-Fannin clarifies deposition dates for Garramone and Couture and the Court responds.

2:00 PM – hearing adjourns.