UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN,

    Plaintiff,

v.

JENNIFER COUTURE, *et al.*,

    Defendants,
_____/

Case No. 2:23-CV-1218-JES-KCD

## ORDER

This case was before the Court for a hearing on two pending motions—Plaintiff's Third Motion to Compel Discovery and Second Motion to Compel Compliance with Court Orders (Doc. 258), and Defendant Patrick Trainor's Cross-Motion to Compel Danesh Noshirvan to Produce Responsive Discovery (Doc. 264). For the reasons stated on the record, it is now **ORDERED**:

1. Plaintiff's Third Motion to Compel Discovery and Second Motion to Compel Compliance with Court Orders (Doc. 258) is **GRANTED**. Defendants Jennifer Couture and Ralph Garramone must provide all past-due discovery within 10 days of this order. Plaintiff's request for sanctions is taken under advisement.

2. Defendant Patrick Trainor's Cross-Motion to Compel Danesh Noshirvan to Produce Responsive Discovery (Doc. 264) is **GRANTED IN**

**PART AND DENIED IN PART**. Plaintiff must update the discovery requests as ordered during the hearing. All other relief is denied.

3. The Court sua sponte extends the discovery deadline to June 30, 2025, to accommodate this additional discovery. A new scheduling order will follow.

**ENTERED** in Fort Myers, Florida on April 10, 2025.

Kyle C. Dudek
United States Magistrate Judge