UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN, AN INDIVIDUAL;

    Plaintiff,

v.

JENNIFER COUTURE, *et al*..,

    Defendants,

Case No. 2:23-CV-1218-JES-KCD

## ORDER

The undersigned has received several emails from an individual at the address noshirvan@yandex.com. Given the emails reference pending motions and appear ex parte, the Court has attached them here. The emails also contain several attachments, which seem to be motions. The Court has not (and will not) open the attachments due to security concerns. To the extent any party (or non-party) is seeking relief from the Court, a proper motion must be filed with Clerk's office, not emailed to chambers.

**ENTERED** this 11th day of April 11, 2025.

Kyle C. Dudek
United States Magistrate Judge

| | |
|---|---|
| **From:** | Danesh Noshirvan |
| **To:** | CA11db_Clerks Office; CHAMBERS FLMD DUDEK; jmagarin@duanemorris.com; sburns@duanemorris.com; hwgurland@duanemorris.com; pnmendoza@duanemorris.com; jjfannin@duanemorris.com; nick@chiappettalegal.com; pt@ptesq.com |
| **Subject:** | Re: Emergency Application for Stay and Mandamus |
| **Date:** | Friday, April 11, 2025 10:16:45 AM |
| **Attachments:** | Recusal Motion.PDF |

**CAUTION - EXTERNAL:**

It is extremely premature for Kyle Dudek to have engaged in such conduct to aide in or speculate as to the identities of John Does at this stage, yet he did so.

We are now asking for his refusal.

This document was sent this morning, from a new VPN address.

This stays any anticipated decisions pending a ruling on this matter by the district Court. Further, the notices of Appeals, and the Mandamus Applications have already been filed, prior to any written decision on the John Doe matters, thus stayed the decisions based on those as well.

Have a good weekend.

Sadly my computer was stolen and I have had to relocate after getting threats as a result of Noshirvan's doxxing and rhe court sanctioned premature doxxing / speculation of the identities of John Doe.

2:11 PM, April 10, 2025, Danesh Noshirvan <noshirvan@yandex.com>:

> It is hereby noted that the District Court Magastrate Judge no longer has any jurisdiction on these Motions to Quash having his on the bench decision to deny the motions appealed both by notice of Appeals, and by way of Writ of Mandamus.
>
> Any further orders on this matter by the district Court, until the Circuit Court rules, is voided as moot.
>
> Thank you for your time.
>
> 1:57 PM, April 10, 2025, Danesh Noshirvan <noshirvan@yandex.com>:
>
>> Please find anonymous John Doe and John Doe 2 application for Mandamus and request for stay, plus supporting documentation to be filed with the court of Appeals 11th circuit.
>>
>> Also, please note, this application was also docketed on the lower court record. All parties have been served.
>>
>> Thank you kindly,
>>
>> John Does.

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.