UNITED STATES DISTRICT COURT
Middle District of Florida

JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, and JOHN DOE 69 (appearing anonymously and jointly),

Danesh Noshirvan

v.

Jennifer Couture,
CASE NO: 2:23-cv-01218

EMERGENCY MOTION AND ANONYMOUS BRIEFING SEEKING REASSIGNMENT OF JOHN DOE MOTIONS AND IMMEDIATE RECUSAL OF MAGISTRATE JUDGE KYLE DUDEK

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Movants, appearing anonymously as John Does 1 through 5 and through undersigned John Doe 69, respectfully file this emergency motion and request for reassignment of all pending and future John Doe motions, including Motions to Quash, for immediate determination by a neutral Article III District Judge or, alternatively, an unassociated Magistrate Judge. Movants also demand the recusal of Magistrate Judge Kyle Dudek for conduct which has compromised judicial neutrality, violated constitutional privacy rights, and aided in extrajudicial acts of doxxing initiated by Plaintiff Danesh Noshirvan.

INTRODUCTION AND BACKGROUND

This case has devolved into a dangerous battleground for digital vigilante behavior cloaked in the robes of litigation. Plaintiff Danesh Noshirvan—a known internet provocateur who has publicly endorsed doxxing—is now using federal court procedures, subpoenas, and in this instance, judicial imprimatur, to achieve what anonymous speech doctrine was designed to prevent: compelled unmasking of critics and non-parties without due process, without standing, and without meaningful judicial scrutiny.

Despite pending, fully-briefed John Doe motions seeking protection from precisely this type of abuse, Magistrate Judge Kyle Dudek conducted an oral hearing during which he not only discussed but disseminated unverified "metadata," including VPN IP addresses and allegedly related identifiers, in open court—deliberately bypassing the necessary legal findings required under Doe v. Cahill, Sony Music Entm't v. Does 1-40, and In re Anonymous Online Speakers. In so doing, Magistrate Judge Dudek enlisted the assistance of court marshals to aid Plaintiff's counsel in tracking or identifying anonymous speakers before any ruling on the pending Motions to Quash and without affording Movants the opportunity to object or be heard.

LEGAL STANDARD FOR RECUSAL

Under 28 U.S.C. § 455(a), a magistrate judge "shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Further, under § 455(b)(1), recusal is mandatory where the judge has a personal bias or prejudice concerning a party or has personal knowledge of disputed evidentiary facts.

Judge Dudek's active participation in the Plaintiff's campaign to unmask the John Does—without ruling on their properly filed motions—raises serious due process violations and a manifest appearance of impropriety. The Supreme Court has made clear that "justice must satisfy the appearance of justice." See Offutt v. United States, 348 U.S. 11, 14 (1954).

EMERGENCY RELIEF REQUESTED

Movants therefore respectfully request that this Court:

1. Immediately reassign all pending and future John Doe-related motions, including but not limited to Motions to Quash Subpoenas, to an unaffiliated District Judge or neutral Magistrate Judge untainted by prior improper disclosures;

2. Order the recusal of Magistrate Judge Kyle Dudek from any and all further involvement in these matters, based on his participation in an extrajudicial doxxing effort;

3. Enter a protective order sealing all references made during the aforementioned hearing to VPN data, alleged metadata, and any other potentially identifying information exposed without legal basis;

4. Grant emergency relief preserving the anonymity of Movants pending full appellate review of any adverse decisions.

WHEREFORE

Movants respectfully pray that this Honorable Court act swiftly to remove Magistrate Judge Dudek from any proceedings involving John Doe litigants, reassign all related matters to a neutral judicial officer, and enter immediate protective measures to undo the irreparable harm caused by premature disclosure of sensitive data.

Respectfully submitted,

Anonymously and under seal,
JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5
By: JOHN DOE 69, appearing pro se on behalf of all Movants