UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN, AN INDIVIDUAL;

    Plaintiff,

v.

JENNIFER COUTURE, *et al.*,

    Defendants,

Case No. 2:23-cv-01218-JES-KCD

## ORDER

Before the Court is John Doe 4's Motion to Declare Joseph A. Camp a White Supremacist. (Doc. 297.) John Doe 4 asserts that such a finding is "both necessary and warranted to safeguard the integrity of these proceedings and the safety and dignity of involved parties and the broader community." (*Id.*) Attached to the filing is 37 pages of photos, presumably of Joseph Camp.

The Motion (Doc. 297) is **DENIED** because it includes no discernable legal argument or authority in support and appears to have been filed for an improper purpose. Simply put, the motion is frivolous. Future filings of this sort may result in sanctions.

**ORDERED** in Fort Myers, Florida on April 11, 2025.

Kyle C. Dudek
United States Magistrate Judge