UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN, an individual,

    Plaintiff,

v.                                   Case No: 2:23-cv-1218-JES-KCD

JENNIFER COUTURE, an individual, RALPH GARRAMONE M.D., an individual, RALPH GARRAMONE M.D. P.A., CENTRAL PARK OF SOUTHWEST FLORIDA, LLC, WRAITH, LLC, SULLIVAN STREET INVESTMENTS, LLC, HAIRPIN TURN, LLC, OMG REALTY, LLC, R G WEIGHT MANAGEMENT, LLC, CENTRAL PARK SOUTH, LLC, BRANTLEE, LLC, LEGACY OF MARIE GARRAMONE, LLC, GARRAMONE MARKETING, INC., 5681 DIVISION LLC, THE LAW OFFICE OF PATRICK TRAINOR ESQ. LLC, PATRICK TRAINOR, an individual, and ANTI-DOXING LEAGUE INC.,

    Defendants.

_____

**ORDER**

Plaintiff Danesh Noshirvan has moved to sanction Defendants for interfering with the judicial process. (Doc. #266.) Noshirvan accuses Defendants of working in concert with non-parties Joseph Camp and Richard Luthmann to harass and intimidate his attorneys and witnesses. These actions, according

to Noshirvan, have caused at least one expert (Brad LaPorte) to withdraw after receiving threats.

The Court has set an evidentiary hearing to resolve these serious allegations of witness tampering and establish what role (if any) Defendants have had with the conduct alleged. To facilitate the Court's fact-finding role, it will require Defendants to separately respond to the following discovery on or before May 1, 2025. These discovery responses must be provided to Noshirvan.

**Document Requests**

1. Provide PDF copies of all communications, whether written or electronic, sent or intended for Joseph Camp from December 26, 2023, to present.

2. Provide PDF copies of all communications, whether written or electronic, received from Joseph Camp or someone on his behalf from December 26, 2023, to present.

3. Provide PDF copies of all communications, whether written or electronic, sent or intended for Richard Luthmann from December 26, 2023, to present.

4. Provide PDF copies of all communications, whether written or electronic, received from Richard Luthmann or someone on his behalf from December 26, 2023, to present.

**Interrogatories**

1. List the name and contact information of all people to whom you have provided a copy of Plaintiff's expert disclosures (or any part thereof) served to Defendants on November 27, 2024.

**DONE AND ORDERED** at Fort Myers, Florida, this __11th__ day of April 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE