# United States District Court
# Middle District of Florida

---

**Danesh Noshirvan,**

2:23-cv-01218

**Jennifer Couture, et al**

---

### NOTICE OF APPEAL

      Notice is hereby given that **John Doe**, pseudonymous non-party Movant in the above-captioned case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order of this Court entered on April 10, 2025, denying their *Motion to Quash Subpoena* issued to Google LLC / YouTube. The motion at issue is docketed in the above captioned matter as follows:

- *Motion to Quash by **John Doe**, Docket No. 282*
- *Response briefing at by **Plaintiff**, Docket No. 296*
- *Reply to response by **John Doe**, Docket No. 298*

The Order appealed from was entered by the Honorable District Court Magistrate Judge Kyle Dudek, on April 10, 2025 at oral hearing.

Respectfully noticed,

*/s/ John Doe*

A copy of this NOTICE will be delivered to all parties via:

- The **Court's CM/ECF electronic filing system**

Case 2:23-cv-01218-JES-KCD    Document 320    Filed 04/10/25    Page 2 of 3 PageID 6341

Nick Chiappetta

Nick@Chiapetlegal.com

Attorney for Plaintiff

___

Patrick Trainor, Esquire

Law Office of Patrick Trainor, Esq., LLC

19 Union Avenue, Suite 201

Rutherford, New Jersey 07070

Telephone: (201) 777-3327

Facsimile: (201) 896-7815

pt@ptesq.com

Attorney for all Defendants

except Garramone Plastic Surgery,

Jennifer Couture, Dr. Ralph Garramone,

and OMG Realty, LLC

___

Harvey W. Gurland, Jr., Esq.

Florida Bar No. 284033

Julian A. Jackson-Fannin, Esq.

Florida Bar No. 93220

Anoosheh Shaikh, Esq.

Florida Bar No. 1039830

DUANE MORRIS LLP

201 South Biscayne Boulevard

Suite 3400

Miami, FL 33131

Tel: 561.962.2108

HWGurland@duanemorris.com

JJFannin@duanemorris.com

AShaikh@duanemorris.com

PNMendoza@duanemorris.com

JMagarin@duanemorris.com

Attorneys for Garramone Plastic Surgery

___

Aaron Alfano, Esq.

Florida Bar No. 0083909

Brian P. Henry, Esq.

Florida Bar No. 0089069

Rolfes Henry Co., L.P.A.

5415 87th Street East

Bradenton, FL 34211

T: (941) 684-0100

F: (941) 684-0109

E: aalfano@rolfeshenry.com

E: sburns@rolfeshenry.com

E: bhenry@rolfeshenry.com

E: kmcclintock@rolfeshenry.com

Attorneys for Defendants

Jennifer Couture, Ralph Garramone, MD,

OMG Realty, LLC, and Wraith, LLCWraith, LLC

____

clerks_office@ca11.uscourts.gov