UNITED STATES DISTRICT COURT
MIDDLEDISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:23-cv-1218-JES-KCD

DANESH NOSHIRVAN,

    Plaintiff,

vs.

JENNIFER COUTURE, an individual; RALPH GARRAMONE, M.D., an individual; RALPH GARRAMONE M.D., P.A. d/b/a GARRAMONE PLASTIC SURGERY; CENTRAL PARK OF SOUTHWEST FLORIDA, LLC; WRAITH, LLC; SULLIVAN STREET INVESTMENTS, LLC; HAIRPIN TURN, LLC; OMG REALTY, LLC; R G WEIGHT MANAGEMENT, LLC; CENTRAL PARK SOUTH, LLC; BRANTLEE, LLC; LEGACY OF MARIEGARRAMONE, LLC; GARRAMONE MARKETING, INC.; 5681 DIVISION LLC; THE LAW OFFICE OF PATRICK TRAINOR, ESQ, LLC d/b/a THE LAW OFFICE OF PATRICK TRAINOR; PATRICK TRAINOR, an individual, andANTI-DOXING LEAGUE INC.,

    Defendants.
_____/

**DEFENDANT RALPH GARRAMONE M.D., P.A. d/b/a
GARRAMONE PLASTIC SURGERY'S MOTION TO
AMEND SECOND AMENDED CASE MANAGEMENT
<u>AND SCHEDULING ORDER</u>**

Defendant, RALPH GARRAMONE M.D., P.A. d/b/a GARRAMONE PLASTIC SURGERY ("*Defendant*" or "*GPS*"), moves this court for an Order amending the Court's Second Amended Case Management and Scheduling Order so that the trial date is either commencing February 23, 2026 or the Court's March 2026 calendar because of an irreconcilable conflict of GPS' Lead Attorney in February 2026. In support of this motion, GPS states as follows:

1. On April 10, 2025, after a discovery hearing, the Court entered its Second Amended Case Management and Scheduling Order (the "*Order*") (D.E. 316). The Order, *inter alia*, re-set the trial in this matter for the monthly trial term commencing February 2, 2026. *Id.* The Court indicated that the estimated length of the Jury trial is ten (10) days. *Id.*

2. Lead Counsel for GPS in this matter is Harvey W. Gurland, Jr. In January 2025, Mr. Gurland finalized arrangements, that included non-refundable payments and non-transferrable tickets, to attend the Winter Olympic Games in Italy during February 2026. Specifically, Mr. Gurland will be leaving the U.S. on February 3, 2026 and will not return until late in the evening on February 12, 2026.

3. Accordingly, GPS respectfully requests the Court to amend the Order to specify that the case will not be called to start trial before Monday, February 23, 2026. This enables Mr. Gurland to return to the U.S. and finalize preparations for trial in late February. Alternatively, GPS requests that the trial be placed on the March 2026 calendar.

4.  GPS submits that good cause exists and that this request is not being sought for the purposes of delay. There is no prejudice to any party if this motion is granted.

5.  Further, Plaintiff's counsel does not oppose amending the Order for the case to be placed on the Court's trial calendar commencing February 23, 2026, but does not agree to the case being placed on the Court's March 2026 trial calendar. Plaintiff's counsel and GPS also do not oppose having the case set on the Court's December 2025 trial calendar, which was the date in the Amended Case Management and Scheduling Order. (D.E. 175).

## **MEMORANDUM OF LAW**

"A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The standard allows modification where a party can show that "the schedule cannot be met despite the diligence of the party seeking the extension." *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418-19 (11th Cir. 1998); *Ajjahnon v. Amerilife of North Carolina, LLC*, 2024 WL 4710160 at *2 (M.D. Fla. Nov. 7, 2024); *Monte v. Sherwin Williams Dev. Corp.,* 2025 WL 73044 at *3 (M.D. Fla. Jan. 10, 2025).

The courts will also consider "whether the party moving for the scheduling modification was diligent in 'ascertain[ing] facts' as early as possible in the case (prior to the filing of the complaint, if possible), in 'acquir[ing] information during the discovery period,' and in acting on acquired information." *Ajjahnon*, 2024 WL

3

4710160 at *2 (M.D. Fla. Nov. 7, 2024) (quoting *Lord v. Fairway Elec. Corp.*, 223 F. Supp. 2d 1270, 1277 (M.D. Fla. 2002)).

Here, Mr. Gurland is Lead Counsel for GPS in this case and will be Lead Counsel at the trial. Mr. Gurland previously made arrangements for international travel to attend the 2026 Winter Olympic Games during the scheduled trial term that commences February 2, 2026, including making non-refundable payments, and the tickets are not transferrable. In addition, Mr. Gurland has not delayed bringing the scheduling conflict to the Court's attention as well as to the attention of the parties. Accordingly, GPS respectfully submits that this Motion should be granted and that the case be placed on the Court's February trial calendar commencing February 23, 2026. Alternatively, GPS requests that the case be placed on the Court's March 2026 trial calendar.

## CERTIFICATE OF CONFERRAL

I HEREBY CERTIFY that, on April 14, 2025 and April 16, 2025 the undersigned conferred with Plaintiff's counsel via email. Plaintiff's counsel indicated that Plaintiff has no objection to the case being placed on the Court's February trial calendar commencing on February 23, 2026; however, Plaintiff objects to moving the trial to the March trial calendar. Plaintiff also prefers the Court moving the trial back to the December 2025 trial period as previously set in the Amended Case Management and Scheduling Order. (D.E. 175). Counsel for Defendants Couture and Garramone, and counsel for Trainor and the remaining defendants do not oppose the relief sought by GPS herein.

4

Respectfully submitted this 16th day of April, 2025.

*/s/ Harvey W. Gurland, Jr.*
Harvey W. Gurland, Jr., Esq.
Florida Bar No. 284033
Julian A. Jackson-Fannin, Esq.
Florida Bar No. 93220
DUANE MORRIS LLP
201 South Biscayne Boulevard
Suite 3400
Miami, FL 33131
Tel: 561.962.2108
HWGurland@duanemorris.com
JJFannin@duanemorris.com
PNMendoza@duanemorris.com
JMagarin@duanemorris.com

*Attorneys for Defendant Garramone Plastic Surgery*

DM1\16461643.2