# CAPE CORAL POLICE DEPARTMENT
## STATEMENT

Name: Richard Luthmann                    C.R. #: 25007618

Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Offense: FLS 836.10 , 836.01

Telephone: ▓▓▓▓▓▓▓ / ▓▓▓▓▓▓▓ / ▓▓▓▓▓▓▓
Home              Work              Cell

E-Mail Address: RICHARD. LUTHMANN @ PROTONMAIL. COM

DL#: ▓▓▓▓▓▓▓▓▓▓▓▓    State: FL    Date of Birth: ▓▓▓▓▓▓

Height: ▓    Weight: ▓    Hair: ▓    Eyes: ▓

**FOR VICTIMS ONLY** (please check here ☐ if you are NOT a victim)

As a victim of the listed criminal offense, I ☒ **DO** ☐ **DO NOT** wish to invoke my right to prevent my location and contact information being shared in reference to the above listed case number.

I freely volunteer the following statement to _Ofc R Hendershort_ of the Cape Coral Police Department on _4-17-25_ at _1205_ AM / PM.

On April 17, 2025, DANESH NOSHIRVAN of Mansfield, Pennsylvania, published on the Substack platform, on a publication owned and controlled by him an article titled: "BREAKING! Lawyer of Child Stalker says black people are Indistinguishable from MONSTERS! Shares illegal revenge porn in Court!" See https://thatdaneshguy.substack.com/p/breaking-lawyer-of-child-stalker

I have submitted this statement consisting of __4__ page(s) and the facts contained therein are true and correct.

I have received the following documents (check boxes that apply):

☐ Victim's Rights brochure with officer's name and case number
☐ Domestic Violence brochure
☐ Domestic Violence First Appearance information
☐ Petition for Injunction for Protection information sheet

Signature

Sworn to and subscribed before me this _17_ day of _APR_, 20 _25_.

☐ Police Officer & Badge # ☐ Notary

Forms Control #58

Page __1__ of __4__
Statement

Revised: 07/17/24




**CAPE CORAL POLICE DEPARTMENT**
**STATEMENT CONTINUATION**

C.R. #: 25007618

In that article (a copy is enclosed herewith), Danesh wrote the following statement:

"This misogynist was told by my wife that she didn't want to share personal information with him because he will share it with pedophiles Joey Camp and Richard Luthmann to harass her with."

This statement is false, defamatory, libellous, made with actual malice, and made with knowledge of its falsity, with the purpose of harming me.

I am harmed under FLS 836.01, 10.

Neshirvan's published statements tend to expose me to hatred, contempt, or ridicule.

I am not a pedophile nor have I ever been

_____
Signature

Sworn to and subscribed before me this 17th day of APR, 2025.

_____ #4157
☒ Police Officer & Badge #    ☐ Notary

Forms Control #59
Statement Continuation
Revised: 06/27/2013

Page 2 of 4




**CAPE CORAL POLICE DEPARTMENT**
**STATEMENT CONTINUATION**

C.R. #: 25007618

accused, charged, or convicted of pedophilia or any such crime.

Noshirvon's defamatory publication was accessible, and directed and e-mailed to residents of Florida, harming me in this jurisdiction.

Noshirvon operates a media account or publication under the name "THAT DANESH GUY" on Substack and other platforms accessible in Florida.

I am a journalist covering a case involving Danesh Noshirvon in U.S. Federal Court in Fort Myers Florida before Judges Steele, Roger Chappell and Dudek.

I want full protections under Marsy's Law because I fear retaliation from Danesh Noshirvon, his attorney Nick Chiappetta, and his millions of followers.

_____
Signature

Sworn to and subscribed before me this 17th day of APR, 20 25.

_____
☒ Police Officer & Badge #    ☐ Notary

Forms Control #59
Statement Continuation
Revised: 06/27/2013

Page 3 of 4




**CAPE CORAL POLICE DEPARTMENT**
**STATEMENT CONTINUATION**

C.R. #: 25 00 7618

I provided materials to Officer Hendershot.
These materials document the above. These materials
include the referenced article, a notice under
FLS 770.01, and additional materials that I have
news gathered in the course of my journalism from
sources that may aid the authorities in identifying
and contacting NosIMRVAN, an public figure
who has Millions of followers on social
media platforms

Again, I would not come forward as crime
victim and give materials to law enforcement
unless I was secure in the protections of
MARSY's LAW.

Signature

Sworn to and subscribed before me this 17th day of APR , 20 25 .

☒ Police Officer & Badge #    ☐ Notary

Forms Control #59
Statement Continuation
Revised: 06/27/2013

Page 4 of 4