# Exhibit A

| | |
|---|---|
| **From:** | Jackson-Fannin, Julian A. |
| **To:** | Nick Chiappetta; Vicki Modaffari |
| **Cc:** | Gurland, Harvey W.; Aaron Alfano; Patrick Trainor, Esq. |
| **Subject:** | RE: Request to Meet and Confer |
| **Date:** | Wednesday, April 16, 2025 3:12:17 PM |
| **Attachments:** | image002.png |

Nick,

Your position is noted.

Kindest Regards,

**Julian A. Jackson-Fannin, P.A.**
Partner

Duane Morris LLP

Florida:
201 S. Biscayne Boulevard, Suite 3400
Miami, FL 33131-4325

Georgia:
1075 Peachtree Street, N.E.
Suite 1700
Atlanta, GA 30309

**P:** +1 305 960 2253
**F:** +1 305 402 0544
**C:** +1 404 307 2703

jjfannin@duanemorris.com
www.duanemorris.com

 Check out our *Duane Morris Law Blogs*

---

**From:** Nick Chiappetta <nick@chiappettalegal.com>
**Sent:** Wednesday, April 16, 2025 12:10 PM
**To:** Jackson-Fannin, Julian A. <jjfannin@duanemorris.com>; Vicki Modaffari <vicki@chiappettalegal.com>
**Cc:** Gurland, Harvey W. <HWGurland@duanemorris.com>; Aaron Alfano <aalfano@rolfeshenry.com>; Patrick Trainor, Esq. <pt@PTESQ.COM>
**Subject:** Re: Request to Meet and Confer

Julian,

What are we conferring about? Planning on filing a motion? Or are you simply asking me to get a post removed? If the latter, the publication mentioning you (personally; not Duane Morris by implication) was taken down hours ago (and

minutes after publication). We do, however, dispute your frivolous assertions in your prior email. <u>Your</u> actions in yesterday's deposition reflect poorly not only on yourself, but on Duane Morris too. Take responsibility for your actions. I mean, in the end, those actions are going to adversely effect your client(s).

Also, please stop calling protected speech defamation just because you don't like the message.

Sincerely,


Nick Chiappetta | Founder

P. 561-768-4500

F. 561-768-4600

nick@chiappettalegal.com

2101 Vista Pkwy, Suite 258

West Palm Beach, Florida 33411


8401 Lake Worth Rd.,

Lake Worth, Florida 33467

*By Appointment Only*




Product Defect | Injury | Defamation | Insurance

www.chiappettalegal.com


**NOTICE:** This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, re-transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at **561-768-4500** and delete this message.

**Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**

**From:** Jackson-Fannin, Julian A. <jjfannin@duanemorris.com>
**Sent:** Wednesday, April 16, 2025 11:38 AM
**To:** Nick Chiappetta <nick@chiappettalegal.com>; Vicki Modaffari <vicki@chiappettalegal.com>
**Cc:** Gurland, Harvey W. <HWGurland@duanemorris.com>; Aaron Alfano <aalfano@rolfeshenry.com>; Patrick Trainor, Esq. <pt@PTESQ.COM>
**Subject:** Request to Meet and Confer

Nick,

It has come to our attention that following yesterday's deposition of Mrs. Noshirvan, Mr. Noshirvan made several posts to his social media accounts—namely, Substack and Instagram—that contained patently offensive, false, and defamatory statements about me personally and, by implication, Duane Morris LLP. These statements include, but are not limited to, references to me as being a "low-class racist," that I said, "black people look like monsters," and that people in Ft. Myers should not hire me. We are requesting to meet and confer as soon as possible regarding this issue and further request that you instruct your client to delete these posts forthwith and cease making similar posts to his social media accounts going forward. Please let us know your availability this week to discuss and whether you intend to instruct your client accordingly. Thanks.

Kindest Regards,

**Julian A. Jackson-Fannin, P.A.**
Partner

Duane Morris LLP

Florida:
201 S. Biscayne Boulevard, Suite 3400
Miami, FL 33131-4325

Georgia:
1075 Peachtree Street, N.E.
Suite 1700
Atlanta, GA 30309

**P:** +1 305 960 2253
**F:** +1 305 402 0544
**C:** +1 404 307 2703

jjfannin@duanemorris.com
www.duanemorris.com

Check out our *Duane Morris Law Blogs*

For more information about Duane Morris, please visit https://url.avanan.click/v2/r01/___http://www.DuaneMorris.com___.YXAzOmNoaWFwcGV0dGFsZWdhbDphOm86YTAxOTYxMTMxYTYwMTRiNDc2M2YzMmNlYjY0ZTJlOTQ6NzpIM2ViOjgwNTY0YjlmZmE1OTk1OGYxNWEyMWNlMWYzMmEwYTJmNGM3NGVhZTcxNDE4MGIxMTBiMzBhZWIyZDU4MTUwZjlhMDA6dDpUOk4

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.