IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN
an individual,

                                            CASE NO:
                                            2:23-cv-01218-JES-KCD

       Plaintiff,

vs.

JENNIFER COUTURE, et'al,

       Defendant(s).

_____/

**PLAINTIFF DANESH NOSHIRVAN'S MOTION FOR
OUT-OF-STATE NONPARTY WITNESSES TO APPEAR REMOTELY FOR
THE MAY 19, 2025 EVIDENTRIARY HEARING**

Plaintiff, Danesh Noshirvan ("**Noshirvan**"), files this Motion for Out-of-State Nonparty Witnesses To Appear Remotely For The May 19, 2025 Evidentiary Hearing. Noshirvan, in support, states the following:

1.  On December 10, 2024, defendant, Patrick Trainor ("**Trainor**"), filed a motion seeking Rule 11 sanctions against Noshirvan. See Dkt. 202.

2.  Trainor's Rule 11 centers around multiple nonparties.

3.  On March 13, 2025, Noshirvan filed a Motion For Sanctions For Bad Faith Litigation Tactics. Dkt. 266.

4.  Noshirvan's motion for sanctions argues that Dr. Ralph Garramone

("**Garramone**"), Jennifer Couture ("**Couture**"), and Trainor actively worked with Joseph A. Camp ("**Camp**") to interfere with Noshirvan's ability to defend himself in 2:23-cv-0340 and bring his claims in 2:23-cv-1218. Noshirvan also claimed that the center of the conspiracy — Garramone, Couture, or Trainor provided expert witness reports to Camp and Richard Luthmann ("**Luthmann**"). Both Camp and Luthmann utilized those expert witness reports for improper purposes including witness intimidation and harassment.

5.   This case presents issues and communications that have occurred in multiple States throughout the United States of America by nonparty witnesses with various residency throughout same.

6.   To facilitate and ease the financial burden and onerous time consumption of last-minute travel on out-of-state nonparty witnesses, Noshirvan respectfully requests that this Court allow out-of-state nonparty witnesses appear remotely by electronic means.

7.   All of Noshirvan's nonparty witnesses will agree that they will neither record, photograph, broadcast, nor otherwise capture any audio, video, or image from any aspect of my remote appearance. They will further agree not to transmit nor permit the transmittal of any audio, video, or image from any aspect of my remote appearance to any third-party.

WHEREFORE, Noshirvan respectfully requests that the Court grant this Motion and enter an order allowing Noshirvan's out-of-state nonparty witnesses to appear remotely by electronic means for the May 19, 2025 evidentiary hearing.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that he reached out to counsel for all Defendants, on April 23, 2025 to schedule a meet and confer. To date, no counsel for any defendant has provided a single date they are available to meet and confer. Noshirvan will comply with Local Rule 3.01(g) and supplement this motion.

Nicholas A. Chiappetta, Esq.
**Chiappetta Trial Lawyers**
Attorneys for Mr. Noshirvan
2101 Vista Parkway, Suite 258
West Palm Beach, Florida 33411
Direct: (561) 768-4500
Fax:    (561) 768-4600
service@chiappettalegal.com
nick@chiappettalegal.com
www.chiappettalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Patrick Trainor, Esquire
**Law Office of Patrick Trainor, Esq., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
Telephone: (201) 777-3327
Facsimile: (201) 896-7815
pt@ptesq.com
*Attorney for all Defendants*
*except Garramone Plastic Surgery,*
*Jennifer Couture, Dr. Ralph Garramone,*
*Wraith, LLC and OMG Realty, LLC*

Harvey W. Gurland, Jr., Esq.
Florida Bar No. 284033
Julian A. Jackson-Fannin, Esq.
Florida Bar No. 93220
Anoosheh Shaikh, Esq.
Florida Bar No. 1039830
**DUANE MORRIS LLP**
201 South Biscayne Boulevard
Suite 3400
Miami, FL 33131
Tel: 561.962.2108
HWGurland@duanemorris.com
JJFannin@duanemorris.com
AShaikh@duanemorris.com
PNMendoza@duanemorris.com
JMagarin@duanemorris.com
Attorneys for Garramone Plastic Surgery

Aaron Alfano, Esq.
Florida Bar No. 0083909
Brian P. Henry, Esq.
Florida Bar No. 0089069

Rolfes Henry Co., L.P.A.
5415 87th Street East
Bradenton, FL 34211
T: (941) 684-0100
F: (941) 684-0109
E: aalfano@rolfeshenry.com
E: sburns@rolfeshenry.com
E: bhenry@rolfeshenry.com
E: kmcclintock@rolfeshenry.com
Attorneys for Defendants
Jennifer Couture, Ralph Garramone, MD,
OMG Realty, LLC, and Wraith, LLC

/s/ Nicholas A. Chiappetta
Nicholas A. Chiappetta