```
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
                 FORT MYERS DIVISION
```

DANESH NOSHIRVAN, an individual,

      Plaintiff,

v.             Case No: 2:23-cv-1218-JES-KCD

JENNIFER COUTURE, an individual, RALPH GARRAMONE M.D., an individual, RALPH GARRAMONE M.D. P.A., CENTRAL PARK OF SOUTHWEST FLORIDA, LLC, WRAITH, LLC, SULLIVAN STREET INVESTMENTS, LLC, HAIRPIN TURN, LLC, OMG REALTY, LLC, R G WEIGHT MANAGEMENT, LLC, CENTRAL PARK SOUTH, LLC, BRANTLEE, LLC, LEGACY OF MARIE GARRAMONE, LLC, GARRAMONE MARKETING, INC., 5681 DIVISION LLC, THE LAW OFFICE OF PATRICK TRAINOR ESQ. LLC, PATRICK TRAINOR, an individual, and ANTI-DOXING LEAGUE INC.,

      Defendants.

_____

**<u>ORDER</u>**

This matter comes before the Court on review of Plaintiff Danesh Noshirvan's Motion for Out-of-State Nonparty Witnesses to Appear Remotely for the May 19, 2025 Evidentiary Hearing (Doc. #343) filed on April 30, 2025. Given the rapidly

approaching hearing date and that it is unknown whether Defendants oppose the relief sought, (see id. at p. 3), the Court will require an expedited briefing schedule.

Accordingly, it is hereby

**ORDERED:**

Defendants shall file a response to the Motion (Doc. #343) within **seven (7) days** of this Order.

**DONE and ORDERED** at Fort Myers, Florida, this __30th__ day of April 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of Record