## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

### CASE NO.:   2:23-cv-01218-JES-NPM

DANESH NOSHIRVAN,

      Plaintiff,

v.

JENNIFER COUTURE, an individual,
RALPH GARRAMONE, M.D., an individual
RALPH GARRAMONE, M.D. P.A. d/b/a
GARRAMONE PLASTIC SURGERY,
CENTRAL PARK OF SOUTHWEST
FLORIDA, LLC, WRAITH, LLC
SULLIVAN STREET INVESTMENTS, LLC,
HAIRPIN TURN, LLC, OMG REALTY, LLC
R G WEIGHT MANAGEMENT, LLC
CENTRAL PARK SOUTH, LLC
BRANTLEE, LLC, LEGACY OF MARIE
GARRAMONE, LLC, GARRAMONE
MARKETING, INC., 5681 DIVISION, LLC
THE LAW OFFICE OF PATRICK TRAINOR
ESQ., LLC d/b/a THE LAW OFFICE OF
PATRICK TRAINOR, PATRICK TRAINOR,
an individual, and ANTI-DOXING LEAGUE, INC.

      Defendants.

_____/

### DEFENDANTS JENNIFER COUTURE, RALPH GARRAMONE, M.D., WRAITH, LLC, AND OMG REALTY, LLC'S, NOTICE OF WITHDRAWAL OF RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR RULE 16 SANCTIONS [D.E. 277]

Defendants Jennifer Couture, Ralph Garramone, M.D., Wraith, LLC and OMG Realty, LLC, by and through their undersigned counsel, hereby withdraw their Response in Opposition to Plaintiff's Motion for Rule 16 Sanctions [D.E. 277] filed on March 27, 2025. Defendants filed an Amended Supplemental Response in Opposition to Plaintiff's Motion for Sanctions [D.E. 348] on May 5, 2025.

Date: May 5, 2025                          Respectfully submitted,

                                    By:    /s/   *Aaron Alfano*
                                           Aaron Alfano, Esq.
                                           (Florida Bar No. 0083909)
                                           Brian P. Henry, Esq.
                                           (Florida Bar No. 0089069)
                                           Rolfes Henry Co., L.P.A.
                                           5415 87th Street East
                                           Bradenton, FL   34211
                                           T:   (941) 684-0100
                                           F:   (941) 684-0109
                                           E:   aalfano@rolfeshenry.com
                                           E:   sburns@rolfeshenry.com
                                           E:   bhenry@rolfeshenry.com
                                           E:   kmcclintock@rolfeshenry.com

                                           *Attorneys for Defendants Jennifer Couture,*
                                           *Ralph Garramone, MD, OMG Realty, LLC,*
                                           *and Wraith, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Notice of Substitution of Counsel was served this May 5, 2025, on all counsel or parties of record via the Court's Electronic Filing System, Electronic Mail, or via regular mail:

Nicholas A. Chiappetta, Esq.
Fla. Bar No. 1006407
Chiappetta Trial Lawyers
2101 Vista Parkway, Ste. 258
West Palm Beach, FL   33411
T:   561-768-4500
E:   nick@chiappettalegal.com

*Attorney for Plaintiff*

Harvey W. Gurland, Jr., Esq.
Fla. Bar No. 284033
Julian A. Jackson-Fannin, Esq.
Fla. Bar No. 93220
Duane Morris, LLP
201 South Biscayne Blvd., Ste. 3400
Miami, FL   33131
T:   561-962-2108
E:   hwgurland@duanemorris.com
E:   jjfannin@duanemorris.com
E:   pnjemdoza@duanemorris.com
E:   jmagarin@duanemorris.com

*Attorneys for Garramone Plastic Surgery*

Patrick Trainor, Esq.
Law Office of Patrick Trainor, Esq., LLC
19 Union Avenue, Suite 201
Rutherford, NJ   07070
T:   201-777-3327
E:   pt@ptesq.com

*Attorney for all Defendants*
*Except Garramone Plastic Surgery,*
*Jennifer Couture, Dr. Ralph Garramone,*
*OMG Realty, LLC and Wraith, LLC*

3

*/s/ Aaron Alfano*
Aaron Alfano (Fla Bar No.: 83909)