UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:23-CV-01218-JES-KCD

DANESH NOSHIRVAN,
an individual,

    Plaintiff,

v.

JENNIFER COUTURE, et al.

    Defendants.
_____/

## DEFENDANT GARRAMONE PLASTIC SURGERY'S WITNESS LIST FOR MAY 19, 2025 EVIDENTIARY HEARING

Defendant Ralph Garramone, M.D., P.A. d/b/a Garramone Plastic Surgery ("**GPS**") files its Witness List for the May 19, 2025 Evidentiary Hearing as follows:

GPS intends to call the following witnesses during the Evidentiary Hearing:

1.     Dr. Ralph Garramone, M.D. on behalf of GPS

2.     Julian Jackson-Fannin, Esq.

Respectfully submitted this 16th day of May, 2025.

                                      */s/ Harvey W. Gurland, Jr.*
                                      Harvey W. Gurland, Jr., Esq.
                                      Florida Bar No. 284033
                                      Julian A. Jackson-Fannin, Esq.
                                      Florida Bar No. 93220
                                      DUANE MORRIS LLP
                                      201 South Biscayne Blvd., Suite 3400
                                      Miami, FL 33131
                                      Tel:   305.960.2200
                                      HWGurland@duanemorris.com
                                      JJFannin@duanemorris.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of May, 2025, a true and correct copy of the foregoing was served via electronic mail upon all counsel of record.

/s/ *Harvey W. Gurland, Jr.*
Harvey W. Gurland, Jr.