## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

### CASE NO.:  2:23-cv-01218-JES-NPM

DANESH NOSHIRVAN,

     Plaintiff,

v.

JENNIFER COUTURE, *et al.,*

     Defendants.

_____/

### DEFENDANTS JENNIFER COUTURE, RALPH GARRAMONE, M.D., WRAITH, LLC AND OMG REALTY, LLC'S NOTICE OF JOINDER IN RALPH GARRAMONE, M.D., P.A. D/B/A GARRAMONE PLASTIC SURGERY'S OBJECTION TO PLAINTIFF'S AMENDED NOTICE OF FILING DECLARATIONS TO BE UTILIZED IN CONJUNCTION WITH THE MAY 19, 20205 EVIDENTIARY HEARING [D.E. 380]

Defendants Jennifer Couture, Ralph Garramone, M.D., Wraith, LLC and OMG Realty, LLC, hereby join in Defendant Ralph Garramone, M.D., P.A., D/B/A Garramone Plastic Surgery's Objection to Plaintiff's Amended Notice of Filing Declarations to be Utilized in Conjunction with the May 19, 2025, Evidentiary Hearing [D.E. 380] filed May 13, 2025.

Date: May 16, 2025          Respectfully submitted,

              By:   /s/ *Aaron Alfano*_____
                    Aaron Alfano, Esq.
                    (Florida Bar No. 0083909)
                    Brian P. Henry, Esq.
                    (Florida Bar No. 0089069)

Rolfes Henry Co., L.P.A.
5415 87th Street East
Bradenton, FL 34211
T: (941) 684-0100
F: (941) 684-0109
E: aalfano@rolfeshenry.com
E: sburns@rolfeshenry.com
E: bhenry@rolfeshenry.com
E: kmcclintock@rolfeshenry.com

*Attorneys for Defendants Jennifer Couture, Ralph Garramone, MD, OMG Realty, LLC, and Wraith, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Substitution of Counsel was served this 16th day of May, 2025, on all counsel or parties of record via the Court's Electronic Filing System, Electronic Mail, or via regular mail:

Nicholas A. Chiappetta, Esq.
Fla. Bar No. 1006407
Chiappetta Trial Lawyers
2101 Vista Parkway, Ste. 258
West Palm Beach, FL 33411
T: 561-768-4500
E: nick@chiappettalegal.com

*Attorney for Plaintiff*

Harvey W. Gurland, Jr., Esq.
Fla. Bar No. 284033
Julian A. Jackson-Fannin, Esq.
Fla. Bar No. 93220
Duane Morris, LLP
201 South Biscayne Blvd., Ste. 3400
Miami, FL 33131
T: 561-962-2108

2

E: hwgurland@duanemorris.com
E: jjfannin@duanemorris.com
E: pnjemdoza@duanemorris.com
E: jmagarin@duanemorris.com

*Attorneys for GPS*

Patrick Trainor, Esq.
Law Office of Patrick Trainor, Esq., LLC

19 Union Avenue, Suite 201
Rutherford, NJ  07070
T:  201-777-3327
E:  pt@ptesq.com

*Attorney for all Defendants*
*Except Garramone Plastic Surgery,*
*Jennifer Couture, Dr. Ralph Garramone,*
*OMG Realty, LLC and Wraith, LLC*


*/s/  Aaron  Alfano*
Aaron Alfano (Fla Bar No.: 83909)

4