UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Fort Myers Division

DANESH NOSHIRVAN
an individual,

    Plaintiff,

v.     Case No.   2:23-cv-01218-JES-KCD

JENNIFER COUTURE, Et'al,

    Defendants.

EXHIBIT LIST

❏ Government       √ Plaintiff       ❏ Defendant       ❏ Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | | | Danesh Noshirvan | | a. i. see Plaintiff's Witness and Exhibit List |
| 2 | | | " " | | a. ii. " " |
| 3 | | | " " | | a. iii. " " |
| 4 | | | " " | | a.iv. " " |
| 5 | | | " " | | a.v. " " |
| 6 | | | " " | | a.vi. " " |

1

| | | | | | |
|---|---|---|---|---|---|
| 7 | | | " " | | a.vii. " " |
| 8 | | | " " | | a.viii. " " |
| 9 | | | " " | | a.ix. " " |
| 10 | | | " " | | a.x. " " |
| 11 | | | " " | | a.xi. " " |
| 12 | | | Vicki Modaffari | | b.i. " " |
| 13 | | | " " | | b.ii. " " |
| 14 | | | Ralph Garramone | | c.i. " " |
| 15 | | | " " | | c.ii." " |
| 16 | | | " " | | c.iii." " |
| 17 | | | " " | | c.iv." " |
| 18 | | | " " | | c.v." " |
| 19 | | | " " | | c.vi." " |

| | | | | | |
|---|---|---|---|---|---|
| 20 | | | " " | | c.vii." " |
| 21 | | | Jennifer Couture | | d.i." " |
| 22 | | | " " | | d.ii." " |
| 23 | | | " " | | d.iii." " |
| 24 | | | " " | | d.iv." " |
| 25 | | | " " | | d.v." " |
| 26 | | | " " | | d.vi." " |
| 27 | | | " " | | d.vii." " |
| 28 | | | " " | | d.viii." " |
| 29 | | | " " | | d.ix. " " |
| 30 | | | " " | | d.x." " |
| 31 | | | " " | | d.xi. " " |
| 32 | | | " " | | d.xii." " |

| 33 | | | " " | | d.xii." " |
| --- | --- | --- | --- | --- | --- |
| 34 | | | " " | | d.xiii." " |
| 35 | | | " " | | d.xix." " |
| 36 | | | " " | | d.xx." " |
| 37 | | | " " | | d.xxi." " |
| 38 | | | " " | | d.xxii." " |
| 39 | | | " " | | d.xxiii." " |
| 40 | | | " " | | d.xxiv." " |
| 41 | | | " " | | d.xxv." " |
| 42 | | | " " | | d.xxvi." " |
| 43 | | | " " | | d.xxvii." " |
| 44 | | | " " | | d.xx.viii." " |
| 45 | | | " " | | d.xxix." " |

| | | | | | |
|---|---|---|---|---|---|
| 46 | | | " " | | d.xxx." " |
| 47 | | | " " | | d.xxxi." " |
| 48 | | | " " | | d.xxxii." " |
| 49 | | | " " | | d.xxx.iii." " |
| 50 | | | " " | | d.xxxiv." " |
| 51 | | | " " | | d.xxxv." " |
| 52 | | | Patrick Trainor | | e.i." " |
| 53 | | | " " | | e.ii." " |
| 54 | | | " " | | e.iii." " |
| 55 | | | " " | | e.iv." " |
| 56 | | | " " | | e.v." " |
| 57 | | | " " | | e.vi." " |
| 58 | | | " " | | e.vii." " |

| | | | | | |
|---|---|---|---|---|---|
| 59 | | | " " | | e.viii." " |
| 60 | | | " " | | e.ix." " |
| 61 | | | " " | | e.x." " |
| 62 | | | " " | | e.xi." " |
| 63 | | | " " | | e.xii." " |
| 64 | | | " " | | e.xiii." " |
| 65 | | | " " | | e.xiv." " |
| 66 | | | " " | | e.xv.," " |
| 67 | | | " " | | e.xvi.," " |
| 68 | | | " " | | e.xvii." " |
| 69 | | | " " | | e.xviii." " |
| 70 | | | " " | | e.xix." " |
| 71 | | | " " | | e.xx." " |

| | | | | | |
|---|---|---|---|---|---|
| 72 | | | " " | | e.xxi." " |
| 73 | | | " " | | e.xxii." " |
| 74 | | | " " | | e.xxiii." " |
| 75 | | | " " | | e.xxiv." " |
| 76 | | | Richard Luthmann or Jennifer Couture | | f.i." " |
| 77 | | | " " | | f.ii." " |
| 78 | | | " " | | f.iii." " |
| 79 | | | " " | | f.iv." " |
| 80 | | | " " | | f.v." " |
| 81 | | | " " | | f.vi." " |
| 82 | | | " " | | f.vii." " |
| 83 | | | " " | | f.viii." " |
| 84 | | | " " | | f.ix." " |

Case 2:23-cv-01218-JES-KCD    Document 396    Filed 05/16/25    Page 8 of 11 PageID
13434

| 85 | | | " " | | f.x." " |
|---|---|---|---|---|---|
| 86 | | | " " | | f.xi." " |
| 87 | | | " " | | f.xii." " |
| 88 | | | " " | | f.xiii." " |
| 89 | | | " " | | f.xiv." " |
| 90 | | | " " | | f.xv." " |
| 91 | | | " " | | f.xvi." " |
| 92 | | | " " | | f.xvii." " |
| 93 | | | " " | | f.xviii." " |
| 94 | | | " " | | f.xiv." " |
| 95 | | | " " | | f.xx." " |
| 96 | | | " " | | f.xxi." " |
| 97 | | | " " | | f.xxii." " |

| 98 | | | " " | | f.xxiii." " |
|---|---|---|---|---|---|
| 99 | | | " " | | f.xxiv." " |
| 100 | | | " " | | f.xxv." " |
| 101 | | | " " | | f.xxvi." " |
| 102 | | | | | g.i." " |
| 103 | | | | | g.ii." " |
| 104 | | | | | g.iii." " |
| 105 | | | | | g.iv." " |
| 106 | | | | | g.v." " |
| 107 | | | | | g.vi." " |
| 108 | | | | | g.vii." " |

DATED: May 16, 2025.

        Nicholas A. Chiappetta, Esq.
        **Chiappetta Trial Lawyers**
        Attorneys for Mr. Noshirvan
        2101 Vista Parkway, Suite 258
        West Palm Beach, Florida 33411
        Direct: (561) 768-4500
        Fax: (561) 768-4600
        service@chiappettalegal.com
        nick@chiappettalegal.com
        www.chiappettalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Patrick Trainor, Esquire
**Law Office of Patrick Trainor, Esq., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
Telephone: (201) 777-3327
Facsimile: (201) 896-7815
pt@ptesq.com
*Attorney for all Defendants*
*except Garramone Plastic Surgery,*
*Jennifer Couture, Dr. Ralph Garramone,*
*and OMG Realty, LLC*

Harvey W. Gurland, Jr., Esq.
Florida Bar No. 284033
Julian A. Jackson-Fannin, Esq.
Florida Bar No. 93220
Anoosheh Shaikh, Esq.
Florida Bar No. 1039830
**DUANE MORRIS LLP**

10

201 South Biscayne Boulevard
Suite 3400
Miami, FL 33131
Tel: 561.962.2108
HWGurland@duanemorris.com
JJFannin@duanemorris.com
AShaikh@duanemorris.com
PNMendoza@duanemorris.com
JMagarin@duanemorris.com
*Attorneys for Garramone Plastic Surgery*

Aaron Alfano, Esq.
Florida Bar No. 0083909
Brian P. Henry, Esq.
Florida Bar No. 0089069
Rolfes Henry Co., L.P.A.
5415 87th Street East
Bradenton, FL 34211
T: (941) 684-0100
F: (941) 684-0109
E: aalfano@rolfeshenry.com
E: sburns@rolfeshenry.com
E: bhenry@rolfeshenry.com
E: kmcclintock@rolfeshenry.com
*Attorneys for Defendants*
*Jennifer Couture, Ralph Garramone, MD,*
*OMG Realty, LLC, and Wraith, LLC*

                                                         */s/ Nicholas A. Chiappetta*
                                                         Nicholas A. Chiappetta