# EXHIBIT A

# Christopher Marlborough

| | |
|---|---|
| **From:** | Christopher Marlborough |
| **Sent:** | Sunday, August 29, 2021 10:07 PM |
| **To:** | Patrick Trainor, Esq. |
| **Cc:** | Victoria Medley; Zachary Margulis-Ohnuma; Richard Torres |
| **Subject:** | RE: D'Ambly v Exoo, et al. |

Patrick,

I do not appreciate the insulting statements and unfounded accusations in your prior e-mail. I suggest you conduct yourself in a more professional manner with your colleagues, particularly when practicing in the federal court. Moreover, it is grossly inappropriate to threaten an attorney with the filing of a sanctions motion in order to prematurely obtain discovery material.

It is clear that you have misinterpreted several provisions of the Federal Rules of Civil Procedure and made false assumptions about the conduct of Mr. Exoo and his counsel. I strongly discourage you from filing a frivolous motion with the Court

Regards,

Christopher Marlborough
Principal Attorney



445 Broad Hollow Road, Suite 400 | Melville, NY 11747
Tel: 212 991-8960 | Fax: 212 991-8952
chris@marlboroughlawfirm.com
www.fightwagetheft.com | www.twitter.com/fightwagetheft

  

**CONFIDENTIALITY NOTICE:** THIS E-MAIL MESSAGE (AND ANY ATTACHMENTS HERETO) IS INTENDED ONLY FOR THE USE OF THE NAMED RECEIPIENT(S) AND MAY CONTAIN LEGALLY PRIVILEGED ATTORNEY-CLIENT INFORMATION AND/OR CONFIDENTIAL OR PROPRIETARY INFORMATION, AND/OR MAY CONTAIN ATTORNEY WORK PRODUCT, THAT IS EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR OR YOU ARE NOT THE NAMED RECIPIENT(S), YOU MAY NOT REVIEW, DISSEMINATE, DISTRIBUTE OR COPY THIS MESSAGE (OR ANY ATTACHMENTS HERETO) AND WE REQUEST THAT YOU PLEASE IMMEDIATELY NOTIFY THE SENDER BY REPLY E-MAIL AND DELETE THIS E-MAIL MESSAGE AND ANY ATTACHMENTS FROM YOUR COMPUTER. THANK YOU.

---

**From:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Sent:** Saturday, August 28, 2021 7:34 PM
**To:** Christopher Marlborough <Chris@marlboroughlawfirm.com>
**Cc:** Victoria Medley <vm@zmolaw.com>; Zachary Margulis-Ohnuma <zach@zmolaw.com>; Richard Torres <richardtorresdna@gmail.com>
**Subject:** Re: D'Ambly v Exoo, et al.

Are you serious with that letter?  Nice try, your guy creates a glide path to 37(e) sanctions and you serve a preservation letter.

For starters, since you have obviously forgotten I already sent you a notice of discovery items with my Rule 34 requests and that was months ago.  Did you forget that you included @AntiFashGordon tweets as exhibits in your MTD and you let your client delete his account. What a shit show.  Allowing your client to delete his account is bush league douchery.

Please keep your calendars free this week, wewill be on a conference call with the Magistrate on Monday or Tuesday or as soon as can be heard.

---

**From:** Christopher Marlborough <Chris@marlboroughlawfirm.com>
**Sent:** Saturday, August 28, 2021, 7:01 PM
**To:** Patrick Trainor, Esq.
**Cc:** Victoria Medley; Zachary Margulis-Ohnuma; Richard Torres
**Subject:** RE: D'Ambly v Exoo, et al.


Patrick,
Good to hear from you. You raise a question that may be answered in response to a proper discovery request in the event that the case is not dismissed before Defendant Exoo is required to respond to discovery. Attached please find a preservation letter relating to your clients.
Have a great weekend.
Regards,

Christopher Marlborough
Principal Attorney



445 Broad Hollow Road, Suite 400 | Melville, NY 11747
Tel: 212 991-8960 | Fax: 212 991-8952
chris@marlboroughlawfirm.com
www.fightwagetheft.com | www.twitter.com/fightwagetheft

  

CONFIDENTIALITY NOTICE: THIS E-MAIL MESSAGE (AND ANY ATTACHMENTS HERETO) IS INTENDED ONLY FOR THE USE OF THE NAMED RECEIPIENT(S) AND MAY CONTAIN LEGALLY PRIVILEGED ATTORNEY-CLIENT INFORMATION AND/OR CONFIDENTIAL OR PROPRIETARY INFORMATION, AND/OR MAY CONTAIN ATTORNEY WORK PRODUCT, THAT IS EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR OR YOU ARE NOT THE NAMED RECIPIENT(S), YOU MAY NOT REVIEW, DISSEMINATE, DISTRIBUTE OR COPY THIS MESSAGE (OR ANY ATTACHMENTS HERETO) AND WE REQUEST THAT YOU PLEASE IMMEDIATELY NOTIFY THE SENDER BY REPLY E-MAIL AND DELETE THIS E-MAIL MESSAGE AND ANY ATTACHMENTS FROM YOUR COMPUTER. THANK YOU.

---

**From:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Sent:** Thursday, August 26, 2021 9:16 PM
**To:** Christopher Marlborough <Chris@marlboroughlawfirm.com>
**Cc:** Victoria Medley <vm@zmolaw.com>; Zachary Margulis-Ohnuma <zach@zmolaw.com>; Richard Torres <richardtorresdna@gmail.com>
**Subject:** Re: D'Ambly v Exoo, et al.

Good evening.  Why did your client delete his @AntiFashGordon Twitter account?

Sincerely,


Patrick Trainor, Esq.
The Law Office of Patrick Trainor, Esq., LLC
848 Paterson Avenue | East Rutherford, New Jersey 07073

Phone (201) 777-3327 | eFacsimile (201) 896-7815

This electronic transmission – including any attachments – contains attorney privileged and confidential information intended for the sole use of the recipient (s) named. Any unauthorized review, use, dissemination, disclosure, distribution or copying of this transmission by any other person is strictly prohibited. If you are not an intended recipient or if you have received this communication in error, please notify us by telephone (201-777-3327).

---

**From:** Christopher Marlborough <Chris@marlboroughlawfirm.com>
**Sent:** Monday, March 22, 2021 11:21:21 AM
**To:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Cc:** Victoria Medley <vm@zmolaw.com>; Zachary Margulis-Ohnuma <zach@zmolaw.com>; Richard Torres <richardtorresdna@gmail.com>
**Subject:** RE: D'Ambly v Exoo, et al.

Patrick,

Good speaking with you this morning and thanks for your e-mail. We have no response.

Regards,

Christopher Marlborough
Principal Attorney



445 Broad Hollow Road, Suite 400 | Melville, NY 11747
Tel: 212 991-8960 | Fax: 212 991-8952
chris@marlboroughlawfirm.com
www.fightwagetheft.com | www.twitter.com/fightwagetheft

  

CONFIDENTIALITY NOTICE: THIS E-MAIL MESSAGE (AND ANY ATTACHMENTS HERETO) IS INTENDED ONLY FOR THE USE OF THE NAMED RECEIPIENT(S) AND MAY CONTAIN LEGALLY PRIVILEGED ATTORNEY-CLIENT INFORMATION AND/OR CONFIDENTIAL OR PROPRIETARY INFORMATION, AND/OR MAY CONTAIN ATTORNEY WORK PRODUCT, THAT IS EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR OR YOU ARE NOT THE NAMED RECIPIENT(S), YOU MAY NOT REVIEW, DISSEMINATE, DISTRIBUTE OR COPY THIS MESSAGE (OR ANY ATTACHMENTS HERETO) AND WE REQUEST THAT YOU PLEASE IMMEDIATELY NOTIFY THE SENDER BY REPLY E-MAIL AND DELETE THIS E-MAIL MESSAGE AND ANY ATTACHMENTS FROM YOUR COMPUTER. THANK YOU.

---

**From:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Sent:** Monday, March 22, 2021 9:39 AM
**To:** Christopher Marlborough <Chris@marlboroughlawfirm.com>
**Subject:** D'Ambly v Exoo, et al.

Good morning Mr. Marlborough, I hope you are well. Please see the link below. Do you think this Tweet by Mr. Exoo can be considered tampering or intimidation? Based on the close relationship between Left Coast Watch/Abner Hauge and Exoo I do. If he doesn't take it down immediately I must act to protect my client.

Please confirm that he will immediately take the tweet down.

https://twitter.com/AntiFashGordon/status/1373800092734476289?s=20

Sincerely,


Patrick Trainor, Esq.

**THE LAW OFFICE OF PATRICK TRAINOR**

848 Paterson Avenue | East Rutherford, New Jersey 07073
Phone (201) 777-3327 | eFacsimile (201) 896-7815

This electronic transmission – including any attachments – contains attorney privileged and confidential information intended for the sole use of the recipient (s) named. Any unauthorized review, use, dissemination, disclosure, distribution or copying of this transmission by any other person is strictly prohibited. If you are not an intended recipient or if you have received this communication in error, please notify us by telephone (201-777-3327).

This firm is a debt collector and may be attempting to collect a debt. Any information obtained from you will be used for that purpose. If you are currently protected by the filing of a petition in bankruptcy, the email, including attachments, if any, is for informational purposes only and should not be considered as an attempt to collect a debt.