# EXHIBIT B

# How to deactivate your account

Taking a break from Twitter? We get it. Sometimes it's good to take a step back from everything that's going on. Or if you're looking for a permanent break, we can help you too. Follow our step-by-step instructions on how to deactivate—or delete—your Twitter account.

Note: If you are having an account issue (e.g. missing Tweets, incorrect follower or following counts, suspicious Direct Messages or potential account compromise), deactivating and reactivating your account will not resolve it. Please refer to our troubleshooting articles or contact Twitter Support.

- Deactivating vs. deleting your Twitter account
- Deactivating your Twitter account
- Deleting your Twitter account
- Top things to know before deactivating your account
- How to deactivate your account
- Deactivation FAQs

## Deactivating vs deleting your Twitter account

Deactivating your Twitter account is the first step to deleting your account permanently. Deactivation lasts 30 days. If you do not access your account within the 30-day deactivation period, your account is deleted and your username will no longer be associated with your account.

## Deactivating your Twitter account

Deactivation begins the process to permanently delete your Twitter account. This step initiates a 30-day window that gives you space to decide if you'd like to reactivate your account.

Deactivating your Twitter account means your username (or "handle") and public profile will not be viewable on twitter.com, Twitter for iOS or Twitter for Android.

Case 2:23-cv-12808-JJCS-KGA Document 6239-14 Filed 05/31/05/18/25 Page 4 Page 6 Page 125 of 13469

## Deleting your Twitter account

After your 30-day deactivation window, your Twitter account is permanently deleted. When you don't log into your account during the 30-day window, it lets us know you want to permanently delete your Twitter account. Once your account is deleted, your account is no longer available in our systems. You won't be able to reactivate your previous account and you won't have access to any old Tweets.

## Top things to know before deactivating your account

Here are a few things to keep in mind if you've decided to deactivate or delete your Twitter account:

- Deleting your Twitter account won't delete your information from search engines like Google or Bing because Twitter doesn't control those sites. There are steps you can take if you contact the search engine.
- When you deactivate your Twitter account, mentions of your account's username in other's Tweets will still exist. However it will no longer link to your profile as your profile will no longer be available. If you would like the content to be reviewed under the Twitter Rules, you may file a ticket here.
- You don't have to delete your account to change the username or email (https://twitter.com/settings/your_twitter_data/account) associated with your Twitter account. Go to **Account information** to update that anytime.
- Logging into your account within the 30-day deactivation window easily restores your account.
- If you want to download your Twitter data, you'll need to request it before you deactivate your account. Deactivating your account does not remove data from Twitter systems.
- Twitter may retain some information on your deactivated account to ensure the safety and security of its platform and people using Twitter. More information can be found here.

If you're having trouble managing your Twitter account, check out these tips for managing common issues before choosing to delete your Twitter account.

- Help with missing Tweets
- Common following issues
- What to do about suspicious Direct Messages and potential account compromise

Instructions for:



How to deactivate your account

Step 1

Tap the **navigation menu** icon ≡, then tap **Settings and privacy**.

Step 2

Tap **Your account (https://twitter.com/settings/account)**, then tap **Deactivate your account (https://twitter.com/settings/deactivate)**.

Step 3

Read the account deactivation information, then tap **Deactivate**.

Step 4

Enter your password when prompted and tap **Deactivate**.

Step 5

Confirm that you want to proceed by tapping **Yes, deactivate**.

Step 1

In the top menu, you will either see a **navigation menu** icon ≡ or your **profile** icon. Tap whichever icon you have, then tap **Settings and privacy**.

Step 2

Tap **Account (https://twitter.com/settings/account)**, then tap **Deactivate your account (https://twitter.com/settings/deactivate)**.

Step 3

Read the account deactivation information, then tap **Deactivate**.

Step 4

Enter your password when prompted and tap **Deactivate**.

Step 5

Confirm that you want to proceed by tapping **Yes, deactivate**.

Step 1

Click on the **More** icon ººº and then click on **Settings and privacy** from the drop-down menu.

Step 2

From the **Your account (https://twitter.com/settings/account)** tab, click on **Deactivate your account (https://twitter.com/settings/deactivate)**.

Step 3

**Read** the account deactivation information, then click **Deactivate**.

Step 4

Enter your password when prompted and confirm that you want to proceed by clicking the **Deactivate account** button.

If you find you miss Twitter and it's been less than 30 days, simply log in and follow these steps to reactivate your account.

# Deactivation FAQs

## Does deactivating Twitter also delete my direct messages?

During the 30-day deactivation period, your direct messages won't be deleted. When the deactivation period ends and your account is deleted, direct messages you've sent will also be deleted.

## I deactivated my account, but why does it keep getting reactivated?

If you authorized any third-party apps to access your account, you may be indirectly logging in from another app. Because logging into Twitter automatically reactivates your account, make sure to revoke third-party app access to your Twitter account.

## What if I don't have my password when I try to deactivate?

If you don't have it handy, or you're receiving a message that it's wrong, you may need to reset your password. Try requesting a password reset email (https://twitter.com/account/begin_password_reset).

## I requested a password reset email, but what if I lose access to my email address that I used to set up my account?

If you lose access to your email address that is connected to your Twitter account, you will need to contact your email service provider. Get help with access to your email address. Deactivation is an action that must be taken by the confirmed account holder or by request of a confirmed account holder. Unless you can contact us from the confirmed email address (or have access to the verified mobile number on the account), we cannot deactivate the account on your behalf. If you do have access to the verified mobile number on your account, then you can request a password reset.

## How do I deactivate my locked or suspended account?

To deactivate your suspended or locked account, please submit a request here (https://help.twitter.com/forms/account-access/deactivate-or-close-account). Requests can also be addressed to the contacts listed under the "How To Contact Us" section of our Privacy Policy (https://twitter.com/privacy#chapter4.5).

You can also get help unlocking your account (https://help.twitter.com/managing-your-account/locked-and-limited-accounts). Get more information on managing your locked or suspended account (https://help.twitter.com/managing-your-account/suspended-twitter-accounts), including filing an appeal (https://help.twitter.com/forms/general?subtopic=suspended).

## Share this article


Tweet