MARLBOROUGH DECLARATION

EXHIBIT 2

9/1/2021 and 9/3/2021 Camp E-Mails to Court

# Christopher Marlborough

| | |
|---|---|
| **From:** | Joseph A.Camp <joey@joeycamp2020.com> |
| **Sent:** | Friday, September 3, 2021 1:43 PM |
| **To:** | Christopher Marlborough; pt@ptesq.com; vm@zmolaw.com; richardtorresdna@gmail.com; JSA_orders@njd.uscourts.gov |
| **Subject:** | Re: Christian Exoo - Deleted Twitter - Case 2:20-cv-12880-JMV-JSA |
| **Attachments:** | 16a1608b3fc30b68.png; 16a160882bb037ed.png |

Dear Judge,

Please find proof defendant Exoo's attorney is lying about the status of the AntiFashGordon account.

Here are the links of the archives attached.

https://archive.is/QnVYx   https://archive.is/qV9Gd   https://archive.is/n3Po5

For thr sake of fairness and integrity of the legal process ease sanction Defendant's attorney for his blanket lies regarding the status of the account.

Thank you kindly.

--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

8:25 AM, September 1, 2021, "Joseph A. Camp" <joey@joeycamp2020.com>:

Hello all,

I am writing because I noticed immediately when Christian Exoo deactivated his Twitter account @AntiFashGordon on Twitter, which set the clock ticking per Twitter policies to permanently remove the account within about 30 days, thus losing all publicly available content -which are preserved in most instances- and just as important the Direct Message exchanges between Exoo and his Enterprise co-defendants (known or unknown) privately. After de-activation the account holder has 30 days to sign back in to keep the account public.

As soon as this development happened my team started sharing this seemingly attempted violation of the preservation orders with our 50k followers across various social media and encrypted communication channels. Substantial amounts of others observed the account had disappeared also.

Scraping software works to preserve text only format of Tweets. This doesn't have the same appearance, nor oftentimes does it include videos and photograph attachments to the Tweets. Further, it doesn't allow for the observer to see who engaged with the Tweet (retweet, like, subtweet, etc), and it doesn't allow for approximate understanding of total reach of the tweet. The account has over 25,000+ tweets and as such the scraping of the account amounts to a spreadsheet of over 25,000+ tweets that preserves the text, but, for example, on those tweets that Exoo replied to another's content it wouldn't show where, when, engagement, or which other account was replied to. This makes public preview of the content scraped almost useless for investigative purposes such as building a per click value of a certain tweet, or determining who encouraged criminal conduct by Exoo, or what his influence is per Tweet.

Another loss when dealing with de-activated accounts is what we call "breaking search" meaning that we are unable to comprehend the full conversation between multiple accounts communicating back and forth publicly because several of the replies and communication tweets have been removed with the deactivation of the account in question. This means that a mundane tweet such as "do it" by Mr. Exoo in response to another account that says "I think I am going to kill XYZ" would never be known for the value that it is. Again, there are over 25,000+ tweets.

The deactivation of the account seems specifically targeted to stifle quick and efficient abilities of counsel to find a specific tweet in question and gage it's value to the case.

Please let me know if you need affidavits of anyone to demonstrate that Defendant counsel is incorrect in their attempt to claim that the account wasn't deactivated when indeed it was -for whatever reason, hook or crook. I can rustle up any number of affidavits so that you can fix your personal attack response to the letter seeking conference by Plaintiff's attorney..

2

I am an uninvolved party in this matter and have no dog in the fight except to watch and report on the proceedings. What we found is that Exoo has so many victims that there is a large audience for the continued distribution of updates in this matter. This development - the deactivation of the Twitter account @@AntiFashGordon was a relief to many who had no idea that legal implications of why it is imperative that the account not be deleted - specifically the discovery and preservation of 25,000+ public tweets and unknown number but vitally important to discovery and case proceedings the Direct Private Messages.

We believe that Twitter is complacent in this matter as the preservation request does not indicate that Twitter has taken steps to secure the content of the account from fraudulent attempts to destroy evidence as Exoo just did.

Thank you all for your attention to this. It is important that counsel for the defendant doesn't get to manipulate the court, out of ignorance or sheer fraud.

~Joseph

--



# Joey Camp 2020

| | |
|---|---|
| Mobile: | **720.454.5240** |
| Email: | Joey@JoeyCamp2020.com |
| Website: | **www.joeycamp2020.com** <br> **www.joey.camp** |
| Address: | **@joeycamp2020** |

   

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.