# EXHIBIT 3

# 9/5/2021

# Camp

# Gab.com

# Post

 **Joseph A. Camp** ✔ @JoeyCamp2020
Sep 5th 2021 · 🜂

Fams,

I'm still out of pocket. Thank you to everyone who saved content and quickly got it to me. Everything
we can find or has been sent is preserved and archived. As new material becomes available, save
and send to me. I'll get it up as soon as possible on this page.

I appreciate you all. I'm still reading all the comments. I see them all even if I don't click "like".

I freaking love you all. Stay tuned as something big is about to drop. Antifa is being named as a
criminal and civil RICO Enterprise in a manner that is unusual and will not be able to be ignored. It
will also put me in even more harm's way.

Names, certain accounts, etc. will be named specifically which means that even the tech companies
will no longer be able to ignore and platform these named violent extremist. I expect an on
onslaught of leftist media to begin attacking me as soon as it drops, but they will do so at their own
peril.

Regarding yesterday, Olympia Police Public Information Officer is refusing to take calls from the
media or return those who left messages. It is unclear at this time if they have detained or arrested
anyone.

When I have updates I will share. As always, I am seeing and reading your comments and
communications.

I freaking love you all. Stay awesome Fams.

yourdaddyjoey.com/Olympia-09-04-21

 **Olympia 09-04-21**
Antifa shooting in Olympia Washington on Sept. 4th,
2021.