IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN
an individual,

    Plaintiff,

vs.

JENNIFER COUTURE, Et'al,

    Defendant(s).

_____/

CASE NO:
2:23-cv-01218-JES-KCD

JUDGE. Hon. John E. Steele

**PLAINTIFF DANESH NOSHIRVAN'S NOTICE OF FILING DECLARATIONS TO BE UTILIZED IN CONJUNCTION WITH THE MAY 19, 2025 EVIDENTRIAY HEARING**

Pursuant to Federal Rule of Civil Procedure 43(c) and this Court's Order setting Evidentiary Hearing (Dkt. 307), plaintiff, Danesh Noshirvan ("Noshirvan"), files this Notice of Intent to utilize the following declarations:

1. First Supplemental Declaration of Christopher Marlborough containing the following attachments: (1) Camp's first 05/18/25 email; and (2) Camp's second 05/18/25 email.

**Memorandum of Law**

Under Federal Rule of Civil Procedure 43(c), a court may consider deposition transcripts and declarations even though the declarant did not appear as a witness at the hearing. *Forsberg v. Pefanis*, 261 F.R.D. 694, 700 (N.D. Ga. 2009),

aff'd, 634 Fed. Appx. 676 (11th Cir. 2015)("pursuant to Federal Rule of Civil Procedure 43(c), it may consider the … Declarations in ruling on Plaintiff's motion for sanctions.").

Here, Defendants received due process because they were on notice of the declarant from Plaintiff's initial disclosures and given roughly additional 40-days to depose the declarants pursuant to the Court's Order requiring an evidentiary hearing. Defendants had the opportunity to depose witnesses but declined to do so.

DATED: May 20, 2025.

Nicholas A. Chiappetta, Esq.
**Chiappetta Trial Lawyers**
Attorneys for Mr. Noshirvan
2101 Vista Parkway, Suite 258
West Palm Beach, Florida 33411
Direct: (561) 768-4500
Fax:    (561) 768-4600
service@chiappettalegal.com
nick@chiappettalegal.com
www.chiappettalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Patrick Trainor, Esquire
**Law Office of Patrick Trainor, Esq., LLC**
19 Union Avenue, Suite 201

Rutherford, New Jersey 07070
Telephone: (201) 777-3327
Facsimile: (201) 896-7815
pt@ptesq.com
*Attorney for all Defendants*
*except Garramone Plastic Surgery,*
*Jennifer Couture, Dr. Ralph Garramone,*
*and OMG Realty, LLC*

Harvey W. Gurland, Jr., Esq.
Florida Bar No. 284033
Julian A. Jackson-Fannin, Esq.
Florida Bar No. 93220
Anoosheh Shaikh, Esq.
Florida Bar No. 1039830
**DUANE MORRIS LLP**
201 South Biscayne Boulevard
Suite 3400
Miami, FL 33131
Tel: 561.962.2108
HWGurland@duanemorris.com
JJFannin@duanemorris.com
AShaikh@duanemorris.com
PNMendoza@duanemorris.com
JMagarin@duanemorris.com
Attorneys for Garramone Plastic Surgery

Aaron Alfano, Esq.
Florida Bar No. 0083909
Brian P. Henry, Esq.
Florida Bar No. 0089069
Rolfes Henry Co., L.P.A.
5415 87th Street East
Bradenton, FL 34211
T: (941) 684-0100
F: (941) 684-0109
E: aalfano@rolfeshenry.com
E: sburns@rolfeshenry.com
E: bhenry@rolfeshenry.com
E: kmcclintock@rolfeshenry.com

Attorneys for Defendants
Jennifer Couture, Ralph Garramone, MD,
OMG Realty, LLC, and Wraith, LLC

                */s/ Nicholas A. Chiappetta*
                Nicholas A. Chiappetta