UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

------------------------------------------------------------------X

| | |
|---|---|
| DANESH NOSHIRVAN, an individual, Plaintiff | Case No. 2:23-cv-01218 (KCD/JES) |
| v. | FIRST SUPPLEMENTAL AFFIRMATION OF CHRISTOPHER MARLBOROUGH, ESQ. |
| JENNIFER COUTURE, et al., Defendants. | |

------------------------------------------------------------------X

I, Christopher Marlborough, an attorney duly admitted to practice law in the States of New York and Florida, affirm under penalty of perjury the following:

  1. I submit this First Supplemental Affirmation concerning two emails which indicate that they were sent from the noshirvan@yandex.com email address on Sunday, May 18, 2025, at 6:45 pm and 6:56 pm, respectively (the "Yandex E-mails").

  2. The Yandex E-mails were sent in response to my Affirmation dated May 16, 2025, concerning my interactions with Patrick Trainor and Joseph A. Camp. *See* Docket Entry No. 397.

  3. I first reviewed the Yandex E-mails at approximately 10:30 am on Monday, May 19, 2025.

  4. The first Yandex E-Mail indicates that it was sent from the [noshirvan@yandex.com](noshirvan@yandex.com) email address at 6:45 pm on Sunday, May 18th, and addressed to my office e-mail address, the Court, and others. The subject line reads: "Group chat: Just Keeping Everyone Looped In." A true and correct copy of the first Yandex E-mail is annexed hereto as Exhibit 1. The e-mail reads:

The Marlborough Declaration is… fascinating. Beyond all theblies, half baked nonsense, hearsay, and unauthenticated nonsense, It casually includes a Google Drive link to Christian Exoo's account—an entire ~100 gig repository of evidence of criminal conduct, apparently just sitting there (now we have downloaded and saved for distribution). Thanks for sharing Richard Cigarette (that is a huge breach of client confidentiality boy, and we will be sharing it all).

Now, this raises the obvious question: Was this material ever produced during discovery in the Exoo litigarion?, or did opposing counsel Marlborough deliberately withhold it in violation of the Federal Rules of Civil Procedure? He clearly knows it exists.

Because if this drive wasn't disclosed under Rule 26(a)(1)(A)(ii) (requiring production or identification of all documents a party may use to support its claims or defenses), then what we're looking at isn't just a mistake—it's a blatant violation.

Let's be blunt: intentionally withholding responsive material during discovery is sanctionable under Rule 37(c)(1), which prohibits the use of information not properly disclosed unless the failure was substantially justified or harmless. Spoiler: it's not.

And if opposing counsel knowingly concealed that drive, we're talking about fraud on the court—not just a discovery violation, but grounds for reopening the case, imposing sanctions, and quite possibly referring Marlborough to the bar for misconduct. Just curious—how many federal judges do you think enjoy being lied to?

We know Cigarette bitch here was fully aware of the drive, he linked to it in his own affidavit that Poo-Poo-Pants submitted. This doesn't even touch on the blatant violation or attorney/client privilege by linking to his client owned Google Drive account containing criminal conduct and material (which we will also forward to the FBI, et al).

>Cigarette boy here is a bigger bitch than he can pretend Joey called him out for being. He's a real life cancer, just like Poo-Poo-Pants.

5. The first Yandex E-mail includes numerous pages of e-mails that seem to be directed to Plaintiff and his counsel from the same noshirvan@yandex.com account. Only the first nine pages of those e-mails printed legibly. They are included in Exh. 1 after the Yandex E-mail addressed to the Court.

6. The second Yandex E-mail indicates that it was sent from the noshirvan@yandex.com email address at 6:56 pm on Sunday, May 18th, eleven minutes after the first email. The second Yandex E-mail was addressed only to my office e-mail address. The subject line reads: "Welcome to the Party."

7. A true and correct copy of the second email is annexed hereto as Exhibit 2. The second Yandex E-mail reads:

>If you thought Joey was scary, now you have the John Does.
>
>We are 1000x scarier and more effective than Joey ever could be.
>
>Life is going to get really fun for you. See you soon. Don't worry, we only want to serve you a subponea and a civil document or two.
>
>And your partner is about to learn a valuable lesson as well.
>
>In minding your own business.
>
>You just gave us about 100 gigs of your client's files. What a retard you are.
>
>We are preparing them now to leak them all.

8. I noted several similarities in the Yandex E-mails to Mr. Camp's tactics employed in the D'Ambly litigation.

9. First, both the two Yandex e-mails use the same obscure Yandex.com email domain that Mr. Camp has used in his e-mail signature block. *See* 5/16/25 Marlborough Aff., Exh. 2 (9/3/21 email from Camp, listing

josephAcamp@yandex.com email address). I understand that Yandex.com has a very small share of the United States e-mail market and it is very rare to see the domain in this country.

10. Second, the first Yandex E-mail to the Court was time-stamped at 6:45 pm and the Second one, promising to be "1000x scarier and more effective than Joey ever could be," was time-stamped eleven minutes later at 6:56 pm. This is very similar to Mr. Camp's practice, set forth in my declaration, of e-mailing the Court, and then contacting and threatening me and my family on the same day at or around the same time, as set forth in my 5/16/25 affirmation.

11. Third, I recognize the distinctive writing style of Mr. Camp, including the liberal use of derogatory nicknames for his perceived enemies in the Yandex E-mails.

*[signature: Christopher Marlbury]*

DATED:    Lynbrook, New York
          May 19, 2025