Outlook

Re: Group chat: Just Keeping Everyone Looped In.

**From** Danesh Noshirvan <noshirvan@yandex.com>
**Date** Sun 5/18/2025 6:45 PM
**To** jmagarin@duanemorris.com <jmagarin@duanemorris.com>; hwgurland@duanemorris.com <hwgurland@duanemorris.com>; jjfannin@duanemorris.com <jjfannin@duanemorris.com>; nick@chiappettalegal.com <nick@chiappettalegal.com>; pt@ptesq.com <pt@ptesq.com>; thatdaneshguy@gmail.com <thatdaneshguy@gmail.com>; Danesh <daneshnoshirvan@gmail.com>; chambers_flmd_steele@flmd.uscourts.gov <chambers_flmd_steele@flmd.uscourts.gov>; chambers_flmd_howard@flmd.uscourts.gov <chambers_flmd_howard@flmd.uscourts.gov>; chambers_flmd_dudek@flmd.uscourts.gov <chambers_flmd_dudek@flmd.uscourts.gov>; citips@protonmail.com <citips@protonmail.com>; campjosepha@gmail.com <campjosepha@gmail.com>; richard.luthman@protonmail.com <richard.luthman@protonmail.com>; exooinvestigations@gmail.com <exooinvestigations@gmail.com>; Christopher Marlborough <Chris@marlboroughlawfirm.com>; richardtorresdna@gmail.com <richardtorresdna@gmail.com>

📎 1 attachment (54 KB)
IMG-20250518-WA0003.jpg;


The Marlborough Declaration is… fascinating. Beyond all theblies, half baked nonsense, hearsay, and unauthenticated nonsense, It casually includes a Google Drive link to Christian Exoo's account—an entire ~100 gig repository of evidence of criminal conduct, apparently just sitting there (now we have downloaded and saved for distribution). Thanks for sharing Richard Cigarette (that is a huge breach of client confidentiality boy, and we will be sharing it all).

Now, this raises the obvious question: Was this material ever produced during discovery in the Exoo litigarion?, or did opposing counsel Marlborough deliberately withhold it in violation of the Federal Rules of Civil Procedure? He clearly knows it exists.

Because if this drive wasn't disclosed under Rule 26(a)(1)(A)(ii) (requiring production or identification of all documents a party may use to support its claims or defenses), then what we're looking at isn't just a mistake—it's a blatant violation.

Let's be blunt: intentionally withholding responsive material during discovery is sanctionable under Rule 37(c)(1), which prohibits the use of information not properly disclosed unless the failure was substantially justified or harmless. Spoiler: it's not.

And if opposing counsel knowingly concealed that drive, we're talking about fraud on the court—not just a discovery violation, but grounds for reopening the case, imposing sanctions, and quite possibly referring Marlborough to the bar for misconduct.

Just curious—how many federal judges do you think enjoy being lied to?

We know Cigarette bitch here was fully aware of the drive, he linked to it in his own affidavit that Poo-Poo-Pants submitted.

This doesn't even touch on the blatant violation or attorney/client privilege by linking to his client owned Google Drive account containing criminal conduct and material (which we will also forward to the FBI, et al).

Cigarette boy here is a bigger bitch than he can pretend Joey called him out for being. He's a real life cancer, just like Poo-Poo-Pants.



5:08 PM, May 18, 2025, Danesh Noshirvan <noshirvan@yandex.com>:

> Not a good day for breakfast Pastry. When he shows his face, he will be served, yet again.
>
> CheeseBoy, you can't call people pedophiles and incite violence against them. It's uncalled for and it's civilly actionable. Your substake named 5 individuals, defamatory, as pedophiles. At least three are likely going to take legal action (or have already). And Poo-Poo-Pants will be named as part of that.
>
> It's all in the cards SandyBoy. You fucked around with people who can't be intimidated, who are smarter than you, who will stop at nothing, individually, to destroy you for attempting to destroy them. Your cry is that you don't like your own medicine.
>
> Well, the Good for the Goose, Good for the Gander doctrine applies, and you have individually tried to harm people who not only fight back, but know the law, are smarter than you, can't be bullied by your pathetic followers (who will individually get doxxed and fucked with if they act in response to anything you do -you're responsible for what happens to them).
>
> You continue to say we are Joey, but by now you know we are not him.
>
> Due Process requires live testimony at tomorrow's hearing. We have wagered .02 cents that cheese boy doesn't show up out of cowardice. He's scared to be cross examined.
>
> It truly tragic that Poo-Poo-Pants who enter Notice of Appearance in the Luttman case against you Cheese Danesh Pedoshirvan.
>
> Oh, and Cheese boy, we can and will continue to call you a pedophile because unlike those you did, you're a text book public figure and you didn't preserve identification records of your OF chores sucking your dick commercially for subscription money -and they look young. You were reported to the Missing and Exploited Children over the images.

Anyways, please show up tomorrow (to get served) -we're calling every hotel in the area tonight to see if you've checked in.

5:51 PM, May 16, 2025, Danesh Noshirvan <noshirvan@yandex.com>:

CheeseDanesh,

Meet and Confer is mandatory. Not optional, regardless of your lol. You're now in default. Hahahahahaha

If we were Richard, here is our proposed response to your failure of a pleading.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 2:25-cv-00337-JLB-NPM

PLAINTIFF'S OPPOSITION TO DEFENDANT'S LAST-MINUTE MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiff, RICHARD LUTHMANN, respectfully opposes Defendant Danesh Noshirvan's Motion for Extension of Time (Dkt. __), filed on May 16, 2025, the very day the Answer was due, as a bad faith and procedurally defective attempt to obstruct and delay this litigation. The motion is untimely, unsubstantiated, and plainly strategic.

---

I. DEFENDANT'S DELAY IS NEITHER EXCUSABLE NOR MADE IN GOOD FAITH

Courts in the Middle District of Florida have consistently held that "[t]he mere existence of other litigation, even involving overlapping issues or parties, does not automatically justify delay in a separate matter." See Williams v. Ocwen Loan Servicing, LLC, No. 6:14-cv-212-Orl-37KRS, 2014 WL 3091968, at *2 (M.D. Fla. July 7, 2014)**. Defendant's vague assertion of being involved in another legal proceeding—without providing the case name, number, court, or specific facts—renders the claim facially insufficient.

Further, the Eleventh Circuit has been clear: "[A] litigant who ignores a clear deadline does so at his peril. Extensions are not granted as a matter of routine." See Young v. City of Palm Bay, Fla., 358 F.3d 859, 864 (11th Cir. 2004).

Here, Defendant had 21 full days following service on April 25, 2025 to seek an extension or file a timely answer. He did neither. He waited until the final hour of the final day to make a hollow request, while failing to provide any affidavits, documentary evidence, or sworn statements to justify the claimed hardship. Delay alone is not excusable neglect. See Advanced Estimating System, Inc. v. Riney, 130 F.3d 996, 998–99 (11th Cir. 1997).

---

II. FAILURE TO CONFER IS UNEXCUSED AND VIOLATES LOCAL RULE 3.01(g)

Defendant admits that he made no effort to confer with Plaintiff in advance of filing this motion, citing vague accusations of "harassment" stemming from an unrelated case. This excuse is not legally sufficient.

Under Local Rule 3.01(g), parties are required to engage in a meaningful meet-and-confer prior to filing most motions. The rule is mandatory. The Middle District has emphasized that "[c]ertification under Rule 3.01(g) is not a perfunctory requirement." See Swaney v. Regions Bank, No. 2:13-cv-534-FtM-38CM, 2014 WL 3012693, at *1 (M.D. Fla. July 3, 2014)**.

Courts have denied motions solely for failure to comply with this rule—even where the motion may have merit. See also Bodiford v. State Farm Mutual Auto Ins. Co., No. 6:19-cv-70-Orl-28LRH, 2020 WL 1891316 (M.D. Fla. Apr. 16, 2020). Defendant's invocation of harassment—unsupported by any specific allegations or protective order—is a post hoc rationalization for dodging his duty under the rules.

---

III. DEFENDANT'S HISTORY OF LITIGATION ABUSE WARRANTS HEIGHTENED SCRUTINY

The Defendant's behavior in this action mirrors his conduct in related matters. In Luthmann v. Noshirvan, 2:23-cv-1218, the Defendant engaged in a series of procedural games, last-minute filings, and unsupported allegations that resulted in substantial delay and judicial waste. As the Eleventh Circuit has held, "bad faith conduct may be inferred from a pattern of delay, obfuscation, and tactical gamesmanship." See In re Sunshine Jr. Stores, Inc., 456 F.3d 1291, 1306 (11th Cir. 2006).

This Court is not obligated to indulge Defendant's pattern of strategic foot-dragging. Courts may—and should—refuse extensions "when delay tactics, rather than legitimate needs, appear to be the true purpose of the request." See U.S. v. Certain Real Prop. Located at Route 1, Bryant, Ala., 126 F.3d 1314, 1317 (11th Cir. 1997).

---

IV. PLAINTIFF IS PREJUDICED AND DEFENDANT'S CONDUCT IS SANCTIONABLE

Plaintiff has been forced to expend time and resources preparing for default judgment and defending against last-minute motions that could have been timely filed or discussed earlier. This type of ambush litigation undermines judicial efficiency and burdens the opposing party with unnecessary work. Such prejudice is precisely the type of harm that the rules are designed to avoid.

Defendant's failure to act with diligence, failure to confer, and attempt to delay are collectively sanctionable conduct under Fed. R. Civ. P. 11 and should not be rewarded.

---

CONCLUSION

Defendant's motion is a transparent, unsupported, and abusive attempt to avoid accountability. The Court should deny the motion for extension, find the delay inexcusable, and enter default or set a firm deadline with no further continuances.

Respectfully submitted,
Date: May 16, 2025

8:40 PM, May 15, 2025, Danesh Noshirvan <noshirvan@yandex.com>:

> Nicki Poo-Poo-Pants,
> Danesh Pedoshirvan,
>
> No matter how hard your yelp, like britches, on the docket with your lies, you can't find one example of Camp communicating, or vise versa, with any Defendant. Yet, the clown ass judges are continuing to allow you two bitches to prosecute this frivolous ambulance chaser attempt at the detriment of essential, but non-party individuals incapable of defending themselves.
>
> The ever changing narrative of the many complaints, then the dver increasing cast of conspiracy participants (nos including judges, media personalities, Randoms, John Does, multiple attorneys) while it is you and your client Sandy's Boy here who are the real fucking criminals.
>
> Tired of these two thugs, but eh, we will keep the shadow docket going while we wait the duration of the appeals, ask for more time, file briefing and amicus, and tilt the windmills of Appeal procedures for the lulz. Thanks for the invite.
>
> We, like Camp appears, act on our own. Do as we please. With no pay or instruction from anyone.

9:33 AM, May 14, 2025, Danesh Noshirvan <noshirvan@yandex.com>:

> More about the liar retard Brad
>
> https://yourdaddyjoey.news/2025/04/20/cyber-charlatan-the-orchestrated-deceptions-of-brad-laporte-digital-hitman/
>
> 7:08 AM, May 11, 2025, Danesh Noshirvan <noshirvan@yandex.com>:
>
>> Subject: Motion to Strike – And a Reality Check, Nicki-Poo
>>
>> Dear Nicki-Poo-Poo-Pants,
>>
>> We were offline for a few days. According to your fever-dream logic, that obviously means we were plotting a conspiracy. That level of delusion is honestly impressive. Are you ok? Truly.
>>
>> Anyway, while life was happening — you know, that thing outside of bad faith filings and sloppy legal gymnastics — we did manage to make time to reflect on your unique brand of incompetence. And by reflect, we mean ridicule. Attached, please find a PDF authored (according to metadata, and your own logic) by your dear client Danesh Noshirvan, submitted from an IP address in Mansfield, PA — so, yes, clearly filed by Danesh Noshirvan (your logic, not ours). No forensic team needed -right Dudek?
>>
>> As expected, the pleading we are noving to strike violates Rule 301(g) because you seem to treat legal procedure the same way you treat spelling — as a flexible suggestion. Your ambulance chasing MO is transparent: bully your way to a settlement with half-baked filings, inflated self-importance, and a level of procedural ignorance that borders on performance art. Spoiler alert: it's not working. Only we can decorate the docket with art.
>>
>> Tell your boy James "Moneybags" McGibney to be present in person, that claiming poverty while ghosting in court court appearances doesn't pass the laugh test. Especially while he is claiming he has a multi-season documentary contract with Warner Brothers, regularly teases his wealth,

appears with celebrity endorsements, and so on. Your pleading about him was false and you tried to cover that up by claiming you didn't know who you would subponea -which begs the questions asked, then how can you know they can't appear in person due to poverty?

Now, if you're wondering why our response and our emails took a few days off: we were busy conspiring… with our genitals. And our favorite adult entertainers. Still a more legitimate excuse than anything you've ever offered a court.

Also, Nick — if you're going to get cute about typos, maybe check your own filings first. Your pleadings read like a rejected rap lyric scribbled in crayon at the Young Thug trial. You need an editor because Vicki isnt cutting it. And a reality check. We're happy to deliver both. For life. You will never be rid of us now.

How's that clown subpoena working out for you? You dared us to challenge it. Now we're here. Mask on. Ready to perform. And since there is no responsive records the challenge is for show and humor and to vex you because we know the end results, years from now.

Pro tip: stop serving subpoenas on anonymous parties you can't identify and then pretend you know exactly who they are -you can scream into the wind 24/7 and make assumptions and false statements connecting us to a specific individual, but when will you produce authenticated evidence of the same. The About US section of a YouTube is not authenticated -as Dudek can attest now.

And now you've dragged in more attorneys, a judge, and another journalist into your conspiracy fantasy against your sexually deviant client. The conspirators grow daily in your world. Do you have monsters under the bed too? What's next — aliens? We suggest you prepare McGibney for extensive cross-examination. We have years of Viaview Files research and we're happy to share, anonymously, with every defense team involved.

Finally, let's clear this up once and for all: OnlyFans content is not and can never be revenge porn. It's commercial smut behind a paywall. No privacy expectation. No protection. Just profit (we ourselves contributed our two cents to Danesh's purse for the right to denude the content of any expectation of privacy). The Middle District of Florida, the Eleventh Circuit, and more than a few Florida state courts have all said the same. You know this. But hey, never let the law get in the way of your narrative.

Find attached our Motion to Strike. Get your popcorn.

Warmest regards (not really),
John Doe & John Doe 2
Pro Se Performers in the Circus You Built

1:03 PM, May 8, 2025, Danesh Noshirvan <noshirvan@yandex.com>:

> CheeseDanesh finally admits that he has no evidence to substantiate his conspiracy.
>
> It is highly doubtful that anyone is being paid, and if they were then discovery would have already disclosed the amounts. By default CheeseDanesh now admits that there is no conspiracy. Just a lot of victims fighting back and want to destroy him for the many lives he has destroyed.
>
> He doesn't like when he gets the vibes in a much more serious manner than he can dish. He thinks it is entertaining to destroy other people's lives, make fun of them, and send an army of losers to harass them, but he doesn't like the same medicine.
>
> Too bad Danesh, take your medicine like a big boy and shut the fuck up. Regardless of the outcome of this case, we are going to fuck with you, your wife, your family, your kids, foe the rest of your lives. Why? Because you won't stop, so we won't stop.
>
> However, back to the topic at hand. You now admit there is no evidence to support your conspiracy. The court needs to stop up, shut you and your lolwyer down, and end this circus.
>
> Nicki Poo-Poo-Pants, never gonna stop fucking with you either. Enjoy the vibes.
>
> > 8:53 PM, May 7, 2025, Danesh Noshirvan <noshirvan@yandex.com>:
> >
> > > We are lazy today so we didn't really put too much effort into our rebuttal. We will file it tomorrow, with a new VPN and "author" metadata being that of Nick Poo-Poo-Pants Chiapet.
> > >
> > > After we are done loving the hoes, we will spend tomorrow filling this out with more precision, as all of our pleadings are known for -regardless of what that idiot Steele says. Enjoy our rough draft:

JOHN DOE'S REBUTTAL TO PLAINTIFF DANESH NOSHIRVAN'S RESPONSE (DKT. 361) WITH INCORPORATED AUTHORITIES

INTRODUCTION
Plaintiff Danesh Noshirvan's Response in Opposition (Dkt. 361) is a disjointed, legally barren screed that reads more like a therapy session than a federal pleading. In a melodramatic attempt to deflect from his own misconduct, Noshirvan rehashes stale grievances, misstates controlling precedent, and wildly exaggerates events that—at worst—constitute protected litigation conduct, and introduces more chararers to his ever evolving lineup of conspirators (Frank something or other, multiple new attorneys, etc). This Court deserves clarity, not performance art.

I. PLAINTIFF'S ONLYFANS ACCOUNT WAS NOT "STOLEN" — LEGAL ACCESS WAS OBTAINED BY SUBSCRIPTION
Despite his flair for courtroom victim cosplay, Noshirvan's claim that his adult content was "stolen" is fiction. Access was gained via a paid subscription. Full stop. Courts have repeatedly held that content made available—voluntarily—on a monetized platform behind a paywall does not create a reasonable expectation of privacy. See HiQ Labs, Inc. v. LinkedIn Corp., 31 F.4th 1180, 1199 (9th Cir. 2022). This was not a HIPAA breach or bank hack. It was OnlyFans.

His invocation of Florida Statute § 784.049 is a laughable misapplication: the statute punishes non-consensual dissemination of private material. Here, Noshirvan created, monetized, and broadcast his content. There is no privacy interest in what you sell to strangers.

II. NO EVIDENCE LINKS JOSEPH CAMP TO "[NOSHIRVAN@YANDEX.COM](mailto:NOSHIRVAN@YANDEX.COM)"
Noshirvan's allegation that Camp authored harassment via [noshirvan@yandex.com](mailto:noshirvan@yandex.com) is completely unsupported. No IP logs, no authentication, no expert affidavit. Nothing admissible. His vague assertion that "Meta confirmed" the email is textbook hearsay. See United States v. Cruz, 805 F.2d 1464, 1477 (11th Cir. 1986); Fed. R. Evid. 901(a). In other words: "Meta told me" is not evidence. Regardless, if indeed that we're the case there is no reason except vexatiousness to seek the same data from YouTube via the subponea that introduced us, John Does, to this litigation considering that our use of the email is without any verification -much like how Dudek used his court chambers email in exactly the same manner. We reiterate our Motion to Quash, and all our pleadings were and are legitimate ( grab cites, clean this up).

III. PLAINTIFF'S FAILURE TO JOIN CAMP REQUIRES DISMISSAL UNDER RULE 12(b)(7)
Camp is at the center of Plaintiff's conspiracy fantasy, yet again, with more characteds introuced, yet remains a non-party. That violates Fed. R. Civ. P. 19(a)(1) and Eleventh Circuit authority. See Molinos Valle Del Cibao v. Lama, 633 F.3d 1330, 1344 (11th Cir. 2011). If Plaintiff truly believes Camp disseminated the content and led the harassment, his refusal to join him, 3 times now, signals strategic omission and gamesmanship—not good faith litigation.

IV. PLAINTIFF PROVIDES NO EVIDENCE OF COORDINATION BY DEFENDANTS
Wild accusations about Couture and others directing a "campaign" via Camp and Luthmann lack any evidentiary support. No payment trail, no messages, no contract. Ashcroft v. Iqbal, 556 U.S. 662 (2009), prohibits claims based on "naked assertions devoid of further factual enhancement." See also United States v. Dekle, 768 F.2d 1257, 1263 (11th Cir. 1985): association ≠ conspiracy.

V. PLAINTIFF'S OWN STATEMENTS DEMONSTRATE ACTUAL MALICE AND BAD FAITH
Noshirvan's filings and social media posts describe his opponents as "misogynist pigs," "low-class racists," and "child stalker lawyers." These aren't mere "expressions of distress." They're calculated slurs published with actual malice. See New York Times Co. v. Sullivan, 376 U.S. 254 (1964); Turner v. Wells, 879 F.3d 1254, 1272 (11th Cir. 2018).

VI. DEPOSITION QUESTIONS ARE NOT SEXUAL HARASSMENT

Let's not pretend that a lawful deposition becomes "harassment" because Plaintiff regrets monetizing his sex life. Courts reject the idea that discomfort during legal questioning equals actionable harm. See Kozlowski v. Sears, Roebuck & Co., 632 F. Supp. 2d 1260, 1268 (M.D. Fla. 2009). If Plaintiff didn't want questions about swingers and adult content, perhaps he shouldn't have charged money to showcase them.

VII. TYPOGRAPHICAL ERROR TANGO: PLAINTIFF'S FILING IS SELF-SANCTIONING

Plaintiff's attorney previously attempted to cite Movant's previous typos as proof of some sort, yet Dkt. 361 reads like it was ghostwritten by autocorrect on cocaine. From "kinked" instead of "linked" to "posing" instead of "posting," the brief is a self-own of epic proportions with 19 identified type-os. Does he even copy edit his rage filled, fat fingered, keyboard warrioring?

CONCLUSION

Danesh Noshirvan is not a victim. He's a digital arsonist seeking refuge from the fire he started. He refused to join indispensable parties, made demonstrably false accusations. His filing should be stricken under the Court's inherent powers and 28 U.S.C. § 1927. Enough theatrics.

We respectfully request that this Court:

1. Strike Dkt. 361 in full,

2. Admonish Plaintiff's counsel for vexatious conduct, and

3. Preserve the integrity of these proceedings by reinstating our Motion to Quash Plaintiff's Counsel's ego and granting the same.

Respectfully,
JOHN DOE
Movant and Non-Party
(And most certainly not Joseph Campo).

1:55 PM, May 7, 2025, Danesh Noshirvan <noshirvan@yandex.com>:

> It has sadly come to our attention that credibleincest and cowardly bitch violated the sanctity of our non-ex-parte communications and will now be expelled from the chat moving forward.
>
> Britches get stitches (or in this case no longer get to share in our humorous legal defense).
>
> Have a good rest of the day. We got hookers to entertain.
>
> > 9:21 PM, May 6, 2025, Danesh Noshirvan <noshirvan@yandex.com>:
> >
> > > Hello CheeseDanesh, Corrupted Dudek, Nicki Poo-Poo-Pants, and the rest of the performers in this legal circus.
> > >
> > > We wanted to let you all know that we quit the pro se nightmare game. It's not for us. We like to fuck britches and travel the world. No reason to waste time on pro se. In doing so, we have hired our pal, John Doe 007 to create, manage, and update our new blog, which will be hosted at www.thatdaneshguy.com. it will help share the ridiculous circus that the judges in this case have allowed CheeseBrain and Poo-Poo-Pants to turn this case in to with impunity.

Our legal ramblings will be uncensored, biting critique, with a touch of matching vibes and clean hands. If Danesh can do it, so can (and will) we. But we will go 100%, harder than CheeseBitch.

We are nearly completed with out lawsuit against Dudek for his YouTube channel, and the letter to EVERY member of congress demanding am impeachment inquiry.

We hae rights, like the right to fuck prostitutes and pretend the money is for food so we do have ro pay for sex. Technicalities abound, but in the end, we know it when we see it.

So, we are going to expose it all, and cheesebread fruitcake with Poo-Poo-Pants can't do anything about it.

Please tell the clerk to hurry up with the Motions to Quash 11th Circuit send off. We're tired of sitting around in limbo (better yet, don't. The longer they delay, the longer Nick is delayed. See what we did there? Nicki, we outsmarted you, your associate and pocket corrupted magastrate judge Dudek (who failed to dox us in violation of our due process, in court) and Steele who we believe should be disbarred.

Anyways, again, we didn't invite ourselves to this parte, Nicki Poo-Poo-Pants the ambulance chaser did, we just party hard. We're always watching. Be prepared to read the blog. First article is the story of Nick shitting his depends diapers with Vicki having to run to the local drug store to buy more.

Good night.

Always and forever anonymous,

No judge, suvponea, or records release will take that away from us. Hahahahahaha

We win by hook or crook.

P.s. all PDFs sent to the Court and this email, have Danesh Noshirvan as the author -Dudek, next time don't play stupid games with meta-data, we are smarter than you, Nicki Poo-Poo-Pants and anticipated exactly what happened, which is how we got our Notice of Appeals filed within moments of you attempting to dox us in violation of due process.

Now by your own standards, Danesh is the author of the PDFs and John Does and you Dudek are the author of the YouTube channel that defamed us.

Govern yourselves accordingly, and DaneshTowelBoy, I double dog dare you to write another defamatory Substack bitcg? I bet you a blow job from Hannah you're too scared. Weak ass bitch.

10:03 PM, May 4, 2025, Danesh Noshirvan <noshirvan@yandex.com>:

> Hey CheeseDanesh,
>
> You really ought to fire your "lolwyer" Nicki Poo-Poo-Pants Chiapet, for writing that tragically

misinformed Substack meltdown masquerading as a legal rebuttal. Lutthman's defamation suit isn't going away just because your keyboard warrior moonlights as a fake lawyer.

Maybe—just maybe—you should've Googled what a public figure actually means in defamation law before publishing that legal diarrhea. Spoiler alert: Lutthman doesn't qualify. Not even Judge Steele—the Clinton-appointed kangaroo in robes, currently racking up misconduct allegations and impeachment articles, like they're Pokémon cards—could shoehorn Lutthman into the "public figure" category, even after you, Danesh, offered him a bribe.

Better luck next footnote, bonehead.

Here is the legal breakdown for your uneducated lolwyer.

In the Middle District of Florida, the definition of a "public figure" in defamation cases aligns with federal standards established by the U.S. Supreme Court, particularly in the landmark case Gertz v. Robert Welch, Inc. (1974). This case delineates two primary categories of public figures:

1. All-Purpose Public Figures: Individuals who have achieved pervasive fame or notoriety in the community.  (Like someone with 2,000,000 followers on TikTok).


2. Limited-Purpose Public Figures: Individuals who have voluntarily injected themselves into a particular public controversy to influence its outcome.  (This isn't a public controversy). Outside the circles who know, the wider general public is completely unaware of Lutthman, Couture, etc.).

You know who is a public figure—by his own wicked admission? The Boogeyman himself: Joseph A. Camp. Why? Because unlike fragile little law school flunkies like you, he thrives on chaos. He feeds on headlines, bathes in lawsuits, and laughs while the media throws shade his way. He doesn't just accept the negativity—he marinates in it.

And here's the kicker: if you cross him, he will ruin you. Not with loud tantrums, but with cold, clinical precision. He will dismantle your reputation, brick by brick, for years—decades if needed—until your name

is synonymous with failure. So keep that in mind, Nicki Poo-Poo-Pants. Every time you prop up one of your bargain bin clients for a slanderous stunt, he'll make sure the press, their boss, and their grandma hear about it. Forever. Sleep tight fatso Nicki Poo-Poo-Pants (tell everyone about the little Depends Malfunction you had... 🤣 Poo-Poo-Pants.

Ny the way, Vicki had a "consultation" with a client who happened to be one of the John Does. She was very informative, open and communicated a lot. She told the individual all about this case (trying to hype you up, 🤣 ). We plan to introduce you to a new world, where you will accept a bullshit case, manufactured by us, with "actual" evidence, and you will file it, and then, well, you will be exposed as the fraud you are. Remember Nicki Poo-Poo-Pants, we know who you are, but you don't know who we are. We literally walked into your office and you had no idea.

See you again real soon Poo-Poo-Pants. Don't kick your dog again, it's cruelty to animals. If we hear about it one more time, your new neighbor will report you.


6:34 PM, May 1, 2025, Danesh Noshirvan <noshirvan@yandex.com>:

> Please find our next pleading, to be sent still, using our new VPN (because we know Dudek likes ro prematurely ejaculate our dox during oral).
>
> Have a good night. Enjoy. This document is legally sound, supported by legitimate law, and a first impression issue.
>
> We completed this document in 30 minutes, with accurate research, a declaration, and exhibits.
>
> Nick Poo-Poo-Pants has no excuse, no declarations, no exhibits. We are just to take his word for it? Yeah right.
> 8:40 AM, May 1, 2025, Danesh Noshirvan <noshirvan@yandex.com>:
>
>> We took a vote,