Outlook

## Welcome to the party

**From** Danesh Noshirvan <noshirvan@yandex.com>
**Date** Sun 5/18/2025 6:56 PM
**To** Christopher Marlborough <Chris@marlboroughlawfirm.com>

If you thought Joey was scary, now you have the John Does.

We are 1000x scarier and more effective than Joey ever could be.

Life is going to get really fun for you. See you soon. Don't worry, we only want to serve you a subponea and a civil document or two.

And your partner is about to learn a valuable lesson as well.

In minding your own business.

You just gave us about 100 gigs of your client's files. What a retard you are.

We are preparing them now to leak them all.