UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN, AN INDIVIDUAL,

      Plaintiff,

v.

JENNIFER COUTURE, *et al.*,

      Defendants,

_____/

Case No. 2:23-CV-01218-JES-KCD

## THIRD AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Pursuant to the Court's Endorsed Order (Doc. 398), it enters this Third Amended Case Management and Scheduling Order:

| **Dispositive and *Daubert* Motions** | 8/29/2025 |
|---|---|
| **Final Pretrial Meeting** | 1/30/2026 |
| **All Other Motions (including motions *in limine*) and Trial Briefs (non-jury trials)** | 2/9/2026 |
| **Joint Final Pretrial Statement (including, as applicable, joint-proposed jury instructions and verdict form, case-specific *voir dire* questions, witness lists, and exhibit lists, all of which must also be emailed to the presiding trial judge's chambers email inbox as** | 2/13/2026 |

| provided on the Court's public website) | |
|---|---|
| **Final Pretrial Conference** | 2/27/2026 |
| **Monthly Trial Term** | 3/2/2026 |
| **Estimated Length of Trial** | 10 days |
| **Jury or Non-Jury** | Jury |

All other provisions of the prior scheduling order(s) entered in this case shall remain in effect unless expressly modified herein or by further court order.

**ORDERED** in Fort Myers, Florida on May 20, 2025.

*Kyle C. Dudek*
Kyle C. Dudek
United States Magistrate Judge

2