UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN, an individual

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.:　2:23-cv-1218-JES-KCD

JENNIFER COUTURE, RALPH GARRAMONE M.D., RALPH GARRAMONE M.D. P.A., CENTRAL PARK OF SOUTHWEST FLORIDA, LLC, WRAITH, LLC, SULLIVAN STREET INVESTMENTS, LLC, HAIRPIN TURN, LLC, OMG REALTY, LLC, R G WEIGHT MANAGEMENT, LLC, CENTRAL PARK SOUTH, LLC, BRANTLEE, LLC, LEGACY OF MARIE GARRAMONE, LLC, GARRAMONE MARKETING, INC., 5681 DIVISION LLC, THE LAW OFFICE OF PATRICK TRAINOR ESQ. LLC, PATRICK TRAINOR and ANTI-DOXING LEAGUE INC.,

    Defendants.

| **JUDGE:** | John E. Steele | **COUNSEL FOR PLAINTIFF** | Nicholas A. Chiappetta |
|---|---|---|---|
| **DEPUTY CLERK:** | Juan Garcia Gonzalez | **COUNSEL FOR DEFENDANT:** | Aaron Alfano, Harvey W. Gurland, Jr., Julian Antony Jackson-Fannin, Michael Silverman, and Patrick Trainor |
| **COURT REPORTER** | Brandi Wilkins | **DATE/TIME** | May 20, 2025 10:00 AM |

**Motion Hearing - Day 2**

Start Time:　　10:00 am

    Court convenes for day 2.

    Attorney Chiappetta continues direct examination of **Patrick Trainor**.  Witness remains under oath.
    Direct (Cont.): 10:00 am - 10:21 am
    Witness excused.

10:21 am　　　Plaintiff Rests.

| | |
|---|---|
| 10:23 am | COURT IN RECESS |
| 10:36 AM | COURT IN SESSION |

    Mr. Chiappetta makes oral arguments.  Mr. Gurland, Jr. presents oral arguments and responds.  Mr. Alfano makes oral arguments on the record.  Mr. Trainor makes arguments.  Mr. Chiappetta rebuttals.

    Attorney Gurland, Jr. makes oral arguments to third motion.

    Attorney Gurland, Jr. calls **Julian Antony Jackson-Fannin** to the witness stand. Witness sworn.
    Direct: 11:11 am – 1:06 pm

1:07 pm    COURT IN RECESS

2:20 pm    COURT IN SESSION

    Cross Examination: 2:21 pm – 4:20 pm
    Redirect: 4:20 pm – 4:31 pm
    Recross: 4:31 pm - 4:36 pm
    Witness Excused.

    Mr. Gurland Jr. makes final remarks and arguments. Mr. Chiappetta makes final remarks and arguments.  The Court will issue and order ruling on pending motions.

5:01 pm    COURT IN RECESS
Total Time: 5:48