UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Fort Myers Division

Danesh Noshirvan

v.

Jennifer Couture et al.

Case No.   2:23-cv-01218-JES-KCD

ADMITTED EXHIBIT LIST

☐ Plaintiff          ☐ Defendant          ☐ Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| P-2 | 5/19/2025 | 5/19/2025 | | | Email dated 12/14/2024 |
| P-3 | 5/19/2025 | 5/19/2025 | | | Email dated 7/13/204 with investigator report |
| P-4 | 5/19/2025 | 5/19/2025 | | | Composite Exhibit of various emails with links |
| P-5 | 5/19/2025 | 5/19/2025 | | | Photograph |
| P-6 | 5/19/2025 | 5/19/2025 | | | Text messages |
| P-7 | 5/19/2025 | 5/19/2025 | | | Email dated 10/10/2024 |
| P-8 | 5/19/2025 | 5/19/2025 | | | New Jersey Department of the Treasury – Certificate of Inc. |
| P-9 | 5/19/2025 | 5/19/2025 | | | We Serve NJ LLC Email |

| P-10 | 5/19/2025 | 5/19/2025 | | | Email dated 2/9/2024 |
|---|---|---|---|---|---|
| P-11 | 5/19/2025 | 5/19/2025 | | | Email dated 12/22/2023 re Affidavit |
| P-14 | 5/20/2025 | 5/20/2025 | | | Email re "Fwd: Receipt for your purchase on Epik on 09/16/2021 |
| D-1 | 5/19/2025 | 5/19/2025 | | | Noshirvan Suspect Guilt Swatted |
| D-2 | 5/19/2025 | 5/19/2025 | | | Email dated 9/23/2022 |
| D-3 | 5/19/2025 | 5/19/2025 | | | Screenshot |
| D-4 | 5/19/2025 | 5/19/2025 | | | thread |
| D-5 | 5/19/2025 | 5/19/2025 | | | 9/12/2024 thread |
| D-6 | 5/19/2025 | 5/19/2025 | | | Thread re BullyVille |
| A | 5/20/2025 | 5/20/2025 | | | Article |
| K | 5/20/2025 | 5/20/2025 | | | Email dated 4/16/2025 |
| I | 5/20/2025 | 5/20/2025 | | | Substack Post |
| B1 | 5/20/2025 | 5/20/2025 | | | Substack Post |
| B2 | 5/20/2025 | 5/20/2025 | | | Substack Post |

| | | | | | |
|---|---|---|---|---|---|
| C | 5/20/2025 | 5/20/2025 | | | Substack Post |
| D1 | 5/20/2025 | 5/20/2025 | | | Substack Post |
| D2 | 5/20/2025 | 5/20/2025 | | | Instagram Post |
| D3 | 5/20/2025 | 5/20/2025 | | | Instagram Post |
| D4 | 5/20/2025 | 5/20/2025 | | | Instagram Post |
| D5 | 5/20/2025 | 5/20/2025 | | | Screen Shot of notifications and comments |
| D6 | 5/20/2025 | 5/20/2025 | | | Instagram Post |
| D7 | 5/20/2025 | 5/20/2025 | | | Instagram Post |
| E | 5/20/2025 | 5/20/2025 | | | Instagram Composite |
| G | 5/20/2025 | 5/20/2025 | | | Substack |
| H | 5/20/2025 | 5/20/2025 | | | Substack |
| F | 5/20/2025 | 5/20/2025 | | | Email Chain |
| J | 5/20/2025 | 5/20/2025 | | | Composite |
| M | 5/20/2025 | 5/20/2025 | | | Video (3 Videos) |

| L | 5/20/2025 | 5/20/2025 |  |  | SEALED BY COURT ORDER |