
U.S. District Court
Middle District of Florida

**DEFENDANT'S EXHIBIT**

Exhibit Number: M

Case Number: 23-cv-01218-JES-KCD

Danesh Noshirvan
v.
Jennifer Couture, et al.

Date Identified: MAY 20 2025

Date Admitted: MAY 20 2025

Thumb Drive containing 3 videos / 3 Audio