IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN a/k/a @THATDANESHGUY,

Plaintiffs,

v.

JENNIFER COUTURE, et al.,

Defendants.

Civil Case No.: 2:23-cv-01218

**DEFENDANTS PATRICK TRAINOR, an individual, THE LAW OFFICE OF PATRICK TRAINOR ESQ., LLC, ANTI-DOXING LEAGUE INC., CENTRAL PARK OF SOUTHWEST FLORIDA, LLC, SULLIVAN STREET INVESTMENTS, LLC, HAIRPIN TURN, LLC, RG WEIGHT MANAGEMENT, LLC, BRANTLEE, LLC, LEGACY OF MARIE GARRAMONE, LLC, GARRAMONE MARKETING, INC., 5681 DIVISION LLC, NOTICE OF JOINDER IN RALPH GARRAMONE, M.D., P.A. d/b/a GARRAMONE PLASTIC SURGERY'S OPPOSITION TO PLAINTIFF DANESH NOSHIRVAN'S NON-COMPLIANT AND UNTIMELY SUBMISSION OF THE REBUTTAL REPORT OF CHRIS SILVER SMITH [D.E. 410 AND 411]**

Defendants Patrick Trainor, The Law Office of Patrick Trainor Esq., LLC, and Anti-Doxing League Inc., Central Park of Southwest Florida, LLC, Sullivan Street Investments, LLC, Hairpin Turn, LLC, RG Weight Management, LLC, Brantlee, LLC, Legacy of Marie Garramone, LLC, Garramone Marketing, Inc., 5681 Division, LLC, by and through their undersigned counsel, hereby, join Defendant Ralph Garramone, M.D., P.A. d/b/a Garramone Plastic Surgery's opposition to plaintiff Danesh Noshirvan's non-compliant and untimely submission of the rebuttal report of Chris Silver Smith [D.E. 410 and 411].

|  |  |
|---|---|
| | Respectfully submitted, |
| | [signature] |
| June 17, 2025 | _____ |
| | Patrick Trainor, Esquire (Attorney ID 242682019) |
| | **LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC** |
| | 19 Union Avenue, Suite 201 |
| | Rutherford, New Jersey 07070 |
| | P: (201) 777-3327 |
| | F: (201) 896-7815 |
| | pt@ptesq.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2025, I electronically filed the foregoing with the Clerk of the Court by using the court's CM/ECF system, which will send notice of electronic filing to all counsel and/or parties in this action.

Nicholas A. Chiappetta, Esq.
Fla. Bar No. 1006407
Chiappetta Trial Lawyers
2101 Vista Parkway, Ste. 258
West Palm Beach, FL 33411
T: 561-768-4500
E: nick@chiappettalegal.com
*Attorney for Plaintiff*

Harvey W. Gurland, Jr., Esq.
Fla. Bar No. 284033
Julian A. Jackson-Fannin, Esq.
Fla. Bar No. 93220
Duane Morris, LLP

2

201 South Biscayne Blvd., Ste. 3400
Miami, FL 33131
T: 561-962-2108
E: hwgurland@duanemorris.com
E: jjfannin@duanemorris.com
E: pnjemdoza@duanemorris.com
E: jmagarin@duanemorris.com
*Attorneys for Garramone Plastic Surgery*

Aaron Alfano, Esq. (Florida Bar No. 83909)
Rolfes Henry Co., L.P.A.
5415 87th Street East
Bradenton, FL 34211
T: (941) 684-0100
F: (941) 684-0109
E: aalfano@rolfeshenry.com
E: sburns@rolfeshenry.com
E: bhenry@rolfeshenry.com
E: kmcclintock@rolfeshenry.com
*Attorneys for Defendants Jennifer Couture, Ralph Garramone, MD, OMG Realty, LLC, and Wraith, LLC*

June 17, 2025                    _____
                                 Patrick Trainor