**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**CASE NO.:  2:23-cv-01218-JES-NPM**

DANESH NOSHIRVAN,

     Plaintiff,

v.

JENNIFER COUTURE, *et al.,*

     Defendants.

_____/

**<u>DEFENDANTS JENNIFER COUTURE, RALPH GARRAMONE, M.D.,</u>**
**<u>WRAITH, LLC AND OMG REALTY, LLC'S NOTICE OF JOINDER IN</u>**
**<u>RALPH GARRAMONE, M.D., P.A. D/B/A GARRAMONE PLASTIC</u>**
**<u>SURGERY'S NOTICE OF NON-COMPLIANCE WITH COURT ORDER AND</u>**
**<u>OBJECTION TO PLAINTIFF'S UNTIMELY REBUTTAL REPORT OF</u>**
**<u>CHRIS SILVER SMITH</u>**

     Defendants Jennifer Couture, Ralph Garramone, M.D., Wraith, LLC and OMG Realty, LLC, hereby join in Defendant Ralph Garramone, M.D., P.A., D/B/A Garramone Plastic Surgery's Notice of Plaintiff's Non-Compliance with Court Order and Objection to Plaintiff's Untimely Rebuttal Report of Chris Silver Smith [D.E. 411] filed June 16, 2025.

Date: June 17, 2025     Respectfully submitted,

     By:   /s/  *Aaron Alfano*_____
     Aaron Alfano, Esq.
     (Florida Bar No. 0083909)
     Brian P. Henry, Esq.

(Florida Bar No. 0089069)
Rolfes Henry Co., L.P.A.
5415 87th Street East
Bradenton, FL  34211
T:  (941) 684-0100
F:  (941) 684-0109
E: aalfano@rolfeshenry.com
E: sburns@rolfeshenry.com
E: bhenry@rolfeshenry.com
E:  kmcclintock@rolfeshenry.com

*Attorneys for Defendants Jennifer Couture, Ralph Garramone, MD, OMG Realty, LLC, and Wraith, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Substitution of Counsel was served this 17th day of June, 2025, on all counsel or parties of record via the Court's Electronic Filing System, Electronic Mail, or via regular mail:

Nicholas A. Chiappetta, Esq.
Fla. Bar No. 1006407
Chiappetta Trial Lawyers
2101 Vista Parkway, Ste. 258
West Palm Beach, FL  33411
T: 561-768-4500
E:  nick@chiappettalegal.com

*Attorney for Plaintiff*

Harvey W. Gurland, Jr., Esq.
Fla. Bar No. 284033
Julian A. Jackson-Fannin, Esq.
Fla. Bar No. 93220
Duane Morris, LLP
201 South Biscayne Blvd., Ste. 3400

Miami, FL  33131
T:  561-962-2108
E: hwgurland@duanemorris.com
E: jjfannin@duanemorris.com
E: pnjemdoza@duanemorris.com
E: jmagarin@duanemorris.com

*Attorneys for GPS*

Patrick Trainor, Esq.
Law Office of Patrick Trainor, Esq., LLC
19 Union Avenue, Suite 201
Rutherford, NJ  07070
T:  201-777-3327
E:  pt@ptesq.com

*Attorney for all Defendants*
*Except Garramone Plastic Surgery,*
*Jennifer Couture, Dr. Ralph Garramone,*
*OMG Realty, LLC and Wraith, LLC*

/s/  Aaron  Alfano
Aaron Alfano (Fla Bar No.: 83909)