UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN, an individual,

    Plaintiff,

v.                           Case No.: 2:23-cv-1218-JES-KCD

JENNIFER COUTURE, RALPH GARRAMONE M.D., RALPH GARRAMONE M.D. P.A., CENTRAL PARK OF SOUTHWEST FLORIDA, LLC, WRAITH, LLC, SULLIVAN STREET INVESTMENTS, LLC, HAIRPIN TURN, LLC, OMG REALTY, LLC, R G WEIGHT MANAGEMENT, LLC, CENTRAL PARK SOUTH, LLC, BRANTLEE, LLC, LEGACY OF MARIE GARRAMONE, LLC, GARRAMONE MARKETING, INC., 5681 DIVISION LLC, THE LAW OFFICE OF PATRICK TRAINOR ESQ. LLC, PATRICK TRAINOR and ANTI-DOXING LEAGUE INC.,

    Defendants.

| Judge: | Kyle C. Dudek | Counsel for Plaintiff | Nicholas A. Chiappetta |
|---|---|---|---|
| Deputy Clerk: | Courtney Ward | Counsel for Defendant: | Julian Jackson-Fannin (via telephone) for Def. Ralph Garramone, M.D., P.A. |

|  |  |  | Aaron Alfano for Defs. Couture, Garramone, OMG Realty and Wraith |
|---|---|---|---|
| **Court Reporter** | Digital | **Interpreter** |  |
| **Date/Time** | June 18, 2025 2:00 PM | **Total Time** | 1:58 PM-3:43 PM 1 hour, 45 minutes |

**Clerk's Minutes – Motion Hearing (Doc. 358 )**

Start time: 1:58 PM

Counsel makes appearances. Court reviews procedural history and discovery standards.

**Noshirvan's Fourth Motion to Compel (Doc. 358)**

The Court addresses Noshirvan's Fourth Motion to Compel Discovery and Third Motion to Compel Compliance with Court Orders.

**Folder #1 - Couture**
The Court questions Attorney Alfano re: production date of documents and organization and format of the documents produced to Plaintiff and he responds. Attorney Chiappetta then responds.

Attorney Chiappetta presents argument re: files produced via pdf and the Court questions Attorney Alfano who responds. Attorney Chiappetta presents further argument, as does Attorney Alfano. The Court finds that folder #1 is deficient as stated on record.

**Folder #2 - Couture**
Attorney Chiappetta presents argument of what was provided and in what format. Attorney Alfano responds. The Court finds that folder #2 is deficient as stated on record.

**Folder #3 – Couture**
Attorney Chiappetta presents argument of what was provided and in what format. Attorney Alfano responds. Both attorneys present further argument. The Court finds that folder #3 is deficient as stated on record.

**Folder #4 – Couture**
Attorney Chiappetta presents argument of what was provided and in what format. Attorney Alfano responds. Both attorneys present further argument.

**Folder #5 – Couture**
Attorney Chiappetta presents argument of what was provided and in what format. Attorney Alfano responds.

**Folder #6 – Couture**
Attorney Chiappetta presents argument of what was provided and in what format. Attorney Alfano responds.

The Court discusses the number of documents produced, unproduced documents, and questions Attorney Alfano who responds. Attorney Chiappetta remarks on unproduced documents; Attorney Alfano responds.

Search terms and non-production of documents are discussed and counsel responds. The Court remarks on the non-production issue and Attorney Alfano responds. Sanctions are discussed and counsel responds.

The Court finds that the document production by Couture and Garramone is deficient for the reasons stated on record. Defendants are ordered to go back and produce documents in compliance with Rule 34, as well as the documents which have not been produced. Counsel both present further argument and Attorney Alfano requests 10 days to produce the documents. Attorney Chiappetta requests extended time to depose Dr. Garramone but close discovery generally. Attorney Jackson-Fannin responds re: Garramone deposition issue.

The Court grants the Motion to Compel, provides 10 days to provide documents in accordance with Rule 34(e), discovery will close on 6/30/25 with the exception of Dr. Garramone's deposition, which can occur on or before 7/25/25. The remainder of the deadlines will remain. Monetary sanctions will be imposed and counsel has 14 days to confer on the amount of fees and costs and notify the Court. A $5,000.00 sanction against Defendants is made under Rule 37 separate and apart from the issues of fees and costs. The court makes further remarks. Attorney Chiappetta seeks clarification for scope of fees and costs and the Court responds, as stated on record.

The Court makes final remarks and the hearing is adjourned at 3:43 PM.