UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN, AN INDIVIDUAL;

    Plaintiff,

v.

JENNIFER COUTURE, *et al.*,

    Defendants,

Case No. 2:23-cv-1218-JES-KCD

## ORDER

This matter was before the Court for oral argument on Plaintiff Danesh Noshirvan's Fourth Motion to Compel. (Doc. 358.) For the reasons stated on the record, the motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendants Jennifer Couture and Dr. Ralph Garramone must produce all outstanding discovery and update their current discovery production to comply with Fed. R. 34(b)(2)(E) within ten days of this Order.

2. The discovery deadline is extended to July 25, 2025, for the sole purpose of deposing Dr. Garramone. All other discovery must conclude by the existing deadline.

3. Under Fed. R. Civ. P. 37(b)(2), the Court awards Plaintiff his attorney's fees and costs incurred in preparing for the last two motions to compel filed with the Court. Plaintiff's counsel is directed to prepare a ledger

of those expenses and confer with opposing counsel within 14 days. If the parties cannot agree on the amount of fees owed, Plaintiff must file an appropriate motion for the Court to determine the same. The Court also imposes a monetary sanction of $5,000 against Couture and Dr. Garramone for their repeated failures to comply with the Court's discovery orders. That amount is payable to Plaintiff within 21 days of this Order.

4. Plaintiff's motion is otherwise denied.

**ORDERED** in Fort Myers, Florida on June 18, 2025.

Kyle C. Dudek
United States Magistrate Judge