UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

|  |  |
|---|---|
| DANESH NOSHIRVAN, | Case No. 2:23-cv-01218-JES-KCD |
| Plaintiff, |  |
| v. |  |
| JENNIFER COUTURE, et al., |  |
| Defendants. |  |

## MEDIATION REPORT

Pursuant to Local Rule 16.2(f), the undersigned makes the following report.

1. The undersigned began the mediation on May 28, 2024, and completed the mediation on June 24, 2025.

2. All required parties were present.

3. The parties engaged in good faith discussions.

4. The parties were unable to reach a resolution and I declared an impasse.

Respectfully Submitted,

 /s/ John M. Barkett
John M. Barkett
Mediator
June 24, 2025

1