IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN
an individual,

       Plaintiff,

vs.

JENNIFER COUTURE, et'al,

       Defendant(s).
_____/

CASE NO:
2:23-cv-01218-JES-NPM

**PLAINTIFF'S UNOPPOSED MOTION TO SEAL**

Plaintiff, DANESH NOSHIRVAN, by and through undersigned counsel, and pursuant to Local Rule 1.11, and the Protective Order dated February 10, 2025 [DE 251], respectfully moves this Court for an Order permitting the filing of **Exhibit B** to Plaintiff's Response in Opposition to Ralph Garramone, MD, PA d/b/a Garramone Plastic Surgery's Notice of, Objection to, and Motion in Limine for Expert Witness Chris Silver Smith's Rebuttal Report (Dkt. 411), and The Remaining Defendants' Consent to Joint the Motion (Dkt. 412 and 413), being filed on this date, under seal, and states as follows:

1. The documents sought to be filed under seal are **Exhibit B,** the Deposition Transcript of Jennifer Couture and Exhibits thereto. The deposition is marked as *Confidential*, and the transcript and Exhibits

contain confidential information or may be perceived to contain confidential information pursuant to the Protective Order. See proposed sealed transcript and Exhibits attached.

2. Disclosure of this confidential information could result in a violation of the Protective Order.

3. In light of the sensitivity of the confidential information filing under seal is necessary.

4. The moving party has taken reasonable steps to protect the confidentiality of the information, however, redaction of such voluminous documents is not reasonable.

5. Plaintiff requests this Honorable Court seal **Exhibit B** to Plaintiff's Response in Opposition to Ralph Garramone, MD, PA d/b/a Garramone Plastic Surgery's Notice of, Objection to, and Motion in Limine for Expert Witness Chris Silver Smith's Rebuttal Report (Dkt. 411), and The Remaining Defendants' Consent to Joint the Motion (Dkt. 412 and 413), until this matter is concluded, and this case is closed.

6. The undersigned is the person authorized to retrieve the sealed, tangible item referred to in this Motion.

WHEREFORE, the Plaintiff respectfully requests this Honorable Court

seal the requested Exhibits to Plaintiff's Response in Opposition to Ralph Garramone, MD, PA d/b/a Garramone Plastic Surgery's Notice of, Objection to, and Motion in Limine for Expert Witness Chris Silver Smith's Rebuttal Report (Dkt. 411), and The Remaining Defendants' Consent to Joint the Motion (Dkt. 412 and 413) until this matter has concluded, and this case is closed, and any further relief the Court finds just and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that he conferred with counsel for all Defendants on June 26, 2025 and Defendants do not oppose Plaintiff's Motion to Seal.

> Nicholas A. Chiappetta, Esq.
> **Chiappetta Trial Lawyers**
> Attorneys for Mr. Noshirvan
> 2101 Vista Parkway, Suite 258
> West Palm Beach, Florida 33411
> Direct: (561) 768-4500
> Fax:    (561) 768-4600
> service@chiappettalegal.com
> nick@chiappettalegal.com
> www.chiappettalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on June ___, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Patrick Trainor, Esquire
**Law Office of Patrick Trainor, Esq., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070

Telephone: (201) 777-3327
Facsimile: (201) 896-7815
pt@ptesq.com
*Attorney for all Defendants*
*except Garramone Plastic Surgery,*
*Jennifer Couture, Dr. Ralph Garramone,*
*and OMG Realty, LLC*

Harvey W. Gurland, Jr., Esq.
Florida Bar No. 284033
Julian A. Jackson-Fannin, Esq.
Florida Bar No. 93220
Anoosheh Shaikh, Esq.
Florida Bar No. 1039830
**DUANE MORRIS LLP**
201 South Biscayne Boulevard
Suite 3400
Miami, FL 33131
Tel: 561.962.2108
HWGurland@duanemorris.com
JJFannin@duanemorris.com
AShaikh@duanemorris.com
PNMendoza@duanemorris.com
JMagarin@duanemorris.com
Attorneys for Garramone Plastic Surgery

Aaron Alfano, Esq.
Florida Bar No. 0083909
Brian P. Henry, Esq.
Florida Bar No. 0089069
Rolfes Henry Co., L.P.A.
5415 87th Street East
Bradenton, FL 34211
T: (941) 684-0100
F: (941) 684-0109
E: aalfano@rolfeshenry.com
E: sburns@rolfeshenry.com
E: bhenry@rolfeshenry.com
E: kmcclintock@rolfeshenry.com
Attorneys for Defendants

Jennifer Couture, Ralph Garramone, MD,
OMG Realty, LLC, and Wraith, LLC

/s/ *Nicholas A. Chiappetta*
Nicholas A. Chiappetta