Outlook

### Re: Meet and Confer

**From** Nick Chiappetta <nick@chiappettalegal.com>
**Date** Fri 6/20/2025 2:01 PM
**To** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Cc** Vicki Modaffari <vicki@chiappettalegal.com>



**Nick Chiappetta** | Founder
P. 561-768-4500
F. 561-768-4600
nick@chiappettalegal.com
2101 Vista Pkwy, Suite 258
West Palm Beach, Florida 33411

8401 Lake Worth Rd.,
Lake Worth, Florida 33467
*By Appointment Only*



Product Defect | Injury | Defamation | Insurance
www.chiappettalegal.com

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, re-transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 561-768-4500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

---

**From:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Sent:** Friday, June 20, 2025 11:40 AM
**To:** Nick Chiappetta <nick@chiappettalegal.com>
**Cc:** Vicki Modaffari <vicki@chiappettalegal.com>
**Subject:** Re: Meet and Confer

I did not level any ad hominem attacks you have been proven to be liar, completely dishonest, and unethical by your knowing use of falsehoods. See your We Serve NJ fabrication; the fabrication that I purchased the domain thatdaneshguy.com; the fabrication that I created social media accounts; the allegations your client fabricated about me in his FBI reports, and the remaining litany of your usage of obvious and known falsehoods.

And the pièce de résistance, Camp's alleged red notice arrest in Colombia. Do you guys know that red notices are searchable? The arrest photo takes the


EXHIBIT # A

cake, Your photoshopper usually does better work than that Camp image. Tell Danesh that someone arrested on a red notice does not get released for ten (10) days so he can appeal the red notice like he said in the video he deleted. And do not forget to produce all communications with Ms. Botyos even the ones Danesh told that minor female child to delete.

Sincerely,

Patrick Trainor, Esq.
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327 | F: (201) 896-7815

This electronic transmission – including any attachments – contains attorney privileged and confidential information intended for the sole use of the recipient (s) named. Any unauthorized review, use, dissemination, disclosure, distribution or copying of this transmission by any other person is strictly prohibited. If you are not an intended recipient or if you have received this communication in error, please notify us by telephone (201-777-3327).

This firm is a debt collector and may be attempting to collect a debt. Any information obtained from you will be used for that purpose. If you are currently protected by the filing of a petition in bankruptcy, the email, including attachments, if any, is for informational purposes only and should not be considered as an attempt to collect a debt.

---

**From:** Nick Chiappetta <nick@chiappettalegal.com>
**Sent:** Friday, June 20, 2025 11:28 AM
**To:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Cc:** Vicki Modaffari <vicki@chiappettalegal.com>
**Subject:** Re: Meet and Confer

Patrick,

Mediators cannot compel any settlement. It is simply not their roll. Period. As to the *ad hom* attacks, they only reflect poorly on you and your clients, and the hurt your co-conspirators.

Sincerely,

**Nick Chiappetta** | Founder
P. 561-768-4500
F. 561-768-4600
nick@chiappettalegal.com
2101 Vista Pkwy, Suite 258
West Palm Beach, Florida 33411

8401 Lake Worth Rd.,
Lake Worth, Florida 33467
*By Appointment Only*



Product Defect | Injury | Defamation | Insurance
https://url.avanan.click/v2/r01/
___www.chiappettalegal.com___.YXAzOmNoaWFwcGV0dGFsZWdhbDphOm86NmQ5ZDMzMDQ0MzVhMmFiNWUyZDA2MjdhOTJmMmQ2OTE6Nzo5Yjk0OjgxZTZjN2NmNTI1YTEzNzY4YjJhMDk2N2ViMzcwZGE4Mzk2YTdkjM2M3M2ZjMzY4ZmE2MjE5E5YzZmOGYyMTI3N2Y6dDpuOk4

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, re-transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 561-768-4500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

---

**From:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Sent:** Friday, June 20, 2025 11:25 AM
**To:** Nick Chiappetta <nick@chiappettalegal.com>
**Cc:** Vicki Modaffari <vicki@chiappettalegal.com>
**Subject:** Re: Meet and Confer

I am looking forward to Monday Nick. You and your client have been proven to be liars. The highly curated partial production of your client's documents that you produced proves all of the allegations made therein, are frivolous. Mediators cannot compel a settlement when they know a party is lying, and that party is you.

Sincerely,

Patrick Trainor, Esq.
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201

Rutherford, New Jersey 07070
P: (201) 777-3327 | F: (201) 896-7815

This electronic transmission – including any attachments – contains attorney privileged and confidential information intended for the sole use of the recipient (s) named. Any unauthorized review, use, dissemination, disclosure, distribution or copying of this transmission by any other person is strictly prohibited. If you are not an intended recipient or if you have received this communication in error, please notify us by telephone (201-777-3327).

This firm is a debt collector and may be attempting to collect a debt. Any information obtained from you will be used for that purpose. If you are currently protected by the filing of a petition in bankruptcy, the email, including attachments, if any, is for informational purposes only and should not be considered as an attempt to collect a debt.

---

**From:** Nick Chiappetta <nick@chiappettalegal.com>
**Sent:** Friday, June 20, 2025 11:16 AM
**To:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Cc:** Vicki Modaffari <vicki@chiappettalegal.com>
**Subject:** Re: Meet and Confer

If you think your actions here create leverage for mediation on Monday, think again. Quite the oppose.

Sincerely,

**Nick Chiappetta** | Founder
P. 561-768-4500
F. 561-768-4600
nick@chiappettalegal.com
2101 Vista Pkwy, Suite 258
West Palm Beach, Florida 33411

8401 Lake Worth Rd.,
Lake Worth, Florida 33467
*By Appointment Only*



Product Defect | Injury | Defamation | Insurance

https://url.avanan.click/v2/r01/
___www.chiappettalegal.com___.YXAzOmNoaWFwcGV0dGFsZWdhbDphOm86ODMxZTBlYzVhYjA3YzU3ZmM0MTkzMTlmZmI3ZDVjOWY6NzoyMGFkOjdlZmQ1NGE3NDQ3NDI4OTgzOTA3Tg0MWMxM2MyZjAwYmQ0N2E3MDAxMGFkOGQ0MjEyNjQwY2RmMmJlYjNkY2Y6dDpUOk4

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, re-transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 561-768-4500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

---

**From:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Sent:** Friday, June 20, 2025 11:08 AM
**To:** Nick Chiappetta <nick@chiappettalegal.com>
**Cc:** Vicki Modaffari <vicki@chiappettalegal.com>
**Subject:** Re: Meet and Confer

I was hoping you would say that.

Sincerely,

Patrick Trainor, Esq.
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327 | F: (201) 896-7815

This electronic transmission – including any attachments – contains attorney privileged and confidential information intended for the sole use of the recipient (s) named. Any unauthorized review, use, dissemination, disclosure, distribution or copying of this transmission by any other person is strictly prohibited. If you are not an intended recipient or if you have received this communication in error, please notify us by telephone (201-777-3327).

This firm is a debt collector and may be attempting to collect a debt. Any information obtained from you will be used for that purpose. If you are currently protected by the filing of a petition in bankruptcy, the email, including attachments, if any, is for informational purposes only and should not be considered as an attempt to collect a debt.

---

**From:** Nick Chiappetta <nick@chiappettalegal.com>
**Sent:** Friday, June 20, 2025 11:07 AM
**To:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Cc:** Vicki Modaffari <vicki@chiappettalegal.com>
**Subject:** Re: Meet and Confer

Please attach this entire email trail. If you do not, I certainly will.

**Nick Chiappetta** | Founder
P. 561-768-4500
F. 561-768-4600
nick@chiappettalegal.com
2101 Vista Pkwy, Suite 258
West Palm Beach, Florida 33411

8401 Lake Worth Rd.,
Lake Worth, Florida 33467
*By Appointment Only*



Product Defect | Injury | Defamation | Insurance

https://url.avanan.click/v2/r01/___www.chiappettalegal.com___.YXAzOmNoaWFwcGV0dGFsZWdhbDphOm86OTZjOWUwMWU5NTg3Y2U5ZmEzMmVlNmI1NjVkMDI1NDA6NzoyNjA2jg2ZDk3ThhODE2MWY3YjExM2QxNTk1OWQ3ZmFiMWMyZjU0MDVIZWE0N2ZjMDhhYTcwY2YyYyMTYxNjRIZTAyMDE6dDpUOk4

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, re-transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 561-768-4500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

---

**From:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Sent:** Friday, June 20, 2025 11:05 AM
**To:** Nick Chiappetta <nick@chiappettalegal.com>
**Cc:** Vicki Modaffari <vicki@chiappettalegal.com>
**Subject:** Re: Meet and Confer

Nick you provided not proof of your claim the sender deleted the message and is further proof of your bad faith. The messages in that one batch of files (native 010) where the attachment is visible and was not deleted by the sender - you were required to produce. Same with the voice messages that Noshirvan left for credibleintel that are visible.

Clearly you oppose the motion and I will let the court know of your nonsense refusal to respond.

Sincerely,

Patrick Trainor, Esq.
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327 | F: (201) 896-7815

This electronic transmission – including any attachments – contains attorney privileged and confidential information intended for the sole use of the recipient (s) named. Any unauthorized review, use, dissemination, disclosure, distribution or copying of this transmission by any other person is strictly prohibited. If you are not an intended recipient or if you have received this communication in error, please notify us by telephone (201-777-3327).

This firm is a debt collector and may be attempting to collect a debt. Any information obtained from you will be used for that purpose. If you are currently protected by the filing of a petition in bankruptcy, the email, including attachments, if any, is for informational purposes only and should not be considered as an attempt to collect a debt.

---

**From:** Nick Chiappetta <nick@chiappettalegal.com>
**Sent:** Friday, June 20, 2025 10:59 AM
**To:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Cc:** Vicki Modaffari <vicki@chiappettalegal.com>
**Subject:** Re: Meet and Confer

Patrick,

I cannot produce something that is not in my client's possession, custody, or control. I will be obtaining an affidavit from my third-party vendor and seeking fees and costs for having to oppose your frivolous motion.

Again, you did not specifically identify any document from the 500 documents you outlined (Noshirvan-000010482 through 000010999). And your only other argument is that Noshirvan-000010489-00010491 contained allegedly improper redactions, which I explained were pulled directly from Instagram. They were not redacted.

Sincerely,

**Nick Chiappetta** | Founder
P. 561-768-4500
F. 561-768-4600
nick@chiappettalegal.com
2101 Vista Pkwy, Suite 258
West Palm Beach, Florida 33411

8401 Lake Worth Rd.,
Lake Worth, Florida 33467
*By Appointment Only*



Product Defect | Injury | Defamation | Insurance

https://url.avanan.click/v2/r01/
___www.chiappettalegal.com___.YXAzOmNoaWFwcGV0dGFsZWdhbDphOm86NGExOGFhMWMyZDVkZTAxNjkxYjc0OGI3MjgxOTczOTE6NzpiNWU3OjhkMjNjY2VjRiZjhiZGE4Y2Q4ZmQ3YTmYWZjOTVINjAwM2JmNmYwYTU0NDhiNjk1Nml1NTAxYzJkOTYzZjE6dDpwUOk4

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, re-transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 561-768-4500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

---

**From:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Sent:** Friday, June 20, 2025 10:53 AM
**To:** Nick Chiappetta <nick@chiappettalegal.com>
**Subject:** Re: Meet and Confer

Nick you were required to produce the attachments to the messages. Your explanation that the other person redacted the message does not hold water since the same redaction is seen throughout your document production by various unrelated parties.

What is your position on the motion? Do you oppose or not?


Sincerely,


Patrick Trainor, Esq.
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327 | F: (201) 896-7815

This electronic transmission – including any attachments – contains attorney privileged and confidential information intended for the sole use of the recipient (s) named. Any unauthorized review, use, dissemination, disclosure, distribution or copying of this transmission by any other person is strictly prohibited. If you are not an intended recipient or if you have received this communication in error, please notify us by telephone (201-777-3327).

This firm is a debt collector and may be attempting to collect a debt. Any information obtained from you will be used for that purpose. If you are currently protected by the filing of a petition in bankruptcy, the email, including attachments, if any, is for informational purposes only and should not be considered as an attempt to collect a debt.

---

**From:** Nick Chiappetta <nick@chiappettalegal.com>
**Sent:** Friday, June 20, 2025 10:50 AM
**To:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Subject:** Re: Meet and Confer

Patrick,

I am not going to look at 500 documents per your request (Noshirvan-000010482 through 000010999)

Please note that Noshirvan-000010489-00010491 are spooled Instagram messages downloaded directly from IG. The missing image was not redacted by my office. It appears that the IG user removed the image.

Sincerely,

**Nick Chiappetta** | Founder
P. 561-768-4500
F. 561-768-4600
nick@chiappettalegal.com
2101 Vista Pkwy, Suite 258
West Palm Beach, Florida 33411

8401 Lake Worth Rd.,

Lake Worth, Florida 33467
*By Appointment Only*



Product Defect | Injury | Defamation | Insurance

https://url.avanan.click/v2/r01/
___www.chiappettalegal.com___.YXAzOmNoaWFwcGV0dGFsZWdhbDphOm86ODFkNzEyMTU0YmM0NjhmMzY0YmY1NzMxZjk4NmY4NWE6Nzo1OGNhOmJmZmE2ODcwZmM4NTVjOWFmZDFlODliMWY0MGNlNDZjNDU4YjIxNmMyZDFiZTZmM2NmZmZjNzQ2NGNmODg2YTE4NDVmZjZlMzEzNzQ3ZTM3MDc2M2Y0YTc3ZDEyMzQ5NGJlYWRlYzA1YWE2YTQ4YzNmYjMyN2I5YTA3OGEyMGU0MGZiZWU5Mjc3M2Yw
[obfuscated string]

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, re-transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 561-768-4500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

---

**From:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Sent:** Friday, June 20, 2025 10:31 AM
**To:** Nick Chiappetta <nick@chiappettalegal.com>
**Subject:** Re: Meet and Confer

Nick my good faith attempt to resolve began May 29, 2025, when I sent you a letter requesting native folders 002 and 010 in their entirety, because you failed to produce them. You have not responded to this email, so spare me your threats. Moreover, since you brought up bad faith, you recall that you previously said in an email that there were no attachments to the files in folders 002 and 010, which was a lie.

Here, since I know you are looking for an email to add to your opposition to the motion that you are purposely obstructing. As reference, in native folder 010, look to the messages between Noshirvan and various people that start at Noshirvan-000010482 through 000010999 and produce the attachments to those documents. Then for reference you can produce the redacted messages at Noshirvan-000010489-00010491 and unredacted versions of every page in every file that it impermissibly redacted.

Sincerely,

Patrick Trainor, Esq.
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327 | F: (201) 896-7815

This electronic transmission – including any attachments – contains attorney privileged and confidential information intended for the sole use of the recipient (s) named. Any unauthorized review, use, dissemination, disclosure, distribution or copying of this transmission by any other person is strictly prohibited. If you are not an intended recipient or if you have received this communication in error, please notify us by telephone (201-777-3327).

This firm is a debt collector and may be attempting to collect a debt. Any information obtained from you will be used for that purpose. If you are currently protected by the filing of a petition in bankruptcy, the email, including attachments, if any, is for informational purposes only and should not be considered as an attempt to collect a debt.

---

**From:** Nick Chiappetta <nick@chiappettalegal.com>
**Sent:** Friday, June 20, 2025 10:15 AM
**To:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Subject:** Re: Meet and Confer

What attachments? You have not identified a single document that is an attachment or shows an attachment. And it is your responsibility to communicate in good faith. You are REFUSING to identify specific documents for me to review. How am I supposed to know what you are talking about, when you expressly refuse to tell me specifically utilizing the individual Bates label numbering system.

If you specifically identify the documents, you are making assertions about, I will contact my third-party vendor to confirm the veracity of your assertions. And, if it is something missed by the third-party vendor, I would produce it. However, from my brief review of Folder 10, I am not certain what you are even claiming is missing. First, you alleged that you needed native documents. When I told you what the documents were - court filings and other documents received from defendants and Richard A. Luthmann - you switched your story and claimed that attachments were missing. You are constantly moving the target and changing your story. It appears that you are refusing to be specific for a reason.

Please stop playing games. If you really want me to review certain documents, you must identify those documents specifically. If you are simply looking to sanction my client, you will file a motion. Neither will save you or any other defendant from trial.

Sincerely,

**Nick Chiappetta** | Founder
P. 561-768-4500
F. 561-768-4600
nick@chiappettalegal.com
2101 Vista Pkwy, Suite 258
West Palm Beach, Florida 33411

8401 Lake Worth Rd.,

Lake Worth, Florida 33467
*By Appointment Only*



Product Defect | Injury | Defamation | Insurance
https://url.avanan.click/v2/r01/
___www.chiappettalegal.com___.YXAzOmNoaWFwcGV0dGFsZWdhbDphOm86NTQxYWM5MTMwNDdmZDFlZWRiYWU2NjMxYjl2N2ZmN2U6NzoyMzAwOjY0MDQ2NzZhYmMwOWZjMTQ0MzliODYxODE4NGZTU2MTYzNWQ0ZWM4YzRkYTA1NGJhYzViMWZlMjQwOGUwMzNiMDY6dDpUOk4

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, re-transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 561-768-4500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

---

**From:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Sent:** Friday, June 20, 2025 9:59 AM
**To:** Nick Chiappetta <nick@chiappettalegal.com>
**Subject:** Re: Meet and Confer

Nick it is your obligation to produce those attachments, not my obligation to explain to you the several hundred attachments that you have not produced.

I am moving to compel. What is your position? Do you oppose or not?

Sincerely,

Patrick Trainor, Esq.
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327 | F: (201) 896-7815

This electronic transmission – including any attachments – contains attorney privileged and confidential information intended for the sole use of the recipient (s) named. Any unauthorized review, use, dissemination, disclosure, distribution or copying of this transmission by any other person is strictly prohibited. If you are not an intended recipient or if you have received this communication in error, please notify us by telephone (201-777-3327).

This firm is a debt collector and may be attempting to collect a debt. Any information obtained from you will be used for that purpose. If you are currently protected by the filing of a petition in bankruptcy, the email, including attachments, if any, is for informational purposes only and should not be considered as an attempt to collect a debt.

---

**From:** Nick Chiappetta <nick@chiappettalegal.com>
**Sent:** Friday, June 20, 2025 9:54 AM
**To:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Subject:** Re: Meet and Confer

Patrick,

As for 8008, I have to reach out to my third party to see what that document is. If it is relevant, I will provide it.

As for 10,000 -10,999, you have to be more specific. The first 10 items appear to be documents and court filings received from the defendants and Richard A. Luthmann. I am not going to look through 1,000 documents.

Again, Please be specific. I need you to identify each Bates Labeled document you are claiming a native document is required or that Noshirvan has a native document in his possession.

Sincerely,

Nick Chiappetta | Founder
P. 561-768-4500
F. 561-768-4600
nick@chiappettalegal.com
2101 Vista Pkwy, Suite 258
West Palm Beach, Florida 33411

8401 Lake Worth Rd.,
Lake Worth, Florida 33467
*By Appointment Only*



Product Defect | Injury | Defamation | Insurance
https://url.avanan.click/v2/r01/
___www.chiappettalegal.com___.YXAzOmNoaWFwcGV0dGFsZWdhbDphOm86YmY5NTIyYjk0NmU4OGU3ZTYzODE0ODIwMzkyNzY1YjQ6NzpINmM4OjUyZmZjZjg5ZTkwZmY2ZWMyNjNmNWVhYWlyMmJiOGIzM2VjZTYzYTA5ZDRIMjdiNjJjZmFjZDFjN2U4ZTZiMWE6dDpUOk4

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 561-768-4500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

---

**From:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Sent:** Friday, June 20, 2025 9:39 AM
**To:** Nick Chiappetta <nick@chiappettalegal.com>
**Subject:** Re: Meet and Confer

My letter identified the documents as Noshirvan-00008008 and native files for Bates numbers Noshirvan-000010000 through Noshirvan-000010999. See attached. Certainly, you do not need me to explain the requirement that you produce a privilege log.

Sincerely,

Patrick Trainor, Esq.
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327 | F: (201) 896-7815

This electronic transmission – including any attachments – contains attorney privileged and confidential information intended for the sole use of the recipient (s) named. Any unauthorized review, use, dissemination, disclosure, distribution or copying of this transmission by any other person is strictly prohibited. If you are not an intended recipient or if you have received this communication in error, please notify us by telephone (201-777-3327).

This firm is a debt collector and may be attempting to collect a debt. Any information obtained from you will be used for that purpose. If you are currently protected by the filing of a petition in bankruptcy, the email, including attachments, if any, is for informational purposes only and should not be considered as an attempt to collect a debt.

---

**From:** Nick Chiappetta <nick@chiappettalegal.com>
**Sent:** Friday, June 20, 2025 9:22 AM
**To:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Subject:** Re: Meet and Confer

Patrick,

I am still waiting for you to specifically identify by Bates Label numbering the items you claim are missing. There are a thousand documents each in File Folders 2 and 10. I am not going to guess which specific documents you are referring to.

Please identify with pinpoint Bates Label citation, the documents you are referring to so that I can adequately review same and respond intelligently.

Sincerely,

Nick Chiappetta | Founder
P. 561-768-4500
F. 561-768-4600
nick@chiappettalegal.com
2101 Vista Pkwy, Suite 258
West Palm Beach, Florida 33411

8401 Lake Worth Rd.,
Lake Worth, Florida 33467
*By Appointment Only*


Chiappetta TRIAL LAWYERS

Product Defect | Injury | Defamation | Insurance
https://url.avanan.click/v2/r01/
___www.chiappettalegal.com___.YXAzOmNoaWFwcGV0dGFsZWdhbDphOm86ZWNhNjExMTIzOTBmMDg2OWIxZDA3NTBmYjk0NjdkZTc6Nzo4ODZjOmZmOTc0MDU0OGM3OGl4MmNjN2EyYjZkZTI4MTYyYTTdjZTY5ZWZiOWQyYWQ1ZGVmOTgyMDc4ZDRkNGFkMmY0NzE6dDpUOk4

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 561-768-4500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

**From:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Sent:** Friday, June 20, 2025 8:52 AM
**To:** Nick Chiappetta <nick@chiappettalegal.com>
**Subject:** Re: Meet and Confer

You have not produced a privilege log, the attachments that I requested, or the documents that I requested in writing.

Sincerely,

Patrick Trainor, Esq.
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327 | F: (201) 896-7815

This electronic transmission – including any attachments – contains attorney privileged and confidential information intended for the sole use of the recipient (s) named.  Any unauthorized review, use, dissemination, disclosure, distribution or copying of this transmission by any other person is strictly prohibited.  If you are not an intended recipient or if you have received this communication in error, please notify us by telephone (201-777-3327).

This firm is a debt collector and may be attempting to collect a debt. Any information obtained from you will be used for that purpose. If you are currently protected by the filing of a petition in bankruptcy, the email, including attachments, if any, is for informational purposes only and should not be considered as an attempt to collect a debt.

---

**From:** Nick Chiappetta <nick@chiappettalegal.com>
**Sent:** Thursday, June 19, 2025 4:16 PM
**To:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Subject:** Re: Meet and Confer

Please provide some context for your requested meet and confer? What is the topic? What motion are you filing?

**Nick Chiappetta** | Founder
P. 561-768-4500
F. 561-768-4600
nick@chiappettalegal.com
2101 Vista Pkwy, Suite 258
West Palm Beach, Florida 33411

8401 Lake Worth Rd.,
Lake Worth, Florida 33467
*By Appointment Only*



Product Defect | Injury | Defamation | Insurance

https://url.avanan.click/v2/r01/
___www.chiappettalegal.com___.YXAzOmNoaWFwcGV0dGFsZWdhbDphOm86MzExYjQzMTFjNTJjYjBhZDFlMzQzYWJhYWRjZjJhMmI6Nzo4ZWJjOjgxNmNjZmVmNTBhMmIzODc
yN2UwOGUyNWM1N2I0M2YzODYyNjRjYzIyMzliMzQ5YTFmYjE1Zjk5NTYwZmI2NmU6dDpUOk4

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, re-transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 561-768-4500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

---

**From:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Sent:** Thursday, June 19, 2025 4:13 PM
**To:** Nick Chiappetta <nick@chiappettalegal.com>
**Subject:** Meet and Confer

Nick let me know times you are available to confer tomorrow.

Sincerely,

Patrick Trainor, Esq.
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327 | F: (201) 896-7815

This electronic transmission – including any attachments – contains attorney privileged and confidential information intended for the sole use of the recipient (s) named. Any unauthorized review, use, dissemination, disclosure, distribution or copying of this transmission by any other person is strictly prohibited. If you are not an intended recipient or if you have received this communication in error, please notify us by telephone (201-777-3327).

This firm is a debt collector and may be attempting to collect a debt. Any information obtained from you will be used for that purpose. If you are currently protected by the filing of a petition in bankruptcy, the email, including attachments, if any, is for informational purposes only and should not be considered as an attempt to collect a debt.