## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

DANESH NOSHIRVAN
an individual,

                           CASE NO:
                           2:23-cv-01218-JES-KCD

       Plaintiff,

                        **JURY TRIAL DEMANDED**

vs.

JENNIFER COUTURE, an individual,
RALPH GARRAMONE M.D, an individual,
RALPH GARRAMONE M.D. P.A. d/b/a
GARRAMONE PLASTIC SURGERY.,
CENTRAL PARK OF SOUTHWEST
FLORIDA, LLC, OMG REALTY, LLC,
THE LAW OFFICE OF PATRICK TRAINOR
ESQ, LLC d/b/a THE LAW OFFICE OF
PATRICK TRAINOR, PATRICK TRAINOR,
an individual, and
ANTI-DOXING LEAGUE INC.

       Defendant(s).

_____

## THIRD AMENDED COMPLAINT
_____

**COMES NOW** plaintiff, Danesh Noshirvan a/k/a "@ThatDaneshGuy"

("**Noshirvan**"), by and through his attorneys, sue defendants, Jennifer Couture

("**Couture**"), Ralph Garramone M.D ("**Garramone**"), Ralph Garramone M.D. P.A.

D/B/A Garramone Plastic Surgery ("**GPS**"), Central Park of Southwest Florida, LLC

("**Central Park**"), The Law Office of Patrick Trainor, Esq., LLC d/b/a The Law

Office of Patrick Trainor ("**Trainor Law Firm**"), Patrick Trainor ("**Trainor**"), Anti-Doxing League Inc. ("**ADL**") collectively ("**Defendants**"), and alleges the following upon personal knowledge and belief, and investigation of counsel:

## I.  NATURE OF THE ACTION

1.  This is a civil conspiracy and agency action for defamation, tortious inference, and intentional infliction of emotional distress. Noshirvan is an online entertainer and journalist. His work often depicts bad actors behaving badly on camera, which include satire or political commentary. Noshirvan advocates for accountability culture, which unfortunately in some cases, has resulted in public cancellation. However, Noshirvan also helps victims by shedding light on the bad actors' socially unacceptable behaviors and actions. Noshirvan often raises money to help the reported-on victims.

This case arises from a series of events stemming from January 26, 2022. On January 26, 2022, Couture was video recorded committing felon crimes. Noshirvan reported on Couture's criminal conduct, which caught the attention of major news media outlets who further publicized the incident. As a result of this newly found publicity, Couture congregated with other like-minded individuals (the Defendants) and devised a plan. Their online conversations, turned to false defamatory accusations, and the hiring of a social media terrorist as an "online image manager." Understandably, Garramone, Couture, and GPS were angry about Couture's newly

found publicity and the negative attention Couture's actions brought to GPS, but they mistakenly blamed Noshirvan for the public outcry and ensuing negative response. Couture still does not believe that her actions caused the consequences thereof. Between February and April of 2022, all named defendants became acquainted. This is when Defendants conspired to "teach Noshirvan a lesson" and to "make him suffer." That lesson included an agreement to injure, harm, and destroy Noshirvan mentally, reputationally, and financially. Defendants' conspiracy started with their management of Noshirvan's online image through "rounds" or a series of events like: defamatory campaigns, swatting, false reports to Child Protective Services, libelous publication of flyers, billboards, a television advertisement, threats of death and sexual mutilation directed at Noshirvan's children.

Defendants' conspiracy and overt acts were fueled by Couture's, Garramone's, GPS's need for vengeance or retribution and want of money. Couture foolishly thought that the January 26, 2022, incident would positively propel her into politics and make her famous. She was wrong. No networks picked up her documentary and no publishing houses bought her false story. The Defendants' malicious intent may be inferred by their expressed desire to cause harm to Noshirvan but also by to their intentionally reckless use of false statements and narratives. For example, Defendants falsely without justification claimed Noshirvan was child killer and molester (among other things) to have Noshirvan and family

become homeless, deplatformed, his child placed in foster care, and his wife forced to do immoral acts. In other words, Defendants sought to mentally, emotionally, and financially destroy Noshirvan. Defendants' series of campaigns were deliberately designed to inflict severe emotional distress upon Noshirvan. Defendants' vindictiveness and follow-through go beyond all bounds of decency and is not acceptable in a civilized community.

## II. JURISDCTION

2.      This Court has subject matter jurisdiction over this case pursuant to diversity jurisdiction prescribed by 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $5,000,000.00, exclusive of interest and costs, and there is complete diversity between the parties.

3.      The Court has supplemental jurisdiction over Plaintiff's claims asserted against Trainor, the Trainor Law Firm, and ADL, in this action pursuant to 28 U.S.C. § 1367(a). Plaintiff's claims against Trainor, the Trainor Law Firm, and ADL, are part of the same case or controversy and arise out of the same nucleus of operative facts.

## III.  VENUE

4.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391 in all or a substantial part of the events or omissions giving rise to this claim occurred in this district.

5.      Venue is also proper in this Court pursuant to 28 U.S.C. § 1391 because
Garramone, Couture, GPS, and OMG Realty are U.S. citizens domiciled in this
District, Garramone Entities maintain a principal place of business in this District,
and Trainor intentionally availed himself to Florida through §48.193(1)(a)1, Fla.
Stat. Defendants have sufficient minimum contacts with the State of Florida. Further,
substantial acts or events giving rise to Noshirvan's claims occurred in this District.

## IV.    PARTIES

### A. Plaintiff, Danesh Noshirvan

6.      Noshirvan is an Iranian American social media personality publicly
known for his commentary, opinions, and satire, on politics, civil rights, and current
social issues.

7.      Noshirvan is a citizen journalist who creates content geared towards
helping the disenfranchised, minorities, and other people who the police refuse to
help.

8.      Noshirvan reports his news stories on social media platforms.
Noshirvan's reported news sheds light on racial prejudice, physical violence,
criminal acts, government abuse, and other hot topic issues. Noshirvan's journalism
has been picked up by major news media organizations.

9.      Noshirvan is an adult media personality and journalist who is *sui juris*.

10.     Noshirvan is a U.S. citizen domiciled in Mansfield,  Tioga County,

Pennsylvania.

**B.  Defendant, Jennifer Couture**

11.     Couture is an adult, who is upon information belief is *sui juris*.

12.     Couture is a U.S. citizen domiciled in Fort Myers, Lee County, Florida.

13.     Upon information and belief, Couture currently resides at 3706 Oxford Street, Fort Myers, Florida 33901.

14.     Couture and Garramone co-own of 3706 Oxford Street, Fort Myers, Florida 33901.

15.     Courture was Garramone's girlfriend, now wife, and employee of Garramone Plastic Surgery. Couture also manages Central Park.

**C.  Defendant, Garramone**

16.     Garramone is an adult plastic surgeon, who upon information and belief  is *sui juris*.

17.     Garramone is a U.S. citizen domiciled in Fort Myers, Lee County, Florida.

18.     Garramone is the owner and primary officer managing member for the following entities: Garramone Plastic Surgery, Central Park, OMG Realty, collectively ("**Garramone Entities**").

19.     Garramone is the sole owner, shareholder, or member of all the

Garramone Entities with the only exceptions being OMG Realty, which is owned by

Wraith – who is owned and controlled by Garramone.

20.     The Garramone Entities all operate out of, or maintain their "principal

place of business," at 12998 S. Cleveland Ave., Fort Myers, Florida (building owned

by OMG Realty).

21.     Garramone Plastic Surgery's surgery center is located 12998 S.

Cleveland Ave., Fort Myers, Florida ("**Garramone Surgery Ctr**.").

22.     All Garramone Entities are closely held companies that are intimately

entangled or intertwined as to simply be an extension of Garramone. GPS, does

however, receive outside financing from Hidden Harbor Capital. The acts alleged in

this Complaint by GPS, Central Park, and OMG Realty employees and agents were

committed, controlled, or carried out because of Garramone's and Couture's need

for vengeance and at their direction, instruction, or order – in furtherance of the

Couture/Garramone Conspiracy.

23.     Upon information and belief, Garramone currently resides at 3706

Oxford Street, Fort Myers, Florida 33901.

24.     Garramone through his company Central Park owns 6535 Winkler

Rd., Fort Myers, Florida 33919.

25.     Garramone is a co-owner of 3706 Oxford Street, Fort Myers, Florida

33901.

26.    Garramone through his company Central Park owns 6535 Winkler Rd., Fort Myers, Florida 33919.

27.    Garramone also owns 1215 Braman Ave., Fort Myers, Florida 33901.

### D. Garramone Entities

28.    Garramone is the sole managing member of Central Park.

29.    Garramone is a U.S. citizen domiciled in Fort Myers, Lee County, Florida.

30.    OMG Realty and Central Park are limited liability companies registered in Florida.

31.    GPS, OMG Realty, Central Park, all maintain their principal place of business in Fort Myers, Florida at Garramone Surgery Ctr.

32.    Garramone Plastic Surgery is a professional association organized and existing under the laws of the State of Florida. Garramone is the sole officer, director, or shareholder, of the professional association, and he U.S. citizen domiciled in Fort Myers, Lee County.

### E.  Trainor

34.    Trainor is a lawyer licensed in New Jersey, and is *sui juris*.

35.    Trainor is a U.S. citizen domiciled in Hasbrouck Heights Borough, Bergen County, New Jersey 07604.

### F.    Trainor Entities

36.    The Law office of Patrick Trainor Esq., LLC is a domestic limited liability company registered in the State of New Jersey. Trainor is the sole member and owner of The Law office of Patrick Trainor Esq., LLC.  The Trainor Law Firm's place of business is located at 19 Union Ave., Suite 201 Rutherford, New Jersey 07070.

37.    The Anti-Doxing League, Inc. is a domestic non-profit corporation incorporated in the State of New Jersey. Trainor is the sole incorporator and trustee board member. The Anti-Doxing League, Inc. maintains its place of business at 19 Union Ave., Suite 201 Rutherford, New Jersey 07070.

38.    The Law office of Patrick Trainor Esq., LLC and The Anti-Doxing League, Inc.  are collectively  referred to as the "**Trainor Entities**."

39.    All Trainor Entities are closely held companies that are intimately entangled or intertwined  as to simply be an extension of Trainor. The acts alleged in this Complaint by Trainor Entities' employees and agents were committed, controlled, or carried out because of Trainor's ideology and at his direction, instruction, or order.

40.    Trainor and the Trainor Entities purposely availed themselves to Florida's jurisdiction by operating or having operated, active websites and social media accounts directed at contacting or recruiting persons residing or domiciled in Florida during the time frame alleged in the Complaint.

41.     Complete diversity jurisdiction exists because no Defendant is a domiciled citizen of Pennsylvania and the amount in controversy exceeds $5,000,000.00 dollars.

## V.    FACTUAL ALLEGATIONS

### A. BACKGROUND

#### a.  The Parties and Known Co-Conspirators

##### i.    Couture behaving badly

42.     Couture constantly disregards the rights of people whom she deems beneath her "social status." Couture has on more than one occasion disregarded the rights of others who she deemed beneath her.[1]

43.     Couture was a client of Garramone Plastic Surgery. She later became Garramone's girlfriend. Couture is always and was an operational manager of the Garramone Entities material to this Complaint. Couture is now Garramone's wife.

44.     During the height of the Covid-19 pandemic, employees who worked for GPS were concerned about coming into the office for obvious health reasons. Garramone with the help of Couture - fired those employees via social media - as depicted in the following picture:

---

[1] See Lee Cty. Case Numbers: 22-CO-005490 and 22-CO-005496.



45.    As a result of Couture's, Garramone's, and GPS's insensitive mass

firing, residents of Fort Myers and the national social media community held animus

feelings towards them for two years prior to the January 26, 2022, altercation in the

Dunkin Donuts parking lot. Further, the public posting shows that their

"relationship" was known prior to January 26, 2022.

46.    On January 26, 2022, Couture assaulted, battered, and twice attempted

to hit with a young woman with her vehicle in a Dunkin Donuts parking lot. That

women's name is Anjalyke Reed ("**Reed**"). Couture's criminal actions were video

recorded.[2]

47.    The verbal altercation between Couture and Reed escalated quickly.

---

[2] This is link to the video where Couture committed battery, burglary, and aggravated assault
with a weapon on a young woman. https://www.youtube.com/watch?v=OdP9tP_5x8Q

What started out as a verbal argument soon became a one-sided violent attack solely

maintained by Couture. (See fn. 2)

48.     During the altercation, Couture physically entered Reed's motor

vehicle through the driver side window and began to grab Reed's cellular phone,

while Reed was still seated in the driver-side seat of her vehicle. Couture then

attempted to steal Reed's cellphone. Couture verbally mocked Reed. Reed verbally

responded to Couture's extreme and outrageous actions. Couture in a psychoneurotic

state, entered her own motor vehicle, threw the vehicle in reverse, and twice

attempted to crash into Reed who exited her vehicle to video record Couture's

license plate. (See Fn. 2).

49.     After the altercation, detective Ryan Justham, of the Lee County

Sheriff's Office executed an affidavit for arrest warrant.

50.     Detective Ryan Justham specifically found that: (1) Couture entered

Reed's occupied vehicle with intent to commit  battery upon the young woman. (*Id*.);

(2) Couture actions demonstrated an "intentional unlawful threat" "to do violence to

[Reed]" while having the apparent ability to do so. (*Id*.); and (3) that "Couture

actually and intentionally grabbed [Reed's] wrists against her will." (*Id*.)

51.     A felony arrest warrant was issued for Couture on or about February

16, 2022 -  under warrant number 22CF000256.

52.     On February 20, 2022, at 10:30 p.m., Couture was arrested for: (1)

burglary of an occupied conveyance in violation of F.S. 810.02(3)(d); (2) battery in

violation of F.S. 784.03(1)(a)1.; and (3) aggravated assault with a deadly weapon

without intent to kill in violation of F.S. 784.021(1)(a). Couture's Lee County

mugshot following the arrest and a picture of the video recorded altercation is below:

 

53.    Couture entered a plea deal and only was required to

plead guilty to the following misdemeanors: first-degree trespass, second-degree

assault, and first-degree battery.[3] The court withheld imposition of a sentence. In

total, Couture was placed on twelve months of probation for Count 1 (Trespass), six

months of probation for Count 2 (Assault) and twelve months of probation for Count

3 (Battery). Counts 1 and 2 ran concurrently with each other and consecutively to

Count 3 for a total of two years of supervision.

54.    During the probation period, Couture was ordered to have "no contact

---

[3] Couture had Lee Cty., Case Number 22-CF-000256 sealed as "confidential."

with her victim," attend "anger management," pay a "domestic violence surcharge,"

"restitution," and "submit to *a mental health evaluation*."

55.     Couture's criminal actions and mental health status are a matter of
public concern as because she endangered the safety of the Lee County community.

56.     Public news reports of Couture's criminal activities constitute protected
speech. Yet Couture and Garramone could not get over the publicity Couture's
actions caused Couture and GPS.

### i.     The felon, Joseph A. Camp, a "for-hire" Social Media Terrorist

57.     Joseph A. Camp ("**Camp**") is a 39-year-old convicted felon. Camp
utilizes several pictures of his face on his social media accounts - pictures depicting
him in various stages of his life. Here are a few:



58. Camp goes by the following aliases or "handles" on the internet:

"@CampJosephA,"    "@Joeycamp2020",    "@daneshfiles",    "reportingepik"[4],

"yourdaddyjoey" "TheResearcher2020", "noshirvan@yandex.com","Jojo," "CEO

at J Square Presents",  and @josephcamp8732.

59.    Camp utilizes the following email addresses: Joey@joeycamp.com

Noshirvan@yandex.com, josephacamp@yandex.com, campjosepha@gmail.com

daneshfiles@yandex.com,                                jac13750@ucmo.edu,

anamericanhostage@facebook.com

60.    Camp's publicly listed phone number is (720) 454-5240.[5] The

photograph below was retrieved directly from Camp's verified Facebook account:



61.    Camp is a former student of the University of Central Missouri, who on

---

[4] https://www.washingtonpost.com/technology/2021/09/25/epik-hack-fallout/
[5] **N.B.** Camp's telephone number and the links in the red box operate as a personal identifiers in
the pictures posted later in this Third Amended Complaint.

April 12, 2013, plead guilty in the "Western District of Missouri" to "unlawful
computer hacking scheme at UCM from March 2009 to March 2010."[6]

62.    As part of the UCM computer hacking scheme, Camp conspired with
another person to "gain unlawful and unauthorized access to the UCM computer
network." Once their virus infected UCM's computers – databases containing
faculty, staff, alumni, and student information, and money were stolen. Camp also
utilized  remote access to a UCM administrator's computer to remotely turn on the
webcam to watch and photograph the administrator. Camp was sentenced to three
years in federal prison without parole and ordered to pay $61,500 in restitution for
his role in the UCM computer hacking conspiracy.

63.    Camp is a "far-right internet troll and convicted felon hacker" "whose
name was listed on domain registrations with Epik." (See Fn. 5)

64.    Camp's "current work" consists of  payment to Camp and in exchange
Camp will troll, harass, and defame, the "paid-for" target on social media. In short,
Camp is a "for-hire" social media troll, harasser, maligner, and defamer, who
provides his service to the highest bidder.

65.    Camp's "for-hire" services goes well beyond social media trolling,

---

[6] https://www.justice.gov/usao-wdmo/pr/former-student-sentenced-computer-hacking-university-central-missouri

doxing, and dissemination of public information. Camp services include real life and in person harassment, defamation, swatting, intimidation, and at least, in one instance, a bomb threat towards a target.

66.    Camp has ties to Lee County, Florida. In 2014 an arrest warrant was issued for Camp because he made bomb threats to a Judge.[7] See pictures below:




67.    Camp routinely and intentionally makes false defamatory statements on social media - both *per se* and by implication, about his target - to scare, silence, or to destroy his "paid-for" target's reputation.

---

[7] The arrest warrant appears to have been revoked after the judge/complainant passed away.

68. Camp also likes to send his targets text messages announcing how Camp is terrorizing the target. Camp did this to Noshirvan.

69. Camp intentionally mass reports false information or defamatory narratives about his "paid-for" targets to their employers, or if self-employed, to business relationships. Camp also intentionally mass reports false information about his "paid-for" targets to the target's friends and family.

70. Camp contacts his "paid-for" targets', families, friends, distant relatives, and people close to the target. Camp intentionally threatens, harasses, intimidates, people close to the target via extortion. In other words, Camp threatens people close to the target with public exposure of personal private information, publication of sexually explicit images (as defined in §784.049(d), Fla. Stat.), death threats, threats of sexual violence and mutilation towards minor children, and suggests suicide to alleviate the harassment and intimidation.

71. Camp has knowingly contacted his "paid-for" the target's place of employment, business, business partners, relationships, and government licensing office, via telephone or email  for the sole purpose of destroying the target-victim's reputation and inflicting severe emotional distress and mental anguish.[8]

72. Camp has knowingly sent out mass communications his "paid-for" the

---

[8] https://www.instagram.com/p/CyMbWcqiZhE/

target's place of employment, business, business partners or relationships, and government licensing office, via text message or email with intent to harm his target with false, defamatory statements. Those mass communications are usually sent to every officer and employee of the targeted business.

73.    Camp was forced, or chose, to flee the United States in late July of 2022 because of his contractual "for-hire" services. Camp moved from his place of residence owned by Central Park, i.e., the ranch on Winkler at this time.

74.    Camp fled to Belize in late July of 2022. Camp also expressly claims to change his identity and maintain multiple passports as pictured below:



---

[9] In figure labeled Fn. 11, Camp admits to having a second passport.

75.     Camp self-professes, via social media, that he regularly moves
between South American countries in avoidance of "prosecution." Camp utilizes
*GiveSendGo*, to receive anonymous payments from people who he contracts with
for his services. Camp receives payments through *GiveSendGo* and
[www.joeycamp2024.com](www.joeycamp2024.com). The following pictures depict Camp's *GiveSendGo*
campaign wherein he claims to be in "exile" for several reasons:





76.    Camp is best described as a "for-hire" social media terrorist.[10]  Camp

is

easily identifiable because, as Camp writes: "[b]ehind every troll I do, is my real

name." Camp also alludes that he cannot be connected to an allegedly anonymous

Yandex email accounts that send out malicious, mean, and threatening, emails:

---

[10] Allegedly unreleased January 6th insurrection videos -posted by Joseph A. Camp on Rumble.
https://rumble.com/c/JoeyCamp2020



77.    Camp expressly admitted to utilizing his real name in every internet or

social media "troll" he does, "Yandex" domains, and claims ownership of the

"Daneshfiles." Camp's statements above imply that he created the "Daneshfiles" and

Noshirvan's is his current "paid-for" target.

78.    Google confirmed that Camp is the owner of a YouTube account

created in August of 2013 with the username: @josephcamp8732. That YouTube

account utilized the email address Daneshfiles@yandex.com

79.    Meta confirmed that Camp is the owner of: Facebook accounts

CampJosephA and joeycamp2020, Instagram account Joeycamp2020.

80.    Meta confirmed that those Facebook accounts link Camp to the

following email addresses: Josephacamp@yandex.com, campjosepha@gmail.com,

Jac13750@ucmmo.edu, and anamericanhostage@facebook.com.

81.    Meta confirmed that the Instagram account links Camp to the  email

address: noshirvan@yandex.com

82.    Camp also maintains multiple social media profiles on underground

alternative economy websites and social media that pander to "supremacists,"

"proud boys," and nazi sympathizers. In addition, Camp specifically utilizes

communication apps such as: Signal, Telegram, Discord, WhatsApp, Gab.com

messenger, Instagram messenger, among others to directly communicate,

coordinate, and plan the events described in this Third Amended Complaint with

defendants, Trainor, the Trainor Entities, Couture, Garramone, and Garramone

Entities.

83.    Camp contacted Trainor shortly after Trainor filed a complaint in

*D'ambly v. Exoo, 2:20-cv-12880*, (D.N.J.). Apparently, Camp and Trainor became

friendly, because Camp started a campaign of harassment, threats, and intimidation

directed at defense counsel in *Evoo*. Camp also began inserting himself into the

litigation by sending the court information via email in September of 2021.

### ii.  Trainor, the Trainor Law Firm, and the ADL

84.    Trainor is a lawyer who is solely licensed in New Jersey.

85.    On July 17, 2019, the Trainor Law Firm was formed in the State of New

Jersey. The Trainor Law Firm received a certificate number: 0450400058.

86.     Trainor and the Trainor Law Firm marketed to, represented, and currently represent "supremacists," "proud boys," "nazi sympathizers" and "J6ers." Trainor shares a similar ideology with his clients.

87.     On September 21, 2020, Trainor filed a RICO action in New Jersey federal court. *See D'ambly v. Exoo, 2:20-cv-12880*, (D.N.J.). In *D'ambly*, Trainor alleged his client was labeled as "fascist" or "supremacist" by defendant *Evoo*, who Trainor labeled an "anti-fascist" "Antifa leader." The *D'ambly* case was/is a reverse racial discrimination case.

88.     *D'ambly* is the first known instance where Camp interfered with an ongoing federal litigation and directly engaged in lawyer intimidation (August/September of 2021). Trainor and Camp were working together to force a settlement by means of extortion, intimidation, threat, and harassment. The plan involved Camp contacting several attorneys representing defendants in *D'ambly through telephone or electronic communications,* and threatening, harassing, intimidating, or extorting them in effort to get the defense lawyers to withdraw from the case. This is Camp's *modus operandi* - threaten, harass, intimidate, and extort, the perceived enemy until they retreat.

89.     After *D'ambly* was in suit and moving along, Camp reached out to

Rikki Cornelisse ("**Cornelisse**") because Camp thought Cornelisse would be a new
plaintiff in the New Jersey area – for Trainor's next case. At some point, Couture
participates in recruitment. During recruitment, Cornelisse legally obtained recorded
conversations and text messages in New Jersey implicating Camp and Trainor as co-
conspirators in the Couture/Garramone conspiracy. Those same recordings show
that Camp and Trainor discussed private third-party conversations amongst
themselves – in furtherance of the conspiracy. However, Cornelisse never  joined
the conspiracy because Camp was directly and expressly informed by Trainor that
Cornelisse  "was under [police] investigation." Here are text messages from Trainor
and Camp to Cornelisse:



 

90.    Trainor confirmed in his deposition, the accuracy of the communication depicted in paragraph 89 and more.

91.    In May 17, 2022, the ADL was formed by Trainor. On May 18, 2022, Camp posted a livestream video on his social media accounts wherein Camp explained in detail the ADL's role in the conspiracy. Specifically, Camp was recruiting people in the New Jersey area and nationally who perceived themselves to be aggrieved by Noshirvan. Camp had direct knowledge of ADL, who was a part of the ADL, and the ADL's purpose. Most importantly from that video and other communications, Camp often referred to Trainor as "the top RICO attorney", because of the Evoo Lawsuit.

92.     Trainor, Camp and ADL created, or had others create social media profiles/accounts for the sole purpose of contacting bad actors who had been publicly outed as part of Noshirvan's investigative journalism and satire entertainment broadcasts.

93.     Trainor through the ADL marketed to "supremacists," "proud boys," and nazi sympathizers through underground media outlets like "MurdertheMedia[11]," "Full Haus[12]," "Proud Boys MDC" and "Coach Finstock.[13]" During a Podcast of Full Haus, Trainor appeared. The ensuing conversation implied that Trainor adopted a part of ideology expressed therein; and Trainor expressly stated that it was his goal publish billboards in the hometowns of journalists, content creators, and others you whistle blow and publicly report on bad actors.   Trainor also expressly confirmed that people working with him (Camp) kept files or dossiers on all major social media journalists, content creators, and other whistle blowers. Noshirvan falls into one of those categories.  For example:

---

[11] https://t.me/MurderTheMedia/16929
https://t.me/s/MurderTheMedia?q=patrick+trainor
https://t.me/MurderTheMedia/16985
https://t.me/MurderTheMedia/16986
https://t.me/MurderTheMedia/17022
https://t.me/MurderTheMedia/17023
https://t.me/MurderTheMedia/17024
[12] https://www.full-haus.com/index.php/2022/05/27/latest-show-support-the-adl/
https://t.me/prowhitefam2/1772
https://t.me/prowhitefam2/1786
[13] https://www.splcenter.org/hatewatch/2020/01/30/white-nationalist-state-department-official-still-active-hate-movement





94.     Trainor and the ADL, utilized Camp, to access these underground

nationalist platforms (Telegram above) in an effort gain access to digital nationalist

networks to recruit co-conspirators to participate in the "**Couture/Garramone**

**conspiracy**" against Noshirvan, an Iranian American, outlined in detail below.

95.     Trainor, the Trainor Law Firm, and the ADL,  appeared on Podcasts on

these underground nationalist platforms in an effort gain access to digital nationalist

networks to recruit co-conspirators to participate in the "Couture/Garramone

conspiracy."

96.     Camp, Trainor, the Trainor Law Firm, and the ADL, worked together

in a concerted effort to recruit co-conspirators to participate in the
"Couture/Garramone conspiracy." Couture later joined these efforts except that
Couture's efforts to recruit co-conspirators to participate in the "Couture/Garramone
conspiracy" were done through mainstream social media like Instagram and through
telephone conversations, emails, and text or direct messages. Couture on multiple
occasions ***offered to pay*** unknown Instagram users for their participation.

### iii.    Noshirvan  The Journalist And Satire Entertainer

97.    Noshirvan is an Iranian American who started making videos on
TikTok in 2020 - to provide for his family - because he lost his job due to the
pandemic and government shutdown.

98.    Noshirvan is a new age journalist and social media entertainer. His
news content focuses on bad actors behaving badly in public. Noshirvan entertains
his audience with opinions, commentary, satire, the consequences song, or funny
noises.

99.    Noshirvan adopted the phrase "accountability culture." Accountability
culture is best described as bringing public awareness to social issues many
disenfranchised American citizens face.

100.   Noshirvan does not advocate for online, or in person, harassment, or
violence of any of the "bad actors" in  his news stories, nor has Noshirvan ever
directed his viewers to  "go after" any of the "bad actors." Rather, in some instances,

his followers/viewers do online research and provide public information about the bad actors – "tips." Those tips or research may be utilized in a follow-up news story. For example, in this case, Garramone's and Couture's ex-relatives and former employees confirmed that Camp was residing at Garramone's property owned by Central Park at 6535 Winkler Rd, Fort Myers, FL 33919 ("**Central Park /Garramone Property**"). Couture later confirmed in deposition that she allowed Camp to reside on the Winkler Ranch for at least 3 months, while Camp worked tirelessly 24 hours a day for her and GPS. Couture also admitted via text message that she has control over the property and she often permits guests (including Camp) to live there.

101.    Garramone's and Couture's ex-relatives and employees confirmed the link between Camp and Garramone, GPS, Central, OMG Realty, and Couture. For example, Jennifer Holliday ("**Holliday**") came forward and explained that Camp frequently visited Garramone Surgery Ctr. and that Garramone and Couture while acting as an officer and operations manager of GPS, held multiple private closed-door meetings at Garramone Surgery Ctr. with Camp from April through late summer of 2022. Holliday's deposition testimony has been corroborated with Couture, GPS, and Garramone owned documents.

102.    Noshirvan quickly became a social media personality publicly known

for his ability to find and identify "bad actors,' and his commentary on politics, civil
rights, and current social issues.

103.   Noshirvan is a citizen journalist who reports on issues geared towards
helping disenfranchised minorities and people who the police refuse to help. He adds
commentary and satire to entertain during his news reports - similar to "Last Week
Tonight's" host - John Oliver.

104.   Noshirvan's news reports only disclose identifiable public information
about the bad actor who was behaving badly. His disclosure of readily available
public information identifying wrongdoers has led to the wrongdoer's arrests by the
authorities.[14]

105.   Noshirvan often reports news stories on his social media platforms that
major media outlets overlook. Noshirvan's news reports have shed light on
discrimination, prejudice, physical violence, various criminal acts, and abuse by
government officials - some of which have been picked up by major media news
outlets.

106.   Noshirvan covers each story he presents free of charge. Noshirvan has

---

[14] https://www.tiktok.com/@thatdaneshguy/video/7285757284632775966?lang=en
https://www.tiktok.com/t/ZT8uRpUAy/
https://www.tiktok.com/t/ZT8u8ANNw/

never collected money to publish a news story. Instead, Noshirvan uses his platform to raise money and awareness for the victims in his news stories, for charities, and other social, and political causes.

### iv.    The  Making of the Couture/Garramone Conspiracy

107.    Couture was livid about the public exposure she received from Noshirvan's reporting of Couture's criminal acts that occurred on January 26, 2022. Couture's sole goal was/is revenge. Couture wants to make Noshirvan "suffer." As part of Couture's revenge, she hired a copywriter to produce a 20-page manuscript to alter the narrative of what happened on January 26, 2022, to make her appear to be the victim – instead of the perpetrator ("Manuscript").

108.    Couture's desire to make Noshirvan suffer became an obsession.  In text messages, Couture and an anonymous Instagram user discussed how Noshirvan was be killed if he was present in Lee County, Florida.  In different discussions, Couture commented about "burying the body" when referring to Noshirvan. Couture constantly spoke about obtaining revenge against Noshirvan while working as an operations manager at GPS, on GPS property, and to all of GPS's employees in person and on GPS owned platforms. It was all Couture spoke about. Couture's focus (as communicated to GPS employees), was to maintain daily discussions regarding the coordinated effort to injure Noshirvan's reputation. GPS's work culture was very cliquey. Employees were required to agree that Couture was the

victim of the January 26, 2022, incident or be ostracized. Couture as manager of
GPS, maintained this open dialog and communicated freely with GPS employees, in
GPS's office, about her plans to seek vengeance against Noshirvan. In several
instances, Couture or Garramone made GPS employees participate.

109.    Couture expressly told GPS employees that she "would publish
billboards with Noshirvan's likeness" (Couture later admitted to paying Trainor to
purchase the billboards). And that the Defendants "ha[d] something big planned" in
reference to Noshirvan (referring to the weekend of May 20, 2022, in Mansfield,
Pennsylvania).

110.    GPS's officers and employees working in the year 2022 were aware of
Couture's desire to harm, humiliate, and embarrass Noshirvan. The gossip between
GPS management and employees ran rampant occurring daily. Holliday, while at
work for GPS, personally observed Couture's actions and heard her statements
regarding Noshirvan on several occasions.

111.    Garramone was extremely angry about the public exposure Couture,
received from Noshirvan's reporting of Couture's criminal acts that occurred on
January 26, 2022. Garramone as an officer of GPS was angry about the negative
attention GPS received because of Couture's actions but incorrectly attributed
causation to Noshirvan.

112.    Immediately after the Dunkin Donuts incident, Couture contacted

Camp. She hired Camp on behalf of GPS. Couture provided Camp with a residence
on the Central Park /Garramone Property. Camp, who knew Trainor from the *Evoo*
case in 2021, connected Garramone, Couture, GPS, Central Park, and OMG Realty
with Trainor, the Trainor Law Firm, and the ADL in late April or early May of 2022.

113.   On May 06, 2022, Garramone acting as an officer of GPS, directed a
GPS employees to search information from "FastPeopleSearch.com" and place the
information into a GPS communal Dropbox. That Dropbox was shared with GPS
employees.

114.   Trainor, the Trainor Law Firm, the ADL, or Camp, created or caused
to be created, an account named "Victims of That Danesh Guy" on various platforms
in May/June of 2022, for the purpose of contacting people who had been publicly
outed as part of Noshirvan's investigative journalism and satire entertainment
broadcasts. A person named Susan "**Suze**" Miller currently operates the accounts on
their behalf and still communicates directly with Trainor and Couture.[15] Suze was
present at the May 19, 2025, evidentiary hearing. Trainor and Couture are still in
direct communication with Suze. And GPS just listed Suze in its amended initial
disclosures on June 30, 2025.

---

[15] See Trainor's privilege log suze82761 dated May 22, 2022 and May 27, 2022.



115.    In May/June of 2022, Camp sent Noshirvan text messages, showing communications with the Victims of Danesh accounts.

116.    Trainor, the ADL, and Camp, utilize these social media platforms to recruit other wrongdoers who did not take accountability, but rather pretended to be a 'victim," - as co-conspirators to participate in the "Couture/Garramone conspiracy" against Noshirvan. The following people and social media usernames are known to have direct communications with Garramone, GPS,  Couture, Trainor, the Trainor Entities, or Camp: Feud junkie,[16] Lara Smith, Tiffany Chhoum, Shauna Johnson, Zack Bonfilio, and Suze (Susan Miller). On June 23, 2025, Couture communicated with Lara Smith.

117.    Couture has direct access to, and often utilizes GPS's Instagram

---

[16] Feud Junkie is from Australia.  There are several Instagram  direct messages between Feud junkie and Couture.

account to directly message these individuals and others regarding the
Couture/Garramone Conspiracy.  Couture would do so during work hours, while
operating in her capacity as an operations manager for GPS.

118.    Couture and Garramone through GPS's Instagram account and
personally, joined  "Victims of That Danesh Guy" (on "Twitter" now "X") and
"Victims of Danesh" (on "Instagram") sometime after  May of 2022. Garramone
Plastic Surgery and Victims of That Danesh Guy follow each other, and Garramone
Plastic Surgery follows Camp:



119.    In May of 2022, Couture with Garramone's actual knowledge and
permission allowed Camp to live at 6535 Winkler Rd, Fort Myers, FL 33919
(Central Park/Garramone Property). Camp's friend Stuart stayed often or
temporarily resided Central Park/Garramone Property too. This is Garramone's

property owned by Central Park.[17]   Garramone is an officer of Central Park. Here

are photographs of Camp physically on the Central Park /Garramone Property:



120.    First, the door behind Camp contains an angled "wear and tear" mark

directly above the door handle. The photograph of Central Park/Garramone Property

without Camp has the exact same wear and tear pattern above the door handle.

Secondly, the ornamental metal rods covering the glass in the door is the same in

both pictures.

121.    In the pictures below, Camp, while on Central Park/Garramone

---

[17] 6535 Winkler Rd, Fort Myers, FL 33919 was originally painted in yellow when Garramone and Central Park purchased the property on November 15, 2021. See https://www.zillow.com/homedetails/6535-Winkler-Rd-Fort-Myers-FL-33919/295068155_zpid/? However,  by May of 2022, Garramone and Central Park had painted the house white. See
https://www.leepa.org/Display/DisplayParcel.aspx?FolioID=10208565&AllPhotos=true&SalesDetails=True#SalesDetails

Property, self-professes to be "visiting [his] boss's estate." The implication of this statement is that Garramone, Couture, and Central Park, are Camp's employers, Camp is Garramone's, Couture's, and Central Park's, agent, or at a minimum, co-conspirators. Camp's statement implies that Garramone, Couture, and Central Park, are Camp's employers, Camp is Garramone's, Couture's, and Central Park's, agent, or at a minimum, co-conspirators.



122.    Couture confirmed that: (1) the photographs depicting Camp at the

Central Park/Garramone Property are accurate, (2) the depicted horse is owned by her and housed at Central Park/Garramone Property, (3) Camp was residing at the Central Park/Garramone Property at the time this photograph was taken, (4) Camp's friend took the photograph of Camp in the barn and Couture knew about it, (5) and that the black and purple hat on the horse that states "your daddy joey,"  was found in Mansfield, Pennsylvania with a paper flyer containing  the same contents as Trainor's advertisements. See below:



123.    Garramone and Couture frequently visited the Garramone/Central Park's Property while Camp was residing there. Significant planning, coordinating, and operating what would become Camp's actions directed at Noshirvan took place

on between Camp, Garramone, and Couture while present at Garramone/Central
Park's Property.

124.   In May of 2022, Camp, while living at the Garramone/Central Park's
Property made a livestream video defaming Noshirvan by calling him a "child
predator," inciting public outrage through use of false statements, and directing the
Couture/Garramone co-conspirators to contact Tioga County Department of Child
Protective Services ("**Child Protective Services**"). In the picture below, Camp
expressly directs co-conspirators to "report Noshirvan for child abuse and neglect."[18]

 

18 A copy of the video has been previously provided to the Court via jump drive.

Page **40** of **113**





125.   Camp is pictured below paragraph 123 sitting at the kitchen island in

the Garramone/ Central Park Property. His camera is pointed at the ceiling to conceal

his location. However, the bottom two pictures are the Garramone/Central Park

Property.[19] The air vent and smoke detector placement are the same. And the black painted door hinges are the same.

126.    The Garramone/Central Park Property has an inground pool as pictured below:



127.    On May 20, 2022, while Couture and Garramone were in Pennsylvania for Garramone's son's college graduation ceremony at Bucknell University, Camp broadcasted a live stream video while sitting in the pool located at the Garramone/Central Park Property. The pool is readily identifiable because of its ornate roman edges and the surrounding iron fence.

128.    Camp's ties to Garramone and Couture were confirmed by several witnesses who personally know Garramone and Couture. Couture herself confirmed a direct employment relationship between Camp and GPS. Couture confirmed a direct employment relationship between herself and Camp. And Couture confirmed a direct employment relationship between Trainor and the Trainor Entities and

---

[19] https://www.zillow.com/homedetails/6535-Winkler-Rd-Fort-Myers-FL-33919/295068155_zpid/?mmlb=g,14

Camp.  All occurring at different time periods throughout the Couture/Garramone

Conspiracy.

129.    Camp's ties to Garramone and Couture were confirmed by

Garramone's and Couture's ex-relatives, and former employees of GPS.



130.    In photograph above of Camp's live stream video (dated May 20,

2022), Camp is being directed by Robert Colbert, owner of now defunct Shing TV,

an alternative underground broadcasting platform.[20] In this live stream video, Camp

---

[20] **N.B.** Noshirvan incorporates by reference: (1) Camp's livestream regarding calling CPS, (2) Camp's May 18, 2022 livestream in Clearwater Beach, Florida, (3) Camp's May 20, 2022, livestream from Central Park's pool, (4) all 70 exhibits attached to Couture's deposition and filed on the docket,  (5) both of attorney, Christopher Marlborough's declarations previously filed on the docket, (5) Jennifer Holiday's deposition transcript previously filed on the docket, and (6) Noshirvan's testimony at the May 19-20, 2025 evidentiary hearing.

explains that he is working in concert with several other individuals with the sole purpose of destroying Noshirvan's reputation and placing him in financial ruin - essentially destroying Noshirvan's reputation, state of mind,  and quality of life. Camp further elaborates on the "Plan" or conspiracy: (1) having co-conspirators  go through Noshirvan's trash; (2) hacking Noshirvan's digital accounts and possibly WIFI, (3) the different stages of the conspiracy (referred to as "rounds" the first round is advertising, the second round is labeling Noshirvan as predator, etc.); (4) the financier and funding he has received to carry out his part of the conspiracy (Couture's admits to being the financier but made payment through multiple credit cards including GPS's business credit card); (5) the distribution of thousands of various versions of defamatory flyers posted near Noshirvan's hometown in less than 24  hours; (6) the billboards containing Noshirvan's face and ThatDaneshGuy's likeness, that were placed in Noshirvan's hometown; (7)  the mass emails sent to almost every business near Noshirvan's hometown containing or implying false statements, placing defamatory ads in Penny savers; (8) published a television advertisement on FOX News; and (9) falsely alleging to be in Pennsylvania to cover for Couture and Garramone – who were actually in Pennsylvania on May 20, 2022 — with GPS employees Sydney Ratz ("**Ratz**") and Alexander Quatrone ("**Quatrone**").  On May 20, 2022, Garramone utilizing a cellphone ending in 5110

thanked Ratz and Quatrone for flying to Pennsylvania. Couture acting on GPS's

behalf requested they join the trip.

131.    On May 04, 2022, Camp was at Frenchy's Rockaway Grill in

Clearwater, Florida for the Florida Governor's speech. Camp depicted below:[21]



132.    One day later, on May 05, 2022, Couture on behalf of GPS made two

payments to Camp utilizing Garramone's business credit card owned by GPS. The

total amount Garramone, Couture, and GPS paid Camp on May 05, 2022 was

$2,750.00 dollars. *GPS paid Camp $5,310 for the month of May 2022*. Couture made

payments on behalf of, and utilizing, GPS's business credit card to Camp from May

05, 2022, through July of 2022. Those payments were made weekly.  Thereafter,

Couture continued to make weekly payments to Camp's *GiveSendGo* account

utilizing Garramone Marketing's credit card or personal credit cards owned by

Garramone or Couture. Garramone and GPS either knew of the payments in advance

---

[21] See for date confirmation:
https://www.facebook.com/watch/live/?ref=watch_permalink&v=276292907956016

or became aware of the payments upon receipt of the monthly billing statement. In either event, Garramone's and GPS's acquiescence operates as intentional acceptance.

133.    Couture via text message on GPS's business cellular phone expressly requested Garramone's and GPS's permission to make several payments to Camp. Garramone and GPS expressly confirmed these payments.  On May 12, 2022, Couture via GPS group chat (to all officers and employees of GPS) conveyed a portion of the Couture/Garramone Conspiracy campaign. Specifically, Couture shared Camp's link: a Change.Org petition to "remove Noshirvan." That petition contained Couture's defamatory false narrative and was disseminated publicly. Trainor individually and on behalf of the Trainor Entities was at Garramone Surgery Ctr. advising Defendants "in preparation" for the May 20, 2022 event, when Couture sent GPS employees and officers the group text.  Several GPS employees actively participated in the dissemination of Couture's false narrative during working hours and while working on GPS company time. As a result, one of GPS's physicians resigned.

134.    On or about May 20, 2022, Garramone and Couture traveled from Fort Myers, Florida to Bucknell University for the graduation of Ralph R. Garramone, III – Garramone's adult child. Bucknell University is in Lewisburg, Pennsylvania – a 1

hour and 15-minute drive from Noshirvan's hometown. The picture depicts Bucknell

University's May 22, 2022, graduation ceremony:



135.    Couture in her capacity as an operations manager for GPS, directed

GPS employees, Ratz and Quatrone to meet Couture and Garramone in Mansfield,

Pennsylvania on May 20, 2022. GPS employees Ratz and Quatrone met up with

Garramone and Couture in Mansfield Pennsylvania on May 20, 2022. Couture drove

a rented motor vehicle and drove past Noshirvan's home while Garramone sat in the

passenger seat. GPS employees Ratz and Quatrone sat in the back seat of the vehicle

and took pictures of Noshirvan's personally, his minor children and home. This act

constitutes stalking. Ratz and Quatrone gave those pictures of Noshirvan and his

children to Couture.  Couture, in turn, sent those photographs to Camp, who sent

those photographs to Noshirvan via text message.  At least one photograph shared

with Camp by Couture was taken by Garramone because the photograph was taken

from the passenger seat of the vehicle. Couture later admitted that they performed their own "in-person investigation" in Noshirvan's hometown.

136.    Between May 20, 2022 and May 22, 2022, Garramone and Couture were caught on videotape Papa The Butcher's shop, which is located in Noshirvan's hometown. The same butcher shop the Couture/Garramone conspirators erroneously believed to be owned by Noshirvan's in-laws. Couture actually sent Papa the Butcher's shop a direct social media message prior to Garramone and Couture, Ratz and Quatrone's trip to Mansfield, Pensylvania. Couture admitted that she is the women depicted in the black wig and that the photograph depicts Garramone:



137.    Camp falsely claimed on social media that he left defamatory flyers of

Noshirvan and his wife in the restroom of Papa The Butcher's shop. The images
published by Camp show flyers in Papa the Butcher's shop restroom (first and third
image from left), the Penny saver advertisement on the dashboard of a motor vehicle,
and flyers left on a bulletin board in Mansfield, Pennsylvania. Those images in
Camp's possession were sent to Camp by Couture and were taken by GPS
employees, Ratz and Quatrone.



138.   Camp made several false statements while on Central Park/Garramone
Property to protect Couture, Garramone, Ratz, Quatrone, and a GPS officer from
their actions of posting defamatory flyers in Noshirvan's hometown and in Papa the
Butcher's shop.

139.   In the second photograph above, Camp states "we **_recorded_** every

interaction in Pennsylvania." "We hit over a 1,000 community bulletin boards in 48 hours." The "we" refers to Couture, Garramone, Ratz and Quatrone. Wait for round 3 of at least 50 punk." Noticeably, Camp in most of his social media posts discussing the Couture/Garramone Conspiracy utilizes the term "we," which is indicative of a multi-person conspiracy.

140.    Camp cyberstalked Noshirvan, his wife, and minor children beginning on May 05, 2022 and continued to do so for several years. Camp cyberstalked Noshirvan and his wife's immediate family, including Noshirvan's deceased father. Camp utilized information about Noshirvan's deceased father to harass, threaten, and intimidate Noshirvan. Camp regularly sent text messages and posted images related to Noshirvan's deceased father to break Noshirvan mentally in furtherance of the conspiracy.

141.    Couture's and Garramone's ex-relatives confirmed that during the graduation weekend Couture and Garramone went missing for several hours – and almost missed the entire graduation. Couture, Garramone, Ratz and Quatrone placed the defamatory flyers in Noshirvan's hometown in furtherance of the Couture/Garramone Conspiracy - while Camp stayed at the Central Park/Garramone Property and broadcasted videos in furtherance of the conspiracy. Ratz and Quatrone were required to attend as part of their continued employment with GPS.

142.    In the video below, Camp again attempts to cover for Garramone and

Couture by falsely claiming to have been one of the co-conspirators to travel to
Noshirvan's hometown and distribute the defamatory flyers. Camp further informs
co-conspirators that his phone number is safe because Verizon refused to comply
with a subpoena, and thereafter he moved the account to local carrier.



143.   On May 20, 2022, the following image was published in Noshirvan's
hometown's Penny Saver:



144.   Around the same time the Penny saver advertisement went live, a billboard appeared in Noshirvan's community. These advertisements contained both Noshirvan's face and an image of ThatDaneshGuy with the words "doxing is violent." These advertisements falsely imply that Noshirvan condones, advocates, or takes part in, "harmful or destructive physical force" directed at a person. Further, the advertisement improperly utilizes ThatDaneshGuy's likeness without consent.

145.   Couture gave Trainor and the Trainor Entities money individually and on behalf of Garramone and GPS – for the sole purpose of purchasing the Penny saver advertisement, billboards, and a FOX News television advertisement. The billboard and Penny saver were created at Couture's direction and paid for by Couture. Trainor confirmed that he personally created the artwork utilized by Trainor and the Trainor Entities. That artwork was shared amongst the Defendants. Trainor and the Trainor Entities completed the purchase or transaction.  Trainor discussed the ADL with Coach Finstock (the host of Full Haus) and admitted that the ADL will "dox the doxers" and "people funding the doxers" by "placing their face on a billboard." [22] Creation of the advertisements containing Noshirvan's likeness, was a concerted effort by GPS, Central Park, Garramone, Couture, Trainor

---

[22] This is the public audio broadcast of that conversation. https://soundcloud.com/user-37760469/patrickdiscussesbizarroadlpurp (see 2:20 - 3:30 minutes in audio)

and the Trainor Entities in furtherance of the conspiracy and in Trainor's words "in

preparation of the 0340 Case" (Couture and GPS were plaintiffs).

146.   Trainor and the Trainor Entities approved the artwork along with

Couture to be utilized in the television ad, billboards, Penny saver, and on flyers.

Trainor and the Trainor Entities leased or purchased billboards, Penny savers, and a

television advertisement  in furtherance of the Couture/Garramone Conspiracy.

147.   The defamatory flyers Garramone, Couture, Ratz and Quatrone placed

in, and around, Noshirvan's hometown falsely referred to Noshirvan has a

"predator." In third picture below, Camp using the handle "daneshfiles" lied and

falsely stated  that **he** bought the television commercials, billboards, and full-page

Penny saver advertisements containing a Trainor, or Trainor Entity, owned

telephone number (732-723-4007), which was directed at defaming Noshirvan.[23] In

the fourth picture below, Camp requested on social media for co-conspirators to send

mass communications of the defamatory flyers to news outlets. Mass emails were

sent.

---

[23] This phone number was active as of December 15, 2023, and directed to Trainor and the
Trainor Entities. An audio recording is included on the previously mentioned jump drive.



148. Camp in furtherance of the conspiracy intentionally interfered with Noshirvan's business by submitting false or fake defamatory reports and complaints to known social media platforms for the purpose of deplatforming Noshirvan.

149. Camp purchased the domain www.thatdaneshguy on September 16, 2021, after he was in contact with, and actively working for, Trainor and the Trainor Law firm.

150. GPS, Couture, Garramone, Trainor or the Trainor Entities directed Camp to build and publish a defamatory website about Noshirvan or were learned about the defamatory website by Camp later and acquiesced. That website was published by Camp in June/July of 2022. At best, GPS, Couture, Garramone, Trainor and the Trainor Entities acquiescence is acceptance of Camp's work. The website's domain is www.thatdaneshguy.com. However, at some point after May 22, 2023,

Camp redirected to Court Listener (*Couture v. Noshirvan*, 2:23-cv-00340).
Indicative of a coordinated effort.

151.    Couture gave Camp direct login access to all of her @JenCoutureFL
social media accounts. Couture directly supervised all of Camp's activities on her
@JenCoutureFL social media accounts. Couture or Camp at Couture's direction,
actively promoted the domain: www.thatdaneshguy.com, and promoted and
published advertisements containing Noshirvan's face and ThatDaneshGuy's
likeness in furtherance of the conspiracy. Furthermore, when the post below was
taken, Couture's global positioning system on her cellphone indicated that she was
in Pennsylvania.



152.    Rather than admit her wrongdoing on January 26, 2022, Couture

doubled down and falsely accused Noshirvan of "stalking, sextortion, and blackmail" and then posted her claim of false allegations on social media. Couture later admitted she has no proof to support any of these false assertions. Couture continued her false narrative by alleging publicly that Noshirvan has a "sexual fantasy" about her, which is not true. Couture played the #metoo card to defame Noshirvan by implication and create a false narrative for her social media platform. Couture falsely accused Noshirvan as being a "revenge pornographer." Lastly, Couture bragged about Camp deplatforming Noshirvan from his social media platforms to have him defended and impoverished. See Picture 3, above.

153.    Couture drafted or caused to be drafted 20-30 versions of her 20-page Manuscript wherein she falsely rewrites the January 26, 2022, Dunkin Donuts incident to inaccurate portray herself to be the victim. In 2024, Couture admitted lying about what happened in the Dunkin Donuts incident. In that same Manuscript, Couture falsely portrays Noshirvan to be a criminal, villain, predator, low life, sex worker, pornography maker, among other things, and blames Noshirvan for every negative aspect, comment, or consequence she received because of her actions. Various versions of this Manuscript were published or disseminated by Couture and constitutes defamation by implication.    Couture signed certain versions of the Manuscript indicating that she resided at the Central Park/Garramone Property while utilizing a GPS owned email address: "@garramone.com." This act is indicative of

Couture's intent to perform these acts as an agent of Central Park and GPS. The Manuscript was shared with, and revised by, Garramone personally and as an officer of Central Park and GPS.

154.   Starting on May 05, 2022, Camp and other co-conspirators sent hundreds of threatening text messages to Noshirvan in furtherance of the conspiracy. Camp continued to directly send Noshirvan text messages through the end of June of 2022.  Camp sent Noshirvan so many text messages with images in a two-month period, that a condensed reprint of those text messages exceeds over 80 pages. And when the sent images are included, the page count exceeds 150-200 pages.   The pictures below are representative of Camp's actions:



155.   In the first photograph in paragraph 137, Camp states "the Top RICO

attorney" (referring to Trainor and the Trainor Law Firm). Camp then claims to pay

Trainor "to go after [Noshirvan] and everyone [he] got information from." Couture

admitted paying money "to get this whole [conspiracy] started." Camp's statements,

which are directly attributable to Couture, are indicative of actual malicious intent,

malicious prosecution, or an abuse of process. GPS's, Couture's, and Trainor's

actions in case number 2:23-cv-00340-SPC-KCD confirm same.

156.   In the second photograph in paragraph 137, Camp refers to Trainor as

the "top RICO attorney in the nation." Camp states that telephone number (732-723-

4007) on the Penny Saver and billboards belong to Trainor or the Trainor Entities.

Trainor confirmed that Trainor or the Trainor Entities own the telephone number (732-723-4007) on the Penny Saver and billboards.

157.   In the second photograph above, Camp states "<u>we</u> want you homeless, deplatformed, your kid in foster care, your wife f**k**g n****rs for crack and more." Camp's statements here, and throughout this Complaint, are indicative of GPS's, Central Park's, Garramone's, Couture's, and Trainor's malicious intentions regarding the Couture/Garramone Conspiracy.

158.   Camp published hundreds, if not thousands, of defamatory social media posts in furtherance of the conspiracy. Camp often reposted those defamatory posts across multiple social media platforms.  Many viewers of Camp's defamatory posts and reposts, were found to have shared Camp's defamatory posts about Noshirvan. Several of Camp's defamatory posts discuss steps taken towards the conspiracy's purpose – reputational and financial destruction, injury, and harm, of Noshirvan and his family. In furtherance of the Couture/Garramone Conspiracy, at Couture's, GPS's, Garramone's, and Trainor's direction, Camp intentionally inflicted severe emotional distress on Noshirvan to effectuate the Couture/Garramone Conspiracy's purpose.



159.   In the second photograph above, Camp explains that the Couture/
Garramone Conspiracy is about "taking down [Noshirvan], online and teaching him
a valuable lesson in matching vibes." Camp further explains "[d]oes it stop there?
Nope, this is going to be ***a sustained operation*** that will continue until he is a broken
human skeleton of the person he is. Until his kid is placed in foster care…."
Defendants' conduct goes beyond all bounds of decency and ought to be regarded
as odious and utterly intolerable in a civilized community.

160.   Camp also published the following admissions:



**Joseph A Camp**
2h · 🌐

nternet cyber bully with over 1,000,000 followers on
ikTok has caused the suicide of a 14 year old.

1y boss is financing the class action RICO litigation
gainst him, TikTok, and many other participants in the
nterprise.

1y assignment was to stealthily distribute over 10,000
irculars, flyers and local advertisement in his
ometown.

le was served, in the last image, at home by a team of
rocess servers, cameramen, and angry victims
hortly after the image was taken.

1atching vibes.

Jojo





Joseph A. Camp ✓ @JoeyCamp2020 🖊 · May 12

@bagwarn I wouldn't. This was pure business, the result of
the day this image was taken will come to light soon. I'm
working diligently behind the scenes on a major Matching
Vibes that will knock the socks off what I have done
previously.

Like   Reply   Repost   ...

Bagwarn 🏴 @bagwarn · 1 like · May 12

@JoeyCamp2020 fair call mate, thanks for
explaining. Keep shining the light bright!









161.   Couture created or caused to be created, a false narrative (utilizing her Manuscripts). Couture acting her personal and work capacity for GPS, shared that narrative with Garramone, Trainor, Camp, Ratz, Quatrone, all of GPS's employees

and several other individuals. Camp at Couture's, GPS's, Garramone's, and Trainor's behest intentionally spread defamatory statements throughout the internet and in real life. For example, Camp, Couture, Garramone, Ratz, and Quatrone consistently but falsely alleged that Noshirvan (1) is a "child groomer", (2) sexual "predator", (3) "pedophile", "cyberbully", "stalker", sextortionist", "blackmailer", and that he "rapes his own child" and "caused a 14-year-old to commit suicide." The implication of these statements incites hatred throughout the social media community and Noshirvan's actual community. As a result of Camp's, Couture's, Garramone's, Ratz's, and Quatrone's patently false statements, Noshirvan and his family, have suffered from mental anguish, emotional distress, pecuniary loss, harm to reputation, damaged business relationships, and lost standing within his community, sustained personal and familial humiliation, and endured pain and suffering.

162.    Couture, Garramone, GPS, Central Park, Trainor, and the Trainor Entities agreed to work with Camp to target Noshirvan's wife and child to inflict extreme emotional distress upon Noshirvan.

163.    Camp had Noshirvan and his family "swatted"[24] several times. Couture

---

[24] Swatting is the action of making a false report of a serious emergency so that a SWAT team will go to a person's home, by someone who wants to frighten, upset, or cause problems for that person.

is responsible for Camp's actions of swatting.  GPS employees, Ratz and Quatrone
took photographs of Noshirvan and child at his home and provided same to Couture.
Couture sent those photographs to Camp.  Camp, in turn, sent those photographs to
Noshirvan to imply that Noshirvan's family were in immediate physical danger.  It
worked.  Noshirvan's wife and minor children were forced to temporarily move from
their home out of fear for their safety. This picture is indicative of a credible threat
of harm and was sent to Noshirvan within minutes after the photograph was taken.



164.    Couture, utilizing GPS's Instagram profile, lead "the call to action" in
furtherance  of  the  Couture/Garramone  Conspiracy.  Couture  regularly  posted  to
GPS's and her personal social media accounts while at work for GPS at Garramone
Surgery Ctr.  In the picture directly below, a co-conspirator a/k/a "feud junkie" states
"FAFO" or "F**k around and find out." Couture on behalf of GPS in response,
makes a rally speech to gather. Specifically, Couture states "[d]otting all of the i's
and crossing off the t's now. It is time for all his (referring to Noshirvan) victims to
gather."



### v. Continuation of the Couture/Garramone Conspiracy

165.   Couture, Ratz, or Camp, created a ***Google Drive*** named "Jennifer Couture." That Google Drive was shared between GPS employees. Specifically, Couture utilizing her GPS owned "@Garramone.com" email address sent the Google Drive to Garramone utilizing his "@Garramone.com" email address. That Google Drive contained  6  File Folders labeled as: Court documents (Noshirvan's court documents), Danesh OnlyFans (contains photographs stolen by Camp), AR Instagram (contains Anjalykie Reed IG screenshots), DN Instagram (contains screenshots of Noshirvan's Instagram account), DN Twitter (contains screenshots of Noshirvan's Twitter account), and DN TikTok (contains screenshots of Noshirvan's

TikTok account). The Google Drive also contains several other screenshots and videos concerning Noshirvan. The Owner of the Google Drive is listed as "DaneshFiles1." Interestingly, certain documents contained within the Google drive show the earliest modified date is January 28, 2022. This Google Drive was in possession of, and produced in part by GPS.

166.   On or about  July 05, 2022, Camp utilizing the phone number 720-454-5240   sent a Couture (personally) a text message containing a link to *Google Spreadsheet.* That message also contained a link to PayPal. Payments to Camp may have been made via PayPal. On July 10, 2022, Camp utilizing the email address joey@joeycamp2020.com emailed that same Google Spreadsheet link to Couture's and Garramone's work email address owned by GPS — "@garramone.com." Camp's email was a direct report showing his work performed on Couture's, Garramone's and GPS's behalf from Central Park's property.

167.   The Google Spreadsheet Camp sent to Garramone, Couture, and GPS, contains dozens of pages. For example, the first page contains Noshirvan and his wife's personal identifying information. Other pages list all Noshirvan's accounts, and include members, subscribers,  donors,  and more. The Google Spreadsheet contains 5 pages of individuals Camp labeled as Danesh Victims. Individuals on that list residing in New Jersey are highlighted in green. Rikki Cornelisse's name is on that list and highlighted in green. The Google Spreadsheet also contains pages for

several former employees of GPS, Chris Couture, and Anjalykie Reed. The Google

Spreadsheet is too voluminous to list in its entirety.  However, it also contains a page

dedicated to Noshirvan's Only Fans account and TikTok executives with their PII

and contact information.

168.   Couture sent Camp a licensed private investigator's Comprehensive

Report regarding Noshirvan.[25] That Comprehensive Report expressly indicates that

it is for "licensed investigator purposes only." Information in that Comprehensive

Report is contained with Google Spreadsheet discussed below.

169.   Camp sent text messages to Noshirvan that contained screenshot

images of the Google Spreadsheet (e.g., the first page) as a threat. Camp emailed

Garramone and Couture utilizing GPS owned email addresses "@Garramone.com"

screenshots of several other pages depicting Camp's attempts and success at

removing Noshirvan for social media platforms and his content from Google and

Microsoft.

170.   On September 09, 2022, Garramone sent a text message from his

cellular phone owned by GPS to Couture. In that text message, Garramone directed

Couture not to use GPS's gold business credit card to pay Camp.  Garramone, instead

---

[25] A recently as June 01, 2025, Garramone and Couture have not learned their lesson because they had a licensed
investigator run a "comprehensive report" on James McGibney.

instructed Couture to pay Camp utilizing either the green credit card or marketing credit card.

171.   On September 09, 2022, Camp utilizing the email address joey@joeycamp2020.com, emailed Couture utilizing GPS owned email address "@Garramone.com." Couture forwarded that email to Garramone utilizing GPS owned email address ""@Garramone.com." In the body of the email, was a letter to the Ministry of Foreign Affairs for Belize. That letter confirms that GPS contracted with Camp for Camp to work as GPS's marketing and Social media manager. The letter also confirms that GPS would pay Camp, at a minimum, $2,000 USD per month after U.S. taxes.  The letter is signed by Garramone.

172.   Camp reported directly to Garramone and Couture utilizing GPS owned email addresses "@Garramone.com." For example, on August 11, 2022, Camp utilizing the email address Joey@joeycamp2020.com, emailed Garramone and Couture through GPS and stated expressly asked for approval with regards to the **Change.org petition** Camp created to deplatform Noshirvan (and later shared with all GPS employees and officers). Camp also requested approval to utilize illegal botnets in carrying out the task of removing Noshirvan's content.

173.   Garramone as representative of GPS expressly authorized Camp to work on GPS's behalf in emails to Google, which included removal of Noshirvan's content. In one email, Garramone expressly states that "Camp has been working

diligently on our behalf, and we would like him to continue to so." That email chain revolved around Camp's removal of Noshirvan's content by providing false and defamatory context.

174.    Similarly, Couture as representative of GPS expressly authorized Camp to work on GPS's, Garramone's and Couture's behalf. The context of this discussion is related to Camp's removal of Noshirvan by providing false context and defamatory content.

175.    Camp shared images stolen from Noshirvan's Only Fans account with Couture, Garramone, Trainor, the Trainor Entities, and GPS.  Those images were utilized to falsely claim that Noshirvan is a criminal, child predator, and revenge pornographer. Those claims were debunked when Noshirvan confirmed that the images claimed to be criminal were simulated.

176.    In September of 2022, Couture sent Garramone a text message wherein Couture confirmed knowledge that Camp utilized her @JenCoutureFL social media account. Couture knew what Camp was doing, conveyed it to Garramone, but failed to take any action to stop Camp from his online campaign of defamation, harassment, threats, and intimidation. Couture and Garramone continued to Pay Camp.

177.    On December 17, 2022, Couture sent Garramone a text message to a

cellphone owned by GPS. In that text message, Couture sent a screenshot of Camp. The screenshot is Camp confirming that Noshirvan lost his BuyMeCoffee and conveys related communications with Trainor and the Trainor Entities. Couture in the text of message states: "Ralph[,] I need you to stop [Camp] from doing another thing." Camp "instigates [Noshirvan] and makes it worse." That sentiment by Couture was short lived.

178.    On February 16, 2023, Couture sent Garramone a text message to a cellphone owned by GPS. In that text message, Couture sent a screenshot of Camp. The screenshot is Camp confirming removal of Noshirvan's content. Couture in the text of message states: "when you get chance [,] we need to send joey a check and a thank you." The term check is important because a cashier's check would be untraceable.

179.    Upon information and belief, Couture, Garramone, and GPS continued to make payments to Camp using *GiveSendGo*, PayPal, or cashier's checks to hide the paper trail. This act is indicative of knowledge wrongdoing and performing the act in furtherance.

180.    Camp continued to publish and republish Couture's false narrative on all his social media profile pages from May 05, 2022, through May of 2023. Camp continued to send mass emails to Noshirvan's friends, family, business partners and acquaintances from May 05, 2022, through May of 2023. Camp directly targeted

Noshirvan's wife's place of employment with mass emails. All of Camp's mass email communications contained variations of Couture's false narrative defaming Noshirvan and family. This was done at Couture's or Trainor's direction and in furtherance of the Couture/Garramone Conspiracy.

181.   Camp threatened Noshirvan's wife's immediately family to the point where some family members stopped speaking with Noshirvan and his wife out of fear for their own safety. Camp's actions caused Noshirvan and family significant mental and emotional aguish. Camp's actions were done at Couture's or Trainor's direction and in furtherance of the Couture/Garramone Conspiracy.

182.   Trainor and the Trainor Entities have been in direct email and telephone communications with Camp from May of 2022 through December of 2024. Trainor and the Trainor Entities have received significant help and information from Camp during that time. Couture admitted in text messages that "Camp worked for Trainor." But that she paid Trainor and Camp to get the Couture/Garramone Conspiracy started. The Couture/Garramone Conspiracy continued throughout the year 2023. Couture also admitted to paying Trainor and the Trainor Law Firm.

183.   Garramone held several private "Signal" (like Zoom) meetings with Camp. Upon information and belief, those meetings provided Garramone with actual knowledge of Camp's productivity as it relates to the Garramone/Couture Conspiracy. These meetings were held regularly.

184.    As part of the plan to reputationally harm, defame, deplatform, and
terrorize Noshirvan and his family financially, Camp made direct death threats to
Noshirvan. For example, Camp's sent several photographs depicting Noshirvan
decapitated, or limbs removed. Photographs of Noshirvan in a guillotine were also
sent. Camp also stated that he will "end [Noshirvan's] family cut by cut."  Camp
also threatened and advocated for sexual mutilation and rape of Noshirvan's minor
children. For example, Camp discussed biting Noshirvan's children's genitalia off.
Camp also utilized the terms "sand n*gger" and "f*got" when referring to Noshirvan
and his children.   Additionally, Camp urged Noshirvan to commit suicide on
multiple occasions to stop the ongoing threats, harassment, and intimidation from
Camp caused by the Couture/Garramone Conspiracy.

185.    Couture, and Camp, actively and intentionally disseminated nude
images as defined in F.S. 847.001, in violation of F.S. 784.019, to inflict severe
mental anguish and emotional distress upon Noshirvan and his wife. See    F.S.
784.019(1)(b). Of note, the Florida legislature found that dissemination of nude
images as defined in F.S. 847.001, can cause "substantial emotional distress."

186.    Couture, Camp, and Trainor actively and intentionally started a false
defamatory campaign claiming that Noshirvan was criminal under 18 U.S. §2257
and a pedophile because Noshirvan allegedly did not maintain records as required
by subsection (b)(3).  Agents of GPS followed suit.

187.   Couture's, Camp's, and Trainor's defamatory campaign related directly to the nude images stolen by Camp were disseminated to inflict severe mental anguish and emotional distress upon Noshirvan and his wife.  However, Noshirvan confirmed that Couture's, Camp's, and Trainor's defamatory campaign was reckless, malicious, and false because the image at issue were simulated. See 18 U.S.C. §2257(h)(1). Thus, Noshirvan was not required to keep records. Noshirvan also testified that he had the consent of the adults depicted in the simulated photograph. Therefore, the defamatory campaign related directly to the nude images and acting on pedophilia were false and constitute defamation *per se*.

188.   At GPS's, Garramone's, and Couture's, direction GPS's agents and employees participated in the defamatory campaign against Noshirvan directly related directly to the nude images stolen by Camp.

189.   Couture, Garramone, Trainor, and the Trainor Entities participated in the defamatory campaign against Noshirvan directly related directly to the nude images stolen by Camp.

190.   Garramone, Couture, Central Park, GPS, OMG Realty, Trainor and the Trainor Entities had knowledge of, and agreed to participate, in a concerted effort to destroy Noshirvan and his family financially, reputationally, and to defame, deplatform, and terrorize Noshirvan by attempting to detract his child from his custody - as payback for making the initial Couture video. The Couture/Garramone

Conspiracy is simply Couture's, Garramone's, and GPS's revenge. The plan was to make Noshirvan suffer like Couture inaccurately perceives that Noshirvan caused her suffering from the consequences of her actions on January 06, 2022, Dunkin Donuts incident.

191.   Camp is an employee, agent, and co-conspirator of Garramone, Couture, Trainor, GPS, and Central Park at different time periods.  Defendants' plot against Noshirvan began as early as February of 2022 and continued through the date of this filing. And it will continue well into the future.

192.   OMG Realty owns Garramone Surgery Ctr. Several meetings regarding the Couture/Garramone Conspiracy took place in Garramone Surgery Ctr. with Garramone present acting as an officer for OMG Realty.

193.   Garramone acting as an officer for OMG Realty, communicated with Camp via email, telephone, or Signal live chat regarding the Couture/Garramone Conspiracy on several occasions in the years 2022 and 2023. Garramone acting as an officer for OMG Realty discussed, planned, and coordinated, the Couture/Garramone Conspiracy with Couture, and tenants on the property, and GPS employees. Garramone, acting as an officer for OMG Realty, communicated with Couture, Ratz, and Quatrone, regarding the Couture/Garramone Conspiracy on several occasions.

194.   A substantial portion of the Couture/Garramone Conspiracy took place

at the Garramone Surgery Ctr. by GPS officers, employees, agents, and co-conspirators, of the Couture/Garramone Conspiracy – including Couture, Garramone, Ratz, Quatrone, and Camp.

195.    A substantial portion of the Couture/Garramone Conspiracy took place at the Garramone Surgery Ctr. by OMG Realty officers, employees, agents, and co-conspirators, of the Couture/Garramone Conspiracy – including Garramone.

196.    A substantial portion of the Couture/Garramone Conspiracy took place at the Garramone/Central Park Property (Winkler Rd.) by Central Park officers, employees, agents, and co-conspirators, of the Couture/Garramone Conspiracy – including Couture, Garramone, and Camp.

### vi.    May of 2023 and Intentional Interference

197.    On May 22, 2023, GPS and Couture sued Noshirvan in 2:23-cv-0340 (the "**0340 Case**"). In June of 2022, Noshirvan contracted with, and hired Robson Powers ("**Powers**") to represent him in the 0340 Case. Camp utilizing the emails addresses daneshfiles@yandex.com and Joey@JoeyCamp2020.com immediately began sending Powers' and his law firm harassing, threatening, and intimidating email communications. Telephone communications occurred as well.   Camp mass emailed Powers' and his law firm (1) screenshots of the Google Spreadsheet and Comprehensive Report (discussed above), (2) digital images of the Penny saver, (3) pictures of Powers wife and minor children (imply threats — "[your wife] get the

same treatment your client gave … to others), threats of extortion to expose Powers'
wife's prior legal history, images of Noshirvan's face phot shopped on various nude
images, and slews of defamatory emails parroting Couture's false narrative. In at
least one email, Camp utilized his actual signature block: Signed Joseph A. Camp,
CampjosephA@gmial.com, JosephaCamp@yandex.com @CampJosephA (Twitter,
Facebook, Instagram, LinkedIn), 720-454-5240. Powers' law firm received at least
3 phone calls from Camp utilizing the phone number 720-454-5240. On July 10,
2023, after not sleeping for days from being in terror of Camp, Powers resigned from
his law firm and withdrew representation as counsel for Noshirvan.

198.   Noshirvan contracted with Powers law firm and paid them money to
represent him in the 0340 Case. Camp was aware of the relationship between
Powers, his law firm, and Noshirvan because a notice of appearance was filed. Camp
actively in furtherance of the Couture/Garramone Conspiracy harassed, threatened,
extorted, and intimated, Powers to the point he was forced to withdraw as
Noshirvan's counsel. Camp, Trainor, and Couture's goal was to default Noshirvan
with the hope that he would provide information about TikTok's inner workings. All
Defendants falsely believed that they could monetize Couture's Donkin Donuts
incident by going after Noshirvan.

199.   Camp in furtherance of the Couture/Garramone Conspiracy attacked

the law firm of Marten Chiappetta on the same day he filed a notice of appearance on the 0340 Case. In fact, Camp called that law firm within 2 hours of the filing and began threatening, harassing, and attempting to intimidate the law firm. It did not work. It only inspired the law firm to pursue justice. Camp's actions and statements related to his harassment of the law firm clearly show a pattern of conduct (*modus operandi*) directly related to the Couture/Garramone Conspiracy continuing into and beyond May of 2023.

200.    In total, on behalf of Trainor, and the Trainor Entities, Camp cyberattacked at least 3 different law firms in two Federal cases, and at least 3 lawyers and their friends, family, and acquaintances.

201.    Garramone's knowledge and actions are imputed on, and attributable to, GPS, OMG Realty, and Central Park because Garramone is an officer or managing member of each entity.

202.    Camp communicates with Garramone, Couture, Trainor, and other co-conspirators through social media applications like Signal, Discord, Instagram message (before he deleted his account), Facebook messenger, *Gab.com*. Camp also communicates via email and telephone. Couture utilizing GPS's business credit card, and other business and personal credit cards made payments to Camp for his services through *GiveSendGo.* In the picture below, Camp stealthily communicates to GPS, Garramone, Couture, Trainor, and the Trainor Entities that it is safe to continue

paying him. Every communication conveyed to Garramone is communicated to each

entity Garramone is an officer of. For example, Camp explains that Trainor can

execute his affidavit, and Camp ***"will deny everything in a sworn affidavit."*** Camp

emailed Trainor and the Trainor Entities a few days after the Notice of Intent to

Initiate a Lawsuit and a copy of the Complaint were served on the Defendants to

provide pre-suit notice. Trainor produced that email in discovery.  Camp goes on to

explain that payments through *GiveSendGo* and *mailed letters* are allegedly

untraceable. Camp prompts payments from Couture, Garramone, and Trainor, by

classifying it as "operational expenses." Finally, Camp reassures them that ***"no one***

***is going to get into trouble."***



203.   On Tuesday, December 19, 2023, a notice of intent to file a lawsuit was provided to all Defendants. Camp is not a named defendant and was not provided with a copy. Despite this fact, on December 21, 2023, Camp had already received a copy and started posting publicly. The Pictures below depict Camp's Gab.com posts:



# VI.    CAUSES OF ACTION

## FIRST CAUSE OF ACTION

### CIVIL CONSPIRACY TO TORTIOUSLY
### INTERFERE WITH A PARENT-CHILD RELATIONSHIP

[DISMISSED BY COURT ORDER. Dkt. 130]

## SECOND CAUSE OF ACTION

### CIVIL CONSPIRACY TO TORTIOUSLY

## INTERFERE WITH A BUSINESS RELATIONSHIP
### (as to all Defendants)

204.   Noshirvan re-adopts and re-alleges paragraphs one (1) through two

hundred and three (203) above, as if fully stated herein, and further alleges as

follows:

205.   Noshirvan had a contractual business relationship with Powers and his

law firm.

206.   GPS, Couture, Garramone, Central Park, OMG Realty, Trainor and the

Trainor Entities through Camp and each other, had direct knowledge of Noshirvan's

contractual business relationship with Powers and his law firm, and agreed to

participate in Camp's campaign of threats, harassment, and intimidation of Robson

for the purpose of defaulting Noshirvan in the 0340 Case. This was done to

financially harm Noshirvan and help Couture's and GPS's chances of prevailing as

plaintiffs in the 0340 Case.

207.   Camp intentionally and maliciously interfered with Noshirvan's

business relationship with Powers and his law firm on GPS's, Couture's,

Garramone's, Central Park's, OMG Realty's, Trainor's and the Trainor Entities'

behalf in furtherance of the Couture/Garramone Conspiracy. All Defendants

intended to harm Noshirvan.

208.    Camp intentionally and maliciously interfered with Noshirvan's business relationship with Powers and his law firm by sending Powers and his law firm false, harassing, threatening, and intimidating text messages, emails, and phone calls. Camp also published Powers' wife's PII and sent Powers several photographs depicting Powers' wife and child. As a result, Noshirvan lost his attorney in the 0340 Case.  Powers breached.

209.    GPS's, Couture's, Garramone's, Central Park's, OMG Realty's, Trainor's and the Trainor Entities' agreement with Camp, and Camp's tortious interference with Noshirvan's business relationships is unjustifiable and was done solely to financially harm Noshirvan.

210.    Camp in furtherance of the Couture/Garramone Conspiracy harassed, threatened, extorted, and coerced Noshirvan's Powers to withdraw as counsel. Camp abused the process by harassing, threatening, extorting, and coercing Powers to help Trainor and the Trainor Law Firm prevail against a *pro se* party. Camp's interference in a federal lawsuit and action towards Powers was malicious and done for an improper purpose. GPS's, Couture's, Garramone's, Central Park's, OMG Realty's, Trainor's and the Trainor Entities' agreement, coordination, communications, and other overt actions with Camp was in furtherance of Camp's interference with Noshirvan's business relationship.

211.   As a direct and proximate result of GPS's, Couture's, Garramone's, Central Park's, OMG Realty's, Trainor's and the Trainor Entities' agreement to participate in, or direct Camp to tortiously interfere with Powers for monetary gain, Noshirvan has incurred damages, including but not limited to mental anguish and emotional distress, lost earnings, other economic loss, and will continue to suffer damages in the future.

212.   GPS, Couture, Garramone, Central Park, OMG Realty, Trainor and the Trainor Entities acted maliciously, wantonly, or with a recklessness suggestive of an improper motive or vindictiveness, to warrant the imposition of punitive damages as allowed by Florida law.

## THIRD CAUSE OF ACTION
## CIVIL CONSPIRACY TO DEFAME
### (as to all Defendants)

213.   Noshirvan re-adopts and re-alleges paragraphs one (1) through two hundred and three (203) above, as if fully stated herein, and further alleges as follows:

214.   GPS, Couture, Garramone, Central Park, OMG Realty, Trainor, the Trainor Entities, and Camp had direct knowledge of Couture/Garramone Conspiracy and agreed to participate in a defamatory campaign directed at Noshirvan for the

purpose of ruining his reputation, destroying him financially, and making Noshirvan suffer.

215.   GPS, Couture, Garramone, Trainor, the Trainor Entities, and Camp maliciously published or caused to be published, thousands of Flyers with Noshirvan's face printed on them along with the false statements: "have you seen this predator" or "doxing is violent have you been injured", or "swingers party."

216.   Couture, GPS, Garramone, and Camp maliciously published or caused to be published, false statements labeling Noshirvan as a "pedophile" "child groomer",  "stalker," "sextortionist," and "blackmailer."

217.   Couture, GPS, and Camp maliciously published or caused to be published, false statements stating that Noshirvan "rapes his own child" and "caused a 14-year-old to commit suicide."  Couture and Camp started this false narrative and maliciously spread the same via direct message, private chat, and online publications.

218.   Trainor and the Trainor Entities maliciously published or caused to be published, false statements on billboards, Penny saver advertisements, and a FOX news television advertisement.

219.   Camp maliciously published a defamatory website about Noshirvan on the domain www.thatdaneshguy.com. Couture, GPS, Trainor, and the Trainor

Entities coordinated efforts to help Camp with the defamatory website, which included planning, promoting, payment, and finding a New Jersey plaintiff.

220.    Couture, Garramone, and GPS distributed defamatory paper flyers in Noshirvan's hometown on May 20, 2022, as depicted throughout this Complaint.

221.    Defendants knew that the defamatory statements published by Couture, Garramone, GPS, Trainor, the Trainor Entities and Camp were not true but acted with reckless disregard for the truth. Couture's, Garramone's, GPS's, Trainor's, the Trainor Entities' and Camp's actions were intentional. They could have verified the accuracy of their false statements but failed to do so. Because Couture, Garramone, Camp, Trainor, the Trainor Entities, and GPS agreed to intentionally publish fabricated, imaginary, unverified, and improbable, calculated false accusations about Noshirvan, they acted with actual malice.

222.    Camp intentionally reported false claims of child abuse against Noshirvan, to Child Protective Services, on three occasions. Camp also published statements regarding the false defamatory child abuse reports on social media to harm Noshirvan's reputation. These actions were performed on Central Park's property with Couture's, Garramone's, and Central Park's knowledge, consent and agreement.

223.    Couture, GPS, Garramone, Trainor, and the Trainor Entities maliciously published, or caused to be published, a billboard with Noshirvan's face

on it and the statement "doxing is violent." Defamation by implication. The publication was deliberate and in reckless disregard for the truth.

224.   Couture, Garramone, Camp, and GPS employees maliciously published, or caused to be published, fake flyers for a "swingers party," which contained Noshirvan and his wife's face and personal contact information. The pictures below depicts a concerted effort between GPS, Garramone, Couture, and Camp:



225.   In the second picture above, Camp questions Noshirvan's wife's virtue implicitly by falsely alleging they are "swingers", and expressly by calling her a "wh**e" on social media.

226.   Couture, Camp, GPS, Garramone, Trainor and the Trainor Entities purposefully perpetuated the false narrative in Couture's Manuscript and made other

false statements related to Noshirvan's Only Fans photographs, which were stolen by Camp and in possession of the Defendants. Those statements included child molester or rapist, pedophile (referring to the act), criminal, pornographer, doxer, stalker of prey, a cyber sexual harasser, and a child murderer. They also falsely claimed Noshirvan is in an open marriage. He is not.

227.    Couture, Garramone, GPS, Central Park, Trainor and the Trainor Entities intentionally and deliberately agreed to participate in Camp's (1) calculated false publications regarding Noshirvan allegedly being a "child predator" and inciting his followers to falsely report Noshirvan to CPS and the Mansfield State Troopers in bad faith, (2) mass emailing of defamatory statements, (3) publication of thousands of social media posts containing defamatory statements – falsely labeling Noshirvan among other things as a "pedophile", "sexual predator", "child rapist", "sand n*gg*r", "F*gg*t" "revenge pornographer", "cyber bully child killer", "child groomer", (4) publication of a website containing the statements and depictions outlined above inter alia, (5) publication of doxing is violent photographs depicting Noshirvan's face (implying that Noshirvan is a dangerous doxer) all over the internet, (7) publication of false claims that Noshirvan and his wife are swingers, and (8) claiming that Noshirvan (a) "rapes his own child", (b) "caused a 14-year-old to commit suicide," (c) "caused another minor to attempt suicide", (d) that Noshirvan sent a letter to Garramone and Couture that contained a white substance (implying a

terrorist act)[26] and "victimizes others", (9) statements implying that Noshirvan was involved in "racketeering," "money laundering," "extortion," "sextortion," and "blackmail", (10) defamatory statements regarding Noshirvan's Only Fans photographs, including claiming felon criminal acts, inter alia.

228.   The Couture/Garramone Conspiracy to defame Noshirvan started on May 05, 2022, and continued through 2025.

229.   As a direct and proximate result of Couture's, Garramone's, GPS's, Central Park's, OMG Realty's, Trainor's, the Trainor Entities', and Camp's concerted effort to defame Noshirvan, Noshirvan suffered from mental anguish, emotional distress, reputational harm, and loss of income, future revenue, and other damages.

230.   Couture, Garramone, GPS, Central Park, OMG Realty, Trainor, the Trainor Entities, and Camp (on their behalf) acted maliciously, wantonly, or with a recklessness suggestive of an improper motive or vindictiveness, to warrant the imposition of punitive damages as allowed by Florida law.

## FOURTH CAUSE OF ACTION

## CIVIL CONSPIRACY TO
## INTENTIONALLY INFLICT EMOTIONAL DISTRESS
### (as to all Defendants)

---

[26] Notably, the post mark on the depicted envelope was sent from Fort. Myers, Florida – not Pennsylvania.

231.    Noshirvan re-adopts and re-alleges paragraphs one (1) through two

hundred and three (203) above, as if fully stated herein, and further alleges as

follows:

232.    Couture, Garramone, GPS, Central Park, OMG Realty, Trainor, the

Trainor Entities, and Camp had actual knowledge of Couture/Garramone Conspiracy

and agreed to participate in an online and in person campaign directed at Noshirvan

for the purpose of ruining his reputation and destroying him financially.

233.    Couture, GPS, and Camp with malicious intent orchestrated an

elaborate scheme to "tak[e] down [Noshirvan], online and teach[] him a valuable

lesson in matching vibes." Couture wanted to "make Noshirvan suffer." Camp

expressly admitted that the Couture/Garramone Conspiracy was planned to be

"sustained operation" that "will continue until [Noshirvan] is a broken human

skeleton" of the person he was and his child "is placed in foster care…."

234.    Camp on Couture's and GPS's behalf began a campaign of email and

text message harassment, which included: death threats, photographs depicting

Noshirvan decapitated and with limbs severed, written death threats such as –

"ending Noshirvan's family cut by cut." Camp also threatened Noshirvan with the

rape and sexual mutilation of his minor children. Camp constantly urged Noshirvan

to commit suicide. Camp continuously sent vindictive harassing communications to

Noshirvan about his deceased father to psychologically break Noshirvan. And made anti-LGBTQ remarks about Noshirvan's minor children.

235.  Couture, Camp, and GPS agents, actively and intentionally disseminated partially nude images of Noshirvan in violation of Florida law to inflict severe mental anguish and emotional distress upon Noshirvan and his wife.

236.  Camp "swatted" Noshirvan and sent him pictures in real time of himself and child in his yard in furtherance of the Couture/Garramone Conspiracy. GPS employees took the photographs and sent them to Couture. Couture sent those same photographs to Camp with malicious intent to harm Noshirvan (to make Noshirvan suffer). Camp falsely claimed via social media to have placed cameras illegally in public places near Noshirvan's hometown to watch him. This is a concerted effort.

237.  As a result of Defendants harassment, threats of death, rape, and sexual mutilation of his children, and swatting, Noshirvan's wife and child were forced to temporarily move out of their home in fear for their safety.

238.  Camp's actions on behalf of Couture, Garramone, GPS, Central Park, Trainor and the Trainor Entities when viewed in totality are extreme and outrageous and were done intentionally to cause Noshirvan emotional distress. Camp's actions were deliberate, intended to be harmful, and malicious. Couture, Garramone, GPS, Central Park, OMG Realty, Trainor and the Trainor Entities are responsible for Camp's actions because they agreed to participate in a conspiracy to harm Noshirvan

and these actions by Camp were part of the coordinated effort or plan. A good portion of these communications occurred between May 05, 2020, thought June 30, of 2022.

239.    Camp's, Garramone's, GPS's, Central Park's, OMG Realty's, Trainor and the Trainor Entities' conduct goes beyond all bounds of decency and ought to be regarded as odious and utterly intolerable in a civilized community.

240.    Noshirvan and family suffered severe emotional distress caused by Camp's actions but attributable to Camp's co-conspirators: Garramone, GPS, Central Park, OMG Realty, Trainor and the Trainor Entities.

241.    As a direct and proximate result of Couture's, Garramone's, GPS's, Central Park's, OMG Realty's, Trainor's and the Trainor Entities' agreement and concerted effort to deliberately cause Noshirvan severe emotional distress, Noshirvan suffered from mental anguish, emotional distress, reputational harm, and loss of income, future revenue, other damages.

242.    Couture, Garramone, GPS, Central Park, OMG Realty, Trainor and the Trainor Entities acted maliciously, wantonly, or with a recklessness suggestive of an improper motive or vindictiveness, to warrant the imposition of punitive damages as allowed by Florida law.

## FIFTH CAUSE OF ACTION

## CIVIL CONSPIRACY TO
## MISAPPROPRIATE NOSHIRVAN'S LIKENESS FOR COMMERICAL

[DISMISSED BY COURT ORDER. Dkt. 420]

## SIXTH CAUSE OF ACTION

## DEFAMATION
### (as to GPS)

243.   Noshirvan re-adopts and re-alleges paragraphs one (1) through two

hundred and three (203) above, as if fully stated herein, and further alleges as

follows:

244.   GPS employed Couture as its operations manager during all relevant

time periods mentioned herein and to date.

245.   Couture, on behalf of GPS employed, hired, or paid Camp to perform

services on GPS's behalf. GPS paid Camp in bi-weekly increments to act as its

representative, marketing, social media, and online reputation manager.

246.   Camp directly reported to Couture (mgr.) and Garramone (officer),

when reporting to GPS. Couture or Garramone's approval was required for Camp to

act on GPS's behalf. Both Couture and Garramone gave express written permission

for Camp to act on their behalf personally and on GPS's behalf.

247.   GPS maintained the right control Camp. GPS through Couture and

Garramone were knew of Camp's "special skills", when GPS hired him. GPS

through Couture exercised control over each aspect of Camp's work. Couture likes

control. Direct reporting occurred. While Camp owns his own computer or cellphone, GPS gave Camp login credentials to its accounts, expressly authorized Camp to work on its behalf with third parties and even signed a letter the Ministry of Affairs Belize that claimed to pay Camp's U.S. taxes and a "monthly salary" of $2,000 USD. GPS retained the power to direct and redirect Camp's work activities, the methods, manner, and means of Camp's work. GPS had the right to unilaterally terminate the verbal at-will contract. GPS utilized its economic power to maintain control over Camp. Camp worked for GPS and Couture around the clock (at GPS, OMG Realty, and Central Park Property) and received bi-weekly payments. Camp had no right or ability to hire assistants. GPS reserved and retained the right to add additional projects. GPS, Garramone, and Couture exerted mental control over Camp by way of manipulation.

248.   GPS through payments, actions, and knowledge, implicitly or expressly acknowledged Camp's authority to act on its behalf.

249.   Camp expressly or through his conduct accepted GPS's appointment as its agent. Camp is an employee or agent of GPS.

250.  Camp's actions were within the scope of employment with GPS because Camp performed substantial portions of the acts mentioned throughout this Complaint while acting as a marketing, social media, and online reputation manager and Camp's acts were activated on purpose to serve GPS and its interest.

251.   Camp's actions were sufficiently outside the scope of employment because he acted within either his own, Couture's or Garramone's personal interest or to further GPS's interest.

252.   GPS knew of Camp's actions regarding sending Couture's defamatory narrative to third parties to have Noshirvan's content removed, and expressly ratified Camp's actions or conduct.

253.   GPS with full knowledge of Camp's actions regarding publishing defamatory content about Noshirvan online, mass reporting, and more but ratified Camp's actions or conduct. In some instances, by paying a Camp bonus.

254.   GPS knowingly ratified with full knowledge, Camp's (1) false publications regarding Noshirvan allegedly being a "child predator",  inciting his followers, and making false reports to CPS and the Mansfield State Troopers about Noshirvan, (2) mass emailing of defamatory statements,   (3) publication of thousands of social media posts containing defamatory statements –  falsely labeling Noshirvan among other things as a "pedophile", "sexual predator", "child rapist", "sand n*gg*r", "F*gg*t" "revenge pornographer", "cyber bully child killer", "child groomer", (4) publication of a website containing the statements and depictions outlined above inter alia, (5) publication of doxing is violent photographs depicting Noshirvan's face (implying that Noshirvan is a dangerous doxer) all over the internet, (7) publication of false claims that Noshirvan and his wife are swingers,

and (8) claiming that Noshirvan (a) "rapes his own child", (b) "caused a 14-year-old to commit suicide," (c) "caused another minor to attempt suicide", (d) that Noshirvan sent a letter to Garramone and Couture that contained a white substance (implying a terrorist act)[27] and "victimizes others", (9) statements implying that Noshirvan was involved in "racketeering," "money laundering," "extortion," "sextortion," and "blackmail" , (10) defamatory statements regarding Noshirvan's Only Fans photographs,  inter alia.

255.   As a direct and proximate result of Camp's defamatory actions Noshirvan suffered from mental anguish, emotional distress, reputational harm, shame, depression, anxiety, sleep disturbance, humiliation, loss of enjoyment of life, lost income and earnings, lost business opportunities, future revenue, and other damages.

256.   GPS is responsible for Camp actions as alleged in this Complaint including acting maliciously, wantonly, or with a recklessness suggestive of an improper motive or vindictiveness, to warrant the imposition of punitive damages as allowed by Florida law.

## SEVENTH CAUSE OF ACTION

## DEFAMATION

---

[27] Notably, the post mark on the depicted envelope was sent from Fort. Myers, Florida – not Pennsylvania.

**(as to Central Park)**

257.   Noshirvan re-adopts and re-alleges paragraphs one (1) through two

hundred and three (203) above, as if fully stated herein, and further alleges as

follows:

258.   Central Park employed, hired, or compensated Camp to perform

services on its behalf. Central Park provided Camp living quarters and

accommodation in exchange for Camp's "special skill" services for Garramone and

Couture. Several meetings were held between Central Park managing member,

Garramone, Couture, and Camp wherein Camp reported directly to Central Park.

259.   Garramone and Couture acknowledged in writing that Camp was

authorized to act on their behalf personally, and Central Park's behalf.

260.   Central Park through its payments in kind, actions, and knowledge,

implicitly or expressly acknowledged Camp's authority to act on its behalf.

261.   Camp expressly or through his conduct (accepting and living at the

Winkler property) accepted Central Park's appointment as its agent.

262.   Central Park maintained the right control Camp by virtue of the in kind

(living accommodations) compensation it provided to Camp. Central Park also

maintained the right to control over Camp by allowing Camp to reside on the Central

Park/Garramone Property for over 3 months. Central Park paid for all the utilities.

Central Park also maintained the right to control over Camp by requiring direct

reporting and approval of Camp's activities, and Central Park retained the power to direct and redirect Camp's work activities. Central Park exercised control over the methods, manner, and means, of Camp's work. Central Park had the right to unilaterally terminate the contract. Central Park utilized its economic power to maintain control over Camp. Camp worked for Central Park and Couture around the clock and received weekly payments. Camp had no right or ability to hire assistants. Central Park reserved and retained the right to add additional projects. Central Park and Couture exerted mental control over Camp by way of manipulation.

263.    Camp is an employee or agent of Central Park.

264.    Camp's actions were within the scope of employment with Central Park because Camp performed the acts mentioned throughout this Complaint at the Central Park/Garramone Property during his employment with Central Park as a social media and online reputation manager for Couture. And Camp's acts were activated on purpose to serve Central Park and Couture.

265.    Camp's actions were sufficiently outside the scope of employment because he acted within either his own, Couture's or Garramone's personal interest or to further Central Park's interest.

266.    Central Park, at all relevant times, knew of Camps' actions and ratified

same. Specifically, Central Park fully knew of Camp's actions regarding publishing

defamatory content about Noshirvan online, mass reporting, live streams, and more

but ratified Camp's actions or conduct.

267.   Central Park is responsible for Camp's (1) deliberate publication of

false statements regarding Noshirvan allegedly being a "child predator, groomer,

rapist", and falsely reporting Noshirvan to Child Protective Services and the

Mansfield State Troopers, (2) mass emailing of defamatory statements (as outlined

in this Complaint) to news media outlets, businesses, Noshirvan's friends and

family,  inter alia,  (3) publication of thousands of social media posts containing

defamatory statements – falsely labeling Noshirvan inter alia as a "sexual predator",

"pedophile",  "predator",  "child  rapist",  "sand  n*gg*r",  "F*gg*t"  "revenge

pornographer", "cyber bully child killer", "child groomer", (4) publication of a

website  containing  the  statements  and  depictions  outline  above  inter  alia,  (5)

publication of doxing is violent photographs depicting Noshirvan's face (implying

that Noshirvan is a dangerous doxer) throughout the internet, (7) publication of false

claims that Noshirvan and his wife are swingers,  and (8) claiming that Noshirvan

(a) "rapes his own child", (b) "caused a 14-year-old to commit suicide," (c) "cause

another minor to attempt suicide", (d) that Noshirvan sent a letter to Garramone and

Couture that contained a white substance (implying a terrorist act)  and "victimizes

others", (9) statements implying that Noshirvan was involved in "racketeering," "money laundering," "extortion," "sextortion," and "blackmail" inter alia.

268.   As a direct and proximate result of Camp's efforts on Central Park's behalf, Noshirvan suffered from mental anguish, emotional distress, reputational harm, shame, depression, anxiety, sleep disturbance, humiliation, loss of enjoyment of life, lost income and earnings, lost business opportunities, future revenue, and other damages.

269.   Central Park is responsible for Camp' actions as alleged in this Complaint including acting maliciously, wantonly, or with a recklessness suggestive of an improper motive or vindictiveness, warranting the imposition of punitive damages as allowed by Florida law.

## EIGHTH CAUSE OF ACTION

## DEFAMATION

[Dismissed by Court Order. Dkt. 420]

## NINETH CAUSE OF ACTION

## DEFAMATION

(as to Couture)

270.   Noshirvan re-adopts and re-alleges paragraphs one (1) through two hundred and three (203) above, as if fully stated herein, and further alleges as follows:

271.   Couture employed, hired, or compensated Camp to perform
services on her behalf.

272.   Couture paid Camp to act as her personal representative, marketing,
social media, and online reputation manager.

273.   Couture through her payments, actions, and knowledge, implicitly or
expressly acknowledged Camp's authority to act on her behalf.

274.   Camp expressly or through his conduct accepted Couture's
appointment as his agent.

275.   Couture maintained the right to control Camp by virtue of the
monetary compensation she provided to Camp. Couture also maintained the right to
control Camp by: (1) providing Camp with a place to live for over 3 months, (2)
requiring direct reporting and approval of Camp's activities, (3) and retaining the
power to direct and redirect Camp's work activities. Couture exercised the right to
control over Camp by directing the method, manner, and means, of Camp's
performance. Camp was making $66.60 per day, and Couture had the right to
unilaterally terminate the at-will agreement at any time.  Couture utilized her
economic power to maintain control over Camp. Camp worked for Couture around
the clock and received weekly payments. Camp had no right or ability to hire
assistants. Couture retained the right to add additional projects. Couture exerted
mental control over Camp by way of manipulation.

276.    Camp is an employee or agent of Couture and was given express written authority to act on her behalf.

277.    Camp's actions were within the scope of employment with Couture because Camp performed the acts mentioned in this Complaint while working as Couture's personal assistant, and social media and online reputation manager. And Camp's acts were activated on purpose to serve Couture.

278.    Camp's actions were sufficiently outside the scope of employment because he acted within his own or Garramone's personal interest or to further Couture's interest.

279.    Couture was, at all relevant times, aware of Camps actions and ratified same.

280.    Couture is responsible for, and had full knowledge of, Camp's (1) deliberate publication of false statements regarding Noshirvan allegedly being a "child predator", and falsely report Noshirvan to Child Protective Services and the Mansfield State Troopers in bad faith, (2) mass emailing of defamatory statements (mentioned throughout this Complaint) inter alia,  (3) publication of thousands of social media posts containing defamatory statements –  falsely labeling Noshirvan among other things as a "pedophile", "predator", "child rapist", "sand n*gg*r", "F*gg*t" "revenge pornographer", "cyber bully child killer", "child groomer", (4) publication of a website containing the statements and depictions outline above inter

alia, (5) publication of doxing is violent photographs depicting Noshirvan's face
(implying that Noshirvan is a dangerous doxer) throughout the internet, (7)
publication of false claims that Noshirvan and his wife are swingers,  and (8)
claiming that Noshirvan (a) "rapes his own child", (b) "caused a 14-year-old to
commit suicide," (c) "caused another minor to attempt suicide", (d) that Noshirvan
sent a letter to Garramone and Couture that contained a white substance (implying a
terrorist act)  and "victimizes others", (9) statements implying that Noshirvan was
involved in "racketeering," "money laundering," "extortion," "sextortion," and
"blackmail", and Camp's entire online defamatory campaign directed at Noshirvan
including Couture's false narrative contained in her Manuscript, inter alia.

281.   Couture knowingly provided Camp with her login credentials for her
personal social media accounts. Couture authorized Camp to create and comment on
several of her personal social media accounts. Couture knowingly advised, assisted,
and encouraged, Camp by participating with Camp to market and publish details of
the defamatory campaign designed to injure Noshirvan. Couture directed others to
contact Camp and coordinated significant aspects of disseminating her false
Manuscript narrative.

282.   Couture was aware of Camp's activity through her direct
communications with Camp and knowingly provided substantial assistance.

283.   As a direct and proximate result of Camp's efforts on Couture's behalf,

Noshirvan suffered from mental anguish, emotional distress, reputational harm, shame, depression, anxiety, sleep disturbance, humiliation, loss of enjoyment of life, lost income and earnings, lost business opportunities, future revenue, and other damages.

284.   Couture is responsible for Camp's actions as alleged in this Complaint including acting maliciously, wantonly, or with a recklessness suggestive of an improper motive or vindictiveness, warranting the imposition of punitive damages as allowed by Florida law.

## TENTH CAUSE OF ACTION

## DEFAMATION

[DISMISSED BY COURT ORDER. DKT. 420]


## ELEVENTH CAUSE OF ACTION

## DEFAMATION

[DISMISSED BY COURT ORDER. DKT. 420]

## TWELFTH CAUSE OF ACTION

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### (as to GPS)

285.   Noshirvan re-adopts and re-alleges paragraphs one (1) through two hundred and three (203) above, as if fully stated herein, and further alleges as follows:

286.    GPS employed, hired, or paid Camp to perform services on his
behalf.

287.    GPS paid Camp in bi-weekly increments to act as its representative,
marketing, social media, and online reputation manager.

288.    GPS through its payments, actions, and knowledge, implicitly or
expressly acknowledged Camp's authority to act on his behalf.

289.    GPS authorized Camp in writing to act on his behalf.

290.    Camp expressly or through his conduct accepted GPS
appointment as his agent.

291.    GPS maintained the right to control Camp by virtue of the monetary
compensation it provided to Camp. GPS also maintained the right to control Camp
by: (1) requiring direct reporting and approval of Camp's activities, (2) and retaining
the power to direct and redirect Camp's work activities, (3) directing the method,
manner, and means, of Camp's performance.    GPS had the right to unilaterally
terminate the at-will agreement at any time.    GPS utilized its economic power to
maintain control over Camp. Camp had no right or ability to hire assistants. GPS
retained the right to add additional projects. GPS through its operations manager,
Couture exerted mental control over Camp by way of manipulation.

292.    Camp is an employee or agent of GPS.

293.    Camp's actions were within the scope of employment with GPS Camp

substantially performed the acts while working with GPS's authorized work
limitations, and Camp's acts were activated on purpose to serve GPS.

294.   Camp's actions were sufficiently outside of Camp's scope of
employment with GPS, but Camp's actions furthered GPS's interest and it accepted
the benefits of Camp's tortious activities.

295.    GPS knew of Camp's actions and with full knowledge of Camp's
tortious actions ratified the same.

296.   Camp, GPS, Garramone and Couture, with malicious intent
orchestrated an elaborate scheme to "tak[e] down [Noshirvan], online and teach[]
him a valuable lesson in matching vibes." To make Noshirvan suffer. Camp
expressly admits that the "sustained operation" "will continue until [Noshirvan] is a
broken human skeleton" of the person he was and his Child "is placed in foster
care…." See ¶¶141-144.

297.   Camp swatted Noshirvan and his family several times.

298.   Camp sent Noshirvan pictures taken by Garramone, Couture, or GPS
employees of Noshirvan and his minor child in his yard.

299.   Camp claimed via social media to have placed cameras illegally in
public places near Noshirvan's hometown to watch him.

300.   Camp sent Noshirvan hundreds of malicious text messages and emails.

For example, those text messages and emails contained verbal and implied threats of death, physical and sexual harm directed at Noshirvan's wife and minor child, racist and homophobic slurs directed at a minor child, harassing threats of financial ruins, children being placed in foster care, sex and extremely personal and private information, inter alia.

301.   Camp sent Noshirvan multiple photographs in live time of Noshirvan in front of his home or pictures of his home with messages stating that "we are watching you" or "We are literally sitting across the street watching you cry" or "from a good distance away I can take photos [of you] crystal clear."

302.   Camp sent Noshirvan images and text messages that could only be interpreted as death threats. Additionally, Camp sent Noshirvan photographs depicting Noshirvan decapitated, and limbs severed. Camp sent verbal death threats like "he will end Noshirvan and family cut by cut."  Camp also threatened rape and sexual mutilation of Noshirvan's children.

303.   As a result, Noshirvan and his family were diagnosed with, and currently suffer from CPTSD.

304.   As a result, GPS's agent Camp's actions, Noshirvan suffered from mental anguish, emotional distress, and other damages.

305.   GPS is responsible for Camp's actions as alleged in this Complaint

including acting maliciously, wantonly, or with a recklessness suggestive of an improper motive or vindictiveness, warranting the imposition of punitive damages as allowed by Florida law.

306.    Camp gained access to one of Noshirvan's social media accounts and disseminated pictures of Nude images of Noshirvan without consent in violation of Section 784.049, Florida Statutes.

307.    As a result of Garramone's, Couture's, and Camp's harassment (lasting roughly two years), cyberbullying, Camp's threats of death,  physical, and sexual harm, racist and homophobic slurs swatting, public dissemination of nude photographs throughout the internet, and actual implied death threats of physical harm, which included photographs of Noshirvan being sent to him in live time with text messages and photographs of Noshirvan being decapitated or in a guillotine. For example, during a live stream, one of Camp's followers who lives in Pennsylvania offered to secure the area (referring to Noshirvan's home) by getting some "elastic capacity" out there (implying direct physical violence in context).

308.    Camp also doxed friends, family members, neighbors, employers, and licensing boards of individuals as applicable.

309.    Camp published private materials about Noshirvan obtained through a licensed private investigator. Materials Camp (a convicted felon) should not have had access to.

310.    Noshirvan's wife and child were forced to temporarily move out of their home in fear of their safety.

311.    Garramone's, Couture's, and Camp's concerted actions when viewed in totality are extreme and outrageous and were done intentionally to cause Noshirvan and family emotional distress.

312.    Garramone's, Couture's, and Camp's conduct goes beyond all bounds of decency and ought to be regarded as odious and utterly intolerable in a civilized community. Their actions are atrocious.

313.    Noshirvan and family suffered severe emotional distress caused by Garramone's, Couture's, and Camp's actions.

314.    Garramone, Couture, and Camp knew that Noshirvan would be particularly susceptible to their actions. Specifically, Garramone, Couture, and Camp knew of (1) Noshirvan's monetization of social media as his only financial means to provide for his family and they intentionally made false reports those platforms to destabilize Noshirvan financially, (2) Noshirvan was married with young children, so they intentionally targeted his wife and child, (3) Noshirvan ethnicity and intentionally made racial death threats and threats of physical violence and sexual harm to Noshirvan and family, (4) that Noshirvan was aware of Camp's ties to the KKK and proud boys, and utilized the real and present fear of those hate groups to target Noshirvan's intermediate family, (5) Noshirvan was married with

young children, so they hired an investigator who provided Camp with non-public

highly sensitive private materials he would not normally have access to, in order to

better harass, threaten, extort, or otherwise cyber bully Noshirvan, inter alia.

315.    As a direct and proximate result of GPS's, Garramone's, Couture's,

and Camp's concerted effort to intentionally cause Noshirvan severe emotional

distress, Noshirvan suffered from mental harm, anguish, emotional distress, and

other damages.

316.    GPS deliberately assisted in Camp's wrongful acts by: (1) allowing

Camp to utilize Garramone Surgery Ctr. to plan, coordinate, market, or publish

details of the conspiracy designed to injure Noshirvan, and (2) GPS lead an incitation

of the conspiracy to injure Noshirvan. See Picture below ¶146.

317.    GPS knew of Camp's psychological torture and tortious activities

as described above and deliberately provided substantial assistance.

318.    As a direct and proximate result of GPS's, Garramone's, Couture's, and

Camp's concerted effort to intentionally cause Noshirvan severe emotional distress,

Noshirvan suffered from mental anguish, emotional distress, reputational harm,

shame, depression, anxiety, sleep disturbance, humiliation, loss of enjoyment of life,

lost income and earnings, lost business opportunities, future revenue, and other

damages.

319.    GPS, Garramone, Couture, and Camp acted maliciously, wantonly, or

with a recklessness suggestive of an improper motive or vindictiveness, to warrant the imposition of punitive damages as allowed by Florida law. GPS is responsible for Garramone's, Couture's, and Camp's actions, including acting maliciously, wantonly, or with a recklessness suggestive of an improper motive or vindictiveness, to warrant the imposition of punitive damages as allowed by Florida law.

## THIRTEENTH CAUSE OF ACTION

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

[DISMISSED BY COURT ORDER. Dkt. 420]

## FOURTEENTH CAUSE OF ACTION

## TORTURIOUS INTERFERENCE WITH A BUSINESS RELATIONSHIP

[DISMISSED BY COURT ORDER.  Dkt. 420]

## FIFTEENTH CAUSE OF ACTION

## MISAPPROPRIATION OF LIKENESS

**(Garramone, Couture, OMG Realty, and Central Park)**

[DISMISSED BY COURT ORDER. Dkt. 420]

## SIXTEENTH CAUSE OF ACTION

## MISAPPROPRIATION OF LIKENESS

[DISMISSED BY COURT ORDER. Dkt. 420]

## SEVENTEENTH CAUSE OF ACTION

## DEFAMATION

[DISMISSED BY COURT ORDER. Dkt. 420]

## EIGHTEENTH CAUSE OF ACTION

## DEFAMATION

[DISMISSED BY COURT ORDER. Dkt. 420]

## NINETEENTH CAUSE OF ACTION

## MISAPPROPRIATION OF LIKENESS

[DISMISSED BY COURT ORDER. Dkt. 420]

## VII.  PRAYER FOR RELIEF

WHEREFORE, the plaintiff, Noshirvan, demands judgment against defendants, Couture, Garramone, Central Park, OMG Realty, GPS, Trainor, the Trainor Law Firm, and the ADL, for all injuries and damages suffered due to the Couture/Garramone Conspiracy, whether already incurred or to be incurred in the future, including all actual damages, consequential damages, economic damages and non-economic damages, in excess of 5 million dollars including but not limited to compensation for injury to reputation, mental anguish, emotional distress, shame, depression, anxiety, sleep disturbance, loss of enjoyment of life, lost income and earnings, lost business opportunities, humiliation, loss of online platforms, out of

pocket expenses, other non-economic damages, costs, interest, and punitive

damages, and for any such further relief as the Court deems appropriate.

## VIII.  <u>CONDITIONS PRECEDENT</u>

All conditions have been satisfied, excused, or waived.

## VIII.  <u>DEMAND FOR JURY TRIAL</u>

Plaintiff demands a trial by jury on all issues so triable.

Dated this  10th day of July, 2025

Respectfully submitted,

<u>/s/Nicholas A. Chiappetta</u>
Nicholas A. Chiappetta, Esq.
Florida Bar No: 1006407
**Chiappetta Trial Lawyers**
*Attorneys for Plaintiff*
2101 Vista Parkway, Suite 258
West Palm Beach, Florida 33411
Direct: (561) 768-4500
Fax:     (561) 768-4600
Service@chiappettalegal.com
nick@chiappettalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on 10th day of July, 2025, I electronically filed the foregoing
with the Clerk of Court by using the CM/ECF system, which will send notice of
electronic filing to: all counsel of record.

_/s/ Nicholas A. Chiappetta_
Nicholas A. Chiappetta
Designated Lead Counsel