UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN, AN INDIVIDUAL;

    Plaintiff,

v.

JENNIFER COUTURE, *et al.*,

    Defendants,

                           /

Case No. 2:23-cv-1218-JES-KCD

## ORDER

Defendant Patrick Trainor moves to compel Plaintiff Danesh Noshirvan "to comply with the Court's Order dated April 10, 2025, to provide written responses to Trainor's requests for production that satisfy the specificity requirements of Rules 34 and 37 of the Federal Rules of Civil Procedure." (Doc. 417.)[1] The motion is **DENIED** as untimely.

Discovery closed on June 30, 2025. (*See* Doc. 316.) The Middle District of Florida Discovery Handbook[2] required the completion of discovery and resolution of issues related to discovery prior to that deadline. *See Oil Consulting Enter., Inc. v. Hawker Beechcraft Glob. Customer Support, LLC*, No. 8:16-CV-3453-T-24AEP, 2017 WL 7355128, at *1 (M.D. Fla. Dec. 21, 2017). A motion to compel that will not be briefed before discovery ends, as

---

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

[2] The Discovery Handbook is binding on the parties here. (Doc. 64 at 3.)

here, "certainly does not allow sufficient time to resolve the matter prior to the close of discovery." *Action Nissan, Inc. v. Hyundai Motor Am.*, No. 6:18-CV-380-ORL-78EJK, 2020 WL 9173023, at *1 (M.D. Fla. Apr. 7, 2020); *see also Oil Consulting Enter., Inc.*, 2017 WL 7355128, at *1.

What is more, Trainor offers no explanation for not filing his motion earlier. Noshirvan provided his (allegedly) insufficient discovery responses on April 23, 2025. (*See* Doc. 417 at 2-3.) That left plenty of runway to file a motion that would ripen before discovery closed on June 30. But for reasons unknown, Trainor waited until June 22.

If discovery is reopened, Trainor can refile his motion to compel. But until that occurs, this discovery dispute is a nonstarter and should have been raised earlier. *See, e.g., Gov't Emps. Ins. Co. v. Merced*, No. 8:20-CV-802-KKM-AAS, 2022 WL 218485, at *1 (M.D. Fla. Jan. 25, 2022).

**ORDERED** in Fort Myers, Florida on July 13, 2025.

Kyle C. Dudek
United States Magistrate Judge

2