UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:23-CV-01218-JES-KCD

DANESH NOSHIRVAN
an individual,

    Plaintiff,

v.

JENNIFER COUTURE, an individual,
RALPH GARRAMONE M.D., an individual,
RALPH GARRAMONE, M.D., P.A. d/b/a
GARRAMONE PLASTIC SURGERY.,
CENTRAL PARK OF SOUTHWEST
FLORIDA, LLC, OMG REALTY, LLC,
THE LAW OFFICE OF PATRICK TRAINOR
ESQ., LLC d/b/a THE LAW OFFICE OF
PATRICK TRAINOR, PATRICK TRAINOR,
an individual, and
ANTI-DOXING LEAGUE INC.

    Defendants.
_____/

RALPH GARRAMONE, M.D., P.A. d/b/a
GARRAMONE PLASTIC SURGERY,
JENNIFER COUTURE, an individual,
RALPH GARRAMONE, M.D., an individual,

    Counter-Plaintiffs,

v.

DANESH NOSHIRVAN,

    Counter-Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Harvey W. Gurland, Jr., Esq. and Julian A. Jackson-Fannin, Esq. of the law firm of Duane Morris LLP, file their appearance as Counsel of Record for Counter-Plaintiffs RALPH GARRAMONE, M.D., P.A. d/b/a GARRAMONE PLASTIC SURGERY ("GPS"), JENNIFER COUTURE ("Couture"), and RALPH GARRAMONE, M.D. ("Dr. Garramone"). Undersigned counsel represents Couture and Dr. Garramone only in connection with their Counterclaim filed concurrently herewith. Couture and Dr. Garramone continue to be represented solely by Rolfes Henry Co., L.P.A., in connection with their status as Defendants in this action. Undersigned counsel continues to represent GPS both as a Defendant in this action and as a Counter-Plaintiff. Undersigned counsel respectfully requests that copies of all notices, pleadings, motions, orders and other documents filed or served relating to the Counterclaim be furnished to them at the address specified in the signature block below.

Respectfully submitted this 4th day of August, 2025,

                                   */s/ Julian A. Jackson-Fannin*
                                   Harvey W. Gurland, Jr., Esq.
                                   *Lead Counsel*
                                   Florida Bar No. 284033
                                   Julian A. Jackson-Fannin, Esq.
                                   Florida Bar No. 93220
                                   DUANE MORRIS LLP
                                   201 South Biscayne Boulevard
                                   Suite 3400
                                   Miami, FL 33131
                                   Tel:  561.962.2108
                                   HWGurland@duanemorris.com
                                   JJFannin@duanemorris.com
                                   *Counsel for Counter-Plaintiffs Garramone Plastic Surgery, Jennifer Couture and Dr. Garramone and counsel for Defendant Garramone Plastic Surgery*

DM1\16900705.2