UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN, AN INDIVIDUAL;

    Plaintiff,

v.

Case No. 2:23-cv-1218-JES-KCD

JENNIFER COUTURE, *et al.*,

    Defendants,
_____/

## ORDER

Defendants have moved to strike Plaintiff's rebuttal expert as untimely under the Court's scheduling order. (Docs. 410, 411.) The motions are **DENIED AS MOOT** because the district judge has accepted the expert and reopened discovery. (*See* Doc. 454 at 34.)

**ORDERED** in Fort Myers, Florida on August 14, 2025.

Kyle C. Dudek
United States Magistrate Judge