UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN, an individual,

    Plaintiff,

v.                       Case No:  2:23-cv-1218-JES-KCD

JENNIFER COUTURE, an individual,
RALPH GARRAMONE M.D., an individual,
RALPH GARRAMONE, M.D., P.A. d/b/a
GARRAMONE PLASTIC SURGERY,
CENTRAL PARK OF SOUTHWEST
FLORIDA, LLC, OMG REALTY, LLC,
THE LAW OFFICE OF PATRICK TRAINOR
ESQ., LLC d/b/a THE LAW OFFICE OF
PATRICK TRAINOR, PATRICK TRAINOR,
an individual, and
ANTI-DOXING LEAGUE INC.

    Defendants.
_____/

RALPH GARRAMONE, M.D., P.A. d/b/a
GARRAMONE PLASTIC SURGERY,
JENNIFER COUTURE, an individual,
RALPH GARRAMONE, M.D., an individual,
PATRICK TRAINOR, an individual,

    Counter-Plaintiffs,

v.

DANESH NOSHIRVAN,

    Counter-Defendant.
_____/

**ORDER**

This matter comes before the Court on review of Danesh Noshirvan's Motion to Dismiss Patrick Trainor's Counterclaim (Doc.

#458) filed on August 14, 2025.  "Before filing a motion in a civil action, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, or to certify a class, the movant must confer with the opposing party in a good faith effort to resolve the motion."  M.D. Fla. R. 3.01(g)(1).  The motion will be denied for failure to confer with opposing counsel before filing the motion and for failure to include a certification of conference in the motion. M.D. Fla. R. 3.01(g)(2).

    Accordingly, it is now

    **ORDERED**:

Danesh Noshirvan's Motion to Dismiss Patrick Trainor's Counterclaim (Doc. #458) is **DENIED without prejudice.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___18th___ day of August 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE