UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:23-CV-01218-JES-DNF

DANESH NOSHIRVAN
an individual,

    Plaintiff,

v.

JENNIFER COUTURE, an individual,
RALPH GARRAMONE M.D., an individual,
RALPH GARRAMONE, M.D., P.A. d/b/a
GARRAMONE PLASTIC SURGERY.,
CENTRAL PARK OF SOUTHWEST
FLORIDA, LLC, OMG REALTY, LLC,
THE LAW OFFICE OF PATRICK TRAINOR
ESQ., LLC d/b/a THE LAW OFFICE OF
PATRICK TRAINOR, PATRICK TRAINOR,
an individual, and
ANTI-DOXING LEAGUE INC.

    Defendants.
_____/

RALPH GARRAMONE, M.D., P.A. d/b/a
GARRAMONE PLASTIC SURGERY,
JENNIFER COUTURE, an individual,
RALPH GARRAMONE, M.D., an individual,

    Counter-Plaintiffs,

v.

DANESH NOSHIRVAN,

    Counter-Defendant.

_____/

| WITNESS LIST ||||
|---|---|---|---|
| __X___ Counter-Plaintiffs     __X___ Defendants ||||
| | **Name** | **Subject and Brief Description of Testimony** | **Date(s) Testified** *(Court Only)* |
| 1. | Ralph Garramone, M.D., individually and as corporate representative of Garramone Plastic Surgery ("GPS") | Dr. Garramone will testify about the defenses (and affirmative defenses) asserted by him and GPS as well as the issues raised in the Counterclaim filed by him and GPS against Mr. Noshirvan. Dr. Garramone will also testify as to the facts stated in his declarations filed in this case in connection with the summary judgment motions. | |
| 2. | Jennifer Couture | Ms. Couture will testify about her defenses (and affirmative defenses) as well as the issues raised in her Counterclaim filed against Mr. Noshirvan. Ms. Couture will also testify as to the facts stated in her declarations filed in this case in connection with the summary judgment motions. | |

Case No. 2:23-CV-01218-JES-DNF                                                  Page ____ of _____ Pages

| | **Name** | **Subject and Brief Description of Testimony** | **Date(s) Testified** *(Court Only)* |
|---|---|---|---|
| | **WITNESS LIST** | | |
| | __X___ **Counter-Plaintiffs**    __X___ **Defendants** | | |
| 3. | Jason McDonald – Expert | Mr. McDonald will testify about the matters raised in his Expert Report as well as the exhibits and supplemental exhibits thereto. Mr. McDonald will also testify in response to any expert testimony that the Court permits Mr. Noshirvan to present | |
| 4. | Susan "Suze" Miller | Ms. Miller will testify about Mr. Noshirvan's actions against Defendants and others like them, i.e., "victims of danesh". Ms. Miller may also testify about Mr. Noshirvan's allegations about Ms. Miller and her actions as they relate to Defendants | |

Case No. 2:23-CV-01218-JES-DNF                                    Page ____ of _____ Pages

| | **WITNESS LIST** | | |
|---|---|---|---|
| | __X___ Counter-Plaintiffs     __X___ Defendants | | |
| | **Name** | **Subject and Brief Description of Testimony** | **Date(s) Testified** *(Court Only)* |
| 5. | Danesh Noshirvan | Mr. Noshirvan will testify about his defamatory comments directed to Defendants/Counter-Plaintiffs. Mr. Noshirvan will also testify about the matters raised by Defendants in their defenses and affirmative defenses | |
| 6. | Courtney Kotzian | Ms. Kotzian will testify about Mr. Noshirvan's actions against Defendants and others like them, i.e., "victims of danesh". Ms. Kotzian may also testify about Mr. Noshirvan's allegations about Ms. Kotzian and her actions as they relate to Defendants | |

Case No. 2:23-CV-01218-JES-DNF                                    Page _____ of _____ Pages

| | **WITNESS LIST** | |
|---|---|---|
| | __X___ Counter-Plaintiffs     __X___ Defendants | |
| | **Name** | **Subject and Brief Description of Testimony** | **Date(s) Testified** *(Court Only)* |
| 7. | Shelley Botyos | Ms. Shelley Botyos will testify about the matters raised by Mr. Noshirvan in his Complaint and the defenses and affirmative defenses, her interactions with Mr. Noshirvan, Ms. Emily Botyos, and Defendants concerning this matter | |
| 8. | Emily Botyos | Ms. Emily Botyos will testify about the matters raised by Mr. Noshirvan in his Complaint and the defenses and affirmative defenses, her interactions with Mr. Noshirvan, Ms. Shelly Botyos, and Defendants concerning this matter | |
| 9. | Michelle Foley | Ms. Foley will testify about media information relating to Jennifer Couture as well as Noshirvan's statements about Ms. Foley on social media | |

| | WITNESS LIST | | |
|---|---|---|---|
| | __X___ Counter-Plaintiffs     __X___ Defendants | | |
| | **Name** | **Subject and Brief Description of Testimony** | **Date(s) Testified** *(Court Only)* |
| 10. | Patrick Trainor, Esq. | Mr. Trainor will testify about the defenses (and affirmative defenses) asserted by him as well as the issues raised in the Counterclaim filed by him against Mr. Noshirvan. | |
| 11. | Law Office of Patrick Trainor, Esq., LLC | Law Office of Patrick Trainor, Esq.'s corporate designee will testify about the defenses (and affirmative defenses) asserted by it as well as the issues raised in the Counterclaim filed by it against Mr. Noshirvan. | |
| 12. | Central Park of Southwest Florida, LLC | Central Park of Southwest Florida, LLC's corporate designee will testify about the defenses (and affirmative defenses) asserted by it. | |
| 13. | Anti-Doxing League, Inc, | Anti-Doxing League, Inc.'s corporate designee will testify about the defenses (and affirmative defenses) asserted by it. | |

| | **WITNESS LIST** | | |
|---|---|---|---|
| | __X___ Counter-Plaintiffs      __X___ Defendants | | |
| | **Name** | **Subject and Brief Description of Testimony** | **Date(s) Testified** *(Court Only)* |
| 14. | Records Custodians, as needed | If needed, records custodians will be called to authenticate documents | |
| 15. | Nicholas Chiappetta, Esq. | If needed, Mr. Chiappetta will testify about Counter-Plaintiff's 770.01 Notices | |
| 16. | Julian A. Jackson-Fannin, Esq. | If needed, Mr. Jackson-Fannin will testify about Counter-Plaintiff's 770.01 Notices | |
| 17. | Defendants and Counter-Plaintiffs reserve the right to call any witness listed in Plaintiff's Witness List (without waiving any objections) | | |
| 18. | Defendants and Counter-Plaintiffs reserve the right to call any witness identified in Plaintiff's Rule 26 Disclosures and any Amendments thereto (without waiving any objections) | | |

| | WITNESS LIST | | |
|---|---|---|---|
| | __X___  Counter-Plaintiffs       __X___  Defendants | | |
| | **Name** | **Subject and Brief Description of Testimony** | **Date(s) Testified** *(Court Only)* |
| 19. | Impeachment Witnesses | | |
| 20. | Rebuttal Witnesses | | |

DATED this 3rd day of March, 2026.

/s/ *Harvey W. Gurland, Jr.*
Harvey W. Gurland, Jr., Esq.
Florida Bar No. 284033
Julian A. Jackson-Fannin, Esq.
Florida Bar No. 93220
DUANE MORRIS LLP
201 South Biscayne Blvd., Suite 3400
Miami, FL 33131
Tel:  305.960-2200
HWGurland@duanemorris.com
JJFannin@duanemorris.com
AShaikh@duanemorris.com

*Counsel for Defendant Ralph Garramone M.D., P.A., d/b/a Garramone Plastic Surgery and Counsel for Counter-Plaintiffs Garramone Plastic Surgery, Ralph Garramone, M.D., and Jennifer Couture*

/s/ *Aaron Alfano*
Aaron Alfano, Esq.
(Florida Bar No. 0083909)
Brian P. Henry, Esq.
(Florida Bar No. 0089069)
Rolfes Henry Co., L.P.A.
5415 87th Street East
Bradenton, FL 34211
T: (941) 684-0100
aalfano@rolfeshenry.com

/s/ *Patrick Trainor*
Patrick Trainor, Esq.
Law Office of Patrick
   Trainor, Esq., LLC
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
pt@ptesq.com
*Counsel for Patrick Trainor, Esq., Law Office of Patrick Trainor, Esq., LLC, Central Park of Southwest Florida, LLC, and Anti-Doxing League Inc.*

sburns@rolfeshenry.com
bhenry@rolfeshenry.com
kmcclintock@rolfeshenry.com

*Counsel for Defendants Jennifer Couture, Ralph Garramone, MD and OMG Realty, LLC*