UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH      NOSHIRVAN,      an
individual,

       Plaintiff,

v.                                    Case No:  2:23-cv-01218-JES-DNF

JENNIFER      COUTURE,      an
individual; RALPH  GARRAMONE
M.D.,  an  individual;  RALPH
GARRAMONE  M.D.  P.A.  d/b/a
GARRAMONE  PLASTIC  SURGERY;
CENTRAL  PARK  OF  SOUTHWEST
FLORIDA,  LLC;  OMG  REALTY,
LLC;  THE  LAW  OFFICE  OF
PATRICK  TRAINOR  ESQ,  LLC
d/b/a  THE  LAW  OFFICE  OF
PATRICK   TRAINOR;   PATRICK
TRAINOR, an  individual; and
ANTI-DOXING LEAGUE INC.,

       Defendants.

---

**ORDER**

This matter comes before the Court on review of Defendants'
Unopposed Motion to Bring Electronic Equipment into the Courthouse
and to Utilize Such Equipment During the March 6, 2026 Pretrial
Conference (Doc. #615).  Defendants seek permission for Justin
Watkins to bring an assortment of electronic devices and for
Jennifer Couture and Ralph Garramone to bring a cell phone into
the courthouse.

Pursuant to Local Rule 7.02(a), no individual that is neither a member of the Florida Bar nor specially admitted lawyer may enter the courthouse with an electronic device.  See M.D. Fla. R. 7.02(a).  A judge, however, may enter an order permitting a person to enter a courthouse with an electronic device upon a party seeking leave.  See M.D. Fla. R. 7.02(a)(2).

The Court will grant leave for Jennifer Couture and Ralph Garramone to bring a cell phone.  Counsel is reminded to inform all individuals that the cell phone is subject to screening by the Court Security Officers and/or U.S. Marshal's Office and must be turned off while court is in session.  Further, the individuals are not permitted to share the device with, or deliver a device to, another person not covered by this Order.

The Court, however, will not grant leave for Justin Watkins to bring any electronic devices into the courthouse.  The Court does not anticipate the presentation of evidence during the Final Pretrial Conference scheduled for March 6, 2026.  Therefore, there is no need for Justin Watkins to have any electronic devices inside the courthouse.

Accordingly, it is now

**ORDERED:**

Defendants' Unopposed Motion to Bring Electronic Equipment into the Courthouse and to Utilize Such Equipment During the March

6, 2026 Pretrial Conference (Doc. #615) is **GRANTED IN PART AND DENIED IN PART.**

     **DONE AND ORDERED** at Fort Myers, Florida, this   5th   day of March, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record