UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN, an individual,

    Plaintiff,

v.  Case No: 2:23-cv-01218-JES-DNF

JENNIFER COUTURE, an individual; RALPH GARRAMONE M.D., an individual; RALPH GARRAMONE M.D. P.A. d/b/a GARRAMONE PLASTIC SURGERY; CENTRAL PARK OF SOUTHWEST FLORIDA, LLC; OMG REALTY, LLC; THE LAW OFFICE OF PATRICK TRAINOR ESQ, LLC d/b/a THE LAW OFFICE OF PATRICK TRAINOR; PATRICK TRAINOR, an individual; and ANTI-DOXING LEAGUE INC.,

    Defendants.

---

## OPINION AND ORDER

This matter comes before the Court on review of Non-Party Joseph A. Camp's Motion for Enhanced Security Measures and Protective Order Regarding Attendance at Trial (Doc. #619) filed on March 4, 2026. For the reasons set forth below, Camp's motion is denied.

To briefly dispose of the motion, there are no pending discovery requests from any party, nor has Camp been listed as a witness for trial. Without any discovery request or subpoena at

issue, this Court lacks the ability to prospectively enter a protective order or quash a non-existent subpoena. See Fed. R. Civ. P. 45(d)(3)(permitting a court to quash or modify a subpoena only after one has been issued); Fed. R. Civ. P. 26(c)(stating that "a party or any person from whom discovery *is sought* may move for a protective order . . ..")(emphasis added).

Further, to the extent Camp is requesting additional security during the trial, this Court also denies such request. The Court will not allow Camp to bring bodyguards inside the courthouse nor will the Court issue an order requiring that parties follow what are already in the Local Rules, e.g., not photographing, filming, or recording inside the courthouse.  M.D. Fla. R. 5.01.

Accordingly, it is now

**ORDERED:**

Non-Party Joseph A. Camp's Motion for Enhanced Security Measures and Protective Order Regarding Attendance at Trial (Doc. #619) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this __6th__ day of March 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Parties of record