UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN, an individual

    Plaintiff,

v.                                                      Case No.:  2:23-cv-1218-JES-DNF

JENNIFER COUTURE, RALPH GARRAMONE M.D., RALPH GARRAMONE M.D. P.A., CENTRAL PARK OF SOUTHWEST FLORIDA, LLC, OMG REALTY, LLC, THE LAW OFFICE OF PATRICK TRAINOR ESQ. LLC, PATRICK TRAINOR and ANTI-DOXING LEAGUE INC.,

    Defendants.

| Judge: | John E. Steele | Counsel for Plaintiffs: | Nicholas A. Chiappetta |
|---|---|---|---|
| Deputy Clerk: | Allison Holland | Counsel for Defendants: | Aaron Alfano, Harvey W. Gurland, Jr., Julian Antony Jackson-Fannin, and Patrick Trainor |
| Court Reporter: | Brandi Wilkins | Date/Time: | March 6, 2026 @ 9:30 am |

## Final Pretrial Conference

Start Time:    9:32am    Court convenes.

Parties present to discuss trial preparedness and matters pending before court. Pleadings have closed and discovery deadlines have passed.

Attorney Chiappetta addresses Counter Defendant request for severance to file MSJ. Requests additional 60 days for discovery and then 30 days thereafter to file MSJ. Defendants/Counter Plaintiffs object to severance and request for additional time, arguments presented to court.
The Court proposed 45 days for discovery to prepare for May or November trial. Attorney Chiappetta agrees to 45 days to complete additional discovery.

Plaintiff/Counter defendant prefers November trial date. Defendants/Counter Plaintiffs prefer December trial, advising defendants Couture and Garramone will be traveling out of the country in November. Parties advise approximately 13 days needed for trial.

The Court will issue notice setting the date certain trial beginning November 30th, 2026, and setting another Final Pretrial Conference to address any remaining matters prior to trial. Order setting new discovery timelines to follow.

Parties to seek leave of court for any additional depositions they may seek.

The Court instructs parties to refrain from the flood of emails and responses between parties to the Chambers email account. Continuation of such behavior by any party may be met with sanctions.

Attorney Trainor requests Plaintiff/Counter Defendant be barred from posting on social media about case pending trial.
Parties instructed to file a motion citing law if there is a matter for the court to address.

Nothing further from either party.

Court in recess.

End Time:     10:05am
Total Time:   33 minutes