UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH NOSHIRVAN, an individual,

    Plaintiff,

v.                            Case No: 2:23-cv-01218-JES-DNF

JENNIFER COUTURE, an individual; RALPH GARRAMONE M.D., an individual; RALPH GARRAMONE M.D. P.A. d/b/a GARRAMONE PLASTIC SURGERY; CENTRAL PARK OF SOUTHWEST FLORIDA, LLC; OMG REALTY, LLC; THE LAW OFFICE OF PATRICK TRAINOR ESQ, LLC d/b/a THE LAW OFFICE OF PATRICK TRAINOR; PATRICK TRAINOR, an individual; and ANTI-DOXING LEAGUE INC.,

    Defendants.

---

## **ORDER**

This case came before the Court on March 6, 2026, for a final pretrial conference. During the conference, the Court heard arguments concerning: (1) re-opening limited discovery by Danesh Noshirvan ("Noshirvan"); (2) permitting additional time for motions for summary judgment by Noshirvan; and (3) resetting the trial date.

This Court agrees that limited discovery by Noshirvan should be re-opened for a period of forty-five (45) days form the date of this Order. The discovery will be limited to the counterclaims brought by Jennifer Couture, Ralph Garramone, Garramone Plastic Surgery, and Patrick Trainor. Further, the Court is limiting discovery to requests for production of documents given the large overlap in facts. Should Noshirvan feel the need to depose anyone he must seek leave for the deposition.

Once discovery has closed, Noshirvan will have thirty (30) days to file a motion for summary judgment.[1] The Court will not permit any other motions to be filed, and any additional filings will be stricken.

Given the additional discovery and motion as well as the significant number of pending motions before this Court, the trial date is set for November 30, 2026. A second Final Pretrial Conference will be held on November 20, 2026, at 9:30AM in Courtroom 6A.

---

[1] Noshirvan will be permitted to file two motions. One against Jennifer Couture, Ralph Garramone, and Garramone Plastic Surgery's counterclaims, and one against Patrick Trainor's counterclaims.

Accordingly, it is now

**ORDERED**:

(1) Discovery as discussed above will be re-opened for **FORTY-FIVE (45) DAYS** from the date of this Order.

(2) Plaintiff Danesh Noshirvan may file a motion for summary judgment no later than **THIRTY (30) DAYS** after the close of discovery.

(3) Final Pretrial Conference will be held on November 20, 2026, at 9:30AM at the Fort Myers Courthouse in Courtroom 6A.

(4) Trial date certain is set for November 30, 2026, at 9:00AM at the Fort Myers Courthouse in Courtroom 6A.

(5) A separate notice will be issued for the pretrial conference and trial date certain.

**DONE AND ORDERED** at Fort Myers, Florida, this __6th__ day of March 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record