UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH    NOSHIRVAN,    an
individual,

       Plaintiff,

v.                         Case No:  2:23-cv-01218-JES-DNF

JENNIFER    COUTURE,    an
individual; RALPH GARRAMONE
M.D., an individual; RALPH
GARRAMONE  M.D.  P.A.  d/b/a
GARRAMONE   PLASTIC   SURGERY;
CENTRAL  PARK  OF  SOUTHWEST
FLORIDA,  LLC;  OMG  REALTY,
LLC;  THE  LAW  OFFICE  OF
PATRICK  TRAINOR  ESQ,  LLC
d/b/a  THE  LAW  OFFICE  OF
PATRICK   TRAINOR;   PATRICK
TRAINOR, an individual; and
ANTI-DOXING LEAGUE INC.,

       Defendants.

---

**ORDER**

This case came before the Court on review of the file.  Joseph A. Camp is not a party in this case but has nonetheless filed miscellaneous motions resulting in his addition to the docket to receive copies of orders by the Clerk.  On April 1, 2, and 3, 2026, mail was returned marked as "Return to Sender" and mail was not resent because no change of address was provided.  (Docs. #636, #637, #640.)  The only address provided to the Court is 5514

Lewiston Street, Denver, Colorado 80239, which is not a current address for Joseph Camp. Even so, on April 3, 2026, Joseph Camp filed a Request for Judicial Notice of Official Colombian Court Order Admitting "Accion De Tutela" Filed Against Danesh Noshirvan (Doc. #641) providing the same incorrect address.

Mr. Camp is not a party in this case and not entitled to any affirmative relief. Furthermore, the Clerk will not continue to mail copies to an incorrect address.

Accordingly, it is now

**ORDERED:**

1. The Request for Judicial Notice of Official Colombian Court Order Admitting "Accion De Tutela" Filed Against Danesh Noshirvan (Doc. #641) is **stricken.**

2. The Clerk shall refrain from sending any further mailings to Mr. Camp, including this Order, until such time as Mr. Camp provides a valid mailing address and the Court permits further filings.

3. Until such time as Mr. Camp provides the valid address, all future filings from Mr. Camp will be **rejected.** Mr. Camp shall be designated a **restricted filer.** The Clerk will make a notation on the docket when a filing is received

-2-

without filing the document on the docket.  The document itself shall be destroyed and not returned.

**DONE AND ORDERED** at Fort Myers, Florida, this __6th__ day of April 2026.

_____

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record