# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

## CASE NO.:   2:23-cv-01218-JES-NPM

DANESH NOSHIRVAN,

      Plaintiff,

v.

JENNIFER COUTURE, *et al.*,

      Defendants.

_____/

RALPH GARRAMONE, M.D., P.A.
d/b/a GARRAMONE PLASTIC SURGERY,
JENNIFER COUTURE, an individual,
RALPH GARRAMONE, M.D., and individual

      Counter-Plaintiffs,

v.

DANESH NOSHIRVAN

      Counter-Defendant.


_____/

## NOTICE OF LEAD ATTORNEY

Please take notice that the following attorney is entering an appearance for Defendants Jennifer Couture, Dr. Ralph Garramone, M.D., and OMG Realty, LLC, and will serve as lead counsel and attorney in charge:

> Tamarah E. Brodsky, Esq.
> (Fla. Bar No. 567108)
> ROLFES HENRY CO., LPA
> 5415 87th Street E
> Bradenton, FL   34211
> Telephone: (941) 684-0100
> Email:   tbrodsky@rolfeshenry.com

Date: April 8, 2026                         Respectfully submitted,

By:   */s/ Tamarah E. Brodsky*_____
      Tamarah E. Brodsky, Esq.
      (Florida Bar No. 567108)
      Brian P. Henry, Esq.
      (Florida Bar No. 89069)
      Rolfes Henry Co., L.P.A.
      5415 87th Street E
      Bradenton, FL   34211
      T: (941) 684-0100
      F: (941) 684-0109
      E: tbrodsky@rolfeshenry.com
      E: sburns@rolfeshenry.com
      E: bhenry@rolfeshenry.com
      E: kmcclintock@rolfeshenry.com

      *Attorneys for Defendants Jennifer Couture,*
      *Ralph Garramone, MD and OMG Realty,*
      *LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing was served April 8, 2026, on all counsel or parties of record via the Court's Electronic Filing System, Electronic Mail, or via regular mail:

Nicholas A. Chiappetta, Esq.
Fla. Bar No. 1006407
Chiappetta Trial Lawyers
2101 Vista Parkway, Ste. 258
West Palm Beach, FL    33411
T:    561-768-4500
E:    nick@chiappettalegal.com

*Attorney for Plaintiff*

Harvey W. Gurland, Jr., Esq.
Fla. Bar No. 284033
Julian A. Jackson-Fannin, Esq.
Fla. Bar No. 93220
Duane Morris, LLP
201 South Biscayne Blvd., Ste. 3400
Miami, FL    33131
T:    561-962-2108
E:    hwgurland@duanemorris.com
E:    jjfannin@duanemorris.com
E:    pnjemdoza@duanemorris.com
E:    jmagarin@duanemorris.com

*Attorneys for Garramone Plastic Surgery*

Patrick Trainor, Esq.
Law Office of Patrick Trainor, Esq., LLC
19 Union Avenue, Suite 201
Rutherford, NJ    07070
T:    201-777-3327
E:    pt@ptesq.com

*Attorney for all Defendants*
*Except Garramone Plastic Surgery,*

3

*Jennifer Couture, Dr. Ralph Garramone,*
*OMG Realty, LLC and Wraith, LLC*

*/s/ Tamarah E. Brodsky*_____
Tamarah E. Brodsky, Esq.

4