# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

## CASE NO.:  2:23-cv-01218-JES-NPM

DANESH NOSHIRVAN,

     Plaintiff,

v.

JENNIFER COUTURE, an individual,
RALPH GARRAMONE, M.D., an individual
RALPH GARRAMONE, M.D. P.A. d/b/a
GARRAMONE PLASTIC SURGERY,
CENTRAL PARK OF SOUTHWEST
FLORIDA, LLC, OMG REALTY, LLC
THE LAW OFFICE OF PATRICK TRAINOR
ESQ., LLC d/b/a THE LAW OFFICE OF
PATRICK TRAINOR, PATRICK TRAINOR,
an individual, and ANTI-DOXING LEAGUE, INC.

     Defendants.
_____/

RALPH GARRAMONE, M.D., P.A.
d/b/a GARRAMONE PLASTIC SURGERY,
JENNIFER COUTURE, an individual,
RALPH GARRAMONE, M.D., an individual,

     Counter-Plaintiffs,

v.

DANESH NOSHIRVAN,

     Counter-Defendant.
_____/

## AARON ALFANO's MOTION TO WITHDRAW

Aaron Alfano (Fla. Bar No. 83909), respectfully moves under Local Rule 2.02(c) and Fla. Rule of Professional Responsibility 4-1.16(b) to withdraw as attorney for Defendants Jennifer Couture, Ralph Garramone, MD and OMG Realty, LLC ("the clients"), in the above-captioned suit. Brian P. Henry, Tamarah Brodsky and David C. Bibb, of Rolfes Henry Co., LPA will remain as counsel for the clients. Aaron Alfano is leaving employment with Rolfes Henry and relocating to a new state of residence.

## MEMORANDUM OF LAW

"A motion to permissively withdraw representation is a matter within the discretion of the Court." *Obermaier v. Driscoll,* 2000 U.S. Dist. LEXIS 23239, at *2 (U.S. M.D. Fla. 2000)(citing *Andrews v. Bechtel Power Corp.,* 780 F.2d 124, 135 (1st Cir. 1985)). The Middle District of Florida has held that a district court may permit withdrawal when it does not cause continuance or delay in the case, but when there would be continuance or delay, the withdrawing counsel must establish "compelling ethical considerations" before the Court will grant withdrawal. *Id.* Local Rule 2.02(c)(3) adds that if withdrawal might cause a continuance of trial, the attorney cannot withdraw without "a compelling ethical problem, emergency, disability, or death."

In considering a motion to withdraw, federal courts typically weigh the reasons why withdrawal is sought, the prejudice it would cause the litigants, the delay in resolution of the case, and the effect of withdrawal on the efficient administration of justice. *Obermeier*, at *2, citing *Rusinow v. Kamara*, 920 F. Supp. 69, 71 (D.N.J. 1996) and *Carter v. City of Phila.*, CIVIL ACTION NO. 98-2903, 2000 U.S. Dist. LEXIS 5711, at *3 (E.D. Pa. 2000).

Per Local Rule 2.02(c)(1), an attorney must notify the affected client fourteen days before moving to withdraw unless the client consents to the withdrawal and must file a motion certifying such notice.

In this case, the undersigned's withdrawal will not cause continuance or delay. As Defendants will continue to be represented by attorneys from the same law firm who have already appeared in this cause, there will be no need for continuances as part of the withdrawal.

## CERTIFICATE OF CLIENT'S CONSENT

I, Aaron Alfano, verify that Jennifer Couture, Ralph Garramone, MD and OMG Realty, LLC were informed of my planned withdrawal as attorney on this matter and the clients have consented to the withdrawal. Their consent forms are attached hereto as "Exhibit A."

3

WHEREFORE, Aaron Alfano, respectfully moves that this Honorable Court to grant him leave to withdraw as counsel of record for the clients.

Date: April 27, 2026                    Respectfully submitted,

                            By:   */s/ Aaron Alfano*_____
                                   Aaron Alfano (Fla Bar No.: 83909)
                                   **Rolfes Henry Co., L.P.A.**
                                   Tamarah E. Brodsky, Esq.
                                   (Florida Bar No. 567108)
                                   Brian P. Henry, Esq.
                                   (Florida Bar No. 89069)
                                   **Rolfes Henry Co., L.P.A.**
                                   5415 87th Street E
                                   Bradenton, FL  34211
                                   T: (941) 684-0100
                                   F: (941) 684-0109
                                   E: aalfano@rolfeshenry.com
                                   E: tbrodsky@rolfeshenry.com
                                   E: sburns@rolfeshenry.com
                                   E: bhenry@rolfeshenry.com
                                   E: kmcclintock@rolfeshenry.com

                                   David C. Bibb (Fla. Bar No. 39594)
                                   **Rolfes Henry, Co., LPA**
                                   3165 McCrory Place, Suite 174
                                   Orlando, FL 32803
                                   T: (407) 284-4990
                                   E: dbibb@rolfeshenry.com
                                   E: rkitchens@rolfeshenry.com

                                   *Attorneys for Defendants*
                                   *Jennifer Couture, Ralph Garramone, MD*
                                   *and OMG Realty, LLC*

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on April 24, 2026, on all counsel or parties of record via efiling the same in the Court's Electronic Filing System, or via electronic mail:

| | |
|---|---|
| Nicholas A. Chiappetta, Esq.<br>Chiappetta Trial Lawyers<br>2101 Vista Parkway, Ste. 258<br>West Palm Beach, FL 33411<br>T: 561-768-4500<br>E: nick@chiappettalegal.com<br><br>*Attorney for Plaintiff/Counter-Defendant Danesh Noshirvan* | Harvey W. Gurland, Jr., Esq.<br>Julian A. Jackson-Fannin, Esq.<br>Duane Morris, LLP<br>201 South Biscayne Blvd., Ste. 3400<br>Miami, FL 33131<br>T: 561-962-2108<br>E: hwgurland@duanemorris.com<br>E: jjfannin@duanemorris.com<br>E: pnjemdoza@duanemorris.com<br>E: jmagarin@duanemorris.com<br><br>*Attorneys for Counter-Plaintiffs Ralph Garramone, M.D., P.A., D/B/A Garramone Plastic Surgery, Jennifer Couture, and Ralph Garramone, MD* |
| Patrick Trainor, Esq.<br>Law Office of Patrick Trainor, Esq., LLC<br>19 Union Avenue, Suite 201<br>Rutherford, NJ 07070<br>T: 201-777-3327<br>E: pt@ptesq.com<br><br>*Attorney for Defendants Patrick Trainor, Esq., Law Office of Patrick Trainor, Esq., LLC d/b/a The Law Office of Patrick Trainor, Central Park of Southwest Florida, LLC, and Anti-Doxing League Inc.* | |

/s/ David C. Bibb_____
David C. Bibb (Fla. Bar No. 39594)

5