UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANESH      NOSHIRVAN,      an
individual

      Plaintiff,

v.                                    Case No:  2:23-cv-01218-JES-DNF

JENNIFER      COUTURE,      an
individual; RALPH GARRAMONE
M.D.,  an  individual;  RALPH
GARRAMONE  M.D.  P.A.  d/b/a
GARRAMONE  PLASTIC  SURGERY;
CENTRAL  PARK  OF  SOUTHWEST
FLORIDA,  LLC;  OMG  REALTY,
LLC;  THE  LAW  OFFICE  OF
PATRICK  TRAINOR  ESQ,  LLC
d/b/a  THE  LAW  OFFICE  OF
PATRICK  TRAINOR;  PATRICK
TRAINOR, an individual; and
ANTI-DOXING LEAGUE INC.,

      Defendants.

---

**OPINION AND ORDER**

This  matter  comes  before  the  Court  on  review  of  Counter-

Defendant    Danesh    Noshirvan's    ("Noshirvan")    Motion    for

Reconsideration  of  Order  Granting  Motion  to  Quash  Subpoena  to

Naples Security Solutions, LLC and Michael J. Woulas, LMFT (Doc.

#654)  filed  on  April  29,  2026.[1]   Counter-Plaintiffs,  Ralph

---

[1] Noshirvan's  properly-titled  motion  is  an  objection  to  the
magistrate judge's order (Doc. #653) and is therefore reviewed by

Garramone, M.D., P.A. d/b/a Garramone Plastic Surgery, Jennifer Couture, and Ralph Garramone, filed their Response in Opposition (Doc. #660) on May 13, 2026.  For the reasons set forth below, Noshirvan's objections are overruled.

Non-dispositive orders from a magistrate judge are reviewed for clear error.  The district court must "modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a).  "A finding is clearly erroneous if the reviewing court, after assessing the evidence in its entirety, is left with definite and firm conviction that a mistake has been committed."  See Krys v. Lufthansa German Airlines, 119 F.3d 1515, 1523 (11th Cir. 1997)(citing Anderson v. City of Bessemer City, 470 U.S. 564, 573 (1985)).

Magistrate Judge Douglas N. Frazier's April 28, 2026 Order (Doc. #653) found that District Court Judge John E. Steele's March 6, 2026 Order limited Noshirvan's discovery to requests for production of documents under Federal Rule of Civil Procedure 34. (Doc. #653, p. 4.)  Noshirvan raises many of the same arguments — e.g., the 1970 Advisory Committee Notes to Rule 45 support Noshirvan's reading — that Magistrate Judge Frazier flatly

---

the district court judge.  See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).

rejected.   Upon reviewing Magistrate Judge Frazier's Order, the Court cannot say it was clearly erroneous.   The plain language of the Judge Steele's Order triggers Rule 34 and only requests for production of documents from parties.   (Doc. #630.)   Therefore, Noshirvan's objections are overruled.

Accordingly, it is now

**ORDERED:**

Counter-Defendant   Danesh   Noshirvan's   Motion   for Reconsideration  of  Order  Granting  Motion  to  Quash  Subpoena  to Naples Security Solutions, LLC and Michael J. Woulas, LMFT (Doc. #654) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___14th___ day of May 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record

-3-