**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

CASE NO. 2:23-CV-01218-KCD-KRH

DANESH NOSHIRVAN
an individual,

Plaintiff,

v.

JENNIFER COUTURE, an individual,
RALPH GARRAMONE M.D., an individual,
RALPH GARRAMONE, M.D., P.A. d/b/a
GARRAMONE PLASTIC SURGERY,
CENTRAL PARK OF SOUTHWEST
FLORIDA, LLC, OMG REALTY, LLC,
THE LAW OFFICE OF PATRICK TRAINOR
ESQ., LLC d/b/a THE LAW OFFICE OF
PATRICK TRAINOR, PATRICK TRAINOR,
an individual, and
ANTI-DOXING LEAGUE INC.

Defendants.
_______________________________________________/

RALPH GARRAMONE, M.D., P.A. d/b/a
GARRAMONE PLASTIC SURGERY,
JENNIFER COUTURE, an individual,
RALPH GARRAMONE, M.D., an individual,

Counter-Plaintiffs,

v.

DANESH NOSHIRVAN,

Counter-Defendant.
_______________________________________________/

**TIME SENSITIVE MOTION TO WITHDRAW AS COUNSEL FOR COUNTER-PLAINTIFFS JENNIFER COUTURE AND RALPH GARRAMONE, M.D. ONLY**

Attorneys Harvey W. Gurland, Jr., Julian A. Jackson-Fannin, Esq., Anoosheh Shaikh, Esq., and Nicholas Anthony Gounaris, Esq., and the law firm of Duane Morris LLP (collectively, "the ***Attorneys***"), pursuant to Local Rule 2.02(c) and R.R. Fla. Bar 4-1.16(a)(3), move this Court for an Order granting them leave to withdraw as counsel in this cause for Counter-Plaintiffs JENNIFER COUTURE ("***Couture***") and RALPH GARRAMONE, M.D. ("***Garramone***") (collectively "***Counter-Plaintiffs***") only and relieving the Attorneys of all further responsibility only for these Counter-Plaintiffs. The undersigned Attorneys will continue to represent GPS with respect to its Counterclaims as well as GPS as a Defendant in the claims alleged against it in Plaintiff's Third Amended Complaint. The undersigned counsel respectfully requests a ruling by September 28, 2026 because the Counter-Plaintiffs' Response to Plaintiff/Counter-Defendant's Motion for Summary Judgment is due on October 7, 2026. In support of this Motion, the undersigned state as follows:

1. With respect to the Counterclaims against Counter-Defendant Danesh Noshirvan, the undersigned counsel has been advised that Counter-Plaintiffs Couture and Garramone have retained Peter Kamm, Esq. and Scott Atwood, Esq. of the law firm of Henderson, Franklin, Starnes & Holt, P.A. to represent them and that these attorneys will be entering their respective appearances on behalf of these Counter-Plaintiffs.

2. The undersigned Attorneys certify that Counter-Plaintiffs Couture and Garramone consent to the withdrawal.

3. The withdrawal will not result in a party proceeding *pro se*. As noted above, Couture and Garramone will be represented by Peter Kamm, Esq. and Scott Atwood, Esq. of the law firm of Henderson, Franklin, Starnes & Holt, P.A. with respect to their Counterclaims.

4. The undersigned Attorneys will continue to represent GPS with respect to its Counterclaims as well as GPS as a Defendant in the claims alleged against it in Plaintiff's Third Amended Complaint.

5. The withdrawal will not result in a continuance of the trial in this matter. The Jury Trial in this action is set for December 1, 2026. Accordingly, there is sufficient time for Couture and Garramone's new counsel to prepare for trial.

WHEREFORE, the undersigned counsel respectfully requests that the Court grant this withdrawal as counsel in this cause for Counter-Plaintiffs Couture and Garramone only.

**LOCAL RULE 2.02(c)(1)(B)(i) CERTIFICATION**

The undersigned counsel certifies that the foregoing motion to withdraw is being filed with the consent of Counter-Plaintiffs Couture and Garramone and that said withdrawal will not result in any party proceeding *pro se*.

## LOCAL RULE 3.01(G) CERTIFICATION

The undersigned counsel conferred by email with counsel for Counter-Defendant on September 23, 2026, and counsel for Counter-Defendant stated that he opposes the relief requested herein.

DATED: September 24, 2026

Respectfully Submitted,

*/s/ Julian A. Jackson-Fannin*

Harvey W. Gurland, Jr., Esq.
Florida Bar No. 284033
Julian A. Jackson-Fannin, Esq.
Florida Bar No. 93220
Anoosheh Shaikh, Esq.
Florida Bar No. 1039830
Nicholas Anthony Gounaris, Esq.
Florida Bar No. 1059351
DUANE MORRIS LLP
201 South Biscayne Boulevard
Suite 3400
Miami, FL 33131
Tel: 561.962.2108
HWGurland@duanemorris.com
JJFannin@duanemorris.com
AShaikh@duanemorris.com
NGounaris@duanemorris.com

DM1\302422018.2